UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-304-S |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |

PLAINTIFFS' MOTION TO
ENLARGE TIME TO
ANSWERS TO INTERROGATORIES

Now come the Plaintiffs in the above-captioned matter and hereby move this Court for an Order enlarging the time within which answer interrogatories. Plaintiffs are under a Court order to respond to these interrogatories on or before today's date, June 1, 2005.

Given unexpected delays, (including Plaintiffs' counsel's wife giving birth), Plaintiffs have been unable to complete their answers. All but four plaintiffs have been interviewed.

Plaintiffs submit that given the length and breadth of the interrogatories and the number of plaintiffs involved, additional time through and including July 1, 2005 is not unreasonable and no known prejudice will result to any of the parties.

Plaintiffs
By their attorneys:

Mark A. Fay, Esq. # 4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, Rhode Island 02903
(401) 490-3200 (Tel)
(401) 490-3207 (Fax)

Carolyn A. Mannis, Esq. #4275
170 Westminster Street, Suite 800
Providence, RI 02903
(401) 454-4466 (Tel.)
(401) 351-3914 (Fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 1 day of June, 2005, mailed a copy of the foregoing, first class mail, postage prepaid to:

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Financial Plaza, Suite 1500
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kendra Lima