UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS WALDEN, ET AL
Plaintiff

VS. CA: 04-304S

CITY OF PROVIDENCE, ET AL
Defendant

JOHN C. CHMURA, ET AL
Plaintiff

VS.

CITY OF PROVIDENCE, ET AL CA: 04-53S
Defendant

**ORDER**

Pursuant to Rule 42(a)of the Federal Rules of Civil Procedure, the above cases are hereby consolidated. As of this date, all documents are to be filed in the lead case, Walden v. City of Providence, C.A. No. 04-304S.

BY ORDER:

Doreen Baldwell
DEPUTY CLERK

ENTER:

WESmith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 6/6/05