UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 17 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et al. :
:
vs. : C.A. No. 04-304-S
:
CITY OF PROVIDENCE, et al. :

PLAINTIFFS' MOTION TO
ENLARGE TIME TO
ANSWERS TO INTERROGATORIES

Now come the Plaintiffs in the above-captioned matter and hereby move this Court for an Order enlarging the time within which answer interrogatories. Plaintiffs are under a Court order to respond to these interrogatories on or before today's date, June 1, 2005.

Given unexpected delays, (including Plaintiffs' counsel's wife giving birth), Plaintiffs have been unable to complete their answers. All but four plaintiffs have been interviewed.

Plaintiffs submit that given the length and breadth of the interrogatories and the number of plaintiffs involved, additional time through and including July 1, 2005 is not unreasonable and no known prejudice will result to any of the parties.

Plaintiffs
By their attorneys:

Mark A. Fay, Esq. # 4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, Rhode Island 02903
(401) 490-3200 (Tel)
(401) 490-3207 (Fax)

Referred to U.S. [illegible]
☐ for findings [illegible]
☒ for determination
☐
William E. Smith
Date: 6/16/05

No objection having been filed, the motion is GRANTED.

David L. Martin
United States Magistrate Judge
June 23, 2005