UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, ET AL

VS C.A. NO. 04-304S

CITY OF PROVIDENCE, ET AL

JOHN C. CHMURA, ET AL

VS C.A. NO. 04-553S

CITY OF PROVIDENCE, ET AL

## STIPULATION

The Municipal Defendants Motion to Compel Production of Documents dated April 5, 2005, is hereby withdrawn.

Kevin F. Mchugh,
Assistant City Solicitor
City of Providence Law Department
275 Westminster Street Suite 200
Providence, Rhode Island 02903

Carolyn A. Mannis, Esquire 4275
170 Westminster Street Suite 800
Providence, Rhode Island 02903
401 454-4466 Tel
401 351-3914

Dated: June 14, 2005

ENTER.

David L. Martin
United States Magistrate Judge
June 28, 2005

SCANNED