UNITED STATE DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, ET ALS :

VS : C.A. No.: 04-304S

CITY OF PROVIDENCE, by :
and through STEVEN T. :
NAPOLITANO, its :
Treasurer, ET ALS :

JOHN C. CHMURA, ET ALS :

VS : C.A. NO.: 04-553S

CITY OF PROVIDENCE, by :
and through STEVEN T. :
NAPOLITANO, its :
Treasurer, ET ALS :

**O R D E R**

This matter was scheduled for hearing before Magistrate Judge David L. Martin on July 27, 2005, on defendant, Joseph Richardson's, Rule 37(b)(2)(c) and 37(d) motion to dismiss for Walden plaintiffs' failure to comply with a previous order of this Court compelling the Walden plaintiffs to file responses to defendant, Joseph Richardson's, request for production of documents on or before June 1, 2005. By agreement of the parties, it is hereby ORDERED:

1. The defendant, Joseph Richardson's, motion is granted.

2. Said dismissal shall be automatically vacated without further order of this Court if Walden plaintiffs shall comply with the previous order of this Court by furnishing responses to defendant, Joseph Richardson's,

request for production of documents on or before October 1, 2005.

3. If Walden plaintiffs shall fail to provide responses to defendant, Joseph Richardson's, request for production of documents on or before October 1, 2005, this order of dismissal shall become final without further motion and hearing thereon.

ENTER: BY ORDER OF:

David L Martin USMJ

DATED: 7-27-05

PRESENTED BY:

Thomas J. Cronin (#5302)
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-7977

Kevin J. McAllister

Kevin J. McAllister (#2641)
BRENNAN, RECUPERO, CASCIONE,
SCUNGIO & McALLISTER, LLP
362 Broadway
Providence, RI 02909
Telephone #: (401) 453-2300
Fax #: (401) 453-2345

**CERTIFICATION**

I hereby certify that I mailed a copy of the within to the following attorneys on the ______ day of July, 2005:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Kevin McHugh, Esq.
Assistant City Solicitor
City of Providence
275 Westminster Street, 2nd Floor
Providence, RI 02903

George J. West, Esq.
One Financial Plaza, Suite 1500
Providence, RI 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02914

George L. Santopietro, Esq.
226 South Main Street
Providence, RI 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, LTD.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

______________________________