UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SCANNED

# CLERK'S MINUTES

**CASE NUMBER: CA:04-304S** **July 29, 2005**

**TITLE: WALDEN V. CITY OF PROVIDENCE**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 11:05 a.m. - 11:32 a.m.**

---

**COUNSEL PRESENT:** **Plaintiff - Carolyn Mannis, Esquire**
**Defendant - Richard Woolley, Esquire**

**RE: Plaintiff's Objection to Magistrate Judge Martin's Order dated May 13, 2005 granting Motion to Strike and Motion for Protective Order filed by RI State Police, RI Department of Attorney General**

**Proceedings: All counsel of record present; Arguments heard; Attorneys to prepare an Order; RI State Police, RI Department of Attorney General's Motion to Strike and Motion for Protective Order will be scheduled for hearing before Magistrate Judge Martin once Order is received by the Court.**