UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 05 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| vs. | : | C.A. No. 04-304-S |
| CITY OF PROVIDENCE, et al. | : | |
| JOHN C. CHMURA, et al. | : | |
| vs. | : | C.A. No. 04-553-S |
| CITY OF PROVIDENCE, et al. | : | |

CONSENT ORDER

The matter came on for hearing on Friday, July 29, 2005, before the Honorable Judge William E. Smith on the Plaintiffs' objection pursuant to Fed. R. Civ. P. 72(a) to the order issued by Magistrate Judge David L. Martin on May 13, 2005 relative to the Department of Attorney General and Rhode Island State Police's (collectively referred to as the "State") Motion for Protective Order and Motion to Strike Objection as Untimely.

By agreement of counsel, it is hereby:

ORDERED, ADJUDGED AND DECREED

1. The State withdraws its Motion to Strike the Plaintiffs' Objection to the State's Motion for Protective Order as untimely;
2. The Plaintiffs withdraw their Request to Adjudge the State in Contempt;
3. The Plaintiffs waive all arguments relative to the timeliness of the State's objection to the Plaintiffs' subpoena(s); and

4. The matter shall be referred back to Magistrate Judge David L. Martin for consideration on the merits of the State's Motion for Protective Order.

Plaintiffs
By their attorney:

Carolyn A. Mannis, Esq. #4275
170 Westminster Street, Suite 800
Providence, RI 02903
(401) 454-4466 (Tel.)
(401) 351-3914 (Fax)

Dept. of Atty. General and State Police
By their Attorney:

Richard B. Woolley (cam)

Richard B. Woolley, Esq. #1452
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 est. 2293 (Tel.)
(401) 222-2995 (Fax)

ENTER:

Smith, J.
Dated: 8/8/05

ORDER:

Clerk

CERTIFICATION

I hereby certify that on the 3 day of August, 2005, I mailed a true copy of the within to:

Kevin J. McAllister, Es.
Brennan, Recupero, Cascione,
Scungio & McAllister LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esq.
One Financial Plaza, Suite 1500
Providence, RI 02903