**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304S

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553S

CITY OF PROVIDENCE, ET ALS.

**NOTICE OF DEPOSITION**

DEPONENT: DEFENDANT-VINCENT CIANCI, JR.

DATE: FRIDAY, OCTOBER 7, 2005

TIME: 11:00 AM

Please take notice that pursuant to the Rhode Island Rules of Civil Procedure the plaintiffs will take the deposition of the above-named deponent, upon oral examination, which examination will continue from day to day until completed; the same to commence **at the offices of Murphy & Fay, LLP., 127 Dorrance Street, Providence, Rhode Island 02903**, at the date and time states, before a Notary Public duly commissioned in the State of Rhode Island.

Plaintiffs,
By their Attorneys

Mark A. Fay, Esquire #4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200
(401) 490-3207 FAX

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 14 day of August, 2005, mailed a copy of the foregoing, first class mail, postage prepaid, **Allied Court Reporters**, 115 Phenix Avenue. Cranston, Rhode Island 02920.

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Financial Plaza, Suite 1500
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kendra Lima

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304S

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553S

CITY OF PROVIDENCE, ET ALS.

**NOTICE OF DEPOSITION**

DEPONENT: DEFENDANT-JOSEPH RICHARDSON

DATE: THURSDAY, OCTOBER 6, 2005

TIME: 11:00 AM

Please take notice that pursuant to the Rhode Island Rules of Civil Procedure the plaintiffs will take the deposition of the above-named deponent, upon oral examination, which examination will continue from day to day until completed; the same to commence **at the offices of Murphy & Fay, LLP., 127 Dorrance Street, Providence, Rhode Island 02903**, at the date and time states, before a Notary Public duly commissioned in the State of Rhode Island.

Plaintiffs,
By their Attorneys

Mark A. Fay, Esquire #4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200
(401) 490-3207 FAX

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 17 day of August, 2005, mailed a copy of the foregoing, first class mail, postage prepaid, **Allied Court Reporters**, 115 Phenix Avenue. Cranston, Rhode Island 02920.

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Financial Plaza, Suite 1500
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kenara Lima

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304S

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553S

CITY OF PROVIDENCE, ET ALS.

**NOTICE OF DEPOSITION**

DEPONENT: DEFENDANT-MARY LENNON

DATE: WEDNESDAY, OCTOBER 5, 2005

TIME: 11:00 AM

Please take notice that pursuant to the Rhode Island Rules of Civil Procedure the plaintiffs will take the deposition of the above-named deponent, upon oral examination, which examination will continue from day to day until completed; the same to commence **at the offices of Murphy & Fay, LLP., 127 Dorrance Street, Providence, Rhode Island 02903**, at the date and time states, before a Notary Public duly commissioned in the State of Rhode Island.

Plaintiffs,
By their Attorneys

Mark A. Fay, Esquire #4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200
(401) 490-3207 FAX

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 17 day of August, 2005, mailed a copy of the foregoing, first class mail, postage prepaid, **Allied Court Reporters**, 115 Phenix Avenue. Cranston, Rhode Island 02920.

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Financial Plaza, Suite 1500
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kendra Lima

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304S

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553S

CITY OF PROVIDENCE, ET ALS.

**NOTICE OF DEPOSITION**

DEPONENT: DEFENDANT-URBANO PRIGNANO, JR.

DATE: TUESDAY, OCTOBER 4, 2005

TIME: 11:00 AM

Please take notice that pursuant to the Rhode Island Rules of Civil Procedure the plaintiffs will take the deposition of the above-named deponent, upon oral examination, which examination will continue from day to day until completed; the same to commence **at the offices of Murphy & Fay, LLP., 127 Dorrance Street, Providence, Rhode Island 02903**, at the date and time states, before a Notary Public duly commissioned in the State of Rhode Island.

Plaintiffs,
By their Attorneys

Mark A. Fay, Esquire #4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200
(401) 490-3207 FAX

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 17 day of August, 2005, mailed a copy of the foregoing, first class mail, postage prepaid, **Allied Court Reporters**, 115 Phenix Avenue. Cranston, Rhode Island 02920.

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Financial Plaza, Suite 1500
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kendra Lima

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304S

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553S

CITY OF PROVIDENCE, ET ALS.

**NOTICE OF DEPOSITION**

DEPONENT: DEFENDANT-MANUEL VIEIRA

DATE: THURSDAY, SEPTEMBER 29, 2005

TIME: 11:00 AM

Please take notice that pursuant to the Rhode Island Rules of Civil Procedure the plaintiffs will take the deposition of the above-named deponent, upon oral examination, which examination will continue from day to day until completed; the same to commence **at the offices of Murphy & Fay, LLP., 127 Dorrance Street, Providence, Rhode Island 02903**, at the date and time states, before a Notary Public duly commissioned in the State of Rhode Island.

Plaintiffs,
By their Attorneys

Mark A. Fay, Esquire #4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200
(401) 490-3207 FAX

# CERTIFICATION

I, the undersigned, hereby certify that I have this 17 day of August, 2005, mailed a copy of the foregoing, first class mail, postage prepaid, **Allied Court Reporters**, 115 Phenix Avenue. Cranston, Rhode Island 02920.

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Financial Plaza, Suite 1500
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kendra Lima