UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 04-304S** **DATE: August 29, 2005**

**TITLE: THOMAS WALDEN, ET AL v. CITY OF PROVIDENCE, ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Carolyn Mannis**

**Movant: Richard Woolley**

**********************************************************************************

**Proceedings: Movant's Motion for a Protective Order**

**All counsel of record present. Both sides argue. Court requests both sides to submit documents for in camera review. Court to issue an order.**