UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al., Plaintiffs, | : | |
| v. | : | CA 04-304 S |
| CITY OF PROVIDENCE, et al., Defendants, | : | |

**ORDER**
**RE MOTION**
**FOR PROTECTIVE ORDER**

Before the court is the motion of the Rhode Island Department of Attorney General and Rhode Island State Police (collectively the "State") for a protective order. See Motion for Protective Order (Document ("Doc.") #38). This motion has been referred back to this Magistrate Judge as a result of the Consent Order (Doc. #72) entered August 8, 2005, by Judge William E. Smith. In accordance with that order, a hearing on the merits of the Motion for Protective Order was held on August 29, 2005.

**At the hearing, the court directed the State to:**

1. Submit for in camera review those documents which the State's counsel, Special Assistant Attorney General Richard B. Woolley, brought to the hearing;

2. Determine whether there are any additional documents responsive to the subpoenae duces tecum which Plaintiffs served on the Rhode Island Department of Attorney General and the Rhode Island State Police;

3. File a privilege log by September 12, 2005, of any responsive documents not submitted for in camera inspection on August 29, 2005. The privilege log should: a) describe each document with sufficient detail so that Plaintiffs may determine whether they already have obtained the document from the City of Providence or from other sources and b) identify the particular

privilege or basis for the State's refusal to produce the document; and

4. Submit by September 12, 2005, for in camera inspection the documents listed in the privilege log.

**At the hearing, the court directed Plaintiffs to** submit to this Magistrate Judge by September 5, 2005, copies of the following documents (if they are in their possession) which were submitted for in camera inspection by the State on August 29, 2005:

1. MEMORANDUM RELATING TO THE "TOTAL RECALL" TELEPHONE RECORDING SYSTEM AT THE PROVIDENCE PUBLIC SAFETY COMPLEX from Ronald R. Gendron, Sp. Assistant Attorney General, to Patrick Lynch, Attorney General, dated January 2, 2004 (18 pages);

2. Rhode Island State Police FORENSIC REPORT AND REVIEW prepared by Detective John F. Killian dated 06/20/2003 (but also bearing the date 12/01/2004 in the upper right hand corner of each page) (18 pages);

3. Rhode Island State Police NARRATIVE FOR CPL. NEWBERG dated May 8, 2003 (but also bearing the date 12/01/2004 in the upper right hand corner of each page) (43 pages).

Upon receipt of the copies from Plaintiffs, the court will compare those copies to the above documents. If the court finds that the copies are the same (or substantially the same), the court intends to release the documents submitted for in camera inspection to Plaintiffs,[1] subject to the State submitting to the court by September 12, 2005, authority which would warrant the court granting the Motion for Protective Order in the factual

---

[1] The court will notify the parties of its determination as to whether the copies are the same or substantially the same.

circumstances presented. If the court finds that the copies are not the same (or substantially the same), the court will review the documents further and determine whether as to each document the Motion for Protective Order should be granted.

**Plaintiffs are further directed to** submit by September 19, 2005, copies of any documents listed in the privilege log which the State will file by September 12, 2005. Upon receipt of the copies from Plaintiffs, the court will compare those copies to the documents listed in the privilege log. If the court finds that the copies are the same (or substantially the same), the court intends to release such documents to Plaintiffs by September 26, 2005.[2] If the court finds that the documents are not the same (or substantially the same), the court will review the documents further and determine whether as to each document the Motion for Protective Order should be granted.

So ordered.

ENTER:

David L. Martin
United States Magistrate Judge
August 30, 2005

BY ORDER:

Deputy Clerk

[2] See n.1.