UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-304-S |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |
| JOHN C. CHMURA, et als. | : | |
| | : | |
| vs. | : | C.A. No. 04-553-S |
| | : | |
| CITY OF PROVIDENCE | : | |

PLAINTIFFS' OBJECTION TO
DEDFENDANT VINCENT A. CIANCI, JR.'S
MOTION FOR PROTECTIVE ORDER

Now come the Plaintiffs in the above-captioned matter and hereby object to Defendant Vincent A. Cianci, Jr.'s Motion for Protective Order regarding the Notice of Deposition issued on Cianci for a deposition at the Law Offices of Murphy & Fay on October 7, 2005.

As grounds therefore, Plaintiffs submits that the Notice of Deposition was proper. In support of their objection, Plaintiffs rely on their attached memorandum of law.

Plaintiffs
By their attorneys:

Mark A. Fay (Cam)

Mark A. Fay, Esq. # 4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, Rhode Island 02903
(401) 490-3200 (Tel)
(401) 490-3207 (Fax)

Carolyn A. Mannis, Esq. #4275
170 Westminster Street, Suite 800
Providence, RI 02903
(401) 454-4466 (Tel.)
(401) 351-3914 (Fax)

## CERTIFICATION

I, the undersigned, hereby certify that I have this 7th day of Sept., 2005, mailed a copy of the foregoing, first class mail, postage prepaid, to:

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Financial Plaza, Suite 1500
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kendra Lima

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-304-S |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |

PLAINTIFFS' MEMORANDUM OF LAW
IN SUPPORT OF THEIR OBJECTION TO
DEFENDANT VINCENT A. CIANCI JR.'S
MOTION FOR PROTECTIVE ORDER

## I. Introduction

This matter is before this Court on the Motion of Defendant Vincent A. Cianci, Jr. ("Cianci") seeking a protective order relative to the deposition notice issued upon Cianci. Cianci claims that the notice is "irregular and out of order and ought to be striken." Because the deposition notice is proper and not out of order the motion should be denied.

## II. Argument

Cianci is a defendant in this consolidated lawsuit and was named both in is former official capacity and personally. As part of this Court's Pre-Trial Order and Amended Pre-Trial Order, the Plaintiffs were ordered by this court that the "depositions of Defendants Prignano, Cianci, Vieira, Lennon, and Richardson **shall** be completed by **November 7, 2005.**" The court will recall that the parties proposed different pre-trial orders and the matter was referred to Magistrate Judge Martin who issued a proposed pre-trial order. No one objected to proposed pre-trial order and it entered as an order of the court.

Thereafter the parties met with the Court pursuant to Rule 16 on the companion case which the Court, without objection consolidated with the original matter and issued the Amended Pre-Trial Order which is essentially identical to the original order except some dates were changed. Again, Cianci did not object to the order.

In order that the Plaintiffs comply with the Court's order, deposition notices were sent out on or about August 16, 2005 for (in the case of Cianci) a deposition to occur on October 7, 2005.

Cianci's only objection to the deposition is that it does not comply with Rule 30(a)(2) which requires leave of court, "which shall be granted to the extent consistent with the principles stated in Rule 26(b)(2)." Here, leave of court was granted in the Pre-trial order and the Amended Pre-trial order.

Because the notice is proper and appropriate, Cianci motion for a Protective Order wherein he seeks to have the notice of deposition ruled "out of order" and "stricken" should not be allowed.

III. **Conclusion**

Wherefore, Plaintiffs submit that this Court should enter an order denying the motion for protective order.

Plaintiffs
By their attorneys:

Mark A. Fay (cam)

Mark A. Fay, Esq. # 4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, Rhode Island 02903
(401) 490-3200 (Tel)
(401) 490-3207 (Fax)

Carolyn A. Mannis, Esq. #4275
170 Westminster Street, Suite 800
Providence, RI 02903
(401) 454-4466 (Tel.)
(401) 351-3914 (Fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 7th day of Sept, 2005, mailed a copy of the foregoing, first class mail, postage prepaid, to:

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Financial Plaza, Suite 1500
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kendra Lima