# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**CA 04-304S** **DATE: September 22, 2005**

**TITLE: THOMAS WALDEN, ET AL v. CITY OF PROVIDENCE, ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Carolyn Mannis**

**Defendant Cianci: George West**
**Defendant City of Providence: Kevin McHugh**
**Defendant Richardson: Kevin McAllister**
**Thomas Cronin**

********************************************************************************

**Proceedings: Defendants' Motion for Protective Order**

**All counsel of record present. Attorneys argue. Plaintiff to file a motion to take the depostion of defendant Cianci. Defendants to file objections by 9/30/05. Court schedules hearing for 410/7/05 at 11:00 am. Court grants the motion for protective order.**