UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et al., :
Plaintiffs, :
:
v. : CA 04-304 S
:
CITY OF PROVIDENCE, et al., :
Defendants, :

**ORDER**
**GRANTING DEFENDANT CIANCI'S**
**MOTION FOR PROTECTIVE ORDER**

Before the court is the Motion for Protective Order (Document ("Doc.") #74) of Defendant Vincent A. Cianci, Jr. The Motion seeks to quash a notice of deposition for oral testimony on October 7, 2005. Plaintiffs have filed an objection to the Motion. See Plaintiffs' Objection to Defendant Vincent A. Cianci, Jr.'s Motion for Protective Order (Doc. #77). A hearing was held on September 22, 2005.

The court is not persuaded that Plaintiffs have complied with Fed. R. Civ. P. 30(a)(2). Accordingly, the Motion for Protective Order is GRANTED.

Plaintiffs are directed to promptly file a motion for leave to take the deposition of Defendant Cianci. See Fed. R. Civ. P. 30(a)(2). Defendant(s) shall have until September 30, 2005, to file any objection(s) to the motion for leave. Plaintiffs shall have until October 6, 2005, to file a response to any objection(s). The court will hear the motion for leave at 11:00 a.m. on October 7, 2005.[1]

[1] The court suggested at the September 22, 2005, hearing that Plaintiffs consider, as an initial step, taking Defendant Cianci's deposition upon written questions, see Fed. R. Civ. P. 31(a), and that Defendant Cianci consider resolving the present uncertainty over whether he intends to invoke his privilege against self-incrimination by filing an appropriate affidavit.

So ordered.

ENTER:

David L. Martin
United States Magistrate Judge
September 22, 2005

BY ORDER:

Deputy Clerk