**UNITED STATE DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et. als.

v. C.A. No. 04-304S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**CONSOLIDATED WITH:**

JOHN C. CHMURA, et. als.

v. C.A. No. 04-553S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**DEFENDANT JOSEPH RICHARDSON'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION ON EXHIBITS BY ONE PAGE**

Now comes the Defendant Joseph Richardson, by and through his attorneys, hereby moves the Court for Leave to Exceed by one (1) page the Court's five (5) page limitation on exhibits in connection with Exhibit A to said Defendant's Memorandum in Support of Motion for The Entry of Judgment of Dismissal against each of the 118 Plaintiffs in the Walden case, C.A. No. 04-304S, for Plaintiffs' failure to Comply with the Court's July 27, 2005 Conditional Order of Dismissal requiring said Plaintiffs to answer the interrogatories served upon them on November 17, 2004 by October 1, 2005 (extended by agreement to October 4, 2005).

Defendant is required to attach as an exhibit one copy of the "answers" to interrogatories it is asking the Court to review in order for the Court to determine if said "answers" are in compliance with the Court's Orders. Since the sample set of Plaintiffs' answers to interrogatories is six (6) pages long, it is essential that Defendant Richardson be allowed to

exceed the five (5) page limitation set forth in Amended General Order #2002-01 by one (1) page.

No Memorandum of Law is required to support the instant Motion as the need for the leave to file a complete set of answers to interrogatories is apparent on its face.

Defendant Joseph Richardson,
By His Attorneys,

Kevin J. McAllister, Esq. #2641
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; fax 453-2345

Thomas J. Cronin, Esq. #5302
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903
(401) 521-7977; fax 521-6901

Dated: October 14, 2005

**CERTIFICATE OF SERVICE**

I certify that on October 14, 2005, I mailed a true copy of the within, postage prepaid, to the following counsel of record:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Kevin McHugh, Esq.
Assistant City Solicitor
City of Providence Law Department
275 Westminster Street, 2nd Floor
Providence, RI 02903

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

George J. West, Esq.
One Financial Plaza, Suite 1500
Providence, RI 02903

[signature]