FILED

OCT 24

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS :

VS. : C.A. NO.: 04-304S

CITY OF PROVIDENCE, ET ALS :

JOHN C. CHMURA, ET ALS :

VS. : C.A. NO.: 04-553S

CITY OF PROVIDENCE, ET ALS :

**STIPULATION**

The parties hereby agree that the plaintiffs shall have up to and including October 28, 2005 in which to provide defendant Vincent A. Cianci written interrogatories as per the Court Order dated October 7, 2005. The parties also hereby agree that the defendant Vincent A. Cianci shall have up to and including November 28, 2005 in which to provide answers to the written interrogatories.

ATTORNEY FOR PLAINTIFFS

Mark A. Fay, Esquire (#4208)
Murphy & Fay, L.L.P.
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200

ATTORNEY FOR DEFENDANT
VINCENT A. CIANCI

George J. West, Esquire
One Financial Plaza
Suite 1500
Providence, RI 02903
(401) 861-9042

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 10/24/05

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 24 day of October, 2005, mailed a copy of the foregoing, first class mail, postage prepaid, to:

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Financial Plaza, Suite 1500
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kendra Lima