UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THOMAS WALDEN, et als.<br><br>vs.<br><br>CITY OF PROVIDENCE, by and through STEVEN T. NAPOLITANO, its Treasurer, et als. | C.A. No. 04-304-S |
| JOHN C. CHMURA, et als.<br><br>vs.<br><br>CITY OF PROVIDENCE, by and Through STEVEN T. NAPOLITANO, its Treasurer, et als. | C.A. No. 04-553-S |

PLAINTIFFS' (CHMURA) OBJECTION TO MOTION TO DISMISS COMPLAINT FOR FAILURE TO COMPLY WITH COURT ORDER COMPELLING PRODUCTION, AS EXTENDED

Now come the Chmura Plaintiffs and hereby object to Defendant Richardson's Motion to Dismiss the Complaint for Failure to Comply with the Court's July 27, 2005 Order compelling Production.

In support of their objection, the Chmura Plaintiffs rely on their attached memorandum of law.

Plaintiffs
By their attorneys:

Mark A. Fay, Esq. # 4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, Rhode Island 02903
(401) 490-3200 (Tel)
(401) 490-3207 (Fax)

Carolyn A. Mannis, Esq. #4275
170 Westminster Street, Suite 800
Providence, RI 02903
(401) 454-4466 (Tel.)
(401) 351-3914 (Fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 28 day of Oct, 2005, mailed a copy of the foregoing, first class mail, postage prepaid, to:

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Financial Plaza, Suite 1500
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kendra Lima

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-304-S |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |
| JOHN C. CHMURA, et als. | : | |
| | : | |
| vs. | : | C.A. No. 04-553-S |
| | : | |
| CITY OF PROVIDENCE | : | |

THE CHMURA PLAINTIFFS' MEMORANDUM OF LAW
IN SUPPORT OF THEIR OBJECTION TO
DEFENDANT JOSEPH RICHARDSON'S
MOTION TO DISMISS FOR FAILURE TO
COMPLY WITH THE COURT'S ORDER RELATIVE TO
PRODUCTION OF DOCUMENTS

This matter is before this Court on the Motion of Defendant Joseph Richardson ("Richardson") pursuant to Fed.R.Civ.P. 37 to dismiss the Chmura Plaintiffs' (35) complaint for failure to produce documents as previously ordered.

Plaintiffs complied with the production requests on October 4, 2005 and thus the motion is improper.

Wherefore, this court should deny the motion to compel production of documents.

Plaintiffs
By their attorneys:

Mark A. Fay, Esq. # 4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, Rhode Island 02903
(401) 490-3200 (Tel)
(401) 490-3207 (Fax)

Carolyn A. Mannis, Esq. #4275
170 Westminster Street, Suite 800
Providence, RI 02903
(401) 454-4466 (Tel.)
(401) 351-3914 (Fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 28 day of Oct, 2005, mailed a copy of the foregoing, first class mail, postage prepaid, to:

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Financial Plaza, Suite 1500
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kendra Luma