**UNITED STATE DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

RECEIVED
NOV 2005
U.S. District Court
District of Rhode Island

THOMAS WALDEN, et. als.

v. C.A. No. 04-304S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**CONSOLIDATED WITH:**

JOHN C. CHMURA, et. als.

v. C.A. No. 04-553S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**ORDER**

This matter was scheduled for hearing before Magistrate Judge David L. Martin on November 16, 2005 on Defendant Joseph Richardson's Rule 37(b)(2)(C) and Rule 37(d) Motion to Dismiss the Complaint by All Plaintiffs [in Chmura] for Failure to Comply with July 27, 2005 Court Order Compelling Answers to Interrogatories. By agreement of the parties, it is hereby ORDERED:

1. The defendant Joseph Richardson's Motion is Granted.

2. Said dismissal shall be automatically vacated without further order of this Court if the Chmura plaintiffs shall comply with the previous order of this Court by furnishing answers to defendant, Joseph Richardson's interrogatories on or before December 16, 2005.

3. If any of the Chmura plaintiffs shall fail to provide answers to defendant, Joseph Richardson's interrogatories on or before December 16, 2005, this order of dismissal shall become final without further motion and hearing thereon.

SCANNED 25

ENTER:

David L. Martin USMJ

Dated: 11/18/05

BY ORDER OF:

Presented by:

Defendant Joseph Richardson,
By His Attorneys,

Kevin J. McAllister, Esq. #2641
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
401) 453-2300; fax 453-2345

Thomas J. Cronin, Esq. #5302
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903
(401) 521-7977; fax 521-6901

Dated: November 18, 2005

**CERTIFICATE OF SERVICE**

I certify that on November 18, 2005, I mailed a true copy of the within, postage prepaid, to the following counsel of record, after also faxing a copy of the same to Plaintiffs' counsel:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800

Providence, RI 02903

Kevin McHugh, Esq.
Assistant City Solicitor
City of Providence Law Department
275 Westminster Street, 2nd Floor
Providence, RI 02903

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

George J. West, Esq.
One Financial Plaza, Suite 1500
Providence, RI 02903

[signature] ____________________