UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-304-S |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |
| JOHN C. CHMURA, et als. | : | |
| | : | |
| vs. | : | C.A. No. 04-553-S |
| | : | |
| CITY OF PROVIDENCE | | |

JOINT MOTION TO EXTEND
TIME TO FILE PRE-TRIAL
DISCOVERY AND MEMORANDA

The parties hereby jointly move to extend the deadlines for pretrial discovery and pretrial memoranda.

As grounds therefore, the parties state that lead counsel for the City of Providence Defendants Kevin McHugh has been engaged in trial before this Court in the Lisa Young matter and scheduling relevant discovery has been disrupted.

The parties seek an additional two (2) months extension as follows:

1) through and including March 9, 2006 within which to complete the depositions of Defendants Prignano, Cianci[1], Vieira, and Lennon;[2]

2) through and including February 5, 2006 to serve their answers to the interrogatories propounded by Defendants other than Defendant Richardson;

3) through and including August 1, 2006 to conduct pretrial discovery; and

[1] If allowed as determined by the Court following Cianci's answers to interrogatories.
[2] The parties have been mutually agreeing to a deposition date for Defendant Richardson at the completion of the Young trial and Attorney McHugh's availability.

4) through and including September 17, 2006 within which to file their pretrial memoranda.

Plaintiffs

By their Attorneys:

Mark A. Fay, Esq. #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401. 490.3200 (Tel.)
401. 490.3207 (Fax)

Carolyn A. Mannis Esq. #4275
170 Westminster Street, Suite 800
Providence, RI 02903
Tel. 401-454-4466
Fax 401-351-3914

Defendants
City of Providence et al.
By their Attorney:

Kevin F. McHugh, Esq., #3927
City of Providence Dept. of Law
275 Westminster Street
Providence, RI 02903
401.421.7740 Ext. 333 (Tel.)
401. 351.7596 (Fax)

Michael Calise #6715
275 Westminster Street
Providence, RI 02903
Tel. 401-421-7740
Fax 401-351-7596

Defendant
Joseph Richardson
By his attorneys:

Kevin J. McAllister, Esq. #2641
Brennan, Rcupero, Cascione, Scungio &
McAllister, LLP
362 Broadway
Providence, RI 02909
Tel. 401-453-2300
Fax 401-453-2345

Defendant
Joseph Richardson
By his attorneys:

Thomas J. Cronin, Esq. #5302
Gunning & LaFazia, Inc.
56 Pine Street
Providence, RI 02903
Tel. 401- 521-6900
Fax 401- 521-6901

Defendant
Urbano Prignano, Jr.
By his Attorney:

Susan Carlin, Esq. #2648
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
Tel. 401- 335-4550
Fax 401- 335-4515

Defendant
Manuel Vieira
By his Attorney:

George L. Santopietro, Esq. #2056
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
Tel. 401- 751-5522
Fax 401- 331-3758

Defendant
Mary Lennon
By her Attorney:

Dean Robinson, Esq. #3852
670 Willett Ave.
East Providence, RI 02915
Tel. 401-383-6540
Fax 401-433-1605

Defendant
Vincent A. Cianci, Jr.
By his Attorney:

George J. West, Esq. #3052
1500 BankBoston Plaza
Providence, RI 02903
Tel. 401-861-9042
Fax 401 861-0330