**UNITED STATE DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND**

FILED

DEC 2 0 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et. als.

v. C.A. No. 04-304S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**CONSOLIDATED WITH:**

JOHN C. CHMURA, et. als.

v. C.A. No. 04-553S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**DEFENDANT JOSEPH RICHARDSON'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION ON EXHIBITS BY THREE PAGES**

Now comes the Defendant Joseph Richardson, by and through his attorneys, hereby moves the Court for Leave to Exceed by three (3) pages the Court's five (5) page limitation on exhibits in connection with Exhibit A to said Defendant Richardson's Motion for The Entry of Judgment of Dismissal against the 27 Plaintiffs in the Chmura case, C.A. No. 04-553S, and in combination with Exhibit I to Defendant Richardson's Memorandum in support of said Motion. The Motion is filed against the 27 Chmura Plaintiffs for their failure to Comply with the Court's November 18, 2005 Conditional Order of Dismissal requiring said Plaintiffs to answer the interrogatories served upon them on May 10, 2005 by December 16, 2005.

Exhibit A to the Motion is a one page listing of the 27 Chmura Plaintiffs involved. Defendant also is required to attach as an exhibit (Exhibit I to supporting Memorandum) one copy of the "answers" to interrogatories it is asking the Court to review in order for the Court to

determine if said "answers" are in compliance with the Court's Orders. Since the sample set of Plaintiffs' answers to interrogatories is seven (7) pages long, which, when combined with Exhibit A to the Motion, totals eight (8) pages, it is essential that Defendant Richardson be allowed to exceed the five (5) page limitation set forth in Amended General Order #2002-01 by a total of three (3) pages.

No Memorandum of Law is required to support the instant Motion as the need for the leave to file a complete set of answers to interrogatories is apparent on its face.

Defendant Joseph Richardson,
By His Attorneys,

Kevin J. McAllister, Esq. #2641
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; fax 453-2345

and

GRANTED
William E. Smith
U.S. District Judge
12/20/05

Thomas J. Cronin, Esq. #5302
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903
(401) 521-7977; fax 521-6901

Dated: December 19, 2005

**CERTIFICATE OF SERVICE**

I certify that on December 19, 2005, I mailed a true copy of the within, postage prepaid, to the following counsel of record: