RECEIVED
JAN 03 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | | |
|---|---|---|---|
| THOMAS WALDEN, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-304S |
| CITY OF PROVIDENCE, ET ALS | : | | |
| JOHN C. CHMURA, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-553S |
| CITY OF PROVIDENCE, ET ALS | : | | |

## STIPULATION

The parties hereby agree that the Plaintiffs shall have up to and including January 9, 2006, in which to respond to Defendant Joseph Richardson's Rule 37 (b)(2)(C) Motion for Entry of Judgment of Dismissal against Plaintiffs Karen Tibbetts, Theresa J. Mancini, Linda A. Isherwood, Madelaine DeRobbio, Eileen Calcagni, Michael Bates, Sandra Manning and Richard J. Hughes (In Chmura) for failure to comply with Conditional Order of Dismissal.

ATTORNEY FOR PLAINTIFFS

Mark A. Fay, Esquire (#4208)
Murphy & Fay, L.L.P.
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200

ATTORNEY FOR DEFENDANT
JOSEPH RICHARDSON

Kevin J. McAllister, Esquire
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 1/4/06

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 3 day of January, 2006, mailed a copy of the foregoing, first class mail, postage prepaid, to:

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Financial Plaza, Suite 1500
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kendra Lima