**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JAN 10 2006
Property of U.S. District Court
District of Rhode Island

| | | | |
|---|---|---|---|
| THOMAS WALDEN, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-304S |
| CITY OF PROVIDENCE, ET ALS | : | | |
| JOHN C. CHMURA, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-553S |
| CITY OF PROVIDENCE, ET ALS | : | | |

**STIPULATION**

The parties hereby agree that the Plaintiffs shall have up to and including January 13, 2006, in which to respond to Defendant Joseph Richardson's Rule 37 (b)(2)(C) Motion for Entry of Judgment of Dismissal against Plaintiffs Karen Tibbetts, Theresa J. Mancini, Linda A. Isherwood, Madelaine DeRobbio, Eileen Calcagni, Michael Bates, Sandra Manning and Richard J. Hughes (In Chmura) for failure to comply with Conditional Order of Dismissal.

ATTORNEY FOR PLAINTIFFS

Mark A. Fay, Esquire (#4208)
Murphy & Fay, L.L.P.
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200

ATTORNEY FOR DEFENDANT
JOSEPH RICHARDSON

Kevin J. McAllister, Esquire
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300

So ordered.

DAVID L. MARTIN
United States Magistrate Judge
January 13, 2006