FILED
JAN 12 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-304-S |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |
| | : | |
| JOHN C. CHMURA, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-553-S |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |

STIPULATION

IT IS AGREED THAT THE FOLLOWING ENTRY MAY BE MADE:

The time within which the defendant, VINCENT A. CIANCI, JR., individually and in his capacity as the former mayor, may answer the plaintiffs' deposition on written interrogatories is extended for thirty (30) days up to and including February 8, 2006.

Plaintiffs,
By their Attorney,

Mark A. Fay, #4208
MURPHY & FAY, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

Vincent A. Cianci, Jr.
By His Attorney,

George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330

CERTIFICATION

I, the undersigned, hereby certify that I have this 9th day of January, 2006, forwarded a copy of the foregoing by facsimile to Mark A. Fay, Esq. to 401-490-3207 and by U.S. Mail to counsel of record listed on Exhibit A this 9th day of January, 2006.

**EXHIBIT A**

Counsel of Record:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street
2nd Floor
Providence, Rhode Island 02903

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione
Scungio & McAllister, LLP
362 Broadway
Providence, Rhode Island 02909

Carolyn A. Mannis, Esq.
170 Westminster Street
Suite 800
Providence, Rhode Island 02903

Kevin F. McHugh, Esq.
Assistant City Solicitor
City of Providence
275 Westminster Street, 2nd Floor
Providence, Rhode Island 02903

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, Rhode Island 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center – Suite 205
132 Old River Road
Lincoln, Rhode Island 02865