UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RECEIVED
JAN 10 2006
Property of U.S. District Court
District of Rhode Island

THOMAS WALDEN, ET ALS :

VS. : C.A. NO.: 04-304S

CITY OF PROVIDENCE, ET ALS :

JOHN C. CHMURA, ET ALS :

VS. : C.A. NO.: 04-553S

CITY OF PROVIDENCE, ET ALS :

## STIPULATION

The parties hereby agree that the Plaintiffs shall have up to and including January 13, 2006, in which to respond to Defendant Joseph Richardson's Rule 37 (b)(2)(C) Motion for Entry of Judgment of Dismissal against 27 Plaintiffs (In Chmura) for failure to comply with Conditional Order of Dismissal or Alternative Motion to Strike.

ATTORNEY FOR PLAINTIFFS

Mark A. Fay, Esquire (#4208)
Murphy & Fay, L.L.P.
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200

ATTORNEY FOR DEFENDANT
JOSEPH RICHARDSON

Kevin J. McAllister, Esquire
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300

ENTER.

DAVID L. MARTIN
United States Magistrate Judge
January 26, 2006