AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Warren v. City of Providence

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA 04 304S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MJ Martin | Mark Fay | Kevin McHugh |
| Hearing TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 2-3-06 | Tape | Martha Saucier |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | A | 2-3-06 | | ✓ | MJ Martin Order of 10-17-05 |
| | B | ″ | | ✓ | J Smith Order of 12/1/03 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.