**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
FEB 03 2006
Property of U.S. District Court
District of Rhode Island

THOMAS WALDEN, ET ALS :

VS. : C.A. NO.: 04-304S

CITY OF PROVIDENCE, ET ALS :

JOHN C. CHMURA, ET ALS :

VS. : C.A. NO.: 04-553S

CITY OF PROVIDENCE, ET ALS :

**STIPULATION**

The parties hereby agree that the Plaintiffs shall have up to and including February 8, 2006, in which to respond to Defendants' Interrogatories.

ATTORNEY FOR PLAINTIFFS

Mark A. Fay, Esquire (#4208)
Murphy & Fay, L.L.P.
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200

ATTORNEY FOR DEFENDANTS

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Turks Head Place, Suite 312
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865