**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | | |
|---|---|---|---|
| THOMAS WALDEN, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-304S |
| CITY OF PROVIDENCE, ET ALS | : | | |
| JOHN C. CHMURA, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-553S |
| CITY OF PROVIDENCE, ET ALS | : | | |

**OBJECTION**

Now come Plaintiffs, Michael Bates and Richard Hughes, and hereby object to Defendant, Joseph Richardson's Motion for Entry of Judgment of Dismissal for failure to comply with Conditional Order of Dismissal as extended.

PLAINTIFFS,
Michael Bates and Richard Hughes
By their Attorneys,

Mark A. Fay, Esquire, #4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, Rhode Island 02903
(401) 490-3200
(401) 490-3207 FAX

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 21 day of February, 2006, mailed a copy of the foregoing, first class mail, postage prepaid to:

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Turks Head Place, Suite 312
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kendra Lima