RECEIVED
FEB 27 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, ET AL

V. CASE NUMBER: 04-304

CITY OF PROVIDENCE, ET AL

STIPULATION

IT IS AGREED THAT THE FOLLOWING ENTRY MAY BE MADE:

The time within which the defendant, VINCENT A. CIANCI, JR., individually and in his capacity as the former mayor, may file any motion, answer or other responsive pleading is hereby enlarged for a period of twenty (20) days through and including February 28, 2006, and the same once filed shall be deemed timely filed for all purposes and in accord with the Federal Rules of Civil Procedure.

Defendant, Vincent A. Cianci, Jr.
By his Attorney,

George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330

Plaintiffs,
By their Attorney,

Mark A. Fay, #4208
MURPHY & FAY, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

DATE: 2/27/06

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 3/1/06