RECEIVED
MAR 07 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | | |
|---|---|---|---|
| THOMAS WALDEN, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-304S |
| CITY OF PROVIDENCE, ET ALS | : | | |
| JOHN C. CHMURA, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-553S |
| CITY OF PROVIDENCE, ET ALS | : | | |

**STIPULATION**

The parties hereby agree that Plaintiffs' counsel shall have up to and including March 24, 2006 in which to take the deposition of Defendant Manuel Vieira.

ATTORNEY FOR PLAINTIFFS

Mark A. Fay, Esquire (#4208)
Murphy & Fay, L.L.P.
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200

ATTORNEY FOR DEFENDANT MANUEL VIEIRA

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903
(401) 751-5522

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 3/8/06