**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
MAR 17 2006
Property of U.S. District Court
District of Rhode Island

THOMAS WALDEN, ET AL

VS. C. A. NO. 04-304S

CITY OF PROVIDENCE, ET ALS

JOHN C. CHMURA, ET AL

VS. C. A. NO. 04-553S

CITY OF PROVIDENCE, ET ALS

## STIPULATION

The parties hereby agree that the time within which Defendants, Manuel Vieira, Vincent C. Cianci and Urbano Prignano may file their Motions for Summary Judgment and otherwise comply with paragraph 6 of the Court's Pre-Trial Order dated January 27, 2006 is enlarged and extended from March 23, 2006 to April 6, 2006.

The parties further agree that the date by which the Plaintiffs' responses are due is accordingly enlarged and extended (2) weeks.

ATTORNEY FOR PLAINTIFFS

Mark A. Fay, Esq. #4208
127 Dorrance Street, 2nd floor
Providence, RI 02903
(401) 490-3200

ATTORNEY FOR DEFENDANT MANUEL VIEIRA

George L. Santopietro, Esq.--#2056
226 South Main Street, 4th floor
Providence, RI 02903
(401) 751-5522

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 3/17/06

ATTORNEY FOR DEFENDANT
VINCENT A. CIANCI

George J. West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903
(401) 861-9042

ATTORNEY FOR DEFENDANT
URBANO PRIGNANO

Susan Marcotte Carlin, Esq.#2648
275 Westminster Street
Providence, RI 02903
(401) 331-9400

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within stipulation by regular mail, postage prepaid on this 16th day of March, 2006 to:

Mark A. Fay, Esquire
127 Dorrance Street, 2nd floor
Providence, RI 02903

George J. West, Esquire
One Turks Head Place, Suite 312
Providence, RI 02930

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02914

Kevin F. McHugh, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Annette C. Scalzi