**UNITED STATE DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

RECEIVED
MAR 31 2006
Property of U.S. District Court
District of Rhode Island

THOMAS WALDEN, et. als.

v. C.A. No. 04-304S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**Consolidated With**

JOHN C. CHMURA, et. als

v. C.A. No. 04-553S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT JOSEPH RICHARDSON PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

Now come the parties, by and through their Attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and hereby Agree and Stipulate that Defendant **JOSEPH RICHARDSON**, a named Defendant in each of the above captioned (consolidated) cases, may be **HEREBY DISMISSED WITH PREJUDICE**, in BOTH his individual capacity and in his (former) official capacity as an employee of the City of Providence, with no award of interest, costs, or sanctions, in BOTH of the above-captioned consolidated cases. It is further Agreed and Stipulated by the parties that all parties' respective rights to appeal from said Dismissals are hereby **WAIVED.**

Plaintiffs,
By Their Attorneys,

Mark A. Fay, Esq. #4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor

Defendant Joseph Richardson,
By His Attorneys,

Kevin J. McAllister, Esq. #2641
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 4/3/06

Providence, RI 02903
(401) 490-3200; fax 490-3207

Dated: 1-31-06

Carolyn A. Mannis, Esq. #4275
170 Westminster Street, Suite 800
Providence, RI 02903
(401) 454-4466; fax 351-3914

Dated: 1-31-06

362 Broadway
Providence, RI 02909
(401) 453-2300; fax 453-2345

Dated: MARCH 29, 2006

Thomas J. Cronin, Esq. #5302
Gunning & LaFazia, Inc.
56 Pine Street, 7th floor
Providence, RI 02903
(401) 521-7977; fax 521-6901
Dated: 3/29/06

Defendants City of Providence,
David Cicilline, and Dean Esserman,
by Their Attorneys,

Kevin F. McHugh, Esq. #3927
Michael Calise, Esq. #6715
City of Provience Department of Law
275 Westminster Street
Providence, RI 02903
(401) 421-7740, ext. 333; fax 351-7596

Dated: 3/30/06

Defendant Manuel Vieira,
By His Attorney,

George L. Santopietro, Esq. #2056
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
(401) 751-5522; fax 331-3758

Dated: MARCH 29, 2006

Defendant Mary Lennon,
by Her Attorney,

Dean Robinson, Esq., #3852
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540; fax 433-1605

Dated: 3/30/06

Defendant Urbano Prignano, Jr.
By His Attorney,

Susan Carlin, Esq., #2648
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
(401) 335-4550; fax 335-4515

Dated: 3/29/06

Defendant Vincent A. Cianci, Jr.
By His Attorney,

George J. West

George J. West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401) 861-9042; fax 861-0330

Dated: 3/30/06

**ENTER:**

**CERTIFICATION**

I certify that on March 29, 2006, I mailed and faxed a true copy of the within, postage prepaid, to all counsel of record, listed above, at the addresses and fax numbers listed above.