UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, ET AL.,
Plaintiffs,

v. C.A. No. 04-304S

CITY OF PROVIDENCE, by and
through STEVEN T. ANPOLITANO,
its Treasurer, et al.,
Defendants.

JOHN C. CHMURA, ET AL.,
Plaintiffs,

v.

CITY OF PROVIDENCE, by and
through STEVEN T. NAPOLITANO,
its Treasurer, ET AL.,
Defendants.

**ORDER**

Defendant, Joseph Richardson's Motion for Entry of Judgment of Dismissal against all Plaintiffs (Doc. #91); Motion for Entry of Judgment of Dismissal against Plaintiffs Karen Tibbetts, Theresa J. Mancini, Linda A. Isherwood, Madelaine DeRobbio, Eileen Calcagni, Michael Bates, Sandra Manning, and Richard J. Hughes (Doc. #108); Motion for Entry of Judgment of Dismissal against 27 Plaintiffs (Doc. #109); and Renewed Rule 37(b)(2)(C) Motion for Entry of Judgment of Dismissal against Plaintiffs Michael Bates and Richard J. Hughes (Doc. #122) are dismissed as MOOT, in light of the Stipulation of Dismissal entered by this Court on April 3, 2006

dismissing Defendant, Joseph A. Richardson, with prejudice.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 4/5/06

forms\shwcaus3.ord