**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al,
Plaintiffs

v. CASE NUMBER: 04-304S

CITY OF PROVIDENCE, et al,
Defendants

JOHN C. CHMURA, et al
Plaintiffs

v. CASE NUMBER: 04-553S

CITY OF PROVIDENCE, et al,
Defendants

**STATEMENT OF UNDISPUTED FACTS**

1. Lennon was initially employed by the City of Providence in 1996, and began working in the Department of Communications in 1999 as Chief of Operations. (Lennon deposition p. 13).

2. Her duties as Chief of Operations included payroll, scheduling and the oversight of the Police Department Control Center (Lennon deposition p.16).

3. In February, 2003 Lennon resigned her position as Chief of Operations and left the employment of the City of Providence. (Lennon deposition p. 21).

4. The Department of Communications originally utilized a “Dictaphone” system to record emergency and certain other calls coming into the Providence Police and Fire Departments. (Viera deposition p. 20).

5. The City of Providence (the “City”) decided to procure an additional system to record these calls and accepted bids for the same. (Richardson deposition p. 31).

6. In 2002 the City acquired a new recording system known as the Total Recall system. The purpose of the Total Recall system was to record emergency lines and to have a records management system in place. (Viera deposition p. 30).

7. Late in 2002 members of the Fire Department inquired as to whether conversations on certain non-emergency phone lines were being recorded by the Total Recall system. Word of these alleged recordings eventually reached Dean Esserman, Chief of Police, who convened meetings on this subject in early 2003. (Moise deposition p. 52).

8. Esserman ordered the Total Recall system to be taken off line at that time, and requested that the Rhode Island State Police conduct an investigation into this matter (Moise deposition p. 53).

9. This investigation resulted in a finding of no criminal wrongdoing. (State Police Report).