**UNITED STATE DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et. als.

v. C.A. No. 04-304S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**CONSOLIDATED WITH:**

JOHN C. CHMURA, et. als.

v. C.A. No. 04-553S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**DEFENDANT JOSEPH RICHARDSON'S RULE 54(b) MOTION FOR ENTRY OF JUDGMENT**

Now comes the Defendant Joseph Richardson, by and through his attorneys, and pursuant to Fed. R. Civ. P. 54(b), hereby moves the Court to enter Judgment in his favor on all counts against him, both in his former official capacity as the Deputy Director for the Department of Communications for the City of Providence and in his individual capacity, in both of the above captioned (consolidated) cases. Defendant Richardson asks that the Court make a specific finding that there is no just reason for delay in the entry of Judgment on his behalf.

A Memorandum of Law in support of the instant Motion is filed simultaneously herewith.

Defendant Joseph Richardson,
By His Attorneys,

Kevin J. McAllister, Esq. #2641

Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; fax 453-2345

Thomas J. Cronin, Esq. #5302
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903
(401) 521-7977; fax 521-6901

Dated: April 5, 2006

**CERTIFICATE OF SERVICE**

I certify that on April 5, 2006, I mailed a true copy of the within, postage prepaid, to the following counsel of record:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Kevin McHugh, Esq.
Assistant City Solicitor
City of Providence Law Department
275 Westminster Street, 2nd Floor
Providence, RI 02903

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street

Providence, RI 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

George J. West, Esq.
One Turks Head Place, suite 312
Providence, RI 02903

**UNITED STATE DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et. als.

v. C.A. No. 04-304S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**CONSOLIDATED WITH:**

JOHN C. CHMURA, et. als.

v. C.A. No. 04-553S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**MEMORANDUM IN SUPPORT OF DEFENDANT JOSEPH RICHARDSON'S RULE 54(b) MOTION FOR ENTRY OF JUDGMENT**

Now comes the Defendant Joseph Richardson, by and through his attorneys, and pursuant to Fed. R. Civ. P. 54(b), hereby supports his motion for the Court to enter Judgment in his favor on all counts against him, both in his former official capacity as the Deputy Director for the Department of Communications for the City of Providence and in his individual capacity, in both of the above captioned (consolidated) cases, as follows.

**Introduction**

Defendant Richardson was joined as one of several defendants in each of the above captioned matters and sued in his (former) official capacity and individually. Pursuant to the "Amended Stipulation of Dismissal With Prejudice as to Defendant Joseph Richardson Pursuant to Fed. R. Civ. P. 41(a)(1)(ii)", signed on behalf of all parties and entered by the Court on April 3, 2006, all claims against Defendant Richardson have now been dismissed with prejudice, and

under the terms of the said Dismissal Stipulation, all parties respective rights to appeal from said Dismissals have been waived.

**Argument**

Under Fed. R. Civ. P. 54(b), the Court may direct that final Judgment may enter against all Plaintiffs in both consolidated cases and in favor of Defendant Richardson, "upon an express determination that there is no just reason for delay" for the entry of judgment involving less than all of the parties to the action.

In this case, there is no just reason for delay because all parties have assented to Mr. Richardson's dismissal(s) with prejudice, and further have agreed to waive any rights to appeal under the terms of the dismissal stipulation, which is attached hereto as Exhibit I. [Indeed in the original and superceded dismissal stipulation filed with the Court on March 24, 2006, all the parties also stipulated that final judgment may be entered in favor of Defendant Richardson and against the Plaintiffs in both consolidated cases.] By the expressed waiver by all parties of any rights of appeal from Defendant Richardson's dismissal(s) with prejudice, (and also by the previously expressed intent of all parties to agree to the entry of Judgment in favor of Defendant Richardson at this time), the Court's finding of no just reason for delay in the entry of Final Judgment in favor of Defendant Richardson would effectuate the expressed intent of the parties.

In addition, there is no apparent reason why the entry of Final Judgment in Defendant Richardson's favor ought to be delayed until the resolution of all remaining claims and parties in the case after Mr. Richardson has endured the status of a named Defendant being sued personally for a period of approximately twenty months. Until a judgment is entered, the trial judge remains free to interpret, alter, modify, or reverse pretrial and trial orders. Willhauck v. Halpin, 919 F. 2d

788, 793-94 (1st Cir. 1990.) Mr. Richardson deserves the finality of the entry of Judgment so that upon the subsequent expiration of the applicable time for any appeal(s), he can put this matter behind him once and for all.

It is respectfully submitted that there truly is no just reason for the delay of entry of Final Judgment in favor of the Defendant Richardson and against all Plaintiffs in both consolidated cases.

**Conclusion**

For all of the above reasons, it is requested that the Court make the finding that there is no just reason for delay in the entry of Final Judgment in favor of Defendant Richardson and against all Plaintiffs, and that the Court enter Final Judgment forthwith in both of the instant consolidated cases. A form of Final Judgment as to Defendant Richardson is enclosed for the Court's consideration.

