**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THOMAS WALDEN, et al, Plaintiffs | * * * | |
| v. | * | CASE NUMBER: 04-304S |
| CITY OF PROVIDENCE, et al, Defendants | * * * | |

| | | |
|---|---|---|
| JOHN C. CHMURA, et al Plaintiffs | * * | |
| v. | * | CASE NUMBER: 04-553S |
| CITY OF PROVIDENCE, et al, Defendants | * * | |

**STIPULATION**

The parties hereby agree that the time within which Defendant, Mary Lennon, may file her Motion for Summary Judgment and otherwise comply with paragraph 6 of the Court's Pre-Trial Order dated January 27, 2006 is enlarged and extended from March 23, 2006 to April 6, 2006.

The parties further agree that the date by which the Plaintiffs' responses are due is accordingly enlarged and extended (2) weeks.

Attorney for Plaintiffs,

Mark A. Fay, Esq. (#4208)
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200

Attorney for Defendant
Mary Lennon,

Dean G. Robinson (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 3/28/06

**CERTIFICATION**

I certify that on March 23, 2006, I mailed a true copy of the within to the following counsel of record:

Carolyn A. Mannis, Esq.
170 Westminster Street
Suite 800
Providence, Rhode Island 02903

Kevin F. McHugh, Esq.
Assistant City Solicitor
City of Providence
275 Westminster Street, 2nd Floor
Providence, Rhode Island 02903

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, Rhode Island 02903

George J. West, Esq.
One Financial Plaza
Suite 1500
Providence, Rhode Island 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center – Suite 205
132 Old River Road
Lincoln, Rhode Island 02865

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione
Scungio & McAllister, LLP
362 Broadway
Providence, Rhode Island 02909

[signature]