RECEIVED

APR 13 2006

Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | | |
|---|---|---|---|
| THOMAS WALDEN, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-304S |
| CITY OF PROVIDENCE, ET ALS | : | | |
| JOHN C. CHMURA, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-553S |
| CITY OF PROVIDENCE, ET ALS | : | | |

**STIPULATION**

The parties hereby agree that the time within which Plaintiffs may file their responses, objections, memoranda of law and affidavits to Defendants, Manuel Vieira, Urbano Prignano and Mary Lennon's Motions for Summary Judgment and otherwise comply with paragraph 6 of the Court's Pre-Trail Order dated January 27, 2006 is enlarged and extended to May 3, 2006.

**ATTORNEY FOR PLAINTIFFS**

Mark A. Fay, Esquire #4208
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200

**ATTORNEY FOR DEFENDANT MANUEL VIEIRA**

George J. Santopietro, Esquire #2056
226 South Main Street, 4th Floor
Providence, RI 02903
(401) 751-5522

**ATTORNEY FOR DEFENDANT URBANO PRIGNANO**

Susan Marcotte Carlin, Esquire #2648
275 Westminster Street
Providence, RI 02903
(401) 331-9400

**ATTORNEY FOR DEFENDANT MARY LENNON**

Dean G. Robinson, Esquire #3852
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 4/14/06

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 13 day of April, 2006, mailed a copy of the foregoing, first class mail, postage prepaid, to:

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Turks Head Place, Suite 312
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kendra Lima