RECEIVED

APR 10 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et al.:

v. C.A. No. 04-304-S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**Consoliated With**

JOHN C. CHMURA, et Als.:

v. C.A. No. 04-553-S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, VINCENT A. CIANCI, JR., PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

Now come the parties, by and through their Attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and hereby Agree and Stipulate that the actions against the Defendant, **VINCENT A. CIANCI, JR.**, a named Defendant in each of the above-captioned (consolidated) cases, may be **HEREBY DISMISSED WITH PREJUDICE**, in BOTH his individual capacity and in his (former) office capacity as Mayor of the City of Providence, with no award of interest, costs, or sanctions, in BOTH of the above-captioned consolidated cases. It is further Agreed and Stipulated by the parties that all parties' respective rights to appeal from said Dismissals are hereby **WAIVED**.

Plaintiffs,
By Their Attorneys,

[signature]

Mark A. Fay, Esq. #4208
MURPHY & FAY, LLP
127 Dorrance Street, 2nd Floor

Defendant, Vincent A. Cianci, Jr.
By His Attorney,

[signature]

George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 4/19/06

Providence, RI 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

Dated: April 6, 2006

Carolyn A. Mannis, Esq. #4275
170 Westminster Street, Suite 800
Providence, RI 02903
(401) 454-4466; fax 351-3914

Dated: April 6, 2006

Defendants City of Providence,
David Cicilline, and Dean Esserman
By Their Attorneys

Kevin F. McHugh, Esq. #3927
Michael Calise, Esq. #6715
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
(401) 421-7740, ext. 333; fax 351-7596

Dated: 4/10/06

Defendant Mary Lennon
By Her Attorney,

Dean Robinson

Dean Robinson, Esq., #3852
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540; fax 433-1605

Dated: 4/10/06

Telephone: 401-861-9042
Facsimile: 401-861-0330

Dated: 4/5/06

Thomas J. Cronin, Esq. #5302
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903
(401) 521-7977; fax 521-6901

Dated: 04/06/06

Defendant Manuel Vieira
By His Attorney,

George E. Santopietro, Esq. #2056
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
(401) 751-5522; fax 331-3758

Dated: 4/6/06

Defendant Urbano Prignano, Jr.
By His Attorney,

Susan Carlin

Susan Carlin, Esq., #2648
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
(401) 335-4550; fax 335-4515

Dated: 4/6/06

Defendant Joseph Richardson,
By His Attorneys,

Kevin J. McAllister

Kevin J. McAllister, Esq., #2641
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; fax 453-2345

Dated: 4/10/06

ENTER:

CERTIFICATION

I certify that on April 10, 2006, I mailed a true copy of the within postage prepaid, to all counsel of record, listed above, at the addresses listed above.

George J. West