**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304S

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553S

CITY OF PROVIDENCE, ET ALS.

**NOTICE OF DEPOSITION**

DEPONENT: DEFENDANT-DEAN ESSERMAN

DATE: MONDAY, MAY 8, 2006

TIME: 10:00 AM

Please take notice that pursuant to the Rhode Island Rules of Civil Procedure the plaintiffs will take the deposition of the above-named deponent, upon oral examination, which examination will continue from day to day until completed; the same to commence **at 325 Washington Street, Providence, Rhode Island 02903**, at the date and time states, before a Notary Public duly commissioned in the State of Rhode Island.

Plaintiffs,
By their Attorneys

Mark A. Fay, Esquire #4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200
(401) 490-3207 FAX

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 1 day of May, 2006, mailed a copy of the foregoing, first class mail, postage prepaid , **Allied Court Reporters,** 115 Phenix Avenue, Cranston, Rhode Island 02920.

| | |
|---|---|
| Dean G. Robinson, Esquire<br>670 Willett Avenue<br>East Providence, RI 02903 | Fax Transmission<br>401-433-1605 |
| George L. Santopietro, Esquire<br>226 South Main Street<br>Providence, RI 02903 | Fax Transmission<br>401-331-3758 |
| Kevin F. McHugh, Esquire<br>Michael A. Calise, Esquire<br>275 Westminster Street<br>Providence, RI 02903 | Fax Transmission<br>401-351-7596 |
| Susan Marcotte Carlin, Esquire<br>Famiglietti & Carlin, LTD<br>The Lincoln Center, Suite 205<br>132 Old River Road<br>Lincoln, RI 02865 | Fax Transmission<br>401-335-4515 |

Kendra Lima