**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET AL

VS C.A. NO. 04-304S

CITY OF PROVIDENCE, ET AL

**CONSOLIDATED WITH**

JOHN C. CHMURA, ET AL

VS C.A. NO. 04-553S

CITY OF PROVIDENCE, ET AL

**STIPULATION**

Plaintiffs' expert shall conduct his inspection, as detailed in Plaintiffs' proposed protocol, which is attached, by May 22, 2006. Plaintiffs' expert's report shall be filed on or before June 23, 2006. Defendants' expert's report shall be filed on or before July 27, 2006.

Mark A. Fay (#4208)
Murphy & Fay, LLP
127 Dorrance Street
Providence, Rhode Island 02903

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
Michael Calise (#6715)
Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street
Providence, Rhode Island 02903

Dated: May 1, 2006

ENTER WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 5/2/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, ET AL

VS C.A. NO. 04-304S

CITY OF PROVIDENCE, ET AL

**CONSOLIDATED WITH**

JOHN C. CHMURA, ET AL

VS C.A. NO. 04-553S

CITY OF PROVIDENCE, ET AL

**STIPULATION**

Plaintiffs' expert shall conduct his inspection, as detailed in Plaintiffs' proposed protocol, which is attached, by May 22, 2006. Plaintiffs' expert's report shall be filed on or before June 23, 2006. Defendants' expert's report shall be filed on or before July 27, 2006.

Mark A. Fay (#4208)
Murphy & Fay, LLP
127 Dorrance Street
Providence, Rhode Island 02903

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
Michael Calise (#6715)
Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street
Providence, Rhode Island 02903

Dated: May 1, 2006

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 5/2/06

**CERTIFICATION**

I hereby certify that on this ~~first~~ 2nd day of May, 2006, I caused a true copy of the foregoing stipulation to be served upon the following listed attorney(s) by ☐ faxing a copy of same, ☒ mailing a copy of same, ☐ hand-delivering a copy of same..

Carolyn A. Mannis, Esq.
170 Westminster Street Suite 800
Providence, Rhode Island 02903

George L. Santopietro, Esq.
Coia & Lepore
226 South Main Street
Providence, Rhode Island 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915

Susan Marcotte Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, Rhode Island 02865

Carolyn M. Ranucci

A forensic image is required to properly ensure the integrity and validity of the data. Forensic imaging is the process of making an exact duplicate of electronic media, such as the hard drive of the computer or server, which may be of probative value and can be verified by other computer forensics experts. The forensic imaging process captures and preserves all data residing on the server or hard drive whether it is contained in the allocated storage space or unallocated space. Proper forensic imaging can be obtained without damage or alteration to the data or the media upon which the data resides.

Specifically, the steps I propose to forensically image the server(s) are as follows:

A. Boot the server(s) using an EnCase Network Boot Disk bootable CD. This will not boot the server(s) to its native operating system, but will instead boot to a controlled environment that would maintain the integrity of the data on the server(s).

B. Connect the server(s) to my computer via a Cat 5e network crossover cable.

C. Attach a new and forensically clean hard drive externally to my computer to receive and store the forensic image(s).

D. Run EnCase version 4.22a (or appropriate version) from my computer to initiate the forensic imaging process. The forensic image(s) of the server(s) would be stored on the external drive.

E. Once the imaging process is complete, remove the bootable CD and power down the server(s).

F. While the above process is the preferred method, due to unforeseen technical circumstances, this method is not always possible. If the above process cannot be utilized to obtain a forensic image of the server(s), then a separate process would be needed. Specifically, the individual drives of the server(s) would need to be removed and connected directly to my computer via a USB or FireWire hardware writeblocker. Once attached, the forensic image process would progress as outlined in step D above.

When obtaining a forensic image of computer hard drives and other media, the process is designed to be as unobtrusive as possible. The forensic imaging equipment is utilized to obtain a copy of the drive without altering the contents or mechanism of the

original storage device. Upon completion of the forensic imaging process it is possible to verify that the contents of the original drives have not been altered or corrupted. Forensic imaging is strictly a documentation and preservation process. If performed properly, no electronic data residing on the servers and hard drives would be altered nor destroyed during the imaging process.