**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THOMAS WALDEN, et al, Plaintiffs | * | |
| | * | |
| v. | * | CASE NUMBER: 04-304S |
| | * | |
| CITY OF PROVIDENCE, et al, Defendants | * | |

| | | |
|---|---|---|
| JOHN C. CHMURA, et al Plaintiffs | * | |
| v. | * | CASE NUMBER: 04-553S |
| | * | |
| CITY OF PROVIDENCE, et al, Defendants | * | |

**DEFENDANT MARY LENNON'S OBJECTION**
**TO PLAINTIFFS' MOTION TO EXTEND TIME**

Defendant Mary Lennon ("Lennon") hereby objects to the Plaintiffs' Motion to Extend Time to Respond to Summary Judgment Motions.

The complaint in Case Number 04-304S was filed in August, 2004, and named Dean Esserman ("Esserman") as one of the defendants. A Rule 16 conference was conducted on February 17, 2005. During this conference Judge Smith indicated that the issue of potential liability of the individual defendants should be addressed first. A pretrial order was issued on April 28, 2005 requiring that depositions of the individual defendants be completed by November 7, 2005, and dispositive motions of the individual defendants be filed on or before February 7, 2006.

Plaintiffs did not seek to depose any of the individual defendants prior to the deadline contained in the pretrial order. At the request of Plaintiffs' counsel these deadlines were subsequently extended by two months pursuant to a joint motion of the

parties that was approved by this Court on December 8, 2005. These deadlines were further extended, again at the request of Plaintiffs' counsel, for an additional thirty days. The depositions of defendants Viera, Richardson, Lennon and Prignano were eventually conducted between February 16, 2006 and March 23, 2006, and Lennon filed her motion for summary judgment on April 6, 2006 in compliance with the amended due date. At the summary judgment conference held by Judge Smith on April 24, 2006, Plaintiffs' counsel again requested additional time to depose witnesses and file responses to the motions for summary judgment, after admitting that it had not yet begun drafting its response to the motions for summary judgment. Judge Smith extended the time within which Plaintiffs were to file responses to the motions for summary judgment to May 15, 2006.

Plaintiffs' counsel attempts to justify this latest request for an extension of time by noting that Esserman is presently unavailable to provide testimony due to illness, and stating that "…the deposition testimony of Chief Esserman may well be key to Plaintiffs' case…" There was no attempt made by Plaintiffs' counsel, however, to procure Esserman's testimony from the commencement of this action in August 2004 through at least December, 2005. If in fact Esserman's testimony is as important as Plaintiffs' counsel now represents, his deposition should have been scheduled long before his unfortunate illness rendered him unavailable.

This motion seeking an extension of time is inappropriate as Plaintiffs have had more than sufficient time to depose Esserman as well as Anthony Desmaris and Andrew Rosenzweig. It is patently unfair to subject Lennon to continued expense and mental turmoil simply to accommodate Plaintiffs who have through their own inaction created the delay in the progress of this litigation. In addition, Judge Smith indicated during the

conference held on April 24, 2006 that he would be commencing a lengthy trial in early June, thus if Plaintiffs' motion is granted a hearing on Lennon's motion for summary judgment could be delayed indefinitely. Accordingly, Defendant Mary Lennon respectfully requests that Plaintiffs' motion to extend time to respond to summary judgment motions be denied.

Mary Lennon
By her attorney,

Dean G. Robinson (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**CERTIFICATION**

I certify that on May 9, 2006, I mailed a true copy of the within Objection to the following counsel of record:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street
2nd Floor
Providence, Rhode Island 02903

Carolyn A. Mannis, Esq.
170 Westminster Street
Suite 800
Providence, Rhode Island 02903

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center – Suite 205
132 Old River Road
Lincoln, Rhode Island 02865

Kevin F. McHugh, Esq.
Assistant City Solicitor
City of Providence
275 Westminster Street, 2nd Floor
Providence, Rhode Island 02903

Kathleen Wilson