UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, ET ALS

VS. C. A. NO. 04-304S

CITY OF PROVIDENCE, et als

JOHN C. CHMURA, et al

VS. C. A. No. 04-553S

CITY OF PROVIDENCE, et al

**OBJECTION OF DEFENDANT, MANUEL VIEIRA, TO PLAINTIFFS' MOTION TO EXTEND TIME**

Defendant, Manuel Vieira, ("Vieira") hereby objects to the Plaintiffs' Motion to Extend Time to Respond to Summary Judgment Motions.

The complaint in Case Number 04-304S was filed in August, 2004, and identified many Defendants, including Dean Esserman ("Esserman"). As noted in the Objection filed by Mary Lennon, a Rule 16 conference was conducted on February 17, 2005. During this conference, Judge Smith indicated that the issue of potential liability of the individual Defendants should be prioritized. As a result, a pretrial Order was issued on April 28, 2005 which required that depositions of the individual Defendants be completed by November 7, 2005, and Dispositive Motions of the individual Defendants be filed on or before February 7, 2006.

Plaintiffs did not attempt to depose any of the individual Defendants prior to the deadline contained in the pretrial Order. At the request of Plaintiffs' counsel, these deadlines were subsequently extended by two months pursuant to a joint Motion of the

parties that was approved by this Court on December 8, 2005. As further noted in the Objection filed by Mary Lennon, these deadlines were further extended, again at the request of Plaintiffs' counsel, for an additional thirty days. The depositions of Defendants, Vieira, Richardson, Lennon and Prignano were conducted between February 16, 2006 and March 23, 2006 and Vieira filed his Motion for Summary Judgment on April 6, 2006 in compliance with the amended due date. At the summary judgment conference held by Judge Smith on April 24, 2006, Plaintiffs' counsel again requested additional time to depose witnesses and file responses to the Motions for Summary Judgment, after admitting that it had not yet begun drafting its response to the Motions for Summary Judgment. Judge Smith extended the time within which Plaintiffs were to file responses to the Motions for Summary Judgment to May 15, 2006 after hearing Objections by counsel for the individual Defendants.

Plaintiffs' counsel attempts to justify this latest request for an extension of time by noting that Esserman is presently unavailable to provide testimony due to illness, and stating that"...the deposition testimony of Chief Esserman may well be key to Plaintiffs' case..." Plaintiffs' counsel never attempted, however, to procure Esserman's testimony from the commencement of this action in August, 2004 through at least December, 2005. As stated by Mary Lennon, if in fact Esserman's testimony is as important as Plaintiffs' counsel now represents, he deposition should have been scheduled long before his unfortunate illness rendered him unavailable.

This Motion seeking an extension is inappropriate as Plaintiffs have had more than sufficient time to depose Esserman as well as Anthony Desmaris. It should be noted that Plaintiffs' counsel deposed Andrew Rosenzweig on May 9, 2006 after providing

counsel for Defendants with 48 hours notice. It is patently unfair to subject Vieira to continued expenses and mental turmoil simply to accommodate Plaintiffs who have, through their own inaction, created the delay in the progress of this litigation. In addition, Judge Smith indicated during the conference held on April 24, 2006 that he would be commencing a lengthy trial in early June. Thus if Plaintiffs' Motion is granted, action on Vieira's Motion for Summary Judgment could be delayed indefinitely.

Accordingly, Defendant, Manuel Vieira, respectfully requests that Plaintiffs' Motion to Extend Time to Respond to Summary Judgment Motions be denied.

Manuel Vieira,

By His Attorneys,

COIA & LEPORE, LTD.

BY ______________________

George E. Santopietro, Esq.-#2056
226 South Main Street
Providence, RI 02903
751-5522

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Objection on this 11th day of May, 2006 to:

Mark A. Fay, Esquire
Murphy & Fay
127 Dorrance Street, 2nd floor
Providence, RI 02903

Carolyn A. Mannis, Esquire
170 Westminster Street, Suite 800
Providence, RI 02903

Susan Marcotte Carlin, Esquire
The Lincoln Center—Suite 205
132 Old River Road
Lincoln, RI 02865

Kevin McHugh, Esquire
Assistant City Solicitor
City of Providence
275 Westminster Street, 2nd floor
Providence, RI 02903

Dean Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915

Annette C. Scalzi