UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 8 '06

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304S

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553S

CITY OF PROVIDENCE, ET ALS.

**PLAINTIFFS' MOTION TO EXTEND TIME**
**TO RESPOND TO SUMMARY-JUDGMENT MOTIONS**

NOW COME the Plaintiffs and hereby move this Honorable Court pursuant to Fed.R.Civ.P. 6(b) and Rule 6(f) for an Order extending time to respond to Defendant Mary Lennon, Defendant Urbano Prignano, Jr. and Defendant Manuel Vieira's motion for summary judgment up to and including May 31, 2006.

As the Court is aware Plaintiffs have been unable to secure the deposition testimony of Chief Dean Esserman due to his continuing illness. It is the understanding of Plaintiffs' counsel that Chief Esserman initiated an investigation into the "Total Recall" system at the Public Safety Complex which resulted in the termination or forced resignations of Mary Lennon and Manuel Vieira. As such, the deposition testimony of Chief Esserman may well be key to Plaintiffs' case and is particularly necessary to respond to Defendants' Lennon, Prignano and Vieira's motions for summary judgment. Upon completion of Chief Esserman's deposition it was the intent of Plaintiffs' counsel to conduct the depositions of Tony Desmaris and Andrew Rosenzweig.

GRANTED
WEsmith
William E. Smith
U.S. District Judge
5/11/06