**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304S

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553S

CITY OF PROVIDENCE, ET ALS.

**PLAINTIFFS' MOTION TO EXTEND TIME TO RESPOND TO MARY LENNON'S MOTION FOR SANCTIONS UNDER RULE 11**

Plaintiffs hereby move for an extension to respond to Defendant Mary Lennon's Motion for Sanctions. In support of said Motion Plaintiffs aver that prior to filing the above captioned suit co-counsel for Plaintiffs, Carolyn Mannis, traveled to the City of Providence's Law Department to review the files produced by the City in response to an Access to Public Records Act request (APRA). As a result of that review Carolyn Mannis determined the following:

1. Mary Lennon was Chief of Operations in the Communications Department for the City of Providence.

2. Communications was in charge of procuring, installing and maintaining the "Total Recall System".

3. Mary Lennon was fired or otherwise asked to resign by Mayor Cicilline after the "Total Recall System" was discovered by his administration and subsequently removed.

4. Mary Lennon had access codes to the "Total Recall System".

5. Mary Lennon retrieved some calls by using the "Total Recall" access codes.

At a very minimum the above provided Plaintiffs' counsel a good faith basis to include Mary Lennon as a Defendant in the above captioned matter.

Carolyn Mannis was called away unexpectedly to San Francisco due to illness in her family. Upon return the back log from other matters has delayed her efforts to provide an affidavit and memorandum of law in this case. Plaintiffs are seeking additional time to verify the above information by means of affidavit which will be a part of Plaintiffs' response to Mary Lennon's Motion for Sanctions.

Further, counsel for Mary Lennon has filed a Motion for Summary Judgment to which Plaintiffs' response is currently due on May 31, 2006. It is Plaintiffs' position that their response to Mary Lennon's Motion for Summary Judgment will lead to a denial of her Motion and she will remain a party to this action.

In light of the pending Motion for Summary Judgment and Plaintiffs' response, which will be filed on or before May 31, 2006, Defendant Mary Lennon's Motion for Sanctions should be held in abeyance until after her Motion for Summary Judgment is ruled upon. If Mary Lennon is successful in being dismissed as a party from this case, then the Motion for Sanctions can be addressed at that time.

Plaintiffs seek an extension to respond to the Motion for Sanctions to May 31, 2006 or until after Defendant Mary Lennon's Motion for Summary Judgment is ruled upon.

Plaintiffs
By their Attorney,

Mark A. Fay #4208
MURPHY & FAY, LLP
127 Dorrance Street
Providence, RI 02903
401-490-3200 Tel.
401-490-3207 Fax