UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al., Plaintiffs, | : | |
| v. | : | CA 04-304 S |
| CITY OF PROVIDENCE, et al., Defendants, | : | |

**ORDER GRANTING**
**MOTION TO EXTEND TIME**

Before the Court is Plaintiffs' Motion to Extend Time to Respond to Mary Lennon's Motion for Sanctions under Rule 11 (Document ("Doc.") #152) ("Motion to Extend Time"). Plaintiffs seek an extension of time to respond to the Motion for Sanctions under Rule 11 Filed by Mary Lennon (Doc. #144) ("Defendant Lennon's Motion for Sanctions") to May 31, 2006, or, alternatively, until after the Court rules upon the Motion for Summary Judgment Filed by Mary Lennon (Doc. #133). See Motion to Extend Time at 2. Defendant Mary Lennon ("Defendant Lennon") has filed an objection to the Motion to Extend Time. See Defendant Mary Lennon's Objection to Plaintiffs' Motion to Extend Time (Doc. #155) ("Defendant Lennon's Objection").

Given that Defendant Lennon is seeking sanctions and that Plaintiffs are seeking a relatively brief extension of time, the Court concludes that the Motion to Extend Time should be granted. Accordingly, the Motion to Extend Time is granted to the extent that Plaintiffs shall have to May 31, 2006, to file their response to Defendant Lennon's Motion for Sanctions. Defendant Lennon's Objection is overruled.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
May 26, 2006

BY ORDER:

Deputy Clerk