UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

FILED
MAY 18 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, ET ALS

VS. C. A. NO. 04-304S

CITY OF PROVIDENCE, et als

RECEIVED
JUN 05 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

JOHN C. CHMURA, et al

VS. C. A. No. 04-553S

CITY OF PROVIDENCE, et al

FILED
MAY 19 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION OF DEFENDANT, MANUEL VIEIRA, TO EXTEND THE TIME TO RESPOND TO THE PLAINTIFFS' OBJECTION TO HIS MOTION FOR SUMMARY JUDGMENT**

Now comes the Defendant, Manuel Vieira, (hereinafter referred to as Vieira) and hereby moves this Honorable Court pursuant to Fed.R.Civ.P. 6(b) and Rule 6(f) for an Order extending the time to respond to Plaintiffs' Objection to Vieira's Motion for Summary Judgment up to and including June 21, 2006.

As the Court is aware, Plaintiffs' Motion to Extend the Time within which to respond to the Motions for Summary Judgment has been granted. Hence, Plaintiffs are now required to respond to the Motions for Summary Judgment on or before May 31, 2006. In view of said extension and the recently scheduled depositions of Andrew Rosenweig, and Dennis Lambert, Defendant, Vieira, needs additional time to prepare and file his responsive pleading.

GRANTED.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
June 8, 2006

Referred to U.S.M.J. MARTIN
☐ for findings & recommendations
☑ for determination
☐ ______________
William E. Smith, District Judge
Date: 6/7/06