UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, ET ALS

VS. C. A. NO. 04-304S

CITY OF PROVIDENCE, et als

JOHN C. CHMURA, et al

VS. C. A. No. 04-553S

CITY OF PROVIDENCE, et al

**REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED BY MANUEL VIEIRA**

Defendant, Manuel Vieira, relies upon the arguments included in his Motion for Summary Judgment. Additionally, Defendant maintains that Plaintiffs, in their Objection, rely upon evidence which is not properly before this Court.

Defendant,
MANUEL VIEIRA,

By His Attorneys,

COIA & LEPORE, LTD.

BY______________________________
George L. Santopietro, Esq.--#2056
226 South Main Street
Providence, RI 02903
351-5522

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Reply Memorandum on this 19th day of June, 2006 to:

Mark A. Fay, Esquire
Murphy & Fay
127 Dorrance Street, 2nd floor
Providence, RI 02903

Carolyn A. Mannis, Esquire
170 Westminster Street, Suite 800
Providence, RI 02903

Susan Marcotte Carlin, Esquire
The Lincoln Center—Suite 205
132 Old River Road
Lincoln, RI 02865

Kevin McHugh, Esquire
Michael A. Calise, Esquire
City of Providence
275 Westminster Street, 2nd floor
Providence, RI 02903

Dean Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915

Annette C. Scalzi
Annette C. Scalzi