UNITED STATES DISTRICT CORUT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, ET ALS | : | |
| | : | |
| VS | : | C.A. No.: 04-304S |
| | : | |
| CITY OF PROVIDENCE, by and through STEVEN T. NAPOLITANO, ET ALS | : | |

**Consolidated With**

| | | |
|---|---|---|
| JOHN C. CHMURA, ET ALS | : | |
| | : | |
| VS | : | C.A. No.: 04-553S |
| | : | |
| CITY OF PROVIDENCE, by and through STEVEN T. NAPOLITANO, its Treasurer, ET ALS | : | |

**DEFENDANT VINCENT A. CIANCI, JR.'S**
**RULE 54(b) MOTION FOR ENTRY OF JUDGMENT**

Now comes the Defendant, Vincent A. Cianci, Jr., by and through his attorney, and pursuant to Fed. Civ. P. 54(b) hereby moves the Court to Enter Judgment in his favor on all counts against him, both in his former official capacity as the Mayor of the City of Providence and in his individual capacity, in both of the above captioned (consolidated) cases. Defendant Cianci asks that the Court make a specific finding that there is no just reason for delay in the entry of Judgment on his behalf.

A Memorandum of Law in support of the instant Motion is filed simultaneously herewith.

Defendant, Vincent A. Cianci, Jr.
By His Attorney,

George J. West, #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
401-861-9042
401-861-0330 fax

Dated: 6/20/06

## CERTIFICATE OF SERVICE

I certify that on June 20, 2006, I mailed a true copy of the within, postage prepaid, to the following counsel of record:

Mary A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Kevin McHugh, Esq.
Assistant City Solicitor
City of Providence Law Department
275 Westminster Street, 2nd Floor
Providence, RI 02903

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
Lincoln, RI 02865

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02903

[signature]

**UNITED STATE DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et. als.

v. C.A. No. 04-304S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**CONSOLIDATED WITH:**

JOHN C. CHMURA, et. als.

v. CA. No. 04-553S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**MEMORANDUM IN SUPPORT OF DEFENDANT VINCENT A. CIANCI, JR.'S RULE 54(b) MOTION FOR ENTRY OF JUDGMENT**

Now comes the Defendant, Vincent A. Cianci, Jr., by and through his attorney, and pursuant to Fed. R. Civ. P. 54(b), hereby supports his motion for the Court to enter Judgment in his favor on all counts against him, both in his former official capacity as the Mayor of the City of Providence and in his individual capacity, in both of the above captioned (consolidated) cases, as follows.

**Introduction**

Defendant Cianci was joined as one of several defendants in each of the above captioned matters and sued in his (former) official capacity and individually. Pursuant to the "Stipulation of Dismissal With Prejudice as to Defendant, Vincent A. Cianci, Jr., pursuant to Fed. R. Civ. P. 41(a)(1)(ii)", signed on behalf of all parties and entered by the Court on April 19, 2006, all claims against Defendant, Vincent A. Cianci, Jr., have now been dismissed with prejudice, and under the terms of the said Dismissal Stipulation, all parties respective rights to appeal from said

Dismissals have been waived.

**Argument**

Under Fed. R. Civ. P. 54(b), the Court may direct that final Judgment may enter against all Plaintiffs in both consolidated cases and in favor of Defendant Cianci, "upon an express determination that there is no just reason for delay" for the entry of judgment involving less than all of the parties to the action.

In this case, there is no just reason for delay because all parties have assented to former Mayor Cianci's dismissal(s) with prejudice, and further have agreed to waive any rights to appeal under the terms of the dismissal stipulation, which is attached hereto as Exhibit I. By expressed waiver by all parties of any rights of appeal from Defendant Cianci's dismissal(s) with prejudice, the Court's finding of no just reason for delay in the entry of Final Judgment in favor of Defendant Cianci would effectuate the expressed intent of the parties.

In addition, there is no apparent reason why the entry of Final Judgment in Defendant Former Mayor Cianci's favor ought to be delayed until the resolution of all remaining claims and parties in the case after he has defended (the now dismissed matter) for a lengthy period. Until a judgment is entered, the trial judge remains free to interpret, alter, modify, or reverse prior trial orders. Willhauck v. Halpin, 919 F.2d, 788, 793-04 (1st Cir. 1990). Former Mayor Cianci deserves the finality of the entry of Judgment so that, upon the subsequent expiration of the applicable time for any appeals, closure of the matter would be conclusive.

It is respectfully submitted that there truly is no just reason for the delay of entry of Final Judgment in favor of the Defendant Cianci and against all Plaintiffs in both consolidated cases.

**Conclusion**

For all of the above reasons, it is requested that the Court make the finding that there is

no just reason for delay in the entry of Final Judgment in favor of Defendant Cianci against all Plaintiffs, and that the Court enter Final Judgment forthwith in both of the instant consolidated cases. A form of Final Judgment as to Defendant Cianci is enclosed for the Court's consideration.

