UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 28 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, ET ALS :

VS. : C.A. NO.: 04-304S

CITY OF PROVIDENCE, ET ALS :

JOHN C. CHMURA, ET ALS :

VS. : C.A. NO.: 04-553S

CITY OF PROVIDENCE, ET ALS :

**STIPULATION**

By agreement of the parties, Plaintiffs' expert report shall be filed on or before July 14, 2006. Defendants' expert report shall be filed on or before August 18, 2006.

Mark A. Fay, Esquire (#4208)
Murphy & Fay, L.L.P.
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Kevin F. McHugh, Esquire (#3927)
Michael Calise, Esquire, (#6715)
City of Providence Dept. of Law
275 Westminster Street
Providence, RI 02903

ENTER WES
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 7/5/06