UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | | |
|---|---|---|---|
| THOMAS WALDEN, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-304S |
| CITY OF PROVIDENCE, ET ALS | : | | |
| JOHN C. CHMURA, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-553S |
| CITY OF PROVIDENCE, ET ALS | : | | |

**STIPULATION**

By agreement of the parties, Plaintiffs' expert report shall be filed on or before July 21, 2006. Defendants' expert report shall be filed on or before August 25, 2006.

Mark A. Fay, Esquire (#4208)
Murphy & Fay, L.L.P.
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Kevin F. McHugh, Esquire (#3927)
Michael Calise, Esquire, (#6715)
City of Providence Dept. of Law
275 Westminster Street
Providence, RI 02903

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 7/17/06

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 14 day of July, 2006, mailed a copy of the foregoing, first class mail, postage prepaid, to:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

[signature]