UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al.<br>Plaintiffs | : | |
| v. | : | Case No. 04-304S |
| CITY OF PROVIDENCE, et al.<br>Defendants | : | |
| JOHN C. CHMURA, et al.<br>Plaintiffs | : | |
| v. | : | Case No. 04-553S |
| CITY OF PROVIDENCE, et al.<br>Defendants | : | |

**LIMITED ENTRY OF APPEARANCE**

David L. Krech, of JONES ASSOCIATES, hereby enters his appearance on behalf of the plaintiffs for the limited purpose of arguing in support of the plaintiffs' objections to the motions for summary judgment of defendants Urbano Prignano, Jr., Mary Lennon, and Manuel Vieira.

David L. Krech (RI #5257)
JONES ASSOCIATES
72 South Main Street
Providence RI 02903
Tel: (401) 274-4446
Fax: (401) 274-2805