UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al., Plaintiffs | ) | |
| v. | ) | C.A. No. 04-304S |
| CITY OF PROVIDENCE, et al., Defendants | ) | |

**ORDER**

As discussed during the July 26, 2006 hearing in this matter, it is hereby ordered that on or before **September 1, 2006,** the following shall be filed with the Court:

1. The City of Providence's Motion for Summary Judgment;

2. Urbano Prignano, Jr.'s Motion for Summary Judgment as to the issue of qualified immunity (objections and replies to both Motions for Summary Judgment shall be filed in accordance with the local rules of this Court);

3. In their memoranda in support of or opposition to these motions, all parties' shall respond to the following questions:

   A. Is the complaint, as drafted, sufficient to allege that Plaintiffs' civil rights were violated as a result of an official "policy or custom" of the City of Providence pursuant to Monell v. Dep't of Social Services, 436 U.S. 658 (1978)?

   B. If a Monell claim is not adequately asserted, what authority is there for concluding that the actions of Urbano Prignano, Jr., Manuel Vieira, and Mary Lennon (which appear to consist of, at most, the initial requisitioning and/or oversight of the

Total Recall system) amounted to a constitutional violation?

C. What evidence is there that any of the individual Defendants acted outside the scope of their authority?

D. Are Plaintiffs able to simultaneously pursue their § 1983 claims as well as their statutory claims under 18 U.S.C. § 2511, R.I. Gen. Laws § 11-35-21, R.I. Gen. Laws § 9-1-28.1(a)(1), and R.I. Gen. Laws § 12-5.1-1 (collectively referred to as "the statutory claims")?

E. Can a municipality be liable for violations of the statutory claims asserted in this case?

F. Can the individual Defendants be liable individually for the statutory claims asserted in this case if each has acted only in the course of their employment with a government agency?

IT IS SO ORDERED.

[signature]
William E. Smith
U. S. District Judge
Date: July 27, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, ET AL | : | |
| VS. | : | C.A. No. 04-304S |
| CITY OF PROVIDENCE, ET AL | : | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE THEIR MEMORANDUM REQUIRED BY THE COURT'S ORDER OF JULY 27, 2006**

Now come the Defendants in the above-entitled matter and move this Court for an extension of time up to and including September 14, 2006 within which to file their Memorandum which the Court required to be filed on September 1, 2006 in its July 27, 2006 order.

As reasons therefore, the Defendants state the following:

On July 27, 2006, this Court ordered the Defendants to address several legal issues in memoranda to be filed on September 1, 2006. The Court also ordered the City of Providence to file its Motion for Summary Judgment by that date. A copy of the Order is attached hereto.

Several counsel have been or will be court-excused and on vacation for various periods of time since the July 27, 2006 Order. In addition, the City's counsel was involved in an emergency licensing hearing regarding Club Giza on July 31, August 2, August 4 and August 16, 2006.

The legal issues ordered to be addressed are complicated and require extensive research and writing. Counsel for the Defendants need more time to research the issues

and write the memoranda. This is the first extension of the deadline the Defendants have asked for. Plaintiff's counsel has no objection to this motion.

Wherefore, Defendants pray that their Motion for an Extension of Time be granted.

Defendants,
By their Attorneys:

Joseph M. Fernandez,
City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street
Providence, Rhode Island 02903
(401) 421-7740 Ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com

/s/ Michael Calise
Michael Calise (#6715)
Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street
Providence, Rhode Island 02903
(401) 421-7740 Ext. 333
(401) 351-7596 (fax)

/s/ George L. Santopietro
George L. Santopietro, Esq. (#2056)
Coia & Lepore, Ltd
226 South Main Street
Providence, RI 02903
(401) 751-5522

/s/ Susan Carlin
Susan Carlin, Esq. (#1305)
Famiglietti & Carlin, Ltd
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
(401) 335-4550
(401) 335-4515 (fax)

/s/ Dean Robinson
Dean Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
(401) 433-1605 (fax)

Certificate of Service

I hereby certify that on this 24th day of August, 2006, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, RI 02865
Famcarltd@aol.com

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, RI 02903
mark@murphyandfay.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coilepore.com

/s/ Kevin F. McHugh
Kevin F. McHugh