UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, ET AL | : | |
| VS. | : | C.A. No. 04-304S |
| CITY OF PROVIDENCE, ET AL | : | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE THEIR MEMORANDUM REQUIRED BY THE COURT'S ORDER OF JULY 27, 2006**

Now come the Defendants in the above-entitled matter and move this Court for an extension of time up to and including September 14, 2006 within which to file their Memorandum which the Court required to be filed on September 1, 2006 in its July 27, 2006 order.

As reasons therefore, the Defendants state the following:

On July 27, 2006, this Court ordered the Defendants to address several legal issues in memoranda to be filed on September 1, 2006. The Court also ordered the City of Providence to file its Motion for Summary Judgment by that date. A copy of the Order is attached hereto.

Several counsel have been or will be court-excused and on vacation for various periods of time since the July 27, 2006 Order. In addition, the City's counsel was involved in an emergency licensing hearing regarding Club Giza on July 31, August 2, August 4 and August 16, 2006.

The legal issues ordered to be addressed are complicated and require extensive research and writing. Counsel for the Defendants need more time to research the issues

GRANTED
[signature]
William E. Smith
U.S. District Judge
8/28/06