**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET AL

VS. C.A. NO. 04-304S

CITY OF PROVIDENCE, ET AL

Consolidated with:

JOHN C. CHMURA, ET AL

VS. C.A. NO. 04-553S

CITY OF PROVIDENCE, ET AL

**MUNICIPAL DEFENDANTS' STATEMENT OF UNDISPUTED FACTS**

Now come the Municipal Defendants in the above-entitled matter pursuant to Local Rule 12.1 and present the following Statement of Undisputed Facts:

1. There is no allegation in the Complaints that the City has an unconstitutional policy, custom or widespread practice of violating people's privacy. (Complaints).

2. The Plaintiffs have not identified a Final Policy Maker for the City. (Complaints).

3. There is no allegation that a policy of the City caused the Plaintiffs' damages. (Complaints).

4. A bid was selected, pursuant to the Providence Home Rule Charter, for a new telephone system in the Providence Public Safety Complex on July 30, 2001. (Defendants' Memorandum, Exhibits A and B).

5. On January 14, 2002, the Board of Contract and Supply awarded Expanets the contract for what was known as the Total Recall System. (Defendants' Memorandum, Exhibit C).

6. The Total Recall System was to record all lines coming into and out of the public safety complex as well as the communications center. It did not record station-to-station calls; nor did it record private numbers in the various fire stations (Deposition of Stephen Moise, pp. 72-73; Deposition of Anthony Desmarais, pp. 86-87, attached to Defendants' Memorandum).

7. Only three of the calls were ever downloaded and listened to. (Deposition of Stephen Moise, p. 79, attached to Defendants' Memorandum).

8. One of the requests was from Chief Dutra of the Fire Department regarding a man in the water and the Fire Department's response. (Deposition of Vieira, pp. 142, 143, attached to Defendants' Memorandum).

9. One of the requests was from Major Dennis Simoneau of the Police Department regarding the towing of a car (Deposition of Lennon, p. 53, attached to Defendants' Memorandum).

10. Another request was from a City Councilman. (Deposition of Stephen Moise, p. 79, attached to Defendants' Memorandum).

11. On July 22, 2002, Major Simoneau sent an e-mail to the entire police department and its staff indicating that the telephone lines in the complex may be taped. (Defendants' Memorandum, Exhibit D).

12. On February 14, 2003, Defendant Dean Esserman learned of the existence of the Total Recall System and ordered it disoriented. It remains disconnected at the

Providence Public Safety Complex. (Deposition of Anthony Desmarais, p. 63, attached to Defendants' Memorandum).

13. Defendants complained about the Total Recall System to the Rhode Island State Police on February 14, 2003. The Rhode Island State Police responded to the public safety complex and launched an investigation of the Total Recall System. (Defendants' Memorandum, Exhibit E.)

14. The State Police investigation was forwarded to the Attorney General's office for review and determination as to whether the action of certain individuals was warranted for criminal liability. (Defendants' Memorandum, Exhibit E, p. 42).

15. The Attorney General's office determined that there was no criminal liability. (Memo of Special Assistant Attorney General Ronald R. Gendron relating to the "Total Recall" telephone recording system at the Providence Public Safety Complex, Defendants' Memorandum, Exhibit F).

16. Urbano Prignano, Jr. retired from the City of Providence on January 31, 2001. (Deposition of Urbano Prignano, Jr., p. 8, attached to Defendants' Memorandum).

17. The Total Recall System was not used until July or August of 2002. (Deposition of Manuel Vieira, p. 58, attached to Defendants' Memorandum).

18. The System was installed because of the nature of the citizens' complaints made to the police regarding the Police response to their complaints. (Deposition of Joseph Richardson, p. 31, attached to Defendants' Memorandum).

Defendants,

By their Attorneys:

Joseph M. Fernandez,
City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street
Providence, Rhode Island 02903
(401) 421-7740 Ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com

Certificate of Service

I hereby certify that on this 14th day of September, 2006, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, RI 02865
Famcarltd@aol.com

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, RI 02903
mark@murphyandfay.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coilepore.com

and by regular mail, postage prepaid, to the following:

Carolyn Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

/s/ Kevin F. McHugh
Kevin F. McHugh