UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al.<br>Plaintiffs<br><br>v.<br><br>CITY OF PROVIDENCE, et al.<br>Defendants | : | Case No. 04-304S |
| JOHN C. CHMURA, et al.<br>Plaintiffs<br><br>v.<br><br>CITY OF PROVIDENCE, et al.<br>Defendants | : | Case No. 04-553S |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

David L. Krech, of **JONES ASSOCIATES**, hereby withdraws his appearance on behalf of the plaintiffs, which appearance was made for the limited purpose of arguing in support of plaintiffs' objections to defendants' motions for summary judgment.

/s/ *David L. Krech*
David L. Krech (RI #5257)
**JONES ASSOCIATES**
72 South Main Street
Providence RI 02903
Tel : (401) 274-4446
Fax: (401) 274-2805

**<u>CERTIFICATIONS</u>**

On October 23, 2006, I caused a true copy of the foregoing document to be filed electronically; it is available for viewing and downloading from the ECF system. Counsel for all parties to the action, listed below, have been served electronically through the ECF system.

/s/ *David L. Krech*

**Mark A. Fay, Esq.**

**Michael A. Calise, Esq.**

**Susan M. Carlin, Esq.**

**Thomas J. Cronin, Esq.**

**Stephen R. Famiglietti, Esq.**

**Carolyn A. Mannis**

**Kevin J. McAllister, Esq.**

**Kevin F. McHugh, Esq.**

**Dean G. Robinson, Esq.**

**George L. Santopietro, Esq.**

**Richard B. Woolley, Esq.**