**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304S

CITY OF PROVIDENCE, et al.

# S T I P U L A T I O N

By agreement of the parties, Plaintiffs' expert report shall be filed on or before September 17, 2007. Defendants' expert report shall be filed on or before October 15, 2007.

/s/ Mark A. Fay
Mark A. Fay, Esquire (#4208)
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, RI 02903

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
/s/ Michael A. Calise
Michael A. Calise (#6715)
City of Providence
Law Department
275 Westminster Street
Providence, RI 02903

## Certificate of Service

I hereby certify that on this 24th day of August 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865
Famcarltd@aol.com

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903
mark@murphyandfay.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903
gsantopi@coilepore.com
pcomerfo@coialepore.com

I further certify that on said date, a copy of the foregoing was caused to be served on the following attorney(s) by regular mail, postage prepaid.

Carolyn Mannis, Esq.
170 Westminster Street, Suite 800
Providence, Rhode Island 02903

/s/ Kevin F. McHugh
Kevin F. McHugh