UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al., Plaintiffs, | ) | |
| v. | ) | CA No. 04-304 S |
| CITY OF PROVIDENCE, et al., Defendants. | ) | |

**SUPPLEMENTAL SCHEDULING ORDER**

After conference with the parties on August 22, 2007, it is hereby ORDERED as follows:

1. On or before **September 7, 2007**, counsel for the Defendants shall file their motions as to damages. Plaintiffs' counsel shall file their response by **September 21, 2007.** Argument on these motions, and on Defendants' Motion to Exclude Plaintiffs' Expert, if necessary, shall be heard on **October 15, 2007.**
2. The parties shall submit questions to be posed to potential jurors by **October 15, 2007.**
3. The parties shall participate in a settlement conference on a date to be scheduled in late **October, 2007.**
4. Counsel shall file their pretrial memoranda with the clerk by **November 30, 2007.** All guidelines as set forth

in this Court's Amended Pretrial Order, dated June 6, 2005, shall apply.

5. A final pretrial conference shall take place on a date in early to mid **December**.

6. This case shall be placed on the trial calendar for **January, 2008**.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge
Date: 8/28/07