**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

VS. C.A. NO.: 04-304S

CITY OF PROVIDENCE, et al.

**STIPULATION**

By agreement of the parties, Plaintiffs' expert report shall be filed on or before Monday, September 24, 2007. Defendants' expert report shall be filed on or before Monday, October 22, 2007.

/s/ Mark A. Fay
Mark A. Fay, Esquire #4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

/s/ Kevin F. McHugh
Kevin F. McHugh #3927
/s/ Michael A. Calise
Michael A. Calise #6715
City of Providence
Law Department
275 Westminster Street
Providence, RI 02903

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of September, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coilepore.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay