**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304S

CITY OF PROVIDENCE, et al.

**S T I P U L A T I O N**

Because the Defendants will not be presenting expert testimony at trial, the Plaintiffs' motion in limine to exclude the Defendants' expert witness from testifying at trial is hereby withdrawn.

/s/ Mark A. Fay
Mark A. Fay, Esquire (#4208)
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, RI 02903

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
City of Providence
Law Department
275 Westminster Street
Providence, RI 02903

/s/ Susan M. Carlin
Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865

/s/ Dean Robinson
Dean Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

/s/ George L. Santopietro
George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903

/s/ Carolyn Mannis
Carolyn Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Certificate of Service

I hereby certify that on this 9th day of November, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document will be served by electronic mail upon:

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, RI 02865
Famcarltd@aol.com

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, RI 02903
mark@murphyandfay.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coialepore.com

and by mailing to:

Carolyn Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

/s/ Kevin F.McHugh
Kevin F. McHugh