**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304S

CITY OF PROVIDENCE, et al.

## STIPULATION

Because the Defendants will not be presenting expert testimony at trial, the Plaintiffs' motion in limine to exclude the Defendants' expert witness from testifying at trial is hereby withdrawn.

Mark A. Fay, Esquire (#4208)
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, RI 02903

Kevin F. McHugh (#3927)
City of Providence
Law Department
275 Westminster Street
Providence, RI 02903

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865

Dean Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903

Carolyn Mannis, Esq. 4275
128 ~~Westminster~~ Dorrance Street, Suite 400
Providence, RI 02903