**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al,
Plaintiffs

v. CASE NUMBER: 04-304S

CITY OF PROVIDENCE, et al,
Defendants

JOHN C. CHMURA, et al
Plaintiffs
v. CASE NUMBER: 04-553S

CITY OF PROVIDENCE, et al,
Defendants

**DEFENDANT MARY LENNON'S**
**MOTION IN LIMINE TO EXCLUDE ALL**
**EVIDENCE RELATING TO INCIDENTS AFTER**
**THE DISCOVERY OF THE TOTAL RECALL SYSTEM**

Now comes Defendant Mary Lennon and joins in the Motion in Limine to Exclude all Evidence Relating to Incidents After the Discovery of the Total Recall System filed by Defendants Dean Esserman, David Cicilline and the City of Providence herein, and adopts by reference the Memorandum of Law filed by them in support thereof.

Mary Lennon
By her attorney,

/s/ Dean G. Robinson
Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**CERTIFICATION**

I certify that on December 21, 2007, I filed the within Motion in Limine to Exclude all Evidence Relating to Incidents After the Discovery of the Total Recall System by electronic means to all counsel of record.

/s/ Dean G. Robinson