**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS WALDEN, et al.**
**Plaintiffs,**

**v.** **C.A. No. 04-304S**

**CITY OF PROVIDENCE, et al.**
**Defendants.**

**MOTION TO STAY PROCEEDINGS PENDING APPEAL**

Plaintiffs, through counsel, pursuant to Rule 8 of the Federal Rules of Appellate Procedure move this court to enter an order to stay proceedings during the pendency of this appeal, based on the following grounds:

1. Plaintiffs have filed a Notice of Appeal with respect to this court's order entered on November 29, 2007 regarding the calculation of damages under 18 U.S.C. § 2520(c)(2)of the federal Wiretap Act.
2. Presently the circuit courts are split concerning the interpretation of damages under the Wiretap statute. Significantly, the First Circuit has yet to address the issue of whether damages under the statute are discretionary or mandatory. An opinion of the Court of Appeals will be dispositive of the issues raised in the trial court.

3. There exists a tremendous disparity between recovery through the state wiretap statutes and those of the federal statutes. Recovery under the federal statute is ten-times greater than the state statute. Therefore, a final determination of whether the federal recovery is mandatory or discretionary is crucial to the litigants.

4. The stay requested would relieve the litigants from preparing for a trial scheduled for February 11, 2008 without a final determination of the potential recovery.

5. Plaintiffs will suffer irreparable injury if the requested stay is denied. If Plaintiffs prevail at trial, Plaintiffs will be forced to elect whether to recover damages under the state statute or federal statute. Furthermore, Plaintiffs will be barred from appealing this court's order regarding damages after judgment has entered.

6. Neither Defendants nor the public interest will be harmed if the requested stay is granted.

Plaintiffs
By their attorneys,

/s/ Mark A. Fay

Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of December, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coilepore.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay