UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. D.C. CA04-304S

2. TITLE OF CASE: Thomas Walden, et al v. City of Providence, et al

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT (S):
**Mark A. Fay, Esquire**
**127 Dorrance Street, 2nd Floor**
**Providence, RI 02903**

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):
Kevin McHugh, Esquire
275 Westminster Street
Providence, Ri 02903

Susan Carlin, Esquire
132 Old River Road
Lincoln, RI 02865

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915

5. NAME OF JUDGE: William E. Smith

6. COURT-APPOINTED COUNSEL YES x NO

7. FEE PAID YES X NO
RECEIPT

8. IN FORMA PAUPERIS YES x NO

9. GUIDELINES CASE YES x NO

10. RELATED CASE ON APPEAL YES x NO
C.C.A. # (IF AVAILABLE)
DATE OF LAST N.O.F.A. FILED

11. SPECIAL COMMENTS:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

December 27, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: **Thomas Walden, et al v. City of Providence, et al**
**CA04-304S**

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket entries in the above entitled case.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, Notice of Appeal, Order dated November 29, 2007, Defendants' Motions for a Pretrial Ruling on Damages (Document # 203, 204, 205- 1 & 2, 206)