UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. CA04-304S

2. TITLE OF CASE: Thomas Walden, et al. v. City of Providence

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT (S):

**Mark A. Fay**
Murphy & Fay, L.L.P.
127 Dorrance Street
2nd Floor
Providence, RI 02903

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

**Kevin F. McHugh**
City of Providence
275 Westminster St.
Suite 200
Providence, RI 02903

**Susan M. Carlin**
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road
Suite 205
Lincoln, RI 02865

**George L. Santopietro**
Coia & LePore, Ltd.
226 South Main Street
Providence, RI 02903

**Dean G. Robinson**
670 Willett Avenue
East Providence, RI 02915

5. Name of Judge : **William E. Smith**

| | | | | | |
|---|---|---|---|---|---|
| 6. | COURT-APPOINTED COUNSEL | | YES | x | NO |
| | FEE PAID | | YES | x | NO |
| | | RECEIPT | | | |
| 8. | IN FORMA PAUPERIS | | YES | x | NO |
| 9. | GUIDELINES CASE | | YES | X | NO |
| 10. | RELATED CASE ON APPEAL | | YES | X | NO |
| | C.C.A. # (IF AVAILABLE) | | | | |
| | DATE OF LAST N.O.F.A. FILED | | | | |

11. SPECIAL COMMENTS: Enclosed please find original pleading file as well as certified copy of docket sheet.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

January 2, 2008

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Case Title: Thomas Walden, et al. v. City of Providence, et al.
CA04-304S

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket entries in the above case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

David A. DiMarzio
Clerk of Court
Wendy Geile
*Wendy Geile*
DEPUTY CLERK

Enc: NOA, Certified Docket, Plaintiff's Motion to Stay (Doc #223)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, on the 2nd day of January 2008.

David A. DiMarzio, CLERK

Wendy Geile

BY: Wendy Geile
DEPUTY CLERK