**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304S

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553S

CITY OF PROVIDENCE, ET ALS.

**PLAINTIFFS' MOTION IN LIMINE**
**TO EXCLUDE TESTIMONY AND EVIDENCE**
**RELATIVE TO CERTAIN DEFENSES**
**RELATIVE TO ALL DEFENDANTS**

Plaintiffs hereby move *in limine* to exclude all evidence whether testimonial or documentary in nature relative to defenses that require the use of expert testimony.

Plaintiffs seek to exclude all evidence with respect the following defenses:

1. governmental ordinary course of business exemption/privilege.
2. common carrier installation exemption/privilege.
3. public safety exemption/privilege.
4. no reasonable expectation of privacy in the use of work place telephones.
5. no expectation of privacy;
6. any other defense raised or reserved that would require expert testimony.

In support of their motion, Plaintiffs submit that all Defendants have stipulated that they would not be presenting expert testimony in this case. A true copy of the stipulation is attached hereto as Exhibit A.

Plaintiffs
By their Attorneys,

/s/ Mark A. Fay
Mark A. Fay #4208
MURPHY & FAY, LLP
127 Dorrance Street
Providence, RI 02903
401-490-3200 Tel.
401-490-3207 Fax

/s/ Carolyn A. Mannis
Carolyn A. Mannis #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002 Tel.
401-275-0175 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coilepore.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304S

CITY OF PROVIDENCE, et al.

**STIPULATION**

Because the Defendants will not be presenting expert testimony at trial, the Plaintiffs' motion in limine to exclude the Defendants' expert witness from testifying at trial is hereby withdrawn.

Mark A. Fay, Esquire (#4208)
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, RI 02903

Kevin F. McHugh (#3927)
City of Providence
Law Department
275 Westminster Street
Providence, RI 02903

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865

Dean Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903

Carolyn Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

EXHIBIT A