**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304S

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553S

CITY OF PROVIDENCE, ET ALS.

**PLAINTIFFS' MOTION IN LIMINE**
**TO EXCLUDE TESTIMONY AND EVIDENCE**
**RELATIVE TO CERTAIN AFFIRMATIVE DEFENSES**
**RELATIVE TO DEFENDANT MARY LENNON**

Plaintiffs hereby move *in limine* to exclude all evidence relative to affirmative defenses that were never raised in her answers to the complaints filed by the Plaintiffs. Specifically, with respect to Defendant Lennon's Answer to the Walden Complaint (C.A. No. 04-304S) the ONLY affirmative defenses raised include 1) failure to state a cause of action, 2) laches, 3) waiver and 4) set-offs. See Lennon Answer to Walden Complaint Attached as Exhibit A.

Therefore, with respect to Defendant Lennon no evidence should be permitted as it relates to the Walden Plaintiffs with respect to issues including but not limited to qualified immunity, public safety exemption and/or the Ordinary Course of Business Exemption/Privilege. See Exhibit A.

With respect to the Chmura Plaintiffs (C.A. No. 04-553S) no evidence should be permitted with respect to the defense of the Ordinary Course of Business Exemption/Privilege. See Lennon Answer to Chmura Second Amended Complaint attached as Exhibit B.

Plaintiffs
By their Attorneys,

/s/ Mark A. Fay
Mark A. Fay #4208
MURPHY & FAY, LLP
127 Dorrance Street
Providence, RI 02903
401-490-3200 Tel.
401-490-3207 Fax

/s/ Carolyn A. Mannis
Carolyn A. Mannis #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002 Tel.
401-275-0175 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coilepore.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay

11/15/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al,<br>Plaintiffs | * | |
| v. | * | CASE NUMBER: 04-304S |
| CITY OF PROVIDENCE, et al,<br>Defendants | * | |

**RESPONSE OF DEFENDANT MARY LENNON TO COMPLAINT FILED BY PLAINTIFFS**

Defendant Mary Lennon ("Defendant") responds to the plaintiffs' complaint as follows:

**PARTIES**

1-98. Defendant lacks information sufficient to form a belief as to the allegations of these paragraphs, thus leaves the plaintiffs to their proof.

**JURISDICTION**

99. Defendant lacks information sufficient to form a belief as to the allegations of this paragraph, thus leaves the plaintiffs to their proof.

100. Defendant lacks information sufficient to form a belief as to the allegations of this paragraph, thus leaves the plaintiffs to their proof.

**VENUE**

101. Defendant lacks information sufficient to form a belief as to the allegations of this paragraph, thus leaves the plaintiffs to their proof.

Exhibit A

## BACKGROUND

102-114. Defendant lacks information sufficient to form a belief as to the allegations of these paragraphs, thus leaves the plaintiffs to their proof.

## COUNT I

Defendant restates and incorporates by reference her responses to paragraphs 1 through 114 set forth above.

115. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

116. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

## COUNT II

Defendant restates and incorporates by reference her responses to paragraphs 1 through 116 set forth above.

117. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

118. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

## COUNT III

Defendant restates and incorporates by reference her responses to paragraphs 1 through 118 set forth above.

119. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

120. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

## COUNT IV

Defendant restates and incorporates by reference her responses to paragraphs 1 through 120 set forth above.

121. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

122. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

**COUNT V**

Defendant restates and incorporates by reference her responses to paragraphs 1 through 122 set forth above.

123. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

124. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

**COUNT VI**

Defendant restates and incorporates by reference her responses to paragraphs 1 through 124 set forth above.

125. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

126. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

Mary Lennon
By her Attorney,

Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs' complaint fails to state a cause or causes of action against Defendant upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred by the doctrine of laches.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred by the doctrine of waiver.

**FOURTH AFFIRMATIVE DEFENSE**

Defendant reserves such further defenses, pleas and/or set-offs as may be currently unknown to her, yet which may appear during the course of discovery, trial or otherwise.

Mary Lennon
By her Attorney,

Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**CERTIFICATION**

I hereby certify that a copy of the within Response was sent by regular mail addressed to Mark A. Fay, Esq., Murphy & Fay, LLP, 127 Dorrance Street, 2nd Floor, Providence, Rhode Island 02903 and Carolyn A. Mannis, Esq., 170 Westminster Street, Suite 800, Providence, Rhode Island 02903 on this 12 day of November, 2004.

