**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304S

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553S

CITY OF PROVIDENCE, ET ALS.

**JOINT MOTION FOR AN EXTENSION ON TIME WITHIN WHICH TO FILE THEIR PRE-TRIAL MEMORANDUM**

Now come the Plaintiffs and Defendants in the above-entitled matter and hereby move for an extension of time up to and including January 22, 2008, within which to file their Pre-Trial Memorandums. As reasons therefore, the Plaintiffs and Defendants state the following:

1. All parties need additional time to prepare and/ or object to pending and upcoming pre-trial Motion in Limine which is limiting available time to complete the Pre-Trail Memorandum which is currently due on January 11, 2008.
2. Further, all counsel received notice that a Pre-Argument Settlement Conference is scheduled on January 22, 2008 at the US Courts for the First Circuit. A settlement conference memorandum is due on January 15, 2008.

Due to the above circumstance, Plaintiffs and Defendants' counsel need additional time within which to file their Pre-Trial Memorandum.

Wherefore, Plaintiffs and Defendants pray that their Motion for an Extension of Time up to and including January 22, 2008 be granted.

**Plaintiffs,**
**By their attorneys,**

/s/ Mark A. Fay
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance Street
Providence, RI 02903
(401) 490-3200

/s/ Carolyn Mannis
Carolyn Mannis

**Defendants,**
**By their attorneys**

/s/ Kevin F. McHugh
Kevin F. McHugh

/s/ Michael A. Calise
Michael A. Calise

/s/ Dean G. Robinson
Dean G. Robinson

/s/ George L. Santopietro
George L. Santopietro

/s/ Susan Marcotte Carlin
Susan Marcotte Carlin

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coilepore.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay