**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al,
Plaintiffs

v. CASE NUMBER: 04-304S

CITY OF PROVIDENCE, et al,
Defendants

JOHN C. CHMURA, et al
Plaintiffs
v. CASE NUMBER: 04-553S

CITY OF PROVIDENCE, et al,
Defendants

**DEFENDANT MARY LENNON'S OBJECTION TO PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE TESTIMONY AND EVIDENCE RELATIVE TO CERTAIN AFFIRMATIVE DEFENSES**

Defendant Mary Lennon ("Lennon") hereby objects to the Plaintiffs' Motion in Limine to Exclude Testimony and Evidence Relative to Certain Affirmative Defenses.

In support thereof, Lennon relies on the attached memorandum of law.

Mary Lennon
By her attorney,

/s/ Dean G. Robinson

Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**CERTIFICATION**

I certify that on January 11, 2008, I filed the within objection to motion in limine by electronic means to all counsel of record.

/s/ Dean G. Robinson