**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS WALDEN, et al,**
**Plaintiffs**

**v.** **CASE NUMBER: 04-304S**

**CITY OF PROVIDENCE, et al,**
**Defendants**

***CONSOLIDATED WITH***

**JOHN C. CHMURA, et al**
**Plaintiffs**

**v.** **CASE NUMBER: 04-553S**

**CITY OF PROVIDENCE, et al,**
**Defendants**

**OBJECTION OF DEFENDANT, URBANO PRIGNANO, JR., TO PLAINTIFFS'MOTION IN LIMINE TO EXCLUDE TESTIMONY AND EVIDENCE RELATIVE TO CERTAIN DEFENSES RELATIVE TO ALL DEFENDANTS**

Now comes Defendant, Urbano Prignano, Jr., and joins in the objection of Defendants', David N. Cicilline, Dean Esserman and the City of Providence by and through its Treasurer, Stephen T. Napolitano ("Municipal Defendants") to Plaintiffs' Motion in Limine to Exclude Testimony and Evidence Relative to Certain Defenses Relative to All Defendants, which objection was filed on January 11, 2007. In support of his objection, Defendant, Urbano Prignano, Jr. hereby adopts by reference the Memorandum of Law filed by the Municipal Defendants in support of their objection.

URBANO PRIGNANO, Jr.
By his attorneys,

s/Stephen R. Famiglietti
Stephen R. Famiglietti, Esq.
R.I. Bar No. 1305

/s/ Susan Marcotte Carlin
Susan Marcotte Carlin, Esq.
R.I. Bar No. 2648

**Famiglietti & Carlin**
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865
401 335-4550
401 335-4550 (facsimile transmission)
FamCarLtd@aol.com

**CERTIFICATION**

I hereby certify that on January 11, 2008, copies of the within were forwarded by electronic means to Mark A. Fay, Esq. (mark@murphyandfay.com); Dean G. Robinson, Esq., (drobinson@drglaw.necoxmail.com); George L. Santopietro, Esq. (gsantopi@coilepore.com) and Peter J. Comerford, Esq. (pcomerfo@coialepore.com) ; Kevin McHugh, Esq. (Kevin-mc1950@hotmail.com); Michael Calise, Esq.(mcalise@providenceri.com); and Carolyn A. Mannis Esq. at (carolynmannis@hotmail.com).

/s/ Susan Marcotte Carlin