**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304S

CITY OF PROVIDENCE, et al.

**MUNICIPAL DEFENDANTS' MOTION IN LIMINE TO RESTRICT THE TESTIMONY OF THE PLAINTIFFS' EXPERT WITNESS, WILLIAM F. ODOM III**

Now come the Municipal Defendants in the above-entitled matter and move to restrict the Plaintiffs' expert, William F. Odom III's, testimony to what is contained in his report. Defendants rely on their accompanying Memorandum of Law in support thereof.

Municipal Defendants,
By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael A. Calise
Michael A. Calise (#6715)
Assistant City Solicitor

City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

**Certificate of Service**

I hereby certify that on this 14th day of January, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865
Famcarltd@aol.com

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903
mark@murphyandfay.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903
gsantopi@coilepore.com
pcomerfo@coialepore.com

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, Rhode Island 02903
carolynmannis@hotmail.com

/s/ Kevin F. McHugh
Kevin F. McHugh

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304S

CITY OF PROVIDENCE, et al.

**MUNICIPAL DEFENDANTS' MEMORANDUM IN SUPPORT OF ITS MOTION IN LIMINE TO RESTRICT THE TESTIMONY OF THE PLAINTIFFS' EXPERT WITNESS, WILLIAM F. ODOM III**

The Defendants have filed this Motion out of an abundance of caution to ensure that Plaintiffs' expert does not testify beyond the confines of his report. This Motion is tentative in nature. It depends upon the scope of the testimony the Plaintiffs will attempt to elicit from their expert, William F. Odem, III.

Rule 26(a)(2) of the Federal Rules of Civil Procedure require pretrial disclosure of expert reports. In this case, the Plaintiffs' expert's report deals with an analysis of the Total Recall System. The report is 1 ¼ pages long, a copy is attached as Exhibit "A". The first half page deals with the expert's qualifications and what he has been retained for.

In his report on the first page under the heading "Opinion of Analysis of Total Recall System," Mr. Odem opines that all extension (sic) on Exhibit "A" were recorded by the Total Recall System, as well as additional extensions not listed on Exhibit "A". He also provided a list of extensions from Exhibit "B" that were removed from the recording system.

In his deposition Mr. Odem identified the other extensions as 2090 and 6090 (Depo. p. 68).

These extensions could have been included in his report. He knew of these extensions when he did his report, but for some reason did not include them. Those are the only extensions that are the subject of "additional extensions not in Exhibit 'A'."

The Defendants' position, based on Mr. Odom's deposition testimony, is essentially the following:

> 1. He should not be allowed to testify as to the additional extensions, specifically 2090 and 6090.
>
> 2. He should not be allowed to testify as to the number 861-0053 because he testified that number without the extensions 2090 and 6090.
>
> 3. He should only be allowed to testify as to the extensions contained in Exhibits "A" and "B."

The Defendants expect that the Plaintiffs will argue that because the deposition of Mr. Odom was taken, any omission in his report are cured. This specific question is addressed in Moore's Federal Practice. The commentary states:

> If an expert discusses the omitted opinion in the course of the expert's deposition, that will often operate to satisfy Rule 26(e)(1) and prevent exclusion under Rule 37(c)(1), . . . . However, the mere fact that an expert's deposition is taken and the opposing party has the opportunity to inquire into opinions omitted from the expert's report - but does not in fact do so - will not cure the omission in the report. The omitted opinion will, in these circumstances, usually be excluded under Rule 37 (c)(1) unless the proponent can show substantial justification or harmless error. [Footnote omitted].

6 Moore's Federal Practice § 26.23 at p. 27-73 (Matthew Bender 3ed).

**Summary of Deposition Testimony**

Mr. Odom testified that the two extensions that were recorded that were not on Exhibit A were extensions 2090 and 6090. Those are the two extensions referenced to in the last sentence on that last paragraph in that first paragraph of his report.

Q. Now, you also say in that last sentence on this page, "I was able to verify that all extensions on Exhibit A were recorded by the Total Recall systems, as well as additional extensions not listed in Exhibit A.. What are these additional extensions that you're talking about that are not listed in Exhibit A?

A. There are two extensions specifically that were recorded that were not on Exhibit A, extension 2090 and extension 6090.

Deposition, p.68, lines 16-25.

Q. 2090 and –

A. 6090. 2090 and 6090.

Q. Let me have this straight. Two extensions, 2090?

A. Yes.

Q. What's the other one?

A. 6090

Q. So, those are the other extensions that you're referring to in the last sentence on that last paragraph on that first page of your report?

A. Yes, sir.

Q. Those are the only ones?

A. Yes, sir.

Deposition, p. 69, lines 1-12.

He also testified that they were used for another number, 861-0053..

Q. And this number 861-0053, is that what you said?

A. Correct.

Q. Do you know what that number is?

A. I do, that's the number that has been identified as the private line for the firemen.

> Q. Okay. In which station, do you know?
>
> A. I do not.

Deposition, p. 70, lines 1-7.

Mr. Odom testified that he established this through queries in the database itself.

