**#UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS WALDEN, et al,**
**Plaintiffs**

**v.** **CASE NUMBER: 04-304S**

**CITY OF PROVIDENCE, et al,**
**Defendants**

***CONSOLIDATED WITH***

**JOHN C. CHMURA, et al**
**Plaintiffs**

**v.** **CASE NUMBER: 04-553S**

**CITY OF PROVIDENCE, et al,**
**Defendants**

**OBJECTION OF THE DEFENDANT, URBANO PRIGNANO, JR. TO THE PLAINTIFFS' EMERGENCY MOTION FOR DISCOVERY**

Now comes Defendant, Urbano Prignano, Jr., and joins in the OBJECTION OF THE MUNICIPAL DEFENDANTS, THE CITY OF PROVIDENCE, DAVID N. CICILLINE AND DEAN ESSERMAN, TO THE PLAINTIFFS' EMERGENCY MOTION FOR DISCOVERY filed on January 14, 2008; and, hereby adopts by reference the Memorandum of Law filed by the Municipal Defendants' in support of their objection.

URBANO PRIGNANO, Jr.
By his attorneys,

/s/Stephen R. Famiglietti
Stephen R. Famiglietti, Esq.
R.I. Bar No. 1305

/s/ Susan Marcotte Carlin
Susan Marcotte Carlin, Esq.
R.I. Bar No. 2648

**Famiglietti & Carlin**
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865
401 335-4550
401 335-4550
FamCarLtd@aol.com

**CERTIFICATION**

I hereby certify that on January 15, 2008 copies of the within were forwarded by electronic means to Mark A. Fay, Esq. (mark@murphyandfay.com); Carolyn A. Mannis, Esq. (carolynmannis@hotmail.com)Dean G. Robinson, Esq. (drobinson@dgrlaw.necoxmail.com); George L. Santopietro, Esq. (gsantopi@coialepore.com) and Peter J. Comerford, Esq. (pcomerfo@coialepore.com) ; Kevin McHugh, Esq. (Kevin-mc1950@hotmail.com) and Michael Calise, Esq.(mcalise@providenceri.com).

/s/ Susan Marcotte Carlin