**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Thomas Walden, et al. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | C.A. No.: 04-304S |
| | : | |
| City of Providence, et al. | : | |
| | : | |
| Defendants | : | |

**MOTION TO VACATE DISCOVERY ORDER**
**ENTERED JANUARY 17, 2008**

Now comes counsel for the Rhode Island State Police and hereby moves this Court to vacate its Order entered today, January 17, 2008 to the extent that the Order allows a subpoena to issue requiring the Rhode Island State Police to produce their entire investigative file at deposition.

From the outset of discovery in this case the State Police have opposed producing their records and Magistrate Judge Martin has already considered this issue in this case.

Respectfully Submitted,

RHODE ISLAND DEPARTMENT
OF ATTORNEY GENERAL and
RHODE ISLAND STATE POLICE
By their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*
Richard B. Woolley #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2293
Fax: (401) 222-2995
Email: rwoolley@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 17th day of January, 2008 to the attorney(s) of record listed below:

Mark A. Fay
mark@murphyandfay.com

Michael A. Calise
mcalise@providenceri.com

Susan M. Carlin
Famcarltd@aol.com

Peter J. Comerford
pcomerfo@coialepore.com

Thomas J. Cronin
tcronin@gunninglagazia.com

Stephen R. Famiglietti
Famcarltd@aol.com

Carolyn A. Mannis
carolynmannis@hotmail.com

Kevin J. McAllister
kmcallister@brcsm.com

Kevin F. McHugh
Kevin_mc1950@hotmail.com

Dean G. Robinson
drobinson@dgrlaw.necoxmail.com

George L. Santopietro
gsantopi@coialepore.com

*/s/Richard B. Woolley*
_______________________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Thomas Walden, et al. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | C.A. No.: 04-304S |
| | : | |
| City of Providence, et al. | : | |
| | : | |
| Defendants | : | |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO VACATE DISCOVERY ORDER**
**ENTERED JANUARY 17, 2008**

When Plaintiffs first sought to subpoena the Rhode Island State Police Investigative File regarding the subject matter of this case, counsel filed a Motion for Protective Order that was considered and acted on, in part, by Magistrate Judge Martin. The records at issue were hand-delivered to the Court for its in camera review in January of 2005. No final order has been issued with respect to the Motion for Protective Order as far as counsel is aware.

WHEREFORE, Counsel respectfully requests that the Court vacate its Order compelling production of the State Police Investigative File at deposition and give counsel an opportunity to be heard thereon.

Respectfully Submitted,

RHODE ISLAND DEPARTMENT
OF ATTORNEY GENERAL and
RHODE ISLAND STATE POLICE
By their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*
Richard B. Woolley #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2293
Fax: (401) 222-2995
Email: rwoolley@riag.ri.gov

## CERTIFICATION

I hereby certify that I have electronically mailed the foregoing document on this 17th day of January, 2008 to the attorney(s) of record listed below:

Mark A. Fay
mark@murphyandfay.com

Michael A. Calise
mcalise@providenceri.com

Susan M. Carlin
Famcarltd@aol.com

Peter J. Comerford
pcomerfo@coialepore.com

Thomas J. Cronin
tcronin@gunninglagazia.com

Stephen R. Famiglietti
Famcarltd@aol.com

Carolyn A. Mannis
carolynmannis@hotmail.com

Kevin J. McAllister
kmcallister@brcsm.com

Kevin F. McHugh
Kevin_mc1950@hotmail.com

Dean G. Robinson
drobinson@dgrlaw.necoxmail.com

George L. Santopietro
gsantopi@coialepore.com

*/s/Richard B. Woolley*