**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Thomas Walden, et al. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | C.A. No.: 04-304S |
| | : | |
| City of Providence, et al. | : | |
| | : | |
| Defendants | : | |

**MOTION TO WITHDRAW**
**MOTION TO VACATE DISCOVERY ORDER**

Now comes counsel for the Rhode Island State Police and hereby moves this Court for leave to withdraw the State's Motion to vacate this Court's Order that the State Police appear at a records deposition in this case. The deposition has in fact taken place pursuant to this Court's order.

Respectfully Submitted,

RHODE ISLAND DEPARTMENT
OF ATTORNEY GENERAL and
RHODE ISLAND STATE POLICE
By their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*

Richard B. Woolley #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2293
Fax: (401) 222-2995
Email: rwoolley@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 24th day of January, 2008 to the attorney(s) of record listed below:

Mark A. Fay
mark@murphyandfay.com

Michael A. Calise
mcalise@providenceri.com

Susan M. Carlin
Famcarltd@aol.com

Peter J. Comerford
pcomerfo@coialepore.com

Thomas J. Cronin
tcronin@gunninglagazia.com

Stephen R. Famiglietti
Famcarltd@aol.com

Carolyn A. Mannis
carolynmannis@hotmail.com

Kevin J. McAllister
kmcallister@brcsm.com

Kevin F. McHugh
Kevin_mc1950@hotmail.com

Dean G. Robinson
drobinson@dgrlaw.necoxmail.com

George L. Santopietro
gsantopi@coialepore.com

*/s/Richard B. Woolley*