**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304S

CITY OF PROVIDENCE, et al.

# MUNICIPAL DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS AND BRIEF STATEMENT OF THE FACTS

Respectfully submitted,

Kevin F. McHugh (#3927)
Michael A. Calise (#6715)
Assistant City Solicitor
City of Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

Dated: January 28, 2008

**I. Proposed Voir Dire Questions**

1. There has been a great deal of publicity surrounding Urbano Prignano, Jr. over the past year. Do any of you have a negative opinion of Urbano Prignano, Jr.?

2. If so, would that cause you to be unable to render a fair and impartial verdict in this case?

3. There has been some publicity surrounding the Providence Police Department and its testing procedures over the past several years. Do any of you have a negative opinion of the Providence Police Department?

4. If so, would that cause you to be unable to render a fair and impartial verdict in this case?

5. Would any of the publicity regarding corruption in Providence City Hall cause you to be unable to render a fair and impartial verdict in this case?

6. Do any of you have a negative opinion of Dean Esserman?

7. If so, would that make you unable to render a fair and impartial verdict in this case?

8. Do any of you have a negative opinion of David Cicilline?

9. If so, would that make it difficult to render a fair and impartial verdict in this case?

10. Is there any reason which was not covered by the Court or the lawyers that would make it difficult for you to render a fair and impartial verdict with respect to the City of Providence?

11. Do you have any relatives who are members of the Providence Fire Department?

12. Would that make it difficult for you to render a fair and impartial verdict in this case?

13. Do you have any relatives who are firefighters in any other communities?

14. If so, would that make you unable to render a fair and impartial verdict in this case?

**II. Brief Statements of the Facts:**

These consolidated cases involve approximately 154 Plaintiffs and six Defendants. Most of the Plaintiffs are city employees and their relatives. The Defendants are: City of Providence, by and through Steven T. Napolitano, its Treasurer; David N. Cicilline, its Mayor and Acting Public Safety Commissioner; Dean Esserman, in his Capacity as Chief of Police; Urbano Prignano, Jr., individually and in his capacity as former Chief of Police; Manuel Vieira, individually and in his former capacity as Communications Director; Mary Lennon, individually and in her former capacity as Chief of Operations of the Communications Department.

The Plaintiffs allege that the City recorded all telephone calls into and out of the Public Safety Complex during a portion of 2002-2003.

In doing so, the Plaintiffs claim that the Defendants violated their federal civil rights and federal and state laws.

The Defendants contend that the Plaintiffs had no expectation of privacy in using city phones on city time and that any recording that was done was not a violation of the constitution or law. They also contend that any recording that was done comes within the provision in the law that allows recording by investigative or law enforcement officers in the ordinary course of their duties and therefore was legal.

Municipal Defendants,
By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael A. Calise
Michael A. Calise (#6715)
Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

**Certificate of Service**

I hereby certify that on this 28th day of January, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document will be served by electronic mail upon:

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, RI 02865
Famcarltd@aol.com

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, RI 02903
mark@murphyandfay.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coialepore.com

Carolyn Mannis, Esq.
128 Dorrance Street, Suite 400
Providence, RI 02903
carolynmannis@hotmail.com

/s/ Kevin F.McHugh
Kevin F. McHugh