**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET AL

VS. C.A. NO. 04-304A

CITY OF PROVIDENCE, ET AL

**PROPOSED STATEMENT OF CLAIMS AND DEFENSES OF THE DEFENDANTS, CITY OF PROVIDENCE, DAVID CICILLINE, AND DEAN ESSERMAN**

Plaintiffs have sued Defendants for a violation of their constitutional and other rights. Plaintiffs allege that their telephone calls were illegally recorded by the City's Total Recall System, and that this constitutes a violation of Plaintiffs' constitutional rights under 42 U.S.C. § 1983, the Fourth Amendment's ban on illegal search and seizures, as well as a violation of other federal and state statutes.

The Defendants claim that even if these calls were recorded, one of the exceptions under the law would apply. These exceptions include the routine and noninvestigative recording of calls, or those recorded by an investigative or law enforcement officer in the ordinary course of his duties.

Another exception is the "consent" exception. In other words, if one of the parties to the communication gave prior consent to the interception, Plaintiffs' claims fail. This consent can be implied.

Municipal Defendants,

By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael A. Calise
Michael A. Calise (#6715)
Assistant City Solicitor

City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

**Certificate of Service**

I hereby certify that on this sixth day of February 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document will be served by electronic mail upon:

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, RI 02865
Famcarltd@aol.com

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, RI 02903
mark@murphyandfay.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coialepore.com

Carolyn Mannis, Esq.
128 Dorrance Street, Suite 400
Providence, RI 02903
carolynmannis@hotmail.com

/s/ Kevin F. McHugh
Kevin F. McHugh