**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al,
Plaintiffs

v. CASE NUMBER: 04-304A

CITY OF PROVIDENCE, et al,
Defendants

JOHN C. CHMURA, et al
Plaintiffs
v. CASE NUMBER: 04-553A

CITY OF PROVIDENCE, et al,
Defendants

**DEFENDANT MARY LENNON'S MOTION**
**TO QUASH SUBPOENA**

Now comes Defendant Mary Lennon and joins in the Motion to quash the subpoena issued to Andrew Rosenzweig filed by the Municipal Defendants herein, and adopts by reference the Memorandum of Law filed by them in support thereof.

Mary Lennon
By her attorney,

/s/ Dean G. Robinson
Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**CERTIFICATION**

I certify that on March 11, 2008, I filed the within motion to quash by electronic means to all counsel of record.

/s/ Dean G. Robinson