AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions above*

**FOR COURT USE ONLY**

**DUE DATE:**

| 1. NAME | 2. PHONE NUMBER | 3. DATE | |
|---|---|---|---|
| Mark A. Fay, Esq. | (401) 490-3200 | 3/12/2008 | |
| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
| 127 Dorrance St., Providence, RI 02903 | Providence | RI | 02903 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 04-304 | Lincoln Almond | 10. FROM 3/12/2008 | 11. 3/12/2008 |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS | |
| Walden, et al. vs. City of Providence, et al. | | 13. District Court of RI | 14. District Court of RI |

15. ORDER FOR

☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY

☐ NON-APPEAL ☐ CIVIL ☐ IN FORMA PAUPERIS ☒ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | Entire Transcript of Anthony | 3/12/2008 |
| ☐ OPENING STATEMENT | | Desmarais | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☒ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

| | |
|---|---|
| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL: 0.00 |
| 18. SIGNATURE [signature] | PROCESSED BY |
| 19. DATE 3-12-08 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY

AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions above*

**FOR COURT USE ONLY**

**DUE DATE:**

| | | | |
|---|---|---|---|
| 1. NAME<br>Mark A. Fay, Esq. | 2. PHONE NUMBER<br>(401) 490-3200 | 3. DATE<br>3/12/2008 | |
| 4. MAILING ADDRESS<br>127 Dorrance St., Providence, RI 02903 | 5. CITY<br>Providence | 6. STATE<br>RI | 7. ZIP CODE<br>02903 |
| 8. CASE NUMBER<br>04-304 | 9. JUDGE<br>Lincoln Almond | DATES OF PROCEEDINGS<br>10. FROM 3/10/2008 | 11. 3/11/2008 |
| 12. CASE NAME<br>Walden, et al. vs. City of Providence, et al. | | LOCATION OF PROCEEDINGS<br>13. District Court of RI | 14. District Court of RI |

15. ORDER FOR

| | | | |
|---|---|---|---|
| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☒ OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | Entire Transcript of Manuel | 3/10/2008-3/11/2008 |
| ☐ OPENING STATEMENT | | Vieira | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☒ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

| | | | |
|---|---|---|---|
| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | | ESTIMATE TOTAL | 0.00 |
| 18. SIGNATURE | [signature] | PROCESSED BY | |
| 19. DATE | 3-12-08 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY

AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions above*

**FOR COURT USE ONLY**

**DUE DATE:**

| | | | |
|---|---|---|---|
| 1. NAME<br>Mark A. Fay, Esq. | 2. PHONE NUMBER<br>(401) 490-3200 | 3. DATE<br>3/12/2008 | |
| 4. MAILING ADDRESS<br>127 Dorrance St., Providence, RI 02903 | 5. CITY<br>Providence | 6. STATE<br>RI | 7. ZIP CODE<br>02903 |
| 8. CASE NUMBER<br>04-304 | 9. JUDGE<br>Lincoln Almond | DATES OF PROCEEDINGS<br>10. FROM 3/4/2008 | 11. 3/5/2008 |
| 12. CASE NAME<br>Walden, et al. vs. City of Providence, et al. | | LOCATION OF PROCEEDINGS<br>13. District Court of RI | 14. District Court of RI |

15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [x] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | Entire Transcript of Mary | 3/04/2008-3/05/2008 |
| [ ] OPENING STATEMENT | | Lennon | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [x] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | |
|---|---|
| 18. SIGNATURE [signature] | ESTIMATE TOTAL 0.00 |
| 19. DATE 3-12-08 | PROCESSED BY |
| TRANSCRIPT TO BE PREPARED BY | PHONE NUMBER |
| | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY