**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
MAR 17 2008

THOMAS WALDEN, et al.

VS. C.A. NO.: 04-304S

CITY OF PROVIDENCE, et al.

JOHN C. CHMURA, et al.

VS. C.A. NO.: 04-553S

CITY OF PROVIDENCE, et al.

**STIPULATION**

By agreement of all parties the documents contained in Plaintiffs' Exhibit 11, which indicate the number of days the listed Plaintiffs worked for the City of Providence at the Providence Public Safety Complex between July/August 2002 to February 10, 2003, shall be admitted as a full exhibit.

Attorneys for the Plaintiffs:

Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903

Attorneys for the Defendants
City of Providence, Dean Esserman
and David Cicilline:

Kevin F. McHugh #3927
Michael A. Calise #6715
City of Providence
Law Department
275 Westminster Street
Providence, RI 02903

Attorney Defendant Mary Lennon

Dean G. Robinson, # 3852
670 Willett Avenue
East Providence, RI 02914

Attorney for Defendant Manuel Vieira

Peter Comerford, # 3588
226 South Main Street
Providence, RI 02903

Attorney for Defendant Urbano Prignano

Susan Marcotte Carlin, # 2648
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865