UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et al.                    :
                                         :
            v.                           :        C.A. No. 04-304A
                                         :
CITY OF PROVIDENCE, et al.               :


This verdict form applies to the claims made by the so-called "Walden" Plaintiffs who consist of current or former employees of the Providence Fire Department and members of their families. In particular, they are:

| | | |
|---|---|---|
| Thomas Walden | Kathleen A. Dubuque | Jackie Robert |
| Linda Walden | Robert Reilly | Michael Bates |
| Robert J. Barrett | Brandon Reilly | Sarah Good |
| Michelle A. Barrett | Jordan Reilly | Michael J. Hughes |
| William R. Kenyon, Jr. | Kerrin Swann | Deborah McIntyre-Hughes |
| Susan M. Kenyon | Paul Buteau | Paul A. Wentworth |
| Paige M. Kenyon | Matthew L. Randall | William J. Higginson, Jr. |
| Kory Z. Kenyon | Kara E. Randall | Michael C. Segee |
| Philip E. Payne | Edward S. Kennedy | Susan M. Segee |
| Darlene Belhumeur-Payne | Carolyn M. Kennedy | Donna Luce |
| Bethany Payne | Laura Kennedy | David Neri |
| Andrea Payne | Donald Rathbone | Bonnie Benson |
| Laura Belhumeur | Lori A. Rathbone | Gerald P. Carvalho |
| Paul A. Doughty | Daniel Rathbone | Belkys A. Carvalho |
| Stephanie Doughty | Peter K. McMichael, Jr. | Garrick Carvalho |
| Laura Doughty | Colleen F. McMichael | Angelique Carvalho |
| Rebecca Doughty | Peter K. McMichael III | Joseph W. Bretanha |
| Frank Reddington | Frederick A. Robinson, Jr. | Diane K. Bretanha |
| Margaret Reddington | Janet D. Robinson | Lauren Bretanha |
| Brendan Reddington | Abigail Robinson | Leanne Bretanha |
| Daniel Reddington | Emma Robinson | Mark Tillman |
| Joseph Mellor | Ernest E. Young IV | Roger D. Richards, Jr. |
| Teresa Mellor | Linda S. Young | Joshetta Gabbidon |
| Patrick Leonard | Craig Martin | Steven G. Ruhle |
| Lori Leonard | Paul M. Picozzi | Steven Ruhle Jr. |
| Joseph Molis | Kimberly E. Picozzi | Kayla Ruhle |
| Deborah Molis | Ernest Robert | Daniel J. Brodeur |
| E. Christopher Petit | Mary Ellen (Dubaldo) Robert | Amy L. Brodeur |
| Jeanne M. Petit | Kyle Robert | Megan Brodeur |
| Donald J. Dubuque | Ashley Robert | Michaela Brodeur |

Joseph R. Vingi, Jr.
Mary M. Vingi
Joseph Vingi III
Sophia Vingi
Kenneth G. Greenwell
Kathleen Greenwell
Christopher P. O'Halloran
Colleen E. O'Halloran
James J. Rock

Carol O'Brien
William L. Serbst, III
Carol M. Serbst
Daniel V. Rinaldi
Desiree Rinaldi
Ashley Rinaldi
Robert Cataldo
Jennifer Cataldo
Anthony Cataldo

Christina Cataldo
Joseph Cataldo
Peter J. Celani
Diane G. Celani
Vincent P. Clements
John J. Hannon
Robert D. Crellin
Christopher S. Wagner

**Counts I and II / Constitutional Claims**

1.  On the claim that Defendant Manuel Vieira violated Plaintiffs' constitutional right to be free from unreasonable searches and seizures, we the jury find:

    A.   For Plaintiffs                           ✓ _____

    B.   For Defendant Manuel Vieira        _____

2.  On the claim that Defendant Mary Lennon violated Plaintiffs' constitutional right to be free from unreasonable searches and seizures, we the jury find:

    A.   For Plaintiffs                           ✓ _____

    B.   For Defendant Mary Lennon          _____

3.  On the claim that the "Municipal Defendants" (that is, the City of Providence and Mayor David Cicilline and Colonel Dean Esserman, in their official capacities) violated Plaintiffs' constitutional right to be free from unreasonable searches and seizures pursuant to a municipal policy or long-standing City custom or practice of the City, we the jury find:

    A.   For Plaintiffs                           ✓ _____

    B.   For the Municipal Defendants        _____

4.  If you found in favor of Plaintiffs on either Questions 1, 2 <u>or</u> 3 above, you shall award $1.00 to each Plaintiff as nominal damages.

