UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN CHMURA, et al. :
:
v. : C.A. No. 04-553A
:
CITY OF PROVIDENCE, et al. :

This verdict form applies to the claims made by the so-called "Chmura" Plaintiffs who consist of current or former employees (both civilian and sworn police officers) of the Providence Police Department. In particular, they are:

Andrea Baker
Jamie Araujo
Theresa J. Mancini
Arleen Ann Pullon
Melissa Melvin
Eugenia M. Pattek
Laurie Gannon
Robin Owens
Donna M. Pietrunti
Maria Bianco (Drohan)
Emilia Grover
Julia D. Goins
Susan Harrington
Margaret Burns
Debra L. Silva-Rocha
Sandra Manning
Yvonne Giragosian
John C. Chmura
Maribel Patino

19

**Counts I and II / Constitutional Claims**

1. On the claim that Defendant Manuel Vieira violated Plaintiffs' constitutional right to be free from unreasonable searches and seizures, we the jury find:

   A. For Plaintiffs ✓

   B. For Defendant Manuel Vieira ______

2. On the claim that Defendant Mary Lennon violated Plaintiffs' constitutional right to be free from unreasonable searches and seizures, we the jury find:

   A. For Plaintiffs ✓

   B. For Defendant Mary Lennon ______

3. On the claim that the "Municipal Defendants" (that is, the City of Providence and Mayor David Cicilline and Colonel Dean Esserman, in their official capacities) violated Plaintiffs' constitutional right to be free from unreasonable searches and seizures pursuant to a municipal policy or long-standing City custom or practice of the City, we the jury find:

   A. For Plaintiffs ✓

   B. For the Municipal Defendants ______

4. If you found in favor of Plaintiffs on either Questions 1, 2 <u>or</u> 3 above, you shall award $1.00 to each Plaintiff as nominal damages.

5(a). If you found in favor of Plaintiffs on Question 1 above regarding Defendant Manuel Vieira, you may award punitive damages to Plaintiffs. On Plaintiffs' claim for punitive damages against Manuel Vieira, we the jury find:

   A. For Plaintiffs ✓; and award punitive damages in the amount of $ 1 for each Plaintiff.

   B. For Defendant Manuel Vieira _____; and award no punitive damages.

5(b). If you found in favor of Plaintiffs on Question 2 (page 1) regarding Defendant Mary Lennon, you may award punitive damages to Plaintiffs. On Plaintiffs' claim for punitive damages against Defendant Mary Lennon, we the jury find:

A. For Plaintiffs ✓; and award punitive damages in the amount of $ 1 for each Plaintiff.

B. For Defendant Mary Lennon _____; and award no punitive damages.

---

**Counts IV and VI / Statutory Claims**

1. On the claim that Defendant Manuel Vieira intentionally intercepted, sought to intercept or procured another to intercept any of Plaintiffs' telephone calls made or received at the Providence Public Safety Complex, we the jury find:

A. For Plaintiffs ✓

B. For Defendant Manuel Vieira _____

2. On the claim that Defendant Mary Lennon intentionally intercepted, sought to intercept or procured another to intercept any of Plaintiffs' telephone calls made or received at the Providence Public Safety Complex, we the jury find:

A. For Plaintiffs _____

B. For Defendant Mary Lennon ✓

3. On the claim that the "Municipal Defendants" (that is, the City of Providence and Mayor David Cicilline and Colonel Dean Esserman, in their official capacities) intentionally intercepted, sought to intercept or procured another to intercept any of Plaintiffs' telephone calls made or received at the Providence Public Safety Complex, we the jury find:

A. For Plaintiffs ✓

B. For the Municipal Defendants _____

4. If you found for Plaintiffs on either Questions 1, 2 or 3 (page 2); on the defense that such interceptions were done by an investigative or law enforcement officer in the ordinary (that is, routine and noninvestigative) course of his duties, we the jury find:

A. For Plaintiffs ✓

B. For Defendants ______

5. If you found for Plaintiffs on either Question 1, 2, or 3 (page 2), and you found for Plaintiffs on Question 4 (page 3), do you find that any Plaintiffs consented to the interception of their telephone calls made or received at the Providence Public Safety Complex?

Yes ______

No ✓

If yes, please identify by name each Plaintiff who consented? ______

6. If you found for Plaintiffs on either Question 1, 2 or 3 (page 2), and you found for Plaintiffs on Question 4 (page 3), on how many particular days, if any, between May 23, 2002 and February 10, 2003 has each Plaintiff established by a preponderance of the evidence that he or she made or received telephone calls to and/or from the Providence Public Safety Complex which were intercepted?

Andrea Baker / Number of Days: 105
Jamie Araujo / Number of Days: 115
Theresa J. Mancini / Number of Days: 138
Arleen Ann Pullon / Number of Days: 131
Melissa Melvin / Number of Days: 113
Eugenia M. Pattek / Number of Days: 137
Laurie Gannon / Number of Days: 118
Robin Owens / Number of Days: 131
Donna M. Pietrunti / Number of Days: 128
Maria Bianco (Drohan) / Number of Days: 156
Emilia Grover / Number of Days: 118
Julia D. Goins / Number of Days: 102
Susan Harrington / Number of Days: 117
Margaret Burns / Number of Days: 112
Debra L. Silva-Rocha / Number of Days: 136
Sandra Manning / Number of Days: 129
Yvonne Giragosian / Number of Days: 105
John C. Chmura / Number of Days: 10
Maribel Patino / Number of Days: 103

7(a). If you found in favor of Plaintiffs on Question 1 (page 2) regarding Defendant Manuel Vieira, and Question 4 (page 3), you may award punitive damages to Plaintiffs. On Plaintiffs' claim for punitive damages against Defendant Manuel Vieira, we the jury find:

A. For Plaintiffs ✓; and award punitive damages in the amount of $ 0 for each Plaintiff.

B. For Defendant Manuel Vieira _____; and award no punitive damages.

7(b). If you found in favor of Plaintiffs on Question 2 (page 2) regarding Defendant Mary Lennon, and Question 4 (page 3), you may award punitive damages to Plaintiffs. On Plaintiffs' claim for punitive damages against Defendant Mary Lennon, we the jury find:

A. For Plaintiffs _____; and award punitive damages in the amount of $________ for each Plaintiff.

B. For Defendant Mary Lennon ✓; and award no punitive damages.

**Count V / Right to Privacy Claim**

1. On the claim that Defendant Manuel Vieira violated Plaintiffs' state law right to privacy, we the jury find:

   For Plaintiffs ✓

   For Defendant Manuel Vieira ______

2. On the claim that Defendant Mary Lennon violated Plaintiffs' state law right to privacy, we the jury find:

   For Plaintiffs ✓

   For Defendant Mary Lennon ______

3. On the claim that the Municipal Defendants (the City of Providence and Mayor David Cicilline and Colonel Dean Esserman, in their official capacities) violated Plaintiffs' state law right to privacy, we the jury find:

   For Plaintiffs ✓

   For the Municipal Defendants ______

4. If you find in favor of Plaintiffs on Questions 1, 2 <u>or</u> 3 above, you shall award $1.00 to each Plaintiff as nominal damages.

REDACTED

Signature of Foreperson

Date: 3/26/08