AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

Thomas Walden, et al.

V.

City of Providence, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 04-304A

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MJ Lincoln D. Almond | Fay/Mannis | McHugh/Calise/Carlin/Famiglietti/Robinson/Co |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/13/08 - | Debra Lajoie | Jeannine Noel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2-13 | | | 2-13-08 Day 1 |
| | | 2-13. | | | #1 Thomas Walden, sworn (π) |
| | | | | | π #2 Linda Elaine Walden, sworn |
| | B-6 K-6 | 2-13 | ID | | Request for production |
| | | 2-13 | | | π #3 Christopher E. O'Halloran |
| | | | | | sworn |
| | | 2-13. | | | π #4 Colleen E. O'Halloran, sworn |
| | | 2-13 | | | #π 5 John Hannon, sworn |
| | | | | | |
| | | | | | 2-14-08 Day 2 |
| | | | | | |
| | | 2-14 | | | π #5 John Hannon, continued |
| | | 2-14 | | | π #6 Vincent Clements, sworn |
| | | 2-14 | | | π #7. Christopher S. Wagner, sworn |
| | | 2-14 | | | π #8 Robert Reilly, sworn |
| | | 2-14 | | | π #9 James Rock, sworn |
| | | 2-14 | | | π #10 Carol O'Brien, sworn |
| | | | | | |
| | | | | | 2-15-08 Day 3. |
| | | | | | |
| | | 2-15 | | | π #11 Robert Crellin, sworn |
| | | 2-15 | | | π #12 William Serbst, sworn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Walden, et al. | vs. | City of Providence, et al | CASE NO. CA04-304A |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 2-15 | | | π #13 Wit Carol Serbst, sworn |
| | | 2-15 | | | π #14 Wit. Daniel Rinaldi, sworn |
| | | 2-15 | | | π #15 Wit. Desiree Rinaldi, sworn |
| | | 2-15 | | | π #16 Wit. Ashley Rinaldi, sworn |
| | | 2-15 | | | π #17 Wit. Peter Celani, sworn |
| | | 2-15 | | | π #18 Wit. Diane Celani, sworn |
| | | | | | |
| | | | | | Day 4 2-19-08 |
| | | | | | |
| | | 2-19 | | | π #19 Wit Robert Barrett, sworn |
| | | 2-19 | | | π #20 Wit Michelle Barrett, sworn |
| | | 2-19 | | | π #21 Wit William Kenyon, sworn |
| | | 2-19 | | | π #22 Wit Susan Kenyon, sworn |
| | | 2-19 | | | π #23 Wit Paige Kenyon, sworn |
| | | 2-19 | | | π #24 Wit Kory Kenyon, sworn |
| | | 2-19 | | | π #25 Wit Philip Payne, sworn |
| | | 2-19 | | | π #26 Wit Darlene Payne, sworn |
| | | 2-19 | | | π #27 Wit Bethany Payne, sworn |
| | | 2-19 | | | π #28 Wit Andrea Payne, sworn |
| | | 2-19 | | | π #29 Wit Laura Belhumeur, sworn |
| | | 2-19 | | | π #30 Wit Paul Doughty, sworn |
| | | | | | |
| | | | | | Day 5 2-21-08 |
| | | | | | |
| | | 2-21 | | | π #30 Wit Paul Doughty continued. |
| | O | 2-21 | ID | Full 2-21 | photo of sign Prov. Fire Fighters |
| | P | 2-21 | ID | Full 2-21 | photo of fire station No Main St |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Walden, et al. | vs. | City of Providence, et al | CASE NO. CA04-304A |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | Q | 2-21 | ID | Full 2-21 | photo of dayroom Washington St Station |
| | R | 2-21 | ID | | photo - dayroom |
| | | | | | |
| | | 2-21 | | | π #31 Wit Stephanie Doughty, sworn |
| | | 2-21 | | | π #32 Wit Laura Doughty, sworn |
| | | 2-21 | | | π #33 Wit Rebecca Doughty sworn |
| | | 2-21 | | | π #34 Wit Patrick Leonard, sworn |
| | | 2-21 | | | π #35 Wit Lori Leonard, sworn |
| | | 2-21 | | | π #36 Wit Joe Mellor, sworn |
| | | 2-21 | | | π #37 Wit Teresa Mellor, sworn |
| | | 2-21 | | | π #38 Wit Robert Cataldo, sworn |
| | | 2-21 | | | π #39 Wit Jen Cataldo, sworn |
| | | 2-21 | | | π #40 Wit Frank Reddington, sworn |
| | | 2-21 | | | π #41 Wit Margaret Reddington, sworn |
| | | 2-21 | | | π #42 Wit Daniel Reddington, sworn |
| | | | | | |
| | | | | | Day 6 2-22-08 |
| | | | | | |
| | | 2-22 | | | π #43 wit Donald Rathbone, Sworn |
| | | 2-22 | | | π #44 wit Lori Rathbone, Sworn |
| | | 2-22 | | | π #45 wit Daniel Rathbone, Sworn |
| | | 2-22 | | | π #46 wit Brendan Reddington, Sworn |
| | | 2-22 | | | π #47 wit Roger Richards, Sworn |
| | | 2-22 | | | π #48 wit Joshetta Gabbidon, Sworn |
| | | 2-22 | | | π #49 wit Edward Kennedy, Sworn |
| | | 2-22 | | | π #50 wit Carolyn Kennedy, Sworn |
| | | 2-22 | | | π #51 wit Laura Kennedy, Sworn |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Walden, et al. | vs. | City of Providence, et al | CASE NO. CA04-304A |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 2·22 | | | π #52 wit Kenneth Greenwell, Sworn |
| | | 2·22 | | | π #53 wit Kathleen Greenwell, Sworn |
| | | 2·22 | | | π #54 wit Matthew Randall, Sworn |
| | | 2·22 | | | π #55 wit Kara Randall, Sworn |
| | | 2·22 | | | π #56 wit David Neri, Sworn |
| | | 2·22 | | | π #57 wit Mark Tillman, Sworn |
| | | | | | |
| | | | | | 2-25-08 Day 7 |
| | | | | | |
| | | 2-25 | | | π #57 Wit Mark Tillman, continued |
| | | 2-25 | | | π #58 Wit Gerald Carvalho, Sworn |
| | | 2·25 | | | π #59 wit Becky Carvalho, Sworn |
| | | 2·25 | | | π #60 wit Angelique Carvalho, Sworn |
| | | 2·25 | | | π #61 wit Garrick Carvalho, Sworn |
| | | 2·25 | | | π #62 wit Joseph Molis, Sworn |
| | | 2·25 | | | π #63 wit Deb Molis, Sworn |
| | | 2·25 | | | π #64 wit Joseph Bretanha, Sworn |
| | | 2·25 | | | π #65 wit Diane Bretanha, Sworn |
| | | 2·25 | | | π #66 wit Lauren Bretanha, Sworn |
| | | 2·25 | | | π #67 wit William Higginson, Sworn |
| | | 2·25 | | | π #68 wit Paul Picozzi, Sworn |
| | | 2·25 | | | π #69 wit Kim Picozzi, Sworn |
| | | 2·25 | | | π #70 wit Michael Bates, Sworn |
| | | 2·25 | | | π #71 wit Sarah Good, Sworn |
| | | 2·25 | | | π #72 wit Michael Hughes, Sworn |
| | | | | | |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Walden, et al. | vs. | City of Providence, et al | CASE NO. CA04-304A |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 2-26-08 Day 8 |
| | | | | | |
| | | 2-26 | | | π #73 Wit Deborah Hughes, sworn |
| | | 2-26 | | | π #74 Wit Linda Young, sworn |
| | | 2-26 | | | π #75 Wit Craig Martin, sworn |
| | | 2-26 | | | π #76 Wit Donald Dubuque, sworn |
| | | 2-26 | | | π #77 Wit Kathleen Dubuque, sworn |
| | | 2-26 | | | π #78 Wit Christopher Petit, sworn |
| | | 2-26 | | | π #79 Wit Jeanne Petit, sworn |
| | | 2-26 | | | π #80 Wit Donna Luce, sworn |
| | | 2-26 | | | π #81 Wit Paul Buteau, sworn |
| | | | | | |
| | | | | | 2-27-08 Day 9 |
| | | | | | |
| | | 2-27 | | | π #82 Wit Daniel Brodeur, sworn |
| | | 2-27 | | | π #83 Wit Amy Brodeur, sworn |
| | | 2-27 | | | π #84 Wit Megan Brodeur, sworn |
| | | 2-27 | | | π #85 Wit Joe Vingi, sworn |
| | | 2-27 | | | π #86 Wit Mary Vingi, sworn |
| | | 2-27 | | | π #87 Wit Michael Segee, sworn |
| | | 2-27 | | | π #88 Wit Susan Segee, sworn |
| | | 2-27 | | | π #89 Wit Ernie Robert, sworn |
| | | 2-27 | | | π #90 Wit Mary Ellen Robert, sworn |
| | | 2-27 | | | π #91 Wit Kyle Robert, sworn |
| | | 2-27 | | | π #92 Wit Ashlee Robert, sworn |
| | | 2-27 | | | π #93 Wit Jackie Robert, sworn |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Walden, et al. | vs. | City of Providence, et al | CASE NO. CA04-304A |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 2-28-08 Day 10 |
| | | | | | |
| | | 2-28 | | | π #94 wit Bonnie Benson, Sworn |
| | | 2-28 | | | π #95 wit Steven Ruhle, Sworn |
| | | 2-28 | | | π #96 wit Kayla Ruhle, Sworn |
| | | 2-28 | | | π #97 wit Steven Ruhle, Jr., Sworn |
| | | 2-28 | | | π #98 wit Andrea Baker, Sworn |
| | | 2-28 | | | π #99 wit Sandra Manning, Sworn |
| | | | | | |
| | E | 2-28 | ID | Full 3-5 | Email from Major Simoneau dated 7/22/02 |
| | F | 2-28 | ID | | List of recipients of Major Simoneau's email |
| | | | | | |
| | | 2-28 | | | π #100 wit Donna Pietrunti, Sworn |
| | | 2-28 | | | π #101 wit Debra Silva-Rocha, Sworn |
| | | | | | |
| | | | | | 2-29-08 Day 11 |
| | | | | | |
| | | 2-29 | | | π #101 Wit Debra Silva-Rocha continued. |
| | | 2-29 | | | π #102 Wit Fred Robinson, Sworn |
| | | | | | |
| | F5 | 2-29 | ID. | | π Response to Defendants' Interrogatories |
| | | | | | |
| | | 2-29 | | | π #103 Wit Janet Robinson, Sworn |
| | | 2-29 | | | π #104 Wit Abigail Robinson, Sworn |
| | | 2-29 | | | π #105 Wit Emma Robinson, Sworn |
| | | 2-29 | | | π #106 Wit Robin Owens, Sworn |
| | | 2-29 | | | π #107 Wit Maribel Patino, Sworn |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Walden, et al. | vs. | City of Providence, et al | CASE NO. CA04-304A |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 2-29 | | | π#108 Wit Peter McMichael, sworn |
| | | 2-29 | | | π#109 Wit Colleen McMichael, sworn |
| | | 2-29 | | | π#110 Wit Emilia Grover, sworn |
| | | 2-29 | | | π#111 Wit Ernest Young, sworn |
| | | | | | |
| | | | | | 3-3-08 Day 12 |
| | | | | | |
| | | 3-3. | | | π#112 Wit Susan Harrington, sworn |
| | | 3-3 | | | π#113 Wit Yvonne Girdgosian, sworn |
| | | 3-3 | | | π#114 Wit Eugenia Pattek, sworn |
| | | 3-3 | | | π#115 Wit Laurie Cannon, sworn |
| | | 3-3 | | | π#116 Wit Theresa Mancini, sworn |
| | | 3-3 | | | π#117 Wit Arleen Pullon, sworn |
| | | 3-3 | | | π#118 Wit Melissa Melvin, sworn |
| | | 3-3 | | | π#119 Wit Paul Wentworth, sworn |
| | | 3-3 | | | π#120 Wit Maria Drohan, sworn |
| | | | | | |
| | | | | | 3-4-08 Day 13. |
| | | | | | |
| | | 3-4. | | | π#120 Wit Maria Drohan, continued. |
| | | 3-4 | | | π#121 Wit Margaret Burns, sworn |
| | | 3-4 | | | π#122 Wit Jamie Araujo, sworn |
| | | 3-4 | | | π#123 Wit [redacted], sworn |
| | | | | | Julia Burns |
| | | 3-4 | | | π#124 Wit Mary Lennon, sworn |
| | | | | | |
| 123 | | 3-4 | ID | | Wit. Statement Mary Lennon |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Walden, et al. | vs. | City of Providence, et al | CASE NO. CA04-304A |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1.185 | | 3-4 | ID | | list of extensions - total recall stations |
| 1.99 | | 3-4 | ID | | list of extensions - station names & #'s. |
| | | | | | |
| | | | | | 3-5-08 Day 14. |
| | | | | | |
| | | 3-5 | | | π #124 Wit Mary Lennon, continued previously sworn |
| | | | | | |
| 1.75 | | 3-5 | ID | Full 3-5 | email - removal of extensions |
| 1.247 | | 3-5 | ID | Full 3-5 | Users Guide Total Recall |
| 1.248 | | 3-5 | ID | Full 3-5 | Administration Guide Total Recall |
| 1.74 | | 3-5 | ID | | Memo from Mary Lennon (Hr) to Esserman |
| 1.144 | | 3-5 | ID | Full 3-5 | Request for logging tape playback/copy |
| 1.143 | | 3-5 | ID | Full 3-5 | Request for logging tape playback/copy |
| 1.142 | | 3-5 | ID. | Full 3-5 | Request for logging tape playback/copy |
| 1.124 | | 3-5 | ID | | Prov Police & Fire Public Safety Complex directory |
| 1.179a | | 3-5 | ID | | list of extensions & locations |
| 1.288 | | 3-5 | ID | | TR Stations - Station names & #'s. |
| 1.186 | | 3-5 | ID | | Total Recall Stations - name & #'s. |
| 1.249 | | 3-5 | ID | | Total Recall - Station name & #'s |
| | | | | | |
| | | 3-5 | | | π #125 Wit Stephen Moise, sworn |
| | | | | | |
| 7 | | 3-5 | ID | Full 3-5 | Subpoena in civil case - Stephen Moise |
| | | | | | |
| | | | | | 3-6-08 Day 15 |
| | | | | | |
| | | 3-6 | | | π #125 Wit Stephen Moise - continued. previously sworn |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Walden, et al. | vs. | City of Providence, et al | CASE NO. CA04-304A |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1.27 | | 3-6 | ID | | Witness statement Stephen Moise |
| 1.100 | | 3-6 | ID | | Lines not recorded, ext + name |
| | | | | | |
| | | 3-6 | | | π #126 Wit John Chmura, sworn |
| | | | | | |
| | | | | | 3-10-08 Day 16. |
| | | | | | |
| | | 3-10 | | | π #127 Wit John D'amico, sworn |
| 9 | | 3-10 | ID | 3-10 Full | Subpoena in civil case - John D'amico |
| 1.70 | | 3-10 | ID | Full 3-10 | Letter from John D'amico to Chief Lanzi |
| | | | | | |
| | | 3-10 | | | π #128 Wit Manuel Vieria, sworn |
| | | | | | |
| 1.140 | | 3-10 | ID | Full 3-10 | Memo from Abbate to Sepe |
| 1.219 | | 3-10 | ID | Full 3-10 | RFP Telephone + Data Equipment + Cable proposal for the new Fire + Police Complex. |
| 1.220 | | 3-10 | ID | Full 3-10 | Addendum No. One |
| 1.221 | | 3-10 | ID | Full 3-10 | Addendum No. 2 |
| 1.221a | | 3-10 | ID | Full 3-10 | Addendum No. 3 |
| 1.221b | | 3-10 | ID | Full 3-10 | Addendum No. 4 |
| 1.221c | | 3-10 | ID | Full 3-10 | Addendum No. 5 |
| 1.210 | | 3-10 | ID | Full 3-10 | Addendum No. 6 |
| 1.221F | | 3-10 | ID | Full 3-10 | RFP - Digital Voice Recording system for the new Public Safety Complex |
| 1.259 | | 3-10 | ID | Full 3-10 | Expanets, Inc Bid |
| | | | | | |
| | | | | | 3-11-08 Day 17 |
| | | | | | |
| | | 3-11 | | | π #128 Wit Manuel Vieria, continued previously sworn |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Walden, et al. | vs. | City of Providence, et al | CASE NO. CA04-304A |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1.4 | | 3-11 | ID | Full 3-11 | Letter from Manuel Vieira to Sepe |
| 1.218 | | 3-11 | ID | Full 3-11 | Letter from Clement to Expanets |
| | S | 3-11 | ID | Full 3-11 | Result of bid specification |
| | | | | | |
| | | 3-11 | | | π #129 Wit Cynthia Parente, sworn |
| | | | | | |
| | | | | | 3-12-08 Day 18 |
| | | | | | |
| | | 3-12 | | | π #130 Wit Anthony Desmarais, sworn |
| 1.14 | | 3-12 | ID | | Witness Statement Anthony Desmarais |
| | M-6 | 3-12 | ID | | Letter from Ronald Raposa to Vieira |
| | | | | | |
| | | 3-12 | | | π #131 Wit Greg Haroian, sworn |
| | | | | | |
| 1.18 | | 3-12 | ID | | Witness Statement Greg Haroian |
| 1.161 | | 3-12 | ID | | Email [redacted] to Andy Garza from Greg Haroian + reply |
| 1.96 | | 3-12 | ID | | Expanets Total Recall Tape Utility Users Guide |
| 1.98 | | 3-12 | ID | | Expanets Total Recall Grading Users Guide |
| 1.28 | | 3-12 | ID | | Witness Statement Cynthia Parente |
| | | | | | |
| | | | | | 3-13-08 Day 19 |
| | | | | | |
| | | 3-13 | | | π #131 Wit Greg Haroian, continued, previously sworn |
| | | 3-13 | | | π #132 Wit Frank Pafume, sworn |
| | | | | | |
| 1.151 | | 3-13 | ID | | Memo to Dean Esserman from Frank Pafume |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Walden, et al. | vs. | City of Providence, et al | CASE NO. CA04-304A |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 3-13 | | | π #133 Wit Alan Sepe, sworn |
| | | | | | |
| 1.4a | | 3-13 | ID | Full 3-13 | Letter to Mayor Cianci from Alan Sepe |
| | | | | | |
| | | 3-13 | | | π #134 Wit Urbano Prignano, sworn |
| | | | | | |
| | | | | | 3-14-08 @ Day 20 |
| | | | | | |
| | | 3-14 | | | π #135 Wit William Odom, sworn |
| | | | | | |
| 5 | | 3-14 | ID | Full 3-14 | William Odom's expert report - last page |
| 3 | | 3-14 | ID | | Electronic data recorded by Total Recall System |
| 2a | | 3-14 | ID | Full 3-14 | Total Recall Hardware |
| 2b | | 3-14 | ID | Full 3-14 | Total Recall Hardware |
| 5a | | 3-14 | ID | Full 3-14 | William Odom's expert report - without last page |
| 2c | | 3-14 | ID | Full 3-14 | Total Recall Hardware - box |
| | | | | | |
| | | | | | 3-17-08 Day 21 |
| | | | | | |
| | | 3-17 | | | π #136 Wit Andrew Rosenzweig, sworn |
| | | | | | |
| 1.82 | | 3-17 | ID | | Memo from Rosenzweig to file re: Comm Div. rev. |
| 10 | | 3-17 | ID | 3-17 Full | Stip List - # of days π firefighters worked @ Prov. Fire Depart. 8-24-02 - 2-10-03 |
| 11 | | 3-17 | ID | 3-17 Full | Stip List - # of days π city employees worked @ PSC Jul 7/8 2002 - 3-16-03 |
| | | | | | |
| | | | | | |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Walden, et al. | vs. | City of Providence, et al | CASE NO. CA04-304A |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 3-18-08 @ Day 22 |
| | | 3-18 | | | Δ 1# Wit Maj. Dennis Simoneau, sworn |
| | X | 3-18 | ID | Full 3-18 | Memo #25 date July 8, 2002 by Colonel Sullivan |
| | T | 3-18 | ID | | Memo #29 dated 7-22-02 by Colonel Sullivan |
| | U | 3-18 | ID | Full 3-18 | Memo #28 dated 7-8-02 by Colonel Sullivan |
| | V | 3-18 | ID | Full 3-18 | Memo #27 dated 7-8-02 by Colonel Sullivan |
| | W | 3-18 | ID | Full 3-18 | Memo #26 dated 7-8-02 by Colonel Sullivan |
| 1.83 | | 3-18 | ID | | Letter - 2-20-03 to Col. Esserman from Maj. Simoneau re- telephone taping email |
| 1.34 | | 3-18 | ID | | Witness Statement Maj. Dennis Simoneau |
| | | 3-18 | | | Δ#2 Wit Steven Melaragno, sworn |
| | | 3-18 | | | Δ 3 Wit John St. Lawrence, sworn |
| | | 3-18 | | | Δ 4 Wit Greg Haroian, sworn |
| | | 3-18 | | | Δ 5 Wit Alan Sepe, sworn |
| | A | 3-18 | ID | Full 3-18 | City Charter Section 1007 Board of Contract + Supply |
| | | | | | 3-19-08 Day 23 |
| | | 3-19 | | | Δ#6 Wit Manuel Vieira, sworn |
| | D | 3-19 | ID | Full 3-19 | City Charter Section 1001 Dept of public safety |