UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et al. :
:
v. : C.A. No. 04-304A
:
CITY OF PROVIDENCE, et al. :


JOHN CHMURA, et al. :
:
v. : C.A. No. 04-553A
:
CITY OF PROVIDENCE, et al. :

## JUDGMENT

[ ]  Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**[X]**  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

## IT IS ORDERED AND ADJUDGED:

<u>Thomas Walden, et al. v. City of Providence, et al.</u>
C.A. No. 04-304A


In accordance with the jury's verdict, judgment shall enter as follows:

**Count I**
In favor of Plaintiffs and against Defendants in the nominal amount of $1.00 per Plaintiff. Punitive Damages are also awarded against Defendants Manuel Vieira and Mary Lennon each in the amount of $1.00 per Plaintiff.

**Count II**
In favor of Plaintiffs and against Defendants in the nominal amount of $1.00 per Plaintiff. Punitive Damages are also awarded against Defendants Manuel Vieira and Mary Lennon each in the amount of $1.00 per Plaintiff.

**Count IV**
In favor of Plaintiff and against Defendants Manuel Vieira and the City of Providence in

the nominal amount of $1.00 per Plaintiff.

In favor of Defendant Mary Lennon and against Plaintiffs.

**Count V**
In favor of Plaintiffs and against Defendants in the nominal amount of $1.00 per Plaintiff.

**Count VI**
In favor of Plaintiffs and against Defendants Manuel Vieira and the City of Providence with the following awarded as statutory damages pursuant to R.I. Gen. Laws § 12-5.1-13:

| | |
|---|---|
| Thomas Walden | $ 8,100.00 |
| Robert J. Barrett | $ 8,700.00 |
| William R. Kenyon, Jr. | $ 9,500.00 |
| Philip E. Payne | $ 6,600.00 |
| Paul A. Doughty | $ 5,300.00 |
| Frank Reddington | $ 7,400.00 |
| Joseph Mellor | $ 4,100.00 |
| Patrick Leonard | $ 100.00 |
| Joseph Molis | $ 1,400.00 |
| E. Christopher Petit | $ 100.00 |
| Donald J. Dubuque | $ 9,100.00 |
| Robert Reilly | $ 9,200.00 |
| Paul Buteau | $ 5,800.00 |
| Matthew L. Randall | $ 9,300.00 |
| Edward S. Kennedy | $ 8,600.00 |
| Donald Rathbone | $ 7,900.00 |
| Peter K. McMichael, Jr. | $ 2,800.00 |
| Frederick A. Robinson, Jr. | $ 7,500.00 |
| Ernest E. Young IV | $ 7,400.00 |
| Craig Martin | $ 6,900.00 |

| Paul M. Picozzi | $ 7,400.00 |
|---|---|
| Ernest Robert | $ 6,600.00 |
| Michael Bates | $ 8,100.00 |
| Paul A. Wentworth | $ 8,000.00 |
| William J. Higginson, Jr. | $ 5,900.00 |
| Michael C. Segee | $ 8,500.00 |
| Donna Luce | $ 4,000.00 |
| Bonnie Benson | $    200.00 |
| Gerald P. Carvalho | $    300.00 |
| Joseph W. Bretanha | $ 9,200.00 |
| Roger D. Richards, Jr. | $ 8,000.00 |
| Steven G. Ruhle | $ 8,700.00 |
| Daniel J. Brodeur | $ 9,000.00 |
| Joseph R. Vingi, Jr. | $ 8,500.00 |
| Kenneth G. Greenwell | $ 8,700.00 |
| Christoher P. O'Halloran | $ 9,000.00 |
| James J. Rock | $ 9,800.00 |
| William L. Serbst, III | $ 8,700.00 |
| Daniel V. Rinaldi | $ 9,200.00 |
| Robert Cataldo | $    500.00 |
| Peter J. Celani | $ 9,100.00 |
| Vincent P. Clements | $ 9,200.00 |
| John J. Hannon | $ 9,800.00 |
| Robert D. Crellin | $ 8,000.00 |
| Christopher S. Wagner | $ 2,300.00 |

In favor of Defendant Mary Lennon and against Plaintiffs.

<u>John Chmura, et al. v. City of Providence, et al.</u>
C.A. No. 04-553A

In accordance with the jury's verdict, judgment shall enter as follows:

**Count I**
In favor of Plaintiffs and against Defendants in the nominal amount of $1.00 per Plaintiff. Punitive Damages are also awarded against Defendants Manuel Vieira and Mary Lennon each in the amount of $1.00 per Plaintiff.

**Count II**
In favor of Plaintiffs and against Defendants in the nominal amount of $1.00 per Plaintiff. Punitive Damages are also awarded against Defendants Manuel Vieira and Mary Lennon each in the amount of $1.00 per Plaintiff.

**Count IV**
In favor of Plaintiff and against Defendants Manuel Vieira and the City of Providence in the nominal amount of $1.00 per Plaintiff.

In favor of Defendant Mary Lennon and against Plaintiffs.

**Count V**
In favor of Plaintiffs and against Defendants in the nominal amount of $1.00 per Plaintiff.

**Count VI**
In favor of Plaintiffs and against Defendants Manuel Vieira and the City of Providence with the following awarded as statutory damages pursuant to R.I. Gen. Laws § 12-5.1-13:

| Andrea Baker | $10,500.00 |
|---|---|
| Jamie Araujo | $11,500.00 |
| Theresa J. Mancini | $13,800.00 |
| Arleen Ann Pullon | $13,100.00 |
| Melissa Melvin | $11,300.00 |
| Eugenia M. Pattek | $13,700.00 |
| Laurie Gannon | $11,800.00 |
| Robin Owens | $13,100.00 |
| Donna M. Pietrunti | $12,800.00 |
| Maria Bianco (Drohan) | $15,600.00 |

| | |
|---|---|
| Emilia Grover | $11,800.00 |
| Julia D. Goins | $ 10,200.00 |
| Susan Harrington | $ 11,700.00 |
| Margaret Burns | $ 11,200.00 |
| Debra L. Silva-Rocha | $ 13,600.00 |
| Sandra Manning | $ 12,900.00 |
| Yvonne Giragosian | $ 10,500.00 |
| John C. Chmura | $  1,000.00 |
| Maribel Patino | $ 10,300.00 |

In favor of Defendant Mary Lennon and against Plaintiffs.

                                      ENTER:

                                      /s/ Jeannine Noel
                                    Jeannine Noel, Deputy Clerk

Dated:

March 27, 2008