**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al,
Plaintiffs

v. CASE NUMBER: 04-304S

CITY OF PROVIDENCE, et al,
Defendants

JOHN C. CHMURA, et al
Plaintiffs
v. CASE NUMBER: 04-553S

CITY OF PROVIDENCE, et al,
Defendants

**MOTION UNDER RULE 60(a)**

Now comes Defendant Mary Lennon and moves pursuant to Rule 60(a) for an order of this Court to correct the judgment entered on March 27, 2008 by removing all reference to an award of damages to Plaintiffs under Count II of the complaint. In support thereof, Mary Lennon offers the attached memorandum of law.

Mary Lennon
By her attorney,

/s/ Dean G. Robinson
Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**CERTIFICATION**

I certify that on April 10, 2008, I filed the within motion under Rule 60(a) by electronic means to all counsel of record.

/s/ Dean G. Robinson

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al,
Plaintiffs

v. CASE NUMBER: 04-304S

CITY OF PROVIDENCE, et al,
Defendants

JOHN C. CHMURA, et al
Plaintiffs
v. CASE NUMBER: 04-553S

CITY OF PROVIDENCE, et al,
Defendants

**MEMORANDUM OF LAW IN SUPPORT OF MOTION UNDER RULE 60(a) FILED BY MARY LENNON**

Defendant Mary Lennon ("Lennon") submits the within Memorandum of Law in support of her Motion for correction of judgment under Rule 60(a).

## FACTS

Various members of the City of Providence Police and Fire Departments (collectively the "Plaintiffs") brought legal action against the City and several individuals alleging that Lennon and the other defendants violated various Federal and Rhode Island constitutional provisions and laws by using, installing and maintaining a recording system in the Providence Public Safety Complex. A jury trial was held in February-March, 2008, with a jury verdict rendered on March 26, 2008. Judgment (the "Judgment") was entered on March 27, 2008. This Judgment included an award of damages to Plaintiffs on Count II of the complaint.

**ARGUMENT**

Federal Rules of Civil Procedure Rule 60(a) allows a court to correct a mistake or a mistake arising from oversight or omission whenever one is found in a judgment. It has been held that a motion under this rule is appropriate where the judgment failed to reflect the court's intention. Morgan Guar. Trust Co. v. Third Natl. Bank, 545 F.2d 758, 759-760 (1st Cir. 1976). Rule 60(a) is properly employed where the intention to include a particular provision in the judgment was clear, but the judge neglected to include the provision. Bowen Inv., Inc. v. Carneiro Donuts, Inc., 490 F. 3d 27, 29 (1st Cir. 2007).

In this case the Judgment appears to have awarded Plaintiffs damages under Count II in error. Both of the verdict forms that were provided to the jurors included the federal and state constitutional claims, Counts I and II, together on the same page. Each verdict form contained only one statement instructing the jurors to award $1.00 in nominal damages to each plaintiff if they found in favor of Plaintiffs on the question of liability. Similarly, each verdict form contained only one statement regarding the potential award of punitive damages to Plaintiffs against defendants Manuel Vieira and Mary Lennon. Thus, the verdict forms appear on their face to award, in the event of liability, a single set of nominal and (if applicable) punitive damages for both Counts I and II. This argument is supported by an examination of the jury charge entitled "Introduction to Plaintiffs' Claim – 42 U.S.C. Section 1983", which contained a single instruction for both the federal and state constitutional claims. The Judgment, however, awarded Plaintiffs nominal and punitive damages under both Counts I and II. This result does not agree with the amount of damages awarded by the jury, thus the Judgment should be corrected.

**CONCLUSION**

Damages were mistakenly awarded to Plaintiffs under Count II of the Judgment entered in this case following trial. Rule 60(a) is designed to correct errors that may be contained in a judgment. Accordingly, Defendant Mary Lennon respectfully requests that this Court grant her motion and amend the Judgment to delete all references to damages awarded under Count II.

Mary Lennon
By her attorney,

/s/ Dean G. Robinson

Dean G. Robinson (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**CERTIFICATION**

I certify that on April 10, 2008, I filed the within memorandum by electronic means to all counsel of record.

/s/ Dean G. Robinson