UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et als

VS. C. A. NO. 04-304S

CITY OF PROVIDENCE, et als

JOHN C. CHMURA, et al

VS. C. A. No. 04-553S

CITY OF PROVIDENCE, et al

**MOTION TO CORRECT JUDGMENT**

Now comes the Defendant, Manuel Vieira, and joins in the motion to correct judgment filed by the Defendant Mary Lennon and adopts by reference the Memorandum of Law filed by her in support thereof.

Defendant,
Manual Vieira,
By his attorneys,

/s/ George L. Santopietro
/s/ Peter J. Comerford

George L. Santopietro 2056
Peter J. Comerford 3588
Coia & Lepore, LTD
226 South Main Street
Providence, RI 02903
Tel. (401) 751-5522
Fax (401) 751-8383
E-mail pcomerfo@coialepore.com

**CERTIFICATION**

I hereby certify that a true copy of the within Motion was served by electronic means on this 10th day of April, 2008 to:

Mark A. Fay, Esquire
Murphy & Fay
127 Dorrance Street, 2nd floor
Providence, RI 02903

Carolyn A. Mannis, Esquire
170 Westminster Street, Suite 800
Providence, RI 02903

Susan Marcotte Carlin, Esquire
The Lincoln Center—Suite 205
132 Old River Road
Lincoln, RI 02865

Kevin McHugh, Esquire
Assistant City Solicitor
City of Providence
275 Westminster Street, 2nd floor
Providence, RI 02903

Dean Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915

/s/ Peter J. Comerford