**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al,
Plaintiffs

v. CASE NUMBER: 04-304A

CITY OF PROVIDENCE, et al,
Defendants

JOHN C. CHMURA, et al
Plaintiffs
v. CASE NUMBER: 04-553A

CITY OF PROVIDENCE, et al,
Defendants

**POSITION STATEMENT OF DEFENDANT MARY LENNON**

Defendant Mary Lennon ("Lennon") files the within position statement in response to the Order of this Court dated March 27, 2008. It is Lennon's opinion that the Court should take no action on the jury's request concerning the information in the Total Recall System, since the System was entered as a full exhibit during the recently-concluded trial. As it is conceivable that there could be a new trial in this matter, it is important that such evidence be preserved.

Mary Lennon
By her attorney,

/s/ Dean G. Robinson
Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**CERTIFICATION**

I certify that on April 10, 2008, I filed the within position statement by electronic means to all counsel of record.

/s/ Dean G. Robinson