UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et als

VS. C. A. NO. 04-304S

CITY OF PROVIDENCE, et als

JOHN C. CHMURA, et al

VS. C. A. No. 04-553S

CITY OF PROVIDENCE, et al

**POSITION STATEMENT**

Defendant, Manuel Vieira, pursuant to a previous order of this Court, hereby sets forth his position regarding the jury's suggestion that the Total Recall system be destroyed. This object, or really set of objects, are full exhibits in the consolidated trials of the above referenced matters. While a judgment has entered, there are still pending motions pursuant to Rule 50 for judgment as a matter of law. Moreover, the defendants will likely appeal the judgment in the event that the Rule 50 motions are not granted within the appeal period. Thus, these items need to be preserved in the event of a re-trial of these matters.

Defendant,
Manual Vieira,
By his attorneys,

/s/ George L. Santopietro
/s/ Peter J. Comerford

George L. Santopietro 2056
Peter J. Comerford 3588
Coia & Lepore, LTD
226 South Main Street
Providence, RI 02903
Tel. (401) 751-5522
Fax (401) 751-8383

E-mail pcomerfo@coialepore.com

**CERTIFICATION**

I hereby certify that a true copy of the within Position Statement was served by electronic means on this 10th day of April, 2008 to:

Mark A. Fay, Esquire
Murphy & Fay
127 Dorrance Street, 2nd floor
Providence, RI 02903

Carolyn A. Mannis, Esquire
170 Westminster Street, Suite 800
Providence, RI 02903

Susan Marcotte Carlin, Esquire
The Lincoln Center—Suite 205
132 Old River Road
Lincoln, RI 02865

Kevin McHugh, Esquire
Assistant City Solicitor
City of Providence
275 Westminster Street, 2nd floor
Providence, RI 02903

Dean Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915

/s/ Peter J. Comerford