Respectfully submitted,
Defendant Joseph Richardson,
By His Attorneys,

Kevin J. McAllister, Esq. #2641
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; fax 453-2345

Thomas J. Cronin, Esq. #5302
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor

Providence, RI 02903
(401) 521-7977; fax 521-6901

Dated: April 5, 2006

## CERTIFICATE OF SERVICE

I certify that on April 5, 2006, I mailed a true copy of the within, postage prepaid, to the following counsel of record:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Kevin McHugh, Esq.
Assistant City Solicitor
City of Providence Law Department
275 Westminster Street, 2nd Floor
Providence, RI 02903

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205

132 Old River Road
Lincoln, RI 02865

George J. West, Esq.
One Turks Head Place, suite 312
Providence, RI 02903

Case 1:04-cv-00304-S Document 131-1 Filed 04/03/2006 Page 1 of 3

**UNITED STATE DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

RECEIVED
MAR 3 1 2006
Property of U.S. District Court
District of Rhode Island

THOMAS WALDEN, et. als.

v. C.A. No. 04-304S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**Consolidated With**

JOHN C. CHMURA, et. als

v. C.A. No. 04-553S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT JOSEPH RICHARDSON PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

Now come the parties, by and through their Attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and hereby Agree and Stipulate that Defendant **JOSEPH RICHARDSON**, a named Defendant in each of the above captioned (consolidated) cases, may be **HEREBY DISMISSED WITH PREJUDICE**, in BOTH his individual capacity and in his (former) official capacity as an employee of the City of Providence, with no award of interest, costs, or sanctions, in BOTH of the above-captioned consolidated cases. It is further Agreed and Stipulated by the parties that all parties' respective rights to appeal from said Dismissals are hereby **WAIVED.**

Plaintiffs,
By Their Attorneys,

Mark A. Fay, Esq. #4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor

Defendant Joseph Richardson,
By His Attorneys,

Kevin J. McAllister, Esq. #2641
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 4/3/06



EXHIBIT I

Case 1:04-cv-00304-S Document 131-1 Filed 04/03/2006 Page 2 of 3

Providence, RI 02903
(401) 490-3200; fax 490-3207

Dated: 1-31-06

Carolyn A. Mannis, Esq. #4275
170 Westminster Street, Suite 800
Providence, RI 02903
(401) 454-4466; fax 351-3914

Dated: 1-31-06

362 Broadway
Providence, RI 02909
(401) 453-2300; fax 453-2345

Dated: MARCH 29, 2006

Thomas J. Cronin, Esq. #5302
Gunning & LaFazia, Inc.
56 Pine Street, 7th floor
Providence, RI 02903
(401) 521-7977; fax 521-6901
Dated: 3/29/06

Defendants City of Providence,
David Cicilline, and Dean Esserman,
by Their Attorneys,

Kevin F. McHugh, Esq. #3927
Michael Calise, Esq. #6715
City of Provience Department of Law
275 Westminster Street
Providence, RI 02903
(401) 421-7740, ext. 333; fax 351-7596

Dated: 3/30/06

Defendant Manuel Vieira,
By His Attorney,

George L. Santopietro, Esq. #2056
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
(401) 751-5522; fax 331-3758

Dated: MARCH 29, 2006

Defendant Mary Lennon,
by Her Attorney,

Dean Robinson, Esq., #3852
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540; fax 433-1605

Dated: 3/30/06

Defendant Urbano Prignano, Jr.
By His Attorney,

Susan Carlin, Esq., #2648
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
(401) 335-4550; fax 335-4515

Dated: 3/29/06

Case 1:04-cv-00304-S Document 131-1 Filed 04/03/2006 Page 3 of 3

Defendant Vincent A. Cianci, Jr.
By His Attorney,

George J. West

George E. West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401) 861-9042; fax 861-0330

Dated: 3/30/06

**ENTER:**

## CERTIFICATION

I certify that on March 29, 2006, I mailed and faxed a true copy of the within, postage prepaid, to all counsel of record, listed above, at the addresses and fax numbers listed above.

K. J. McAllister

**UNITED STATE DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et. als.

C.A. No. 04-304S

v.

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**Consolidated With**

JOHN C. CHMURA, et. als

C.A. No. 04-553S

v.

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**FINAL JUDGMENT AS TO DEFENDANT JOSEPH RICHARDSON**

Pursuant to the "Stipulation of Dismissal With Prejudice as to Defendant Joseph Richardson Pursuant to Fed. R. Civ. P. 41(a)(1)(ii)" filed with the Court and entered on April 3, 2006, and following consideration of the Defendant Joseph Richardson's Rule 54(b) Motion for Entry of Judgment, it is hereby Ordered:

**FINAL JUDGMENT** may be entered against the Plaintiffs and in favor of the Defendant **JOSEPH RICHARDSON**, a named Defendant in each of the above captioned (consolidated) cases, in both his individual capacity and in his (former) official capacity as an employee of the City of Providence, with no award of interest, costs, or sanctions.

**ENTER:**

**By Order.**

______________________________
**Smith, USDJ**

______________________________
Deputy Clerk

# CERTIFICATE OF SERVICE

I certify that on April 5, 2006, I mailed a true copy of the within, postage prepaid, to the following counsel of record:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Kevin McHugh, Esq.
Assistant City Solicitor
City of Providence Law Department
275 Westminster Street, 2nd Floor
Providence, RI 02903

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

George J. West, Esq.
One Turks Head Place, suite 312
Providence, RI 02903

______________________________