Defendant, Vincent A. Cianci, Jr.
By His Attorney,

George J. West, #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
401-861-9042
401-861-0330 fax

**CERTIFICATE OF SERVICE**

I certify that on June 20, 2006, I mailed a true copy of the within, postage prepaid, to the following counsel of record:

Mary A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Kevin McHugh, Esq.
Assistant City Solicitor
City of Providence Law Department
275 Westminster Street, 2nd Floor
Providence, RI 02903

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
Lincoln, RI 02865

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02903

RECEIVED
APR 10 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et al.:

v. C.A. No. 04-304-S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**Consoliated With**

JOHN C. CHMURA, et Als.:

v. C.A. No. 04-553-S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, VINCENT A. CIANCI, JR., PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

Now come the parties, by and through their Attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and hereby Agree and Stipulate that the actions against the Defendant, **VINCENT A. CIANCI, JR.**, a named Defendant in each of the above-captioned (consolidated) cases, may be **HEREBY DISMISSED WITH PREJUDICE**, in BOTH his individual capacity and in his (former) office capacity as Mayor of the City of Providence, with no award of interest, costs, or sanctions, in BOTH of the above-captioned consolidated cases. It is further Agreed and Stipulated by the parties that all parties' respective rights to appeal from said Dismissals are hereby **WAIVED**.

Plaintiffs,
By Their Attorneys,

Mark A. Fay, Esq. #4208
MURPHY & FAY, LLP
127 Dorrance Street, 2nd Floor

Defendant, Vincent A. Cianci, Jr.
By His Attorney,

George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 4/19/06

Providence, RI 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

Dated: April 6, 2006

Carolyn A. Mannis, Esq. #4275
170 Westminster Street, Suite 800
Providence, RI 02903
(401) 454-4466; fax 351-3914

Dated: April 6, 2006

Defendants City of Providence,
David Cicilline, and Dean Esserman
By Their Attorneys

Kevin F. McHugh, Esq. #3927
Michael Calise, Esq. #6715
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
(401) 421-7740, ext. 333; fax 351-7596

Dated: 4/10/06

Defendant Mary Lennon
By Her Attorney,

Dean Robinson, Esq., #3852
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540; fax 433-1605

Dated: 4/10/06

Telephone: 401-861-9042
Facsimile: 401-861-0330

Dated: 4/5/06

Thomas J. Cronin, Esq. #5302
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903
(401) 521-7977; fax 521-6901

Dated: 04/06/06

Defendant Manuel Vieira
By His Attorney,

George L. Santopietro, Esq. #2056
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
(401) 751-5522; fax 331-3758

Dated: 4/6/06

Defendant Urbano Prignano, Jr.
By His Attorney,

Susan Carlin, Esq., #2648
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
(401) 335-4550; fax 335-4515

Dated: 4/6/06

Defendant Joseph Richardson,
By His Attorneys,

Kevin J. McAllister, Esq.

Kevin J. McAllister, Esq., #2641
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; fax 453-2345

Dated: 4/10/06

ENTER:

CERTIFICATION

I certify that on April 10, 2006, I mailed a true copy of the within postage prepaid, *to all counsel of record, listed above, at the addresses listed above.*

George J. West

UNITED STATES DISTRICT CORUT FOR THE
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 20 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, ET ALS | : | |
| | : | |
| VS | : | C.A. No.: 04-304S |
| | : | |
| CITY OF PROVIDENCE, by and through STEVEN T. NAPOLITANO, ET ALS | : | |
| | **Consolidated With** | |
| JOHN C. CHMURA, ET ALS | : | |
| | : | |
| VS | : | C.A. No.: 04-553S |
| | : | |
| CITY OF PROVIDENCE, by and through STEVEN T. NAPOLITANO, its Treasurer, ET ALS | : | |

**FINAL JUDGMENT AS TO DEFENDANT**
**VINCENT A. CIANCI, JR.**

Pursuant to the "Stipulation of Dismissal With Prejudice as to Defendant, Vincent A. Cianci, Jr., Pursuant to Fed. R. Civ. P.41(a)(1)(ii)" filed with the Court and entered on April 19, 2006, and following consideration of the Defendant Vincent A. Cianci, Jr.'s Rule 54(b) Motion for Entry of Judgment, it is hereby Ordered:

**FINAL JUDGMENT** may be entered against the Plaintiffs and in favor of the Defendant, Vincent A. Cianci, Jr., a named Defendant in each of the above captioned (consolidated) cases, in both his individual capacity and in his (former) official capacity as Mayor of the City of Providence, with no award of interest, costs or sanctions.

**ENTER** **By Order.**

____________________ ____________________

**Smith, USDJ** Deputy Clerk

Dated: ____________ Dated: ____________

Presented by:

Defendant Vincent A. Cianci, Jr.
By His Attorney,

George J. West, #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
401-861-9042
401-861-0330 fax

Dated: 6/20/06