Kathleen Wilson

4/11/05

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN C. CHMURA, et al,<br>Plaintiffs | * | |
| | * | |
| v. | * | CASE NUMBER: 04-553S |
| | * | |
| CITY OF PROVIDENCE, et al,<br>Defendants | * | |

**RESPONSE OF DEFENDANT MARY LENNON**
**TO SECOND AMENDED COMPLAINT FILED BY PLAINTIFFS**

Defendant Mary Lennon ("Defendant") responds to the plaintiffs' second amended complaint as follows:

**PARTIES**

1-40. Defendant lacks information sufficient to form a belief as to the allegations of these paragraphs, thus leaves the plaintiffs to their proof.

**JURISDICTION**

41. Defendant lacks information sufficient to form a belief as to the allegations of this paragraph, thus leaves the plaintiffs to their proof.

42. Defendant lacks information sufficient to form a belief as to the allegations of this paragraph, thus leaves the plaintiffs to their proof.

**VENUE**

43. Defendant lacks information sufficient to form a belief as to the allegations of this paragraph, thus leaves the plaintiffs to their proof.

Exhibit B

## BACKGROUND

44-54. Defendant lacks information sufficient to form a belief as to the allegations of these paragraphs, thus leaves the plaintiffs to their proof.

## COUNT I

Defendant restates and incorporates by reference her responses to paragraphs 1 through 54 set forth above.

55. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

56. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint against her individually and in her official capacity be dismissed with prejudice and that judgment enter for her attorney fees and costs.

## COUNT II

Defendant restates and incorporates by reference her responses to paragraphs 1 through 56 set forth above.

57. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

58. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint against her individually and in her official capacity be dismissed with prejudice and that judgment enter for her attorney fees and costs.

**COUNT III**

Defendant restates and incorporates by reference her responses to paragraphs 1 through 58 set forth above.

59. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

60. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint against her individually and in her official capacity be dismissed with prejudice and that judgment enter for her attorney fees and costs.

**COUNT IV**

Defendant restates and incorporates by reference her responses to paragraphs 1 through 60 set forth above.

61. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

62. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint against her individually and in her official capacity be dismissed with prejudice and that judgment enter for her attorney fees and costs.

**COUNT V**

Defendant restates and incorporates by reference her responses to paragraphs 1 through 62 set forth above.

63. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

64. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint against her individually and in her official capacity be dismissed with prejudice and that judgment enter for her attorney fees and costs.

## COUNT VI

Defendant restates and incorporates by reference her responses to paragraphs 1 through 64 set forth above.

65. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

66. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint against her individually and in her official capacity be dismissed with prejudice and that judgment enter for her attorney fees and costs.

Mary Lennon
By her Attorney,

Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs' complaint fails to state a cause or causes of action against Defendant both individually and in her official capacity upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred by the doctrine of laches.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred by the doctrine of waiver.

**FOURTH AFFIRMATIVE DEFENSE**

Defendant pleads immunity as an affirmative defense.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant pleads qualified immunity as an affirmative defense.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs had no reasonable expectation of privacy in the use of work place telephones.

**SEVENTH AFFIRMATIVE DEFENSE**

Defendant pleads consent as an affirmative defense.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiffs' claim for punitive damages fails to state a claim for which relief may be granted.

**NINTH AFFIRMATIVE DEFENSE**

Defendant pleads the public safety exemption.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiffs' injuries and damages, if any, were caused by a person or persons other than Defendant and/or for whose actions Defendant is not responsible.

**ELEVENTH AFFIRMATIVE DEFENSE**

Defendant reserves such further defenses, pleas and/or set-offs as may be currently unknown to her, yet which may appear during the course of discovery, trial or otherwise.

**DEFENDANT MARY LENNON CLAIMS A TRIAL BY JURY ON ALL COUNTS AND DEFENSES SO TRIABLE.**

Mary Lennon
By her Attorney,

Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**CERTIFICATION**

I certify that on April 8, 2005, I mailed a true copy of the within Response to the following counsel of record:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street
2nd Floor
Providence, Rhode Island 02903

Carolyn A. Mannis, Esq.
170 Westminster Street
Suite 800
Providence, Rhode Island 02903

Kathleen Wilson