> Q. How did you find these other two extensions that you just referred to, 2090 and 6090?
>
> A. It was through the queries in the database itself. The first is where I talked about that I located all of the extensions inside of the database and did a correlation with the extensions on the list on Exhibit A and that these extensions were listed and recorded but not -- were not added to or were not part of Exhibit A. So that was the first way I located them.
>
> Q. Okay. And again, you don't know what this 2090 is?
>
> A. Specifically, no. I believe that it's associated with that 6090.

Deposition, p. 70, lines 8-25.

Odom also testified that based on a multiple-step process, he was able to determine that 861-0053 and 6090 are the same lines.

> Q. But I want to make sure I understand this correctly. Are you saying that extension 6090 and 861-0053 are the same line?
>
> A. That is my opinion, yes.

Deposition, p. 84, lines 17-20.

**Argument and Conclusion**

The Defendants' argument is simply that the record doesn't provide a basis for any opinion by Mr. Odom as to any extension but those on Exhibits A and B. That is to say, the report never identified these two additional extensions even though the expert knew they existed when he drafted his report.

For all of these reasons, the Defendants ask that their Motion in Limine be granted.

Municipal Defendants,
By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael A. Calise
Michael A. Calise (#6715)
Assistant City Solicitor

City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

**Certificate of Service**

I hereby certify that on this 14th day of January, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865
Famcarltd@aol.com

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903
mark@murphyandfay.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903
gsantopi@coilepore.com
pcomerfo@coialepore.com

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, Rhode Island 02903
carolynmannis@hotmail.com

/s/ Kevin F. McHugh
Kevin F. McHugh

**Opinion of William F. Odom, III**

**Introduction**

I am a computer forensics expert and former FBI Agent. I was trained and certified in computer forensics by the FBI beginning in 1997. I currently hold several certifications in the area of computer forensics. I have also testified in both state and federal courts in both civil and criminal matters as a computer forensics expert, and I have never been challenged nor excluded as an expert by any court. I have performed hundreds of forensic analysis on thousands of pieces of digital evidence in the last 10 years.

I have been retained by plaintiff's counsel as an expert in computer forensics to analyze digital evidence contained on computers utilized by the City of Providence, RI. Specifically, I was asked to analyze historical information in relation to the Total Recall system utilized by the City of Providence to record incoming and outgoing phone calls. I am charging an hourly rate of $250 for consulting and $350 per hour for expert testimony. Thus far I have charged approximately $10,000 for my services. I anticipate an additional $5000 for my additional services and expert testimony.

**Opinion of analysis of Total Recall System**

Between February 1, 2006 and February 3, 2006, I was allowed to access and forensically image the Dell servers used for the Total Recall System. To achieve this, I utilized EnCase software to forensically image and verify the digital evidence. I was advised that the Total Recall System had been shut down and not used since February 2003. I was also provided with a directory of internal extensions used at the City of Providence Municipal building (Exhibit A) and a separate list of extensions that were originally recorded by the Total Recall system but were at a date prior to February 10, 2003 were no longer recorded by the Total Recall system (Exhibit B).

Once imaged, my analysis was performed in my secure lab in Houston, TX and it focused on several points. I utilized EnCase to locate and extract the database containing the Total Recall data. Once extracted, I utilized Microsoft SQL to perform queries of the data.

Firstly, I verified that the servers had not been used since September 2005. Secondly, I forensically accessed the database used by Total Recall to perform queries about the data stored within system. From these queries I was able to determine that 754,672 phone calls were recorded and logged by the Total Recall System between May 23, 2002 and February 10, 2003. The type of information logged included but was not limited to incoming and outgoing phone numbers, duration of phone calls, date and time of phone calls and internal extension being recorded. Additionally a digital recording of each of the phone calls was stored. Thirdly, I verified that there were digitally stored recordings for each of the logged calls in the Total Recall database. Lastly, I verified that each of the extensions provided to me on Exhibit A were logged by the Total Recall system. I verified this by performing a series of queries within the Total Recall database to locate all extensions recorded. Once I had the results of the queries, I compared all the extensions recorded to the list of extensions from Exhibit A. I was able to verify that all extension on Exhibit A were recorded by the Total Recall system, as well as additional extensions not

Exhibit A

EXHIBIT
B
12/18/07 LF
PENGAD 800-631-6989

listed in Exhibit A. I was also able to verify that the list of extensions from Exhibit B was discontinued from the recording process by the Total Recall system prior to February 10, 2003.

**Conclusion**

Based on my analysis, it is my opinion that, with a high reasonable degree of computer forensic certainty, that the Total Recall system, whose purpose was to log and record phone calls, was utilized to that end from May 23, 2002 until February 10, 2003 to record all incoming and outgoing calls, with exception of those listed in Exhibit B, on every hardwired phone line located within the City of Providence Municipal building.

William F. Odom III

September 24, 2007

William F. Odom, III

Date

STONETURN GROUP

**WILLIAM F. ODOM**
**Managing Director – Houston, TX**
*Forensic Technology*
wodom@stoneturn.com

William Odom is a Managing Director in, and leads, the Texas Forensic Technology Practice from our Houston office, Bill has over 10 years of experience in computer forensics and electronic discovery. Prior to joining StoneTurn, he was the founder and Managing Director of Acquisition Data, a digital forensics service provider and training firm. Previously, Bill was a forensic technology Manager in a Big Four firm's Forensic & Investigative Services practice. Bill's first work in this area was as a Special Agent with the FBI, where he received training in general investigative techniques, computer intrusion and security, national intelligence and counterintelligence matters and defensive tactics, as well as being certified through the FBI Laboratory as a Computer Forensic Examiner. Bill ultimately managed the Computer Forensic Lab for the Houston Office of the FBI, and was involved in computer forensic examinations in nearly all of the 200+ federal matters investigated by the FBI during his tenure, ranging from white-collar crime to terrorism and national security matters.

Bill is also active in the local computer forensics community; he is the former Treasurer and former President of the Texas Gulf Coast Chapter of High Technology Crime Investigation Association, and he founded the International Center for Computer Forensic Accreditation, Standards and Testing ("IC2FAST") in 2003. IC2FAST was founded to address the accreditation of computer forensic laboratories. Bill is also an adjunct professor of graduate level computer forensic courses at Sam Houston State University.

**PROFESSIONAL EXPERIENCE**

*Representative Case Work*

Qualified as an expert in, and testified frequently as an expert witness on forensic technology in both criminal and civil matters in Federal and State (including Texas, California and Massachusetts) courts.

Executed a civil search warrant for a Fortune 500 corporation and managed the subsequent forensic analysis of electronic evidence related to theft of proprietary information.

Investigated electronic evidence from large Massachusetts based bank for theft by employee of bank.

Managed a litigation matter that involved the imaging and analysis of approximately 130 computers and the recovery of e-mail and electronic documents from 400 backup tapes.

Managed a litigation matter that involved the production of e-mail and electronic documents from 63 imaged computers.

Analyzed and recovered deleted data that led the successful recovery of a runaway teenager.

Analyzed digital evidence on location in Mexico, Japan, Morocco, England and the Czech Republic.

PROFESSIONAL

Analyzed digital evidence in multiple languages, including Japanese,

**EXPERIENCE (cont'd)**

Chinese, Arabic and Russian.

Participated in numerous investigations resulting in federal prosecution.

Received multiple US security clearances, including Top Secret, SCI and Q-clearances.

Involved in execution of several search warrants as ordered by the court of the Foreign Intelligence Surveillance Act. The nature of these national security matters requires surreptitious entry and security countermeasures.

Trained law enforcement and private industry personnel, in United States and abroad, on computer forensic and intrusion prevention matters.

William has significant experience in the following areas:

- Expert testimony in investigations involving digital evidence
- Forensic preservation of digital evidence from multiple sources
- Recovering, analyzing and producing email from both user and server based systems
- Recovering "deleted" files
- Recovering digital evidence from hidden areas of the disk
- Recovering and producing electronic data for litigation matters
- Defeating password protected and encrypted data
- Training federal, state and local law enforcement in computer forensics and network security
- Multiple Operating Systems, including Windows, Mac OX, Linux, Unix & AS/400
- Multiple file systems, including, FAT, NTFS, ext2, ext3, ufs, HFS, & HFS+

**PRIOR EMPLOYMENT**

Acquisition Data/Integrity Partners (2003-2007)

- *Director of Digital Forensic Services – (Houston)*

Deloitte Financial Advisory Services LLP (2001-2003)

- *Analytic & Forensic Technology – (Houston)*

Federal Bureau of Investigation (1996-2001)

- *Special Agent and Certified Forensic Examiner– (New York & Houston)*

**AFFILIATIONS**

IC2FAST - President and Director

Texas Gulf Coast Chapter of High Technology Crime Investigation Association ("HTCIA") - former Treasurer and former President

**CERTIFICATIONS**

Federal Bureau of Investigation – Completed New Agent Training in Quantico, VA in 1996

Federal Bureau of Investigation – Advanced Computer Intrusion Detection and Countermeasures - 1998

International Association of Computer Investigative Analysts – Basic Computer Forensic Certification in 1998

Federal Bureau of Investigation – Basic Computer Forensics Certification in 1998

Federal Bureau of Investigation – Advanced Computer Forensics Certification in 1999

International Association of Computer Investigative Analysts – Advanced Computer Forensic Training in 2000

Federal Bureau of Investigation – Instructor Development Course in 2000

Federal Bureau of Investigation – Basic and Advanced UNIX Forensics Certification in 2000

Federal Bureau of Investigation – Macintosh Computer Forensics Certification in 2001

Federal Bureau of Investigation – IBM AS/400 Computer Forensics Certification in 2001

Deloitte & Touche – EnCase Enterprise Acquisition Training in 2002

Acquisition Data – EnCase Training in 2003

Acquisition Data – Stegonagraphy and Malware Training in 2004

Acquisition Data – EnCase Certified Examiner (EnCE) in 2004

Acquisition Data - AccessData Forensic Boot Camp Training in 2004

Acquisition Data – AccessData Internet Forensics Training in 2005

Acquisition Data – AccessData Windows Forensics Training in 2005

Acquisition Data – WetStone Technologies Stegonagraphy Certification in 2005

**EDUCATION**

Bachelor of Science with a double major in both Computer Science & Mathematics (University of Southern Mississippi)

# LIST OF PRIOR CASES FOR WILLIAM F. ODOM, III

| CASE DETAILS | JURISDICTION | EVENT |
|---|---|---|
| Jocelyn Roberts, etc v. Coast National Insurance Company, et al – May 2003 | Superior Court of the State of California for the County of Orange | Testified as Expert in Deposition and again in Mediation |
| Liquid Environmental Solutions of Texas, v. Leroy Arce, Scott Eastin, US Oil Recovery, LLC and Klaus Genssler - November 2003 | 80th Judicial District Court of Harris County, Texas | Testified as Expert in Deposition |
| Quantum Fitness Corporation v. Precor Inc., Paul A. Croegaert, Christa L. Davis and Team Marathong Fitness, Inc. - September 2004 | 157th Judicial District Court of Harris County, Texas | Testified as Expert in Deposition |
| The Matter of The Complaint Against Michael Scally, M.D. – December 2004 | Texas State Board of Medical Examiners, Administrative Law Judge Paul Keeper | Testified as Expert in Administrative Court |
| BMC Software, Inc. Plaintiff v. Peck Software, Inc. Christian Koeppen, Ron Bisceglia and Lynne Bisceglia – March 2005 | Federal, Southern District Court of Texas | Testified as Expert in Deposition |
| U.S. Denro Steels dba Jindal United Steel Corp. v. Satish Gupta, SB International et al – July, 2006 | 344 Judicial District, Chambers County Texas | Testified as Expert in Court |
| Tetra Technology vs Deep Marine Technology – August & Sept. 2006, March 2007 | 280th Judicial District Court of Harris County, Texas | Testified as Expert in Court |
| Airgas-Southwest, Inc. vs. IWS Gas and Supply of Texas, LTD., et al. – April 2007 | 280th Judicial District Court of Harris County, Texas | Testified as Expert in Deposition |

# EXHIBIT A

| Station Name | StationNo |
|---|---|
| Foyer | 2001 |
| Housing court break room | 2002 |
| Break Area | 2003 |
| 1st Floor break room | 2004 |
| Detective break room | 2005 |
| Youth ser. break room | 2006 |
| Comm. door | 2008 |
| Gas computer | 2009 |
| Hall wall 2nd floor | 2010 |
| 3rd Floor wall phone | 2011 |
| open | 2012 |
| Modem commissioners office | 2015 |
| Police computer training room | 2019 |
| Chief's break room | 2021 |
| Frame phone | 2022 |
| male detention | 2023 |
| Female detention | 2024 |
| Sally port 2nd floor | 2025 |
| Armorer work area | 2027 |
| Armorer | 2028 |
| Supply division | 2029 |
| Housing court | 2030 |
| Housing court | 2031 |
| Municipal court | 2032 |
| Municipal court | 2033 |
| Exercise area | 2034 |
| Auditorium | 2035 |
| Director bath room | 2036 |
| Fire truck bay area | 2037 |
| Fire truck bay area | 2038 |
| Fire truck bay area | 2039 |
| Chief's office | 2040 |
| Chief's office | 2041 |
| Fire prevention main area | 2050 |
| Fire headquarters main | 2060 |
| Console (for VDN 6090) | 2091 |
| test | 2200 |
| Engine 1 | 2201 |
| Engine 2 & Rescue 3 | 2202 |
| Engine 4 | 2204 |
| Engine 5 | 2205 |
| Engine 6 | 2206 |
| Engine 7 | 2207 |
| Engine 8 | 2208 |
| Engine 9 | 2209 |
| Engine 10 | 2210 |
| Engine 11 | 2211 |
| Engine 12 | 2212 |

| | |
|---|---|
| Engine 13 | 2213 |
| Engine 14 | 2214 |
| Engine 15 | 2215 |
| Air supply | 2217 |
| Fire break room 3rd floor | 2218 |
| Spare | 2220 |
| Tony's modem | 2221 |
| Fire BOC | 2223 |
| Fire BOC | 2224 |
| Receptionist | 2225 |
| Hefner,R | 2226 |
| Headqurters | 2227 |
| Headquarters | 2228 |
| Murphy ,V | 2229 |
| Smoke detector | 2233 |
| Fire prevention | 2234 |
| Fire prevention | 2235 |
| Fire break room | 2236 |
| Fire prevention | 2237 |
| Spare fire | 2238 |
| Fire BOC | 2241 |
| Fire BOC | 2242 |
| Fire BOC | 2243 |
| Fire BOC | 2244 |
| Fire BOC | 2245 |
| Fire BOC | 2246 |
| Rescue 2 | 2252 |
| Fire union hall | 2253 |
| Rescue 4 | 2254 |
| Rescue 5 | 2255 |
| Rhode Island Hospital | 2261 |
| Hasbro Childrens Hospital | 2262 |
| Roger Williams Hospital | 2263 |
| Miriam Hospital | 2264 |
| Cranston Fire Dept. | 2267 |
| St. Joseph's Hospital No. Prov | 2269 |
| Radio and telephone repair | 2270 |
| Bradford House | 2271 |
| Brown Library | 2272 |
| Engine 3 | 2280 |
| Tower Ladder 1 | 2281 |
| Special Hazard 1 | 2282 |
| Rescue 1 | 2283 |
| Fire watch room | 2284 |
| Washington St. | 2285 |
| Washington St. | 2286 |
| Washington St. | 2287 |
| Washington St. | 2288 |
| Washington St. | 2289 |
| Washington St. | 2290 |
| Washington St. | 2291 |

| | |
|---|---|
| Washington St. | 2292 |
| Washington St. | 2293 |
| Washington St. | 2294 |
| Washington St. | 2295 |
| Washington St. | 2296 |
| Arson Hotline | 2298 |
| Fire Person | 2299 |
| Police Call Taker | 2500 |
| open | 2502 |
| Crime Stoppers | 2503 |
| Channel 1 | 2504 |
| Complaint Desk | 2505 |
| Complaint Desk | 2506 |
| Complaint Desk | 2507 |
| Complaint Desk | 2508 |
| Crew Chief | 2509 |
| Complaint Desk | 2510 |
| Channel 1 | 2512 |
| Channel 4 | 2513 |
| open | 2514 |
| open | 2515 |
| Radio Room | 2520 |
| Radio Room | 2521 |
| Radio Room | 2522 |
| Telephone Repair Room | 2523 |
| Garage | 2524 |
| Radio Repair Garage | 2525 |
| Garage Wall | 2527 |
| Recorder Room | 2529 |
| Gas Depot | 2630 |
| Audix 1 | 2801 |
| Audix 2 | 2802 |
| Audix 3 | 2803 |
| Audix 4 | 2804 |
| Audix 5 | 2805 |
| Audix 6 | 2806 |
| Audix 7 | 2807 |
| Audix 8 | 2808 |
| Audix 9 | 2809 |
| Audix 10 | 2810 |
| Audix 11 | 2811 |
| Audix 12 | 2812 |
| Audix 13 | 2813 |
| Audix 14 | 2814 |
| Audix 15 | 2815 |
| Audix 16 | 2816 |
| Audix 17 | 2817 |
| Audix 18 | 2818 |
| Audix 19 | 2819 |
| Audix 20 | 2820 |
| Audix 21 | 2821 |

| | |
|---|---|
| Audix 22 | 2822 |
| Audix 23 | 2823 |
| Audix 24 | 2824 |
| Fire Prevention Night | 2850 |
| Fire Headquarters | 2860 |
| ASAI | 2880 |
| Elevator Phone | 4001 |
| Elevator Phone | 4002 |
| Elevator Phone | 4003 |
| Elevator Phone | 4005 |
| Evidence Supply Room 2 | 4006 |
| Planning and Review | 6008 |
| Police Academy 1 | 6009 |
| Police Academy 2 | 6010 |
| Police Academy 3 | 6011 |
| Police Academy | 6012 |
| Chad Brown Sub 2 | 6013 |
| Range 2000 | 6014 |
| AFIS | 6015 |
| Explorer Program | 6016 |
| 6017 | 6017 |
| Chad Brown 3rd Floor | 6018 |
| Mayor | 6019 |
| 6020 | 6020 |
| 6021 | 6021 |
| 6022 | 6022 |
| 6023 | 6023 |
| Computer Room | 6024 |
| 6025 | 6025 |
| Video Repair Garage | 6026 |
| Spare | 6028 |
| Fire Repair Dept. | 6029 |
| FOP | 6030 |
| Community Police/518 Hartford | 6031 |
| Hartford Housing Unit | 6032 |
| Community Police/Silver Lake | 6033 |
| Prov. Place Mall SubStation | 6034 |
| Community Police /140 Cypress | 6035 |
| Vin Station | 6036 |
| 6th District Court | 6037 |
| 6TH District Court | 6038 |
| Animal Control | 6039 |
| Animal Control | 6040 |
| Animal Control | 6041 |
| Mounted Police | 6042 |
| Mounted Police | 6043 |
| Park Security | 6044 |
| Park Security | 6045 |
| Comm. Conf. Room | 6046 |
| Comfort Station/218 Weybosset | 6047 |
| Community Police/246 Magnolia | 6048 |

| | |
|---|---|
| City Gulf/Police Repair Garage | 6049 |
| 6050 | 6050 |
| Box | 6051 |
| Division 1 | 6052 |
| Division 1 | 6053 |
| Fire Dept. Computer Room | 6054 |
| Fire Dept. Computer Room | 6055 |
| Isles, D | 6056 |
| Donahue,E | 6057 |
| Division 1 Conference Table | 6058 |
| 6060 | 6060 |
| Hickey, J | 6061 |
| Battalion 2 | 6062 |
| Battalion 3 | 6063 |
| 6065 | 6065 |
| Carpenter Shop | 6067 |
| Auditoium 1st Floor | 6068 |
| Division of Training | 6069 |
| 6070 | 6070 |
| Krapf, R | 6071 |
| Dunlap, V | 6072 |
| Dorsey,J | 6073 |
| Doorley, M | 6074 |
| O'Rourke, J | 6080 |
| O'Rourke, Coley | 6082 |
| Silva | 6083 |
| Estrella,A | 6084 |
| Lawrence,C | 6086 |
| Colardo, P | 6087 |
| Scott, D | 6089 |
| 6091 | 6091 |
| 6092 (for VDN 2090) | 6092 |
| Calise,G | 6093 |
| 6094 | 6094 |
| Computer Room | 6095 |
| 6096 | 6096 |
| 6097 | 6097 |
| 6098 | 6098 |
| Exponets Test | 6099 |
| 6100 | 6100 |
| Young | 6101 |
| Simoneau | 6102 |
| Major Sullivan | 6103 |
| Hames | 6104 |
| Matracia | 6105 |
| Campbell | 6106 |
| Oates | 6107 |
| Tarlaian | 6108 |
| Cardarelli | 6109 |
| DiFolco | 6110 |
| Bennett | 6111 |

| | |
|---|---|
| Chief's Conference Room | 6112 |
| Lapatin | 6113 |
| DeFrances | 6114 |
| Open | 6115 |
| Cohen | 6116 |
| Granata | 6117 |
| Harrington | 6118 |
| Open | 6119 |
| Delomba | 6120 |
| Lapatin | 6121 |
| Ferland | 6122 |
| Boot Squad | 6123 |
| Mackin | 6124 |
| Pavao | 6125 |
| Catoni | 6126 |
| Melise | 6127 |
| M. Court | 6128 |
| Drake | 6129 |
| 6130 | 6130 |
| 6131 | 6131 |
| Boehm | 6132 |
| Sisson | 6133 |
| Moody | 6134 |
| 6135 | 6135 |
| 6136 | 6136 |
| 6137 | 6137 |
| 6138 | 6138 |
| 6139 | 6139 |
| 6140 | 6140 |
| 6141 | 6141 |
| 6142 | 6142 |
| 6143 | 6143 |
| Richardson, Ray | 6144 |
| Goins | 6145 |
| Tibbets | 6146 |
| Diggins | 6147 |
| Isherwood | 6148 |
| Records Window | 6149 |
| Building Manager | 6150 |
| Tucker | 6151 |
| Lima | 6152 |
| Clark | 6153 |
| open | 6154 |
| open | 6155 |
| Locker Room | 6156 |
| RollCall Room | 6157 |
| Gorton, R | 6158 |
| Gonzalez | 6159 |
| Perrotti | 6160 |
| Riccio | 6161 |
| Manning | 6162 |

| | |
|---|---|
| Lonergan | 6163 |
| open | 6164 |
| Gregory | 6165 |
| Sgt. Shlavulli | 6166 |
| Brito | 6167 |
| George Pearson | 6168 |
| Persson | 6169 |
| Baldassare | 6170 |
| Badessa | 6171 |
| Paolino | 6172 |
| Cornel | 6173 |
| Donnelly | 6174 |
| Renzi | 6175 |
| Firth | 6176 |
| Kittel | 6177 |
| Yang | 6178 |
| Yekelchik | 6179 |
| Clarke | 6180 |
| Clift | 6181 |
| BCI Labratory | 6182 |
| BCI Labratory | 6183 |
| Evidence Drying Room | 6184 |
| Cuozzo-Grover | 6185 |
| BCI Proccessing | 6186 |
| BCI Proccessing | 6187 |
| Counter Station | 6188 |
| Counter Station | 6189 |
| Counter Station | 6190 |
| Desk Sgt. | 6191 |
| open | 6192 |
| Grant | 6193 |
| Patrol Office | 6194 |
| Patrol Office | 6195 |
| Briggs | 6196 |
| Giragosian | 6197 |
| Lt's. Central Station | 6198 |
| Lt's. Central Station | 6199 |
| Commissioner | 6200 |
| D'Antuono | 6201 |
| Nelson | 6202 |
| Leach | 6203 |
| DiBiaso | 6204 |
| open | 6205 |
| open | 6206 |
| open | 6207 |
| Marble | 6208 |
| Lazzareschi, Lori | 6209 |
| Commissioner Conf. Room | 6210 |
| Iozzi | 6211 |
| McCoy | 6212 |
| Spertini | 6213 |

| | |
|---|---|
| Gonzalez | 6214 |
| Calenda/Abbate | 6215 |
| Blanco | 6216 |
| Prosecution Officer | 6217 |
| Jennings | 6218 |
| McKenna, R | 6219 |
| Paolino,A | 6220 |
| DeSmarais | 6221 |
| Vescera | 6222 |
| Male Lock up | 6223 |
| Female Lock up | 6224 |
| Laprade | 6225 |
| Hassett | 6226 |
| Balkun | 6227 |
| McCarthy | 6228 |
| Evidence Supply1 | 6229 |
| Patino | 6230 |
| C. Gough | 6231 |
| DaSilva | 6232 |
| Goldsboro | 6233 |
| Baker | 6234 |
| Domestic Conf. Room | 6235 |
| Keegan | 6236 |
| Telephone Room | 6237 |
| Lambert | 6238 |
| Pino | 6239 |
| Computer Room | 6240 |
| Thomas | 6241 |
| Prybla | 6242 |
| Glancy | 6243 |
| SSD Telephone Room | 6244 |
| Lennon | 6245 |
| Correia | 6246 |
| Zammarelli | 6247 |
| St.Lawrence | 6248 |
| Costello | 6249 |
| Amoroso | 6250 |
| open | 6251 |
| DellaVentura | 6252 |
| Whalen | 6253 |
| Stravato | 6254 |
| Hutchinson | 6255 |
| Conley | 6256 |
| Colanduono | 6257 |
| Patridge | 6258 |
| Enright | 6259 |
| Ruggiero | 6260 |
| Zeitountzian | 6261 |
| Sion | 6262 |
| Creamer | 6263 |
| Lawton | 6264 |

| | |
|---|---|
| Hampton | 6265 |
| Ludavici | 6266 |
| Aspinal | 6267 |
| Lanni | 6268 |
| Remolina | 6269 |
| DeSautls | 6270 |
| DePina | 6271 |
| Lepre | 6272 |
| Kennedy | 6273 |
| Moffett | 6274 |
| Figuerido | 6275 |
| Casbarro | 6276 |
| Zonfrilli | 6277 |
| Burns | 6278 |
| Woodruff | 6279 |
| open | 6280 |
| open | 6281 |
| Depalma/Baze | 6282 |
| Teixeira | 6283 |
| Penza | 6284 |
| Calcagni | 6285 |
| Buote | 6286 |
| Traffic Work Station | 6287 |
| Traffic Work Station | 6288 |
| Traffic Work Station | 6289 |
| Traffic Work Station | 6290 |
| Traffic Work Station | 6291 |
| Jackvony | 6292 |
| Glavin | 6293 |
| Lee | 6294 |
| Modem Comm. Place | 6295 |
| Modem Comm.Place | 6296 |
| Modem Comm. Place | 6297 |
| Modem Comm. Place | 6298 |
| 6299 | 6299 |
| Mike Vieira | 6300 |
| Pietrunti | 6301 |
| McGrath | 6302 |
| Fanning | 6303 |
| Green | 6304 |
| O'Hara | 6305 |
| Mattos | 6306 |
| Open SSD | 6307 |
| McGrath | 6308 |
| Schabone | 6309 |
| Moffett | 6310 |
| Drohan | 6311 |
| O'Mara | 6312 |
| Moffett,C | 6313 |
| Javery | 6314 |
| Corley | 6315 |

| | |
|---|---|
| Coogan | 6316 |
| Clements,R | 6317 |
| Weston | 6318 |
| Zienowicz | 6319 |
| Washburn | 6320 |
| Coughlin | 6321 |
| Murray | 6322 |
| Harnett | 6323 |
| Allen | 6324 |
| Carroll | 6325 |
| Springer | 6326 |
| Open Det. | 6327 |
| Esten | 6328 |
| Marsland | 6329 |
| Finnegan | 6330 |
| Mansollilo | 6331 |
| Campbell, P | 6332 |
| Sweeney | 6333 |
| Colon | 6334 |
| Cancellieri | 6335 |
| Campbell, S | 6336 |
| Crawley | 6337 |
| Det. Conference Room | 6338 |
| Det. Captain | 6339 |
| Meile | 6340 |
| O'Connell | 6341 |
| Det. Open | 6342 |
| Phillips | 6343 |
| Luke | 6344 |
| Phillips | 6345 |
| Owens | 6346 |
| Youth LockUp | 6347 |
| LeBlanc | 6348 |
| Latimer | 6349 |
| Gonsalves | 6350 |
| Lee | 6351 |
| Grover | 6352 |
| Huffman | 6353 |
| Mac Andrew John, Det. | 6354 |
| Melaragno | 6355 |
| Dosreis | 6356 |
| Kastetos | 6357 |
| Sacco | 6358 |
| Wells | 6359 |
| Blessing | 6360 |
| Fitzpatrick | 6361 |
| Small | 6362 |
| Silva-Rocha | 6363 |
| Rawnsley | 6364 |
| Reall | 6365 |
| Garcia | 6366 |

| | |
|---|---|
| Sousa | 6367 |
| Rodriguez | 6368 |
| Ferrell | 6369 |
| Edes | 6370 |
| Carvalho | 6371 |
| McConnell | 6372 |
| Day | 6373 |
| King | 6374 |
| Lopardo | 6375 |
| Kennedy | 6376 |
| Gannon Laurie | 6377 |
| Rossi | 6378 |
| Frailie | 6379 |
| Gannon,D | 6380 |
| Wheeler | 6381 |
| Perez | 6382 |
| Zincone | 6383 |
| 6384 | 6384 |
| Modem | 6385 |
| Modem | 6386 |
| Modem | 6387 |
| Modem | 6388 |
| Lambert's Modem | 6389 |
| Venditto | 6390 |
| Roccio | 6391 |
| Xavier-Emergency Mgt. | 6392 |
| Delpico-Emergency Mgt. | 6393 |
| Scorpio-Emergency Mgt. | 6394 |
| Morales-Emergency Mgt. | 6395 |
| Lambert's Modem | 6396 |
| Lambert's Modem | 6397 |
| Emergency Management | 6398 |
| 6399 | 6399 |
| Central Station | 6400 |
| Chief's Office | 6401 |
| Commissioner's Office | 6402 |
| BCI | 6403 |
| Data | 6404 |
| Detail | 6405 |
| Detective | 6406 |
| Domestic | 6407 |
| Evidence | 6408 |
| Hit & Run | 6409 |
| Housing Court | 6410 |
| Human Resources | 6411 |
| Internal Affairs | 6412 |
| Lt. Office | 6413 |
| Municipal Court | 6414 |
| Prosecution | 6415 |
| Records | 6416 |
| Sgt. Office | 6417 |

| | |
|---|---|
| SSD | 6418 |
| Traffic | 6419 |
| Vehicle Recovery | 6420 |
| Armorer's Office | 6421 |
| Youth Services | 6422 |
| Greenlaw | 6423 |
| 6424 (Youth Service) | 6424 |
| Emergency Mgt. | 6425 |
| Municp. Court credit card pay. | 6426 |
| 6427 | 6427 |
| 6428 | 6428 |
| 6429 | 6429 |
| Auto Recovery | 6430 |
| Municipal Court | 6431 |
| Patrol Office | 6432 |
| 6433 | 6433 |
| 6434 | 6434 |
| Traffic | 6435 |
| 6436 | 6436 |
| Records | 6437 |
| Housing | 6438 |
| SSD | 6439 |
| Domestic | 6440 |
| Emergency Mgt. | 6441 |
| H uman Resources | 6442 |
| Detective | 6443 |
| Fax Comm. Office | 6444 |
| Fax Communications | 6445 |
| Channel 4 Police Fax | 6446 |
| 6447 | 6447 |
| 6448 | 6448 |
| 6449 | 6449 |
| 6450 | 6450 |
| 6451 | 6451 |
| 6452 | 6452 |
| 6453 | 6453 |
| 6454 | 6454 |
| 6455 | 6455 |
| 6456 | 6456 |
| 6457 | 6457 |
| 6458 | 6458 |
| 6459 | 6459 |
| 6460 | 6460 |
| 6461 | 6461 |
| 6462 | 6462 |
| 6463 | 6463 |
| Police Chief-Office | 6464 |
| 6465 | 6465 |
| Modem Lambert | 6466 |
| 6467 | 6467 |
| 6468 | 6468 |

| | |
|---|---|
| SSD | 6418 |
| Traffic | 6419 |
| Vehicle Recovery | 6420 |
| Armorer's Office | 6421 |
| Youth Services | 6422 |
| Greenlaw | 6423 |
| 6424 (Youth Service) | 6424 |
| Emergency Mgt. | 6425 |
| Municp. Court credit card pay. | 6426 |
| 6427 | 6427 |
| 6428 | 6428 |
| 6429 | 6429 |
| Auto Recovery | 6430 |
| Municipal Court | 6431 |
| Patrol Office | 6432 |
| 6433 | 6433 |
| 6434 | 6434 |
| Traffic | 6435 |
| 6436 | 6436 |
| Records | 6437 |
| Housing | 6438 |
| SSD | 6439 |
| Domestic | 6440 |
| Emergency Mgt. | 6441 |
| H uman Resources | 6442 |
| Detective | 6443 |
| Fax Comm. Office | 6444 |
| Fax Communications | 6445 |
| Channel 4 Police Fax | 6446 |
| 6447 | 6447 |
| 6448 | 6448 |
| 6449 | 6449 |
| 6450 | 6450 |
| 6451 | 6451 |
| 6452 | 6452 |
| 6453 | 6453 |
| 6454 | 6454 |
| 6455 | 6455 |
| 6456 | 6456 |
| 6457 | 6457 |
| 6458 | 6458 |
| 6459 | 6459 |
| 6460 | 6460 |
| 6461 | 6461 |
| 6462 | 6462 |
| 6463 | 6463 |
| Police Chief-Office | 6464 |
| 6465 | 6465 |
| Modem Lambert | 6466 |
| 6467 | 6467 |
| 6468 | 6468 |

| | |
|---|---|
| 6469 | 6469 |
| 6470 | 6470 |
| 6471 | 6471 |
| 6472 | 6472 |
| 6473 | 6473 |
| 6474 | 6474 |
| 6476 | 6476 |
| 6477 | 6477 |
| 6478 | 6478 |
| 6479 | 6479 |
| Open Office | 6480 |
| 6481 | 6481 |
| 6482 | 6482 |
| 6483 | 6483 |
| 6484 | 6484 |
| Arson Squad | 6485 |
| Fire Prevention | 6486 |
| Fire Admin. Headquarters | 6487 |
| Chief Lanzi | 6488 |
| Chief Mulcahy | 6489 |
| 6490 | 6490 |
| 6491 | 6491 |
| 6492 | 6492 |
| 6493 | 6493 |
| 6494 | 6494 |
| Temp. Dial-up inads comm pl. | 6495 |
| Total Recall Dial-up | 6496 |
| Intuity Dial-up | 6497 |
| Mapp D Dial-up | 6498 |
| 6499 | 6499 |

# EXHIBIT B

## *Lines not recorded*

| Extension | Name |
|---|---|
| 6059 | Marshall David Costa |
| 6066 | Chief Dutra |
| 6075 | Chief Gianinni |
| 6076 | Deuso |
| 6077 | Lanzi |
| 6078 | Cotter |
| 6079 | Mulcahy |
| 6081 | Raddigan |
| 6085 | Chief's area |
| 6088 | Farrell, G |
| 6000 | Director of Telecommunications |
| 6001 | Deputy Director of Telecommunications |
| 6002 | Director's House |
| 6004 | Task Force |
| 6005 | Administrative Assistant for Dir. |
| 6046 | Telecommunications Conference Room |
| 6475 | Telecommunications Kitchen BOC |
| 2518 | Telecommunications Kitchen Police |
| 6141 | Chief of Police |
| 6142 | Chief of Police |