5(a). If you found in favor of Plaintiffs on Question 1 above regarding Defendant Manuel Vieira, you may award punitive damages to Plaintiffs. On Plaintiffs' claim for punitive damages against Manuel Vieira, we the jury find:

    A.   For Plaintiffs ✓ ; and award punitive damages in the amount of $___1___ for each Plaintiff.

    B.   For Defendant Manuel Vieira _____; and award no punitive damages.

5(b).   If you found in favor of Plaintiffs on Question 2 (page 1) regarding Defendant Mary Lennon, you may award punitive damages to Plaintiffs.  On Plaintiffs' claim for punitive damages against Defendant Mary Lennon, we the jury find:

     A.     For Plaintiffs ___✓___; and award punitive damages in the amount of $_____ for each Plaintiff.

     B.     For Defendant Mary Lennon _____; and award no punitive damages.

---

## Counts IV and VI / Statutory Claims

1.   On the claim that Defendant Manuel Vieira intentionally intercepted, sought to intercept or procured another to intercept any of Plaintiffs' telephone calls made or received at the Providence Public Safety Complex, we the jury find:

     A.     For Plaintiffs      ___✓___

     B.     For Defendant Manuel Vieira      _____

2.   On the claim that Defendant Mary Lennon intentionally intercepted, sought to intercept or procured another to intercept any of Plaintiffs' telephone calls made or received at the Providence Public Safety Complex, we the jury find:

     A.     For Plaintiffs      _____

     B.     For Defendant Mary Lennon      ___✓___

3.   On the claim that the "Municipal Defendants" (that is, the City of Providence and Mayor David Cicilline and Colonel Dean Esserman, in their official capacities) intentionally intercepted, sought to intercept or procured another to intercept any of Plaintiffs' telephone calls made or received at the Providence Public Safety Complex, we the jury find:

     A.     For Plaintiffs      ___✓___

     B.     For the Municipal Defendants      _____

4. If you found for Plaintiffs on either Questions 1, 2 <u>or</u> 3 (page 2); on the defense that such interceptions were done by an investigative or law enforcement officer in the ordinary (that is, routine and noninvestigative) course of his duties, we the jury find:

A.   For Plaintiffs        ____✓____

B.   For Defendants        _____

5. If you found for Plaintiffs on either Question 1, 2, <u>or</u> 3 (page 2), <u>and</u> you found for Plaintiffs on Question 4 above (page 3), do you find that any Plaintiffs consented to the interception of their telephone calls made or received at the Providence Public Safety Complex?

Yes   _____

No   ____✓____

If yes, please identify by name each Plaintiff who consented?   _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

6.    If you found for Plaintiffs on either Question 1, 2 or 3 (page 2), and you found for Plaintiffs on Question 4 (page 3), on how many particular days, if any, between May 23, 2002 and February 10, 2003 has each Plaintiff established by a preponderance of the evidence that he or she made or received telephone calls to and/or from the Providence Public Safety Complex which were intercepted?

Thomas Walden / Number of Days: 81
Linda Walden / Number of Days: 0

Robert J. Barrett / Number of Days: 87
Michelle A. Barrett / Number of Days: 0

William R. Kenyon, Jr. / Number of Days: 95
Susan M. Kenyon / Number of Days: 0
Paige M. Kenyon / Number of Days: 0
Kory Z. Kenyon / Number of Days: 0

Philip E. Payne / Number of Days: 66
Darlene Belhumeur-Payne / Number of Days: 0
Bethany Payne / Number of Days: 0
Andrea Payne / Number of Days: 0
Laura Belhumeuer / Number of Days: 0

Paul A. Doughty / Number of Days: 53
Stephanie Doughty / Number of Days: 0
Laura Doughty / Number of Days: 0
Rebecca Doughty / Number of Days: 0

Frank Reddington / Number of Days: 74
Margaret Reddington / Number of Days: 0
Brendan Reddington / Number of Days: 0
Daniel Reddington / Number of Days: 0

Joseph Mellor / Number of Days: 41
Teresa Mellor / Number of Days: 0

Patrick Leonard / Number of Days: 1
Lori Leonard / Number of Days: 0

Joseph Molis / Number of Days: 14
Deborah Molis / Number of Days: 0

E. Christopher Petit / Number of Days: 1
Jeanne M. Petit / Number of Days: 0

Donald J. Dubuque / Number of Days: 91
Kathleen A. Dubuque / Number of Days: 0

Robert Reilly / Number of Days: 92
Brandon Reilly / Number of Days: 0
Jordan Reilly / Number of Days: 0
Kerrin Swann / Number of Days: 0

Paul Buteau / Number of Days: 58

Matthew L. Randall / Number of Days: 93
Kara E. Randall / Number of Days: 0

Edward S. Kennedy / Number of Days: 86
Carolyn M. Kennedy / Number of Days: 0
Laura Kennedy / Number of Days: 0

Donald Rathbone / Number of Days: 79
Lori A. Rathbone / Number of Days: 0
Daniel Rathbone / Number of Days: 0

Peter K. McMichael, Jr. / Number of Days: 28
Colleen F. McMichael / Number of Days: 0
Peter K. McMichael III / Number of Days: 0

Frederick A. Robinson, Jr. / Number of Days: 75
Janet D. Robinson / Number of Days: 0
Abigail Robinson / Number of Days: 0
Emma Robinson / Number of Days: 0

Ernest E. Young IV / Number of Days: 74
Linda S. Young / Number of Days: 0

Craig Martin / Number of Days: 69

Paul M. Picozzi / Number of Days: 74
Kimberly E. Picozzi / Number of Days: 0

-6-

Ernest Robert / Number of Days: 66
Mary Ellen (Dubaldo) Robert / Number of Days: 0
Kyle Robert / Number of Days: 0
Ashlee Robert / Number of Days: 0
Jackie Robert / Number of Days: 0

Michael Bates / Number of Days: 81
Sarah Good / Number of Days: 0

Michael J. Hughes / Number of Days: 0
Deborah McIntyre-Hughes / Number of Days: 0

Paul A. Wentworth / Number of Days: 80

William J. Higginson, Jr. / Number of Days: 59

Michael C. Segee / Number of Days: 85
Susan M. Segee / Number of Days: 0

Donna Luce / Number of Days: 40
David Neri / Number of Days: 0
Bonnie Benson / Number of Days: 2

Gerald P. Carvalho / Number of Days: 3
Belkys A. Carvalho / Number of Days: 0
Garrick Carvalho / Number of Days: 0
Angelique Carvalho / Number of Days: 0

Joseph W. Bretanha / Number of Days: 92
Diane K. Bretanha / Number of Days: 0
Lauren Bretanha / Number of Days: 0
Leanne Bretanha / Number of Days: 0

Mark Tillman / Number of Days: 0

Roger D. Richards, Jr. / Number of Days: 80
Joshetta Gabbidon / Number of Days: 0

Steven G. Ruhle / Number of Days: 87
Steven Ruhle Jr. / Number of Days: 0
Kayla Ruhle / Number of Days: 0

Daniel J. Brodeur / Number of Days: 90
Amy L. Brodeur / Number of Days: 0
Megan Brodeur / Number of Days: 0
Michaela Brodeur / Number of Days: 0

Joseph R. Vingi, Jr. / Number of Days: 85
Mary M. Vingi / Number of Days: 0
Joseph Vingi III / Number of Days: 0
Sophia Vingi / Number of Days: 0

Kenneth G. Greenwell / Number of Days: 87
Kathleen Greenwell / Number of Days: 0

Christopher P. O'Halloran / Number of Days: 90
Colleen E. O'Halloran / Number of Days: 0

James J. Rock / Number of Days: 98
Carol O'Brien / Number of Days: 0

William L. Serbst, III / Number of Days: 87
Carol M. Serbst / Number of Days: 0

Daniel V. Rinaldi / Number of Days: 92
Desiree Rinaldi / Number of Days: 0
Ashley Rinaldi / Number of Days: 0

Robert Cataldo / Number of Days: 5
Jennifer Cataldo / Number of Days: 0
Anthony Cataldo / Number of Days: 0
Christina Cataldo / Number of Days: 0
Joseph Cataldo / Number of Days: 0

Peter J. Celani / Number of Days: 91
Diane G. Celani / Number of Days: 0

Vincent P. Clements / Number of Days: 92

John J. Hannon / Number of Days: 98

Robert D. Crellin / Number of Days: 80

Christopher S. Wagner / Number of Days: 23

7(a). If you found in favor of Plaintiffs on Question 1 (page 2) regarding Defendant Manuel Vieira, **and** Question 4 (page 3), you may award punitive damages to Plaintiffs. On Plaintiffs' claim for punitive damages against Defendant Manuel Vieira, we the jury find:

    A.    For Plaintiffs ___✓___ ; and award punitive damages in the amount of $___0___ for each Plaintiff.

    B.    For Defendant Manuel Vieira _____; and award no punitive damages.

7(b). If you found in favor of Plaintiffs on Question 2 (page 2) regarding Defendant Mary Lennon, **and** Question 4 (page 3), you may award punitive damages to Plaintiffs. On Plaintiffs' claim for punitive damages against Defendant Mary Lennon, we the jury find:

    A.    For Plaintiffs _____; and award punitive damages in the amount of $_____ for each Plaintiff.

    B.    For Defendant Mary Lennon ___✓___; and award no punitive damages.

---

## Count V / Right to Privacy Claim

1.    On the claim that Defendant Manuel Vieira violated Plaintiffs' state law right to privacy, we the jury find:

    For Plaintiffs              ___✓___

    For Defendant Manuel Vieira     _____

2.    On the claim that Defendant Mary Lennon violated Plaintiffs' state law right to privacy, we the jury find:

    For Plaintiffs              ___✓___

    For Defendant Mary Lennon     _____

3.    On the claim that the Municipal Defendants (the City of Providence and Mayor David Cicilline and Colonel Dean Esserman, in their official capacities) violated Plaintiffs' state law right to privacy, we the jury find:

    For Plaintiffs              ___✓___

    For the Municipal Defendants     _____

4.   If you find in favor of Plaintiffs on Questions 1, 2 <u>or</u> 3 (page 9), you shall award $1.00 to each Plaintiff as nominal damages.

**REDACTED**

Signature of Foreperson

Date: ___3|26| 08_____