**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553

CITY OF PROVIDENCE, ET ALS.

**PLAINTIFFS' MOTION**
**FOR AN AWARD OF COSTS**
**PURSUANT TO RULE 54(d) AND LOCAL RULE 54**

Now come the Plaintiffs in the above cited matter pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 54 of the United States District Court for the District of Rhode Island and hereby move for an award of costs in the amount of $81,073.11 to be paid by Defendants Manuel Vieira, Mary Lennon and the Municipal Defendants. In support of this Motion, Plaintiffs aver that they are the prevailing parties in the underlying litigation and are therefore entitled an award of costs in accordance with applicable statutory and case law, Federal Rules of Civil Procedure and Local Rules of the US District Court as well as the Judgment entered into by this Court in this matter. In further support of this Motion, Plaintiffs submit simultaneously herewith the Affidavit of Attorney Mark A. Fay, a Bill of Costs and Memorandum of Law in Support.

Plaintiffs,
By their attorneys,

/s/ Mark A. Fay
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002
401-274-0175 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Peter J. Comerford, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
pcomerfo@coialepore.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553

CITY OF PROVIDENCE, ET ALS.

**PLAINTIFFS' MEMORANDUM**
**IN SUPPORT OF THEIR MOTION**
**FOR AN AWARD OF COSTS PURSUANT TO RULE 54(d)**
**AND LOCAL RULE 54**

The Plaintiffs in this case seeks to be reimbursed for their costs as prevailing party. Federal Rule of Civil Procedure 54(d) provides that "costs – other than attorney's fees – should be allowed to the prevailing party."

Similarly, Local Rule 54 of the United States District Court for the District of Rhode Island provides that the Clerk "tax those costs which appear to be properly claimed and shall notify all parties of the costs allowed."

In this case, Plaintiffs seek an award of costs in the amount of $81,073.11 to be paid by Defendants Manuel Vieira, Mary Lennon and the Municipal Defendants. As verified in the Attached Affidavit of Mark A. Fay, the amounts listed in the Bill of Costs are correct. Moreover, the services reflected in the bill of costs were actually performed and were necessary to the presentation of the Plaintiffs' case. Finally, all disbursements reflected in the bill of costs represent obligations actually incurred and necessary to the presentation of the Plaintiffs' case.

Wherefore, Plaintiffs respectfully request that the Clerk tax costs in favor of the Plaintiffs and against the Defendants (Vieira, Lennon and the Municipal Defendants) in the amount of $81,073.11.

Plaintiffs,
By their attorneys,

/s/ Mark A. Fay
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002
401-274-0175 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Peter J. Comerford, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
pcomerfo@coialepore.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS WALDEN, et al.**

**v.** **C.A. No. 04-304**

**CITY OF PROVIDENCE, et al.**

**JOHN CHMURA, et al.**

**v.** **C.A. No. 04-553**

**CITY OF PROVIDENCE, et al.**

**AFFIDAVIT**

I, Mark A. Fay, Esq., being duly sworn, do hereby depose and say as follows:

1. At all times relevant hereto, I have been the attorney primarily responsible for prosecution of the within litigation on behalf of the Plaintiffs and I have personal knowledge of the facts set forth herein.

2. I am an attorney at law duly licensed to practice before all Courts in the State of Rhode Island and am a member in good standing and have been since my admission to the Rhode Island Bar in 1989. I am a member of the District Court for the District of Rhode Island. I am also a member of the First Circuit Court of Appeals.

3. My Rhode Island Bar Registration Number is 4208.

4. I have experience in the areas of civil law and litigation. In particular, I have handled numerous cases involving a variety of legal issues, including but not limited to, civil rights, medical malpractice, insurance defense, personal injury, real estate litigation and complex

civil litigation.

5. Set forth and attached as Exhibit A is a Bill of Costs itemizing costs incurred in connection with the representation of the Plaintiffs in the above captioned matter. It is my opinion that the total litigation costs listed there and totaling $81,073.11 are reasonable in view and nature and demands of the case and are the types of costs customarily charged during the course of legal representation.

6. The amounts listed in the proposed Bill of Costs are correct.

7. All services reflected in the Bill of Costs were actually performed and were necessary to the presentation of Plaintiffs' case.

8. All disbursements reflected in the Bill of Costs represent obligations actually incurred and necessary for the presentation of Plaintiffs' case.

Mark A. Fay

Subscribed and sworn to before me this 10 day of April, 2008.

Kendra Lima
Notary Public
My Commission Expires: 6/20/09

AO 133 (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Thomas Walden. et al

V.

City of Providence, et al

**BILL OF COSTS**

Case Number: 04-304 / 04-553

Judgment having been entered in the above entitled action on 3/27/08 as amended on 4/3/08 (Date) against Manuel Vieira, Mary Lennon, and Municipal Defendants, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | 1,453.03 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 9,405.35 |
| Fees and disbursements for printing | 8,587.56 |
| Fees for witnesses (itemize on page two) | 60,540.22 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | 300.00 |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 786.95 |
| TOTAL | $ 81,073.11 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: [signature]

Name of Attorney: Mark A. Fay

For: Plaintiffs (Name of Claiming Party) Date: 4/10/08

Costs are taxed in the amount of ______________ and included in the judgment.

______________ Clerk of Court By: ______________ Deputy Clerk ______________ Date

AO 133 (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Edward Baker - EAB Security Associates Londonderry, NH | 8/16/05 | 1910.00 | | | 194 | 77.60 | $1,987.60 |
| | 8/29/05 | 400.00 | | | | | $ 400.00 |
| | 9/7/05 | 1568.77 | | | 194 | 77.60 | $1,646.37 |
| William Odom - Acquisition Data, Inc. - Cypress, TX Retainer Fee | 11/15/05 | 2000.00 | | | | | $2,000.00 |
| William Odom - Integrity Partners - Houston, TX Retainer Fee | 5/24/06 | 3500.00 | | | | | $3,500.00 |
| | | | 5/24/06 | 322.68 | 26 | 11.57 | $ 334.25 |
| | | | 5/25/06 | 298.05 | | | $ 298.05 |
| | 5/26/06 | 2875.00 | 5/26/06 | 703.57 | 26<br>Parking | 11.57<br>39.00 | $3,629.14 |
| William Odom - Replenish Retainer | 10/20/06 | 3500.00 | | | | | $3,500.00 |
| | 10/20/06 | 4861.75 | | | | | $4,861.75 |
| William Odom - StoneTurn Group | | | 11/21/07 | 624.10 | | | $ 624.10 |
| | | | | | | TOTAL | CONTINUED |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

AO 133 (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| William Odom - StoneTurn Group | 12/2/07 | 650.00 | | | | | $ 650.00 |
| | 12/3/07 | 2600.00 | 12/3/07 | 90.63 | | | $2,690.63 |
| | 12/4/07 | 2600.00 | 12/4/07 | 557.32 | | | $3,157.32 |
| Alex Lefferts - StoneTurn Group | 12/4/07 | 650.00 | | | | | $ 650.00 |
| William Odom - StoneTurn Group | 12/5/07 | 2600.00 | 12/5/07 | 48.95 | Rental | 590.38 | $3,239.33 |
| | 12/6/07 | 1300.00 | | | | | $1,300.00 |
| | | | 12/14/07 | 378.30 | | | $ 378.30 |
| Alex Lefferts - StoneTurn Group | 12/14/07 | 650.00 | | | | | $ 650.00 |
| | 12/17/07 | 325.00 | | | | | $ 325.00 |
| William Odom - StoneTurn Group | 12/17/07 | 2615.00 | 12/17/07 | 694.59 | | | $3,309.59 |
| | 12/18/07 | 2600.00 | 12/18/07 | 291.53 | | | $2,891.53 |
| | 12/19/07 | 2600.00 | 12/19/07 | 353.21 | | | $2,953.21 |
| | | | | | 12/21/07 Rental | 556.12 | $ 556.12 |
| | 1/4/08 | 487.50 | | | | | $ 487.50 |
| | | | 2/10/08 | 267.79 | | | $ 267.79 |
| | 2/11/08 | 3575.00 | 2/11/08 | 25.43 | 2/11/08 | 103.31 | $3703.74 |
| | 2/12/08 | 731.25 | 2/12/08 | 15.99 | | | $ 747.24 |
| | 2/19/08 | 650.00 | | | | | $ 650.00 |
| | | | 3/8/08 | 903.00 | | | $ 903.00 |
| | | | | | **TOTAL** | | CONTINUED |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

AO 133 (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| William Odom - StoneTurn Group | | | 3/10/08 | 1174.50 | | | $1,174.50 |
| | | | 3/12/08 | 105.81 | | | $ 105.81 |
| | 3/13/08 | 3737.50 | 3/13/08 | 11.00 | | | $3,748.50 |
| | 3/14/08 | 2600.00 | 3/14/08 | 293.64 | | | $2,893.64 |
| | | | | | 3/15/08 Rental | $326.21 | $326.21 |
| Please see attached Exhibit | | | | | | | |
| | | | | | TOTAL | | $60,540.22 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

EXHIBIT

**1. Fees for service of Summons and Subpoena: $ 1,453.03**

**A. Constable: Frederick J. McCarthy dba FMC Services**

Federal Court Summons:

| | | |
|---|---|---|
| 9/20/04: Service to Mary Lennon | $ | 40.00 |
| Corrected Address | $ | 10.00 |
| Service to Stephen Napolitano | $ | 40.00 |
| Service to David Cicilline | $ | 40.00 |
| Service to Dean Esserman | $ | 40.00 |
| 9/22/04: Service to Manuel Vieira | $ | 40.00 |
| 9/23/04: Service to Joseph Richardson, Jr. | $ | 40.00 |
| Corrected Address | $ | 10.00 |
| 10/19/04: Service to Urbano Prignano, Jr. | $ | 40.00 |
| Corrected Address | $ | 10.00 |
| 1/18/05: Service to Steven Moise | $ | 50.00 |
| Witness Fee | $ | 40.66 |
| 3/11/05: Service to RI State Police | $ | 50.00 |
| Witness Fee | $ | 40.33 |
| Service to Providence Police Dept. | $ | 50.00 |
| Witness Fee | $ | 40.33 |
| Service to Attorney General Office | $ | 50.00 |
| Witness Fee | $ | 40.33 |
| 3/21/05: Service to Stephen Napolitano | $ | 40.00 |
| 5/05/06: Service to Andrew Rosenzweig | $ | 45.00 |
| Witness Fee | $ | 62.20 |
| 5/13/06: Service to Dennis L. Lambert | $ | 45.00 |
| Witness Fee | $ | 53.44 |
| 1/17/08: Service to RI State Police | $ | 45.00 |
| Witness Fee | $ | 52.74 |

District Court Summons:

| | | |
|---|---|---|
| 11/1/04: Service to Mary Lennon | $ | 40.00 |
| Time and Travel | $ | 5.00 |

**B. Constable: Esquire Deposition Services, LLC**

| | | |
|---|---|---|
| 11/2/04: Attempted Summons & Complaint- Vincent Cianci, Jr. | $ | 75.00 |
| Subpoena Service Fee | $ | 40.00 |

**C. Constable: Constable & Investigation Services**

| | | |
|---|---|---|
| 2/27/08: Service to John T. D'Amico, Esq. | $ | 86.00 |
| Service to Cynthia Parente | $ | 87.00 |
| Service to Andrew Rosenzweig | $ | 105.00 |

**2. Fees of the Court Reporter (Total): $ 9,405.35**

**A. Allied Court Reporters, Inc.:**

| | |
|---|---|
| -2/01/05: Depo. Transcript Stephen Moise | $ 591.68 |
| -4/13/05: Records Depo Transcript RI State Police | $ 23.25 |
| -4/13/05 Records Depo Transcript Attorney General | $ 66.75 |
| -3/02/06: Depo. Transcript Urbano Prignano | $ 178.60 |
| -3/13/06: Depo. Transcript Mary Lennon | $ 367.95 |
| -3/08/06: Depo. Transcript Joseph Richardson, Jr. | $ 300.45 |
| -3/29/06: Depo Transcript of Manuel Vieira | $ 634.30 |
| -5/10/06: Depo Transcript of Andrew Rosenzweig | $ 976.75 |
| -5/24/06: Depo Transcript of Dennis L. Lambert | $ 287.50 |
| -5/25/06: Depo Transcript of Anthony Desmarais | $ 1,024.25 |
| -12/28/07: Depo Transcript of William Odom | $ 342.05 |
| -1/25/08: Records Depo RI State Police- Douglas Newberg | $ 1,638.77 |

**B. Debra D. Lajoie:**

| | |
|---|---|
| -3/22/08: Decision, Testimony of Mary Lennon, Anthony Desmarais, and Manuel Vieira | $ 2,973.05 |

**3. Fees for Printing (Copying Costs): $ 8,587.56**

**A. Alpha Graphics:**

| | |
|---|---|
| 10/13/05: Printing & Reproduction | $ 886.84 |
| 12/13/05: Printing & Reproduction | $ 144.06 |
| 2/08/06: Printing & Reproduction 1,455 pages | $ 1,145.58 |

**B. WarRoom Document Solutions:**

| | |
|---|---|
| 6/01/06: Printing & Reproduction 2,210 pages | $ 378.35 |
| 2/28/07: Printing & Reproduction 4,615 pages | $ 799.72 |
| 1/04/08: Printing & Reproduction 1,300 pages | $ 375.55 |
| 2/13/08: Velo Binding | $ 408.74 |

**C. Minuteman Press of Providence:**

| | |
|---|---|
| 1/29/08: Printing & Reproduction | $ 457.49 |

**D. Ikon Document Services:**

| | |
|---|---|
| 2/11/08: Printing & Reproduction 6,620 pages tabs, binders, and document Bates numbering | $3,991.23 |

**4. Fees for Witnesses :** **$60,540.22**

A. Edward Baker- EAB Security Associates $ 4,033.97

| NAME | ATTENDANCE | SUBSISTENCE | MILEAGE | TOTAL COST |
|---|---|---|---|---|
| Edward Baker 8/16/05 | $1,910.00 | | $77.60 | $1,987.60 |
| Edward Baker 8/29/05 | $400.00 | | | $400.00 |
| Edward Baker 9/0705 | $1,568.77 | | $77.60 | $1,646.37 |

B. William Odom $56,506.25

| NAME | ATTENDANCE | SUBSISTENCE | MILE/PARK | TOTAL COST |
|---|---|---|---|---|
| Acquisition Data Inc. | | | | |
| William Odom 11/15/05 Retainer Fee | $2,000.00 | | | $2,000.00 |
| Integrity Partners | | | | |
| William Odom 5/24/06 Retainer Fee | $3,500.00 | | | $3,500.00 |
| William Odom 5/24/06 | | $322.68 | $11.57 | $334.25 |
| William Odom 5/25/06 | | $298.05 | | $298.05 |
| William Odom 5/26/06 | $2,875.00 | $703.57 | $50.57 | $3,629.14 |
| William Odom 10/20/06 replen retainer | $3,500 | | | $3,500.00 |
| William Odom 10/20/06 | $4,861.75 | | | $4,861.75 |
| StoneTurn Group | | | | $0.00 |
| William Odom 11/21/07 | | $624.10 | | $624.10 |
| William Odom 12/2/07 | $650.00 | | | $650.00 |
| William Odom 12/3/07 | $2,600.00 | $90.63 | | $2,690.63 |
| William Odom 12/4/07 | $2,600.00 | $557.32 | | $3,157.32 |
| Alex Lefferts 12/4/07 | $650.00 | | | $650.00 |
| William Odom 12/5/07 | $2,600.00 | $48.95 | $590.38 | $3,239.33 |
| William Odom 12/6/07 | $1,300.00 | | | $1,300.00 |
| William Odom 12/14/07 | | $378.30 | | $378.30 |
| Alex Lefferts 12/14/07 | $650.00 | | | $650.00 |
| Alex Lefferts 12/17/07 | $325.00 | | | $325.00 |
| William Odom 12/17/07 | $2,615.00 | $694.59 | | $3,309.59 |
| William Odom 12/18/07 | $2,600.00 | $291.53 | | $2,891.53 |
| William Odom 12/19/07 | $2,600.00 | $353.21 | | $2,953.21 |
| William Odom 12/21/07 | | | $556.12 | $556.12 |
| William Odom 1/4/08 | $487.50 | | | $487.50 |
| William Odom 2/10/08 | | $267.79 | | $267.79 |
| William Odom 2/11/08 | $3,575.00 | $25.43 | $103.31 | $3,703.74 |
| William Odom 2/12/08 | $731.25 | $15.99 | | $747.24 |
| William Odom 2/19/08 | $650.00 | | | $650.00 |
| William Odom 3/8/08 | | $903.00 | | $903.00 |
| William Odom 3/10/08 | | $1,174.50 | | $1,174.50 |
| William Odom 3/12/08 | | $105.81 | | $105.81 |
| William Odom 3/13/08 | $3,737.50 | $11.00 | | $3,748.50 |
| William Odom 3/14/08 | $2,600.00 | $293.64 | | $2,893.64 |
| William Odom 3/15/08 | | | $326.21 | $326.21 |
| | | | | $56,506.25 |

| | | |
|---|---|---|
| **5. Docket Fees:** | **$** | **300.00** |
| 7/20/04: Clerk US District Court: Docket fee | $ | 150.00 |
| 12/30/04: Clerk US District Court: Docket fee | $ | 150.00 |
| **6. Other Costs (Postage and Fedex):** | **$** | **786.95** |
| 8/6/04: Vincent Pellegrino Ins. Adj.-Adj. Services | $ | 250.00 |
| 11/8/04: FedEx Express | $ | 26.64 |
| 2/12/05: FedEx Express | $ | 24.32 |
| 1/16/08: FedEx Express | $ | 8.55 |
| 2/12/08: FedEx Express | $ | 59.03 |
| 10/11/05: Postage-certified mail | $ | 48.62 |
| 5/31/06: Postage-priority mail | $ | 20.00 |
| 3/11/08: Postage-certified mail | $ | 15.63 |
| 9/07/05: Staples-supplies | $ | 334.16 |
| **Total Costs:** | **$81,073.11** | |

Frederick J. McCarthy D/B/A FMC Services

28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284 - Pager: 598-0939
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 9/21/2004 | 2173 |

**BILL TO**

Murphy & Fay, LLP
Mark A. Fay, Esq.
127 Dorrance St., 2nd
Providence, R.I. 02903

| CASE NO. | 04304 | TERMS | Due on receipt |
|---|---|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Family Court | ~~Family~~ FEDERAL Court Summons<br><br>Thomas Walden, ET AL vs City of Providence, ET AL | |
| 9/20/2004 | Served To | Mary F. Lennon, 197 Concord Ave., Cranston, R.I. 02910 | 40.00 |
| | Fee | Additional Fee- corrected address- 4 Truman St., Johnston, R.I. | 10.00 |
| 9/20/2004 | Served To | Stephen Napolitano, Esq., Treasurer, Providence City Hall, 25 Dorrance St., Providence, R.I. 02903 | 40.00 |
| 9/20/2004 | Served To | David N. Cicilline, Esq., Mayor, City of Providence, Providence City Hall, 25 Dorrance St., Providence, R.I. 02903- served to legal Dept., 275 Westminister St., Providence, R.I. | 40.00 |
| 9/20/2004 | Served To | Mr. Dean Esserman, Chief of Police, Providence Police Department, One Communications Way, Providence, R.I. 02903 | 40.00 |

**Please Make All Checks Payable To FMC Services**

| | |
|---|---|
| **Total** | $170.00 |

Frederick J. McCarthy D/B/A FMC Services
28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284 - Pager: 598-0939
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 9/23/2004 | 2178 |

| BILL TO |
|---|
| Murphy & Fay, LLP<br>Mark A. Fay, Esq.<br>127 Dorrance St., 2nd<br>Providence, R.I. 02903 |

| CASE NO. | 04304 |
|---|---|

| TERMS | Due on receipt |
|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | FederalCourt | Federal Court Summons | |
| | | Thomas Walden, et al vs City of Providence, R.I. et al | |
| 9/22/2004 | Served To | Manuel M. Vieira, 25 Dolly Dr., Bristol, R.I. 02809 | 40.00 |
| 9/23/2004 | Served To | Joseph P. Richardson, Jr., 80 Grosvenor Ave., Providence, R.I. 02908 | 40.00 |
| | Fee | Additional Fee- correct address, 1650 Douglas Ave., Providence, R.I. | 10.00 |

Please Make All Checks Payable To FMC Services

**Total** $90.00

Frederick J. McCarthy D/B/A FMC Services
28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284 - Pager: 598-0939
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 10/20/2004 | 2207 |

**BILL TO**

Murphy & Fay, LLP
Mark A. Fay, Esq.
127 Dorrance St., 2nd
Providence, R.I. 02903

| CASE NO. | 04-304 |
|---|---|

| TERMS | Due on receipt |
|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | FederalCourt | Federal Court Summons<br><br>Thomas Walden, ET AL vs City of Providence, ET AL | |
| 10/19/2004 | Served To | Urbano Prigano, Jr., 22 Boundary Ave., Providence, R.I., Correct address 135 Fruit Hill Ave., Providence, R.I. | 40.00 |
| | Fee | Additional Fee- Time And Travel | 10.00 |

Please Make All Checks Payable To FMC Services

**Total** $50.00

24-1264

Frederick J. McCarthy D/B/A FMC Services
28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284 - Pager: 598-0939
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 1/19/2005 | 2328 |

| BILL TO |
|---|
| Murphy & Fay, LLP<br>Mark A. Fay, Esq.<br>127 Dorrance St., 2nd<br>Providence, R.I. 02903 |

| CASE NO. | 04-304S | TERMS | Due on receipt |
|---|---|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | FederalCourt | Federal Court Subpoenas | |
| | | Issuing Officer; Carolyn A. Mannis, Esq., 100 Westminster St., Providence, R.I. 02903 | |
| | | Thomas Walden, et al vs City of Providence, et al | |
| 1/18/2005 | Served To | Steven Moise, One Communications Way, Providence, R.I. 02903 | 50.00 |
| | WitnessFee | Witness Fees | 40.66 |

| Please Make All Checks Payable To FMC Services | Total | $90.66 |
|---|---|---|

Wire Tap Case 04-1254

Frederick J. McCarthy D/B/A FMC Services

28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284 - Pager: 598-0939
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 3/13/2005 | 2395 |

| BILL TO |
|---|
| Murphy & Fay, LLP<br>Mark A. Fay, Esq.<br>127 Dorrance St., 2nd<br>Providence, R.I. 02903 |

| CASE NO. | 04-304S | TERMS | Due on receipt |
|---|---|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | FederalCourt | Federal Court Subpoenas<br><br>Thomas Walden, et al vs City of Providence, et al | |
| 3/11/2005 | Served To | Rhode Island State Police, 311 Danielson Pike, North Scituate, R.I. 02857 | 50.00 |
| | WitnessFee | Witness Fees | 40.33 |
| 3/11/2005 | Served To | Providence Police Department, 325 Washington St., Providence, R.I. 02903 | 50.00 |
| | WitnessFee | Witness Fees | 40.33 |
| 3/11/2005 | Served To | Dept. of the Attorney General, 150 South Main St., Providence, R.I. 02903 | 50.00 |
| | WitnessFee | Witness Fees | 40.33 |

| Please Make All Checks Payable To FMC Services | Total | $270.99 |
|---|---|---|

Prov Fire Fighters
04-1254

Frederick J. McCarthy D/B/A FMC Services

28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284 - Pager: 598-0939
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 3/22/2005 | 2405 |

| BILL TO |
|---|
| Murphy & Fay, LLP<br>Mark A. Fay, Esq.<br>127 Dorrance St., 2nd<br>Providence, R.I. 02903 |

| CASE NO. | 04-553S | TERMS | Due on receipt |
|---|---|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | FederalCourt | Federal Court Summons | |
| | | John C. Chmura, et al vs City of Providence, et al | |
| 3/21/2005 | Served To | Stephen Napolitano, Esq., Treasurer, Providence City Hall, 25 Dorrance St., Providence, R.I. 02903 | 40.00 |

| Please Make All Checks Payable To FMC Services | Total | $40.00 |
|---|---|---|

Wire Tap Case

04-1254

Frederick J. McCarthy D/B/A FMC Services

28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 5/7/2006 | 2865 |

| BILL TO |
|---|
| Murphy & Fay, LLP<br>Mark A. Fay, Esq.<br>127 Dorrance St., 2nd<br>Providence, R.I. 02903 |

| CASE NO. | 04-304S | TERMS | Due on receipt |
|---|---|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | FederalCourt | Federal Court Subpoenas | |
| | | Thomas Walden, et al vs City of Providence, et al | |
| 5/5/2006 | Served To | Andrew Rosenzweig, 66 1/2 Third St., Newport, R.I. served at Cranston Police Dept | 45.00 |
| | WitnessFee | Witness Fees | 62.20 |

| Please Make All Checks Payable To FMC Services | Total | $107.20 |
|---|---|---|

Wire To Case

Frederick J. McCarthy D/B/A FMC Services

28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 5/14/2006 | 2871 |

| BILL TO |
|---|
| Murphy & Fay, LLP<br>Mark A. Fay, Esq.<br>127 Dorrance St., 2nd<br>Providence, R.I. 02903 |

| CASE NO. | 04-304S | TERMS | Due on receipt |
|---|---|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | FederalCourt | Federal Court Subpoenas | |
| | | Thomas Walden, et al vs City of Providence, et al | |
| 5/13/2006 | Served To | Dennis L. Lambert, 50 Plainfield Pike, Foster, R.I. 02828 | 45.00 |
| | WitnessFee | Witness Fees | 53.44 |

| Please Make All Checks Payable To FMC Services | Total | $98.44 |
|---|---|---|

Frederick J. McCarthy D/B/A FMC Services
28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284
Tax ID# 75-3076281

Providence Firefighters
#04-1254

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 1/20/2008 | 3425 |

| BILL TO |
|---|
| Murphy & Fay, LLP<br>Mark A. Fay, Esq.<br>127 Dorrance St., 2nd<br>Providence, R.I. 02903 |

| CASE NO. | 04-304 |
|---|---|

| TERMS | Due on receipt |
|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | DistrictCourt | District Court Subpoenas | |
| | | Thomas Walden, et al vs City of Providence, et al | |
| 1/17/2008 | Served To | Rhode Island State Police, 311 Danielson Pike, North Scituate, R.I. 02857 | 45.00 |
| | WitnessFee | Witness Fees | 52.74 |

**Please Make All Checks Payable To FMC Services**

**Total** $97.74

Frederick J. McCarthy D/B/A FMC Services
28 Hillside Drive
Warwick R.I. 02889-5811
Phone: (401)-738-9284 - Pager: 598-0939
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 11/3/2004 | 2227 |

| BILL TO |
|---|
| Murphy & Fay, LLP<br>Mark A. Fay, Esq.<br>127 Dorrance St., 2nd<br>Providence, R.I. 02903 |

| CASE NO. | 04-304S |
|---|---|

| TERMS | Due on receipt |
|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | DistrictCourt | istrict Court Summons | |
| | | Thomas Walden, et al vs City of Providence, et al | |
| 11/1/2004 | Served To | Mary Lennon, 26 Rome Ave., Providence, R.I. | 40.00 |
| | Fee | Additional Fee time and travel | 5.00 |

| Please Make All Checks Payable To FMC Services | Total | $45.00 |
|---|---|---|

CK 4243

ESQUIRE DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 156292
1880 John F. Kennedy Blvd., 15th floor
Philadelphia , Pa 19103
215-988-9191

To:
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903

| INVOICE NUMBER | DATE |
|---|---|
| 160557EPA | 11/19/04 |

02/03/05

ATTN : MARK A. FAY, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: 04-304s | | |
| CAPTION: WALDEN VS. CITY OF PROVIDENCE | | |
| SERVICES PROVIDED ON 11/02/04: | | |
| ATTEMPTED SUMMONS & COMPLAINT VINCENT A. CIANCI, JR. FEDERAL CORRECTIONAL INSTITUTION FORT DIX,NJ 08640 | 75.00 | |
| SUBPOENA SERVICE FEE OUR CHECK FEE TO BURLINGTON COUNTY CHECK# 04153/PARTIAL PAYMENT OF $75.00 BALANCE DUE -$40.00- | 40.00 | |
| PLEASE REMIT | | |
| **** CONTINUED **** | | |
| TOTAL | | Thank You! |

Please detach and send with payment

Remit To:

Pd- IN-Full
2/17/05

ESQUIRE DEPOSITION SERVICES®
A HOBART WEST COMPANY
LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# CONSTABLE & INVESTIGATION SERVICES

PAGERS 763-1015 - 763-1014
JOSEPH KEATING AND THOMAS NOURY
41 NO. ELMORE AVENUE - NO. PROVIDENCE, RI 02911

*YOU WANT HIM, WE GET HIM*

Wire Tap Case 04-1254

BILLING DATE MARCH 3, 2008

**TAX I.D.**
**# 06-1469742**

| ATTORNEY | FEE | RETURNED | PETITIONER | PERSON SIGNING | REF. # |
|---|---|---|---|---|---|
| MARK FAY ESQ. #490-3200 127 DORRANCE ST. PROVIDENCE 2ND FLOOR | $86.00 | 02-27-2008 | THOMAS WALDEN ET AL | STEPHEN MOISE | |
| | $86.00 | | THOMAS WALDEN ET AL | JOHN T. D'AMICO ESQ. | |
| | $87.00 | | | CYNTHIA PARENTE | |
| | $105.00 | | THOMAS WALDEN ET AL | ANDREW ROSENZWEIG | |
| Total: | $364.00 | | | | |

Wire Tap Case

Allied
court reporters, inc.
and
VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920

tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 8379 | 02/01/2005 | 01-11347 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/31/2005 | GUGLLI | 04-304S |

**CASE CAPTION**

Walden vs City of Providence

**TERMS**

Net 30 days

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL & 1+MINI | | | |
| Stephen Moise | 93 Pages @ | 3.20/Page | 297.60 |
| 2-DAY EXPEDITE @ 80 % | | | 238.08 |
| REPORTER ATTENDANCE | | | 50.00 |
| C & S Pages Attached | | | n/c |
| Delivery & Confirmation | | | 6.00 |
| | TOTAL DUE >>>> | | 591.68 |

TAX ID NO.: 05-0481673

(401) 861-1142 Fax (401) 273-0575

04-254

**Allied** court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 9591 | 04/13/2005 | 01-12701 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/11/2005 | LEMOJE | 04-304S |
| **CASE CAPTION** | | |
| Walden vs City of Providence | | |
| **TERMS** | | |
| Net 30 days | | |

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Statement of Counsel | 5 Pages @ | 3.20/Page | 16.00 |
| EXHIBITS | 3 Pages @ | .25/Page | .75 |
| Delivery & Confirmation | | | 6.50 |
| | TOTAL DUE >>>> | | 23.25 |

Scheduled records depo of The RI State Police.
2 of 2 statements back to back.

TAX ID NO.: 05-0481673

(401) 861-1142 Fax (401) 273-0575

**Allied** court reporters, inc.
—and—
VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920

tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

04-1254

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 9590 | 04/13/2005 | 01-12700 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/11/2005 | LEMOJE | 04-304S |

**CASE CAPTION**

Walden vs City of Providence

**TERMS**

Net 30 days

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Statement of Counsel | 5 Pages @ | 3.20/Page | 16.00 |
| EXHIBITS | 3 Pages @ | .25/Page | .75 |
| REPORTER ATTENDANCE | | | 50.00 |
| | TOTAL DUE >>>> | | 66.75 |

Scheduled records depo of Department of the Attorney General.
1 of 2 statements back to back.

TAX ID NO.: 05-0481673

(401) 861-1142 Fax (401) 273-0575

Please detach bottom portion and return with payment

Ocean State Jobbers? 04-1254

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 17044 | 03/02/2006 | 01-21040 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/16/2006 | COSTAP | 04-304S |

**CASE CAPTION**

Walden vs City of Providence

**TERMS**

Net 30 days

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL & 1+MINI | | | |
| Urbano Prignano, Jr. | 38 Pages @ | 3.20/Page | 121.60 |
| REPORTER ATTENDANCE | | | 50.00 |
| Delivery & Confirmation | | | 7.00 |
| | TOTAL DUE >>>> | | 178.60 |

TAX ID NO.: 05-0481673 (401) 861-1142 Fax (401) 273-0575

*Please detach bottom portion and return with payment.*

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

Invoice No.: 17044
Date : ~~03/02/2006~~
**TOTAL DUE : 178.60**

Job No. : 01-21040
Case No. : 04-304S
Walden vs City of Providence

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

Conference Tape Case

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920

tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 17318 | 03/13/2006 | 01-21042 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/24/2006 | SIMONA | 04-304S |

**CASE CAPTION**

Walden vs City of Providence

**TERMS**

Net 30 days

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL & 1+MINI | | | |
| Mary Frances Lennon | 96 Pages @ | 3.20/Page | 307.20 |
| EXHIBITS | 15 Pages @ | .25/Page | 3.75 |
| REPORTER ATTENDANCE | | | 50.00 |
| Delivery & Confirmation | | | 7.00 |
| | TOTAL DUE >>>> | | 367.95 |

TAX ID NO. : 05-0481673 (401) 861-1142 Fax (401) 273-0575

*Please detach bottom portion and return with payment.*

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

Invoice No.: 17318
Date : 03/13/2006
**TOTAL DUE : 367.95**

Job No. : 01-21042
Case No. : 04-304S
Walden vs City of Providence

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

**Allied** court reporters, inc.
and
VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920

tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 17187 | 03/08/2006 | 01-21385 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/27/2006 | GUGLLI | 04-304S |
| **CASE CAPTION** | | |
| Walden vs City of Providence | | |
| **TERMS** | | |
| Net 30 days | | |

**MARK A. FAY, ESQ.**
**MURPHY & FAY, LLP**
**127 DORRANCE STREET**
**2ND FLOOR**
**PROVIDENCE, RI 02903-0000**

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL & 1+MINI | | | |
| Joseph Richardson, Jr. | 76 Pages @ | 3.20/Page | 243.20 |
| EXHIBITS | 1 Pages @ | .25/Page | .25 |
| REPORTER ATTENDANCE | | | 50.00 |
| Delivery & Confirmation | | | 7.00 |
| | TOTAL DUE >>>> | | 300.45 |

**TAX ID NO.:** 05-0481673

(401) 861-1142 Fax (401) 273-0575

*Please detach bottom portion and return with payment*

Court Tape Case 04-1254

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920

tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 17754 | 03/29/2006 | 01-22011 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/23/2006 | GUGLLI | 04-304S |
| **CASE CAPTION** | | |
| Walden vs City of Providence | | |
| **TERMS** | | |
| Net 30 days | | |

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL & 1+MINI | | | |
| Manuel Vieira | | | |
| EXHIBITS | 179 Pages @ | 3.20/Page | 572.80 |
| REPORTER ATTENDANCE | 18 Pages @ | .25/Page | 4.50 |
| Delivery & Confirmation | | | 50.00 |
| | | | 7.00 |
| | TOTAL DUE >>>> | | 634.30 |

TAX ID NO. : 05-0481673

(401) 861-1142 Fax (401) 273-0575

*Please detach bottom portion and return with payment.*

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

Invoice No. : 17754
Date : 03/29/2006
**TOTAL DUE : 634.30**

Job No. : 01-22011
Case No. : 04-304S
Walden vs City of Providence

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

Walden Transcript Case
04-1254

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 18780 | 05/10/2006 | 01-23156 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/09/2006 | GUGLLI | 04-304S |

**CASE CAPTION**

Walden vs City of Providence

**TERMS**

Net 30 days

**MARK A. FAY, ESQ.**
**MURPHY & FAY, LLP**
**127 DORRANCE STREET**
**2ND FLOOR**
**PROVIDENCE, RI 02903-0000**

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL & 1+MINI | | | |
| Andrew Rosenzweig | 141 Pages @ | 3.25/Page | 458.25 |
| DAILY EXPEDITE @ 100 % | | | 458.25 |
| EXHIBITS | 11 Pages @ | .25/Page | 2.75 |
| REPORTER ATTENDANCE | | | 50.00 |
| E-Tran/ASCII E-Mailed | | | n/c |
| Delivery & Confirmation | | | 7.50 |
| | TOTAL DUE >>>> | | 976.75 |

**TAX ID NO.:** 05-0481673

(401) 861-1142 Fax (401) 490-3207

*Please detach bottom portion and return with payment.*

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

Invoice No.: 18780
Date : 05/10/2006
**TOTAL DUE : 976.75**

Job No. : 01-23156
Case No. : 04-304S
Walden vs City of Providence

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

Civil Case #04-1254

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 19127 | 05/25/2006 | 01-23527 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/24/2006 | GUGLLI | 04-304S |

**CASE CAPTION**
Walden vs City of Providence

**TERMS**
Net 30 days

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL & 1+MINI | | | |
| Anthony Desmarais | 147 Pages @ | 3.25/Page | 477.75 |
| DAILY EXPEDITE @ 100 % | | | 477.75 |
| EXHIBITS | 45 Pages @ | .25/Page | 11.25 |
| REPORTER ATTENDANCE | | | 50.00 |
| Delivery & Confirmation | | | 7.50 |
| | TOTAL DUE >>>> | | 1,024.25 |

Rough Ascii supplied and included in Daily expedite.

TAX ID NO. : 05-0481673

(401) 861-1142 Fax (401) 490-3207

*Please detach bottom portion and return with payment.*

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

Invoice No.: 19127
Date : 05/25/2006
**TOTAL DUE : 1,024.25**

Job No. : 01-23527
Case No. : 04-304S
Walden vs City of Providence

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

6/210 Tap Case #04-1254

Allied court reporters, inc.
and
VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920

tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 30767 | 12/28/2007 | 01-37217 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/18/2007 | GUGLLI | 04-304S |

**CASE CAPTION**

Walden vs City of Providence

**TERMS**

Net 30 days

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| William Odom, III, Expert Witness | 127 Pages @ | 2.40/Page | 304.80 |
| EXHIBITS | 91 Pages @ | .25/Page | 22.75 |
| C & S Pages Attached | | | n/c |
| Repos. Access/Archiving | | | 7.00 |
| Delivery & Confirmation | | | 7.50 |
| | TOTAL DUE >>>> | | 342.05 |

TAX ID NO.: 05-0481673 (401) 861-1142 Fax (401) 490-3207

*Please detach bottom portion and return with payment.*

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

Invoice No.: 30767
Date : 12/28/2007
**TOTAL DUE : 342.05**

Job No. : 01-37217
Case No. : 04-304S
Walden vs City of Providence

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

Garcia Tapia Case

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 31234 | 01/25/2008 | 01-38295 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/23/2008 | BRASSA | 04-304S |

**CASE CAPTION**
Walden vs City of Providence

**TERMS**
Net 30 days

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Records of Douglas Newberg | 15 Pages @ | 3.25/Page | 48.75 |
| DAILY EXPEDITE @ 125 % | | | 60.94 |
| EXHIBITS | 7,631 Pages @ | .18/Page | 1,373.58 |
| REPORTER ATTENDANCE | | | 50.00 |
| Color Copies Supplied | 6.00 Pages @ | 1.25/Page | 7.50 |
| Copy of CD/Disk-Exhibits | 5.00 @ | 5.00 | 25.00 |
| Copy of CD/Disk-Exhibits | | | 5.00 |
| Large Maps Copied | 9.00 @ | 4.00 | 36.00 |
| Repos. Access/Archiving | | | 7.00 |
| Delivery & Confirmation | | | 25.00 |
| | | **TOTAL DUE >>>>** | **1,638.77** |

(Exhibits included 5 cd's and 1 floppy disk)
E-tran sent 1/24/08 all exhibits and hard copies were delivered 1/25/08 A.M.
Reduced rates applied for standard exhibts.

**TAX ID NO.:** 05-0481673 (401) 490-3200 Fax (401) 490-3207

*Please detach bottom portion and return with payment.*

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

Invoice No.: 31234
Date : 01/25/2008
**TOTAL DUE : 1,638.77**

Job No. : 01-38295
Case No. : 04-304S
Walden vs City of Providence

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

INVOICE NO: 00000171

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street
2nd Floor
Providence, RI 02903
Phone: (401) 490-3200

**MAKE CHECKS PAYABLE TO:**

Debra D. Lajoie, RPR-FCRR-CRI
United States Court Reporter
One Exchange Terrace
Providence, RI 02903

Phone: (401) 952-2731

Tax ID: 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
*Debra_Lajoie@rid.uscourts.gov*

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 03-12-2008

DATE DELIVERED: 03-22-2008

**Case Style:** 04-304, Walden, et al v City of Providence, et al
Decision, Testimony of Mary Lennon, Anthony Desmarais and Manuel Vieira

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 613 | 4.85 | 2,973.05 | | | | | | | 2,973.05 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 2,973.05 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid: 03-22-2008** **Amt: $2,973.05** | TOTAL DUE: | $0.00 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE Debra D. Lajoie

DATE 03-22-2008

(All previous editions of this form are cancelled and should be destroyed)

alphagraphics®
DESIGN ■ COPY ■ PRINT

211 Eddy Street
Providence, Rhode Island 02903
401.351.4000 • Fax 401.351.3724
us205@alphagraphics.com
www.providence205.alphagraphics.com

# STATEMENT

*Please return payment to:*

AlphaGraphics
211 Eddy Street
Providence, RI 02903

Donna Rogers
Murphy & Fay
127 Dorrance Steet
2nd Floor
Providence RI 02903

**Payment Due By: 11/15/05**

ALPHAGRAPHICS® ISO 9000 CERTIFIED QUALITY SYSTEMS

Please remit upon receipt

**Statement Date: 11/1/05**

| Date | Inv # | Description | Paid on | Balance | | Balance |
|---|---|---|---|---|---|---|
| 10/13/05 | 20517161 | Walden/Chmura vs. City of | | | | 660.34 |
| 10/13/05 | 20517168 | Walden/Chmura vs. City of | | | | 226.50 |
| | | | Total Due | | Total | 886.84 |

alphagraphics®
DESIGN ■ COPY ■ PRINT ▶ COMMUNICATE

# invoice

211 Eddy Street
Providence, RI 02903
Phone.401.351.4000

Fax.401.351.3724
us205@alphagraphics.com
www.providence205.alphagraphics.com

**Sold To**
Kendra
Murphy & Fay
127 Dorrance Steet
2nd Floor
Providence RI 02903
Phone: 861 1142

No. **20517796**

**Date** 12/13/05

**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 8 | Thomas Walden & John Chmura vs. City of Providence, 8.5 x 11 White High Impact 20#, 181 originals, digitally printed on 1 side<br>27 Single Staple upper left | 134.64 |

SPECIAL INSTRUCTIONS

Sales Rep: In House
Taken by: Amy
Account Type: Charge

Ship Via:
Wanted: Tue 12/13 12:00 PM

| | |
|---|---|
| SUB | 134.64 |
| TAX | 9.42 |
| SHIPPING | |
| TOTAL | 144.06 |
| NET DUE | 144.06 |

## Please pay from this invoice - Net 15 Days

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."

**Remit payments to: 211 Eddy Street, Providence, RI 02903**

RECEIPT FOR CASH SALES
CASH ☐ CHECK ☐ # ________ CREDIT CARD ☐

| | |
|---|---|
| AMOUNT RECEIVED | |
| CSR INITIALS | |

Signature________________________ Print Name________________________ Date______________
Job Received and Accepted By

alphagraphics®
DESIGN ■ COPY ■ PRINT ▶ COMMUNICATE

# invoice

211 Eddy Street
Providence, RI 02903
Phone 401.351.4000

Fax 401.351.3724
us205@alphagraphics.com
www.providence205.alphagraphics.com

**Sold To** Kendra
Murphy & Fay
127 Dorrance Steet
2nd Floor
Providence RI 02903
Phone: 861 1142

**No.** 20518278

**Date** 2/8/06

**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 8 | Walden/Chmura vs. City of Providence, 8.5 x 11 White High Impact 20#, 1455 originals, digitally printed on 1 side | 1,070.64 |
| | 144 Single Staple upper left | |

SPECIAL INSTRUCTIONS

Sales Rep: In House
Taken by: Amy
Account Type: Charge

Ship Via:
Wanted: Wed 2/8 1:00 PM

| | |
|---|---|
| SUB | 1,070.64 |
| TAX | 74.94 |
| SHIPPING | |
| TOTAL | 1,145.58 |
| NET DUE | 1,145.58 |

Please pay from this invoice - Net 15 Days

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."

**Remit payments to: 211 Eddy Street, Providence, RI 02903**

RECEIPT FOR CASH SALES
CASH ☐ CHECK ☐ # ________ CREDIT CARD ☐

| | |
|---|---|
| AMOUNT RECEIVED | |
| CSR INITIALS | |

Signature______________________ Print Name______________________ Date__________
Job Received and Accepted By

Cashire Tap Case # 04-1254

# Invoice

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02901

Voice: 401 621-7300
Fax: 401 621-7878

Invoice Number: 10767
Invoice Date: Jun 1, 2006
Page: 1

Sold To:

Murphy & Fay, LLP
127 Dorrance Street
2nd Floor
Providence, RI 02903

| Client/Matter | Payment Terms |
|---|---|
| T Walden | Net 30 Days |

| Document Consultant | Customer Contact | Job Number | Due Date |
|---|---|---|---|
| MICK | Kendra | JUN 015 | 7/1/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2,210.00 | "C" | Medium Litigation | 0.16 | 353.60 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN THIRTY (30) DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

| | |
|---|---|
| Subtotal | 353.60 |
| Sales Tax | 24.75 |
| Total Invoice | 378.35 |
| Payment | 0.00 |
| TOTAL | 378.35 |

Received and Approved by: ______________________

Date: ______________

Tax ID Number: 03-0487386

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02903

Voice: 401 621-7300
Fax: 401 621-7878

# Invoice

Invoice Number
13515

Invoice Date:
Feb 28, 2007

Page:
1

Sold To:

Murphy & Fay, LLP
127 Dorrance Street
2nd Floor
Providence, RI 02903

| Client/Matter | | Payment Terms | |
|---|---|---|---|
| Wire Tape Case #04-1254 | | Net 30 Days | |
| Document Consultant | Customer Contact | Job Number | Due Date |
| KEVIN | Kendra | FEB 264 | 3/30/07 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 4,615.00 | "C" | Medium Litigation | 0.16 | 738.40 |
| 20.00 | Tabs | Tabs | 0.30 | 6.00 |
| 5.00 | Custom | Custom Tabs | 0.60 | 3.00 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN THIRTY (30) DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by: ____________________

Date: ______________

| | |
|---|---|
| Subtotal | 747.40 |
| Sales Tax | 52.32 |
| Total Invoice | 799.72 |
| Payment | 0.00 |
| TOTAL | 799.72 |

Tax ID Number: 03-0487386

# Invoice

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02903

Voice: 401 621-7300
Fax: 401 621-7878

Invoice Number:
16525
Invoice Date:
Jan 4, 2008
Page:
1

Sold To:

Murphy & Fay, LLP
ATTN: Kendra
127 Dorrance Street
2nd Floor
Providence, RI 02903

| Client/Matter | | Payment Terms | |
|---|---|---|---|
| Walden Appeal | | Net 30 Days | |
| Document Consultant | Customer Contact | Job Number | Due Date |
| KEVIN | Kendra | JAN 032 | 2/3/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 960.00 | "C" | Medium Litigation | 0.16 | 153.60 |
| 340.00 | "A" | Autofeed | 0.10 | 34.00 |
| 30.00 | GBC | GBC Binds | 3.00 | 90.00 |
| 70.00 | Tabs | Tabs | 0.30 | 21.00 |
| 17.00 | Scanning | Scanning- Auto Feed | 0.14 | 2.38 |
| 2.00 | CD | CD Rom | 25.00 | 50.00 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. PAYMENT WILL BE MADE WITHIN THIRTY (30) DAYS WITHOUT REGARD TO ANY THIRD PARTY INVOICING. OVERDUE ACCOUNTS WILL BE BILLED A FINANCE CHARGE OF 1.5% PER MONTH. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by:

______________________________

Date: ______________________

Tax ID Number: 03-0487386

| | |
|---|---|
| Subtotal | 350.98 |
| Sales Tax | 24.57 |
| Total Invoice | 375.55 |
| Payment | 0.00 |
| TOTAL | 375.55 |

64-1254 Prov. Firefighters/Wire Tap

# Invoice

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02903

Voice: 401 621-7300
Fax: 401 621-7878

Invoice Number: 16873
Invoice Date: Feb 13, 2008
Page: 1

Sold To:
Murphy & Fay, LLP
ATTN: Debie
127 Dorrance Street
2nd Floor
Providence, RI 02903

| Client/Matter | Payment Terms |
|---|---|
| | Net 30 Days |

| Document Consultant | Customer Contact | Job Number | Due Date |
|---|---|---|---|
| KEVIN | Debie | FEB 098 | 3/14/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 74.00 | Velo | Velo Binds | 3.00 | 222.00 |
| 4.00 | Hours | Man Hours | 40.00 | 160.00 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. PAYMENT WILL BE MADE WITHIN THIRTY (30) DAYS WITHOUT REGARD TO ANY THIRD PARTY INVOICING. OVERDUE ACCOUNTS WILL BE BILLED A FINANCE CHARGE OF 1.5% PER MONTH. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by:

______________________

Date: ________________

| | |
|---|---|
| Subtotal | 382.00 |
| Sales Tax | 26.74 |
| Total Invoice | 408.74 |
| Payment | 0.00 |
| TOTAL | 408.74 |

Tax ID Number: 03-0487386

Top Case

**Minuteman Press.**
PROVIDENCE
*The First & Last Step In Printing.*

# INVOICE

#04-1254

Minuteman Press of Providence
88 Orange Street
Providence, RI 02903
Phone: 401-351-0500 / Fax: 401-751-0154
www.providence.minutemanpress.com
E-mail:mmpprov@minutemanpress.com

**Invoice Number:** 8437
**Invoice Date:** 1/29/2008

**Bill To:** Law Offices Of Carolyn Mannis
Carolyn Mannis
128 Dorrance Street
Suite 400
Providence RI 02903

Phone: 401-

**Ship To:** Law Offices Of Carolyn Mannis
Carolyn Mannis
128 Dorrance Street
Suite 400
Providence RI 02903

Phone: 401-

Minuteman Press of Providence

Check Us Out On The Web: www.providence.minutemanpress.com

| Description | Price |
| --- | --- |
| 2 8.5x14 B/W Copies (Job 17564) | $427.56 |
| RI State tax | $29.93 |
| Sub Total | $457.49 |
| **Balance Due** | $457.49 |

Salesperson: Angel

**Terms: Net 30 days** **1.5% interest per month on past-due invoices.**

Please pay from this invoice. No statements will be sent.

**Received By** ________________________

**Thank you for your order. Minuteman Press of Providence.**

**Document Efficiency At Work.**

IKON Office Solutions - Providence, RI
Phone: (401) 454-3170 Fax: (401) 454-4170
Federal ID: 230334400

# INVOICE

| | |
|---|---|
| Invoice # | PRV08020095 |
| Invoice Date: | 02/11/2008 |
| Due Date: | 02/21/2008 |
| Terms: | Net 10 Days |
| Customer Code: | PRV-MMMU |
| Natl ID: | 3538 |

**BILL TO:**
**MURPHY & FAY**
127 DORRANCE STREET
PROVIDENCE, RI 02903

**SHIP TO:**
**MURPHY & FAY**
127 DORRANCE STREET
PROVIDENCE, RI 02903

Attn: DEBBIE MANNIS

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| PROVIDENCE FIREFIGHTERS | | | Brian Greenlaw |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| **SO-0802-0057** | **02/07/2008** | **DEBBIE MANNIS - MURPHY & FAY** | | | | |
| | | **Color 8.5x11 (Letter) Copies** | **8.00** | **0.9900** | | **7.92** |
| | | **Tabs (Custom)** | **65.00** | **0.5000** | | **32.50** |
| | | **Binder - D Ring 4"** | **2.00** | **26.0000** | | **52.00** |
| | | **Oversize B&W (sq/ft)** | **60.00** | **1.2500** | | **75.00** |
| | | **Punch / Drill** | **6,620.00** | **0.0200** | | **132.40** |
| | | **Binder - D Ring 5"** | **3.00** | **46.0000** | | **138.00** |
| | | **Tabs (Alpha/Numeric)** | **754.00** | **0.2500** | | **188.50** |
| | | **Document Numbering (applied)** | **6,620.00** | **0.0600** | | **397.20** |
| | | **Binder - D Ring 3"** | **37.00** | **18.0000** | | **666.00** |
| | | **B&W Copies D - Heavy Litigation** | **13,604.00** | **0.1500** | | **2,040.60** |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 3,730.12 |
| Sales Tax: | 261.11 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **3,991.23** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: ______________________ Date: __________

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**MURPHY & FAY**
127 DORRANCE STREET
PROVIDENCE, RI 02903

| **Amount Enclosed** |
|---|
| $ |

| | |
|---|---|
| **Invoice:** | **PRV08020095** |
| Invoice Date: | **02/11/2008** |
| Due Date: | **02/21/2008** |
| Customer Code: | **PRV-MMMU** |
| Natl ID: | **3538** |

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - PRV
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ **3,991.23**

Thu Dec 30 15:12:56 2004

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 59814
Cashier dfernand

Check Number:

| DO Code | Div No |
|---|---|
| 4670 | 1 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 60.00 |
| 2:510000 | N | 2 | 90.00 |

Total Amount $ 150.00

MURPHY & FAY LLP 127 DORRANCE ST., 2N D FL, PROV. RI 02903

CA04-553S

cn

Tue Jul 20 16:29:52 2004

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 57746
Cashier jduhamel

Check Number:

| DO Code | Div No |
|---|---|
| 4670 | 1 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 60.00 |
| 2:510000 | N | 2 | 90.00 |

Total Amount $ 150.00

CA04-304S; FILING FEE; MURPHY & FAY, LLP; 127 DORRANCE STREET,

PROVIDENCE, RI 02903

cn

Prot 04-1254

Fire fighters

**Vincent Pellegrino Insurance Adjusters, Inc.**

275 Reservoir Ave
PO Box 72697
Providence, RI 02907-0697
Tel. 401-467-2860 IRS # 05-0389810

# Invoice

| DATE | INVOICE # |
|---|---|
| 08/06/2004 | 2900 |

| BILL TO |
|---|
| Mark Fay, Esq.<br>Murphy & Fay LLC<br>127 Dorrance St.<br>Providence, R I 02903 |

| | |
|---|---|
| Claim # | |
| Insured | Prov. Comm. Officials |
| Claimant | |
| Date of Loss | |

| TERMS | REP |
|---|---|
| Net 30 | CA |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Adjuster Services - flat fee | | 250.00 | 250.00 |
| Final Service Bill - cp | | **Total** | **$250.00** |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off: Oct 25, 2004** **Payor: Shipper** **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
- Distance Based Pricing, Zone 3
- 1st attempt Oct 26, 2004 at 08:04 AM.
- Recipient not in/business closed.
- Original address - RM 604/NEW YORK CITY,NY 10013
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| | |
|---|---|
| Tracking ID | 848097486911 |
| Service Type | FedEx Priority Overnight |
| Package Type | FedEx Envelope |
| Zone | 3 |
| Packages | 1 |
| Weight | N/A |
| Delivered | Oct 26, 2004 12:22 |
| Svc Area | A1 |
| Signed by | .GAMILE |
| FedEx Use | 299118060/0000001/_ |

| Sender | Recipient |
|---|---|
| WILLIAM J MURPHY | LINDA LAGRCA ESQ |
| MURPHY & FAY LLP | NEW YORK CITY DEPT OF CORRECTI |
| 127 DORRANCE ST | 60 HUDSON ST |
| PROVIDENCE RI 02903-2828 US | NEW YORK CITY NY 10013 US |

| | | |
|---|---|---|
| Transportation Charge | | 15.20 |
| Address Correction | | 10.00 |
| Fuel Surcharge | | 1.44 |
| **Total Charge** | **USD $** | **26.64** |

**Shipment Detail Subtotal ........ USD $ 79.80**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 3-220-16675 | Dec 05, 2005 | 2375-2959-6 | 3 of 3 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** Nov 15, 2005 **Cust. Ref.:** NO REFERENCE INFORMATION **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 20.00% to this shipment.
- Distance Based Pricing, Zone 7
- Package Delivered to Recipient Address - Release Authorized

| | | | |
|---|---|---|---|
| Tracking ID | 852708433403 | **Sender** | **Recipient** |
| Service Type | FedEx Priority Overnight | MARK A FAY | DREW LEVINE |
| Package Type | FedEx Envelope | MURPHY & FAY LLP | ACQUISITION DATA INC |
| Zone | 7 | 127 DORRANCE ST | 14903 MILLS PARK LN |
| Packages | 1 | PROVIDENCE RI 02903-2828 US | CYPRESS TX 77429 US |
| Rated Weight | N/A | | |

| | | | | |
|---|---|---|---|---|
| Delivered | Nov 16, 2005 09:17 | Transportation Charge | | 18.60 |
| Svc Area | A2 | Residential Delivery | | 2.00 |
| Signed By | 9999999999999 | Fuel Surcharge | | 3.72 |
| FedEx Use | 031911539/0000002/02 | **Total Charge** | **USD** | **$24.32** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$24.32** |
| **Total FedEx Express** | **USD** | **$24.32** |

FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-466-72944 | Jan 07, 2008 | 2375-2959-6 | 3 of 3 |

## FedEx Other Charges Detail

**Transaction ID:** 150085725102 **Transaction Date:** January 04, 2008 **Transaction Type:** Merchandise Sales

| Purchase Location: | Description | Quantity | Unit Price | Total Charge |
|---|---|---|---|---|
| 50 KENNEDY PLAZA | Standard- Small, 13x9x11 | 1 | 7.99 | 7.99 |
| PROVIDENCE, RI 02903 | Sales Tax | | | 0.56 |
| | | **Total** | **USD** | **8.55** |

| | | |
|---|---|---|
| **Merchandise Sales Subtotal** | **USD** | **8.55** |
| **Total Other Charges** | **USD** | **8.55** |

FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-516-40951 | Feb 04, 2008 | 2375-2959-6 | 3 of 3 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** Jan 04, 2008 **Cust. Ref.:** NO REFERENCE INFORMATION **Ref.#2:**
**Payor:** Shipper **Ref.#3:** WIRE TAP 04-1254

- Fuel Surcharge - FedEx has applied a fuel surcharge of 17.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 864522309901 | MARK FAY | US COURT OF APPEALS | |
| Service Type | FedEx Priority Overnight | MURPHY & FAY LLP | JOHN JOSEPH MOAKLEY U S COURTH | |
| Package Type | Customer Packaging | 127 DORRANCE ST | 1 COURTHOUSE WAY STE 2500 | |
| Zone | 02 | PROVIDENCE RI 02903-2828 US | BOSTON MA 02210 US | |
| Packages | 1 | | | |
| Rated Weight | 12.0 lbs, 5.5 kgs | | | |
| Delivered | Jan 07, 2008 10:19 | Transportation Charge | | 29.70 |
| Svc Area | A1 | Fuel Surcharge | | 5.20 |
| Signed by | R.LOPEZ | Direct Signature | | 2.50 |
| FedEx Use | 000407570/0001486/_ | **Total Charge** | USD | $37.40 |

**Shipper Subtotal USD $37.40**

**Picked up:** Jan 16, 2008 **Cust. Ref.:** Thomas Walden **Ref.#2:**
**Payor:** Third Party **Ref.#3:** WIRE TAP

- Fuel Surcharge - FedEx has applied a fuel surcharge of 19.50% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 791478257051 | Wendi Pelosi | Adam Sparrow | |
| Service Type | FedEx Priority Overnight | Murphy & Fay Title and Escrow | John Joseph Moakley US Courtho | |
| Package Type | FedEx Pak | 127 Dorrance Street | 1 Courthouse Way | |
| Zone | 02 | PROVIDENCE RI 02903 US | BOSTON MA 02210 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Jan 17, 2008 10:20 | | | |
| Svc Area | A1 | Transportation Charge | | 18.10 |
| Signed by | C.DUNN | Fuel Surcharge | | 3.53 |
| FedEx Use | 000000000/0001486/_ | **Total Charge** | USD | $21.63 |

**Third Party Subtotal USD $21.63**

**Total FedEx Express USD $59.03**

UNITED STATES POSTAL SERVICE

***** WELCOME TO *****
ANNEX STATION
PROVIDENCE, RI 02903-9998
10/11/05 03:48PM

| | | | |
|---|---|---|---|
| Store | USPS | Trans | 119 |
| Wkstn | sys5003 | Cashier | F4S8N0 |
| Cashier's Name | | KATHLEEN | |
| Stock Unit Id | | WINKATHY | |
| PO Phone Number | | 800-275-8777 | |
| USPS # | | 4371430101 | |

1. First Class 4.[illegible]
   Destination: 02905
   Weight: 0.50 oz.
   Postage Type: PVI
   Total Cost: 4.42
   Base Rate: 0.37
   SERVICES
   Certified Mail 2.30
   700407500[illegible]80[illegible]
   Rtn Recpt [illegible]ard) 1.75
2. First Class 4.42
   Destination: 02909
   Weight: 0.50 oz.
   Postage Type: PVI
   Total Cost: 4.42
   Base Rate: 0.37
   SERVICES
   Certified Mail 2.30
   70040750000245498085
   Rtn Recpt (Green Card) 1.75
3. First Class 4.42
   Destination: 02908
   Weight: 0.50 oz.
   Postage Type: PVI
   Total Cost: 4.42
   Base Rate: 0.37
   SERVICES
   Certified Mail 2.30
   70040750000245498078
   Rtn Recpt (Green Card) 1.75
4. First Class 4.42
   Destination: 02920
   Weight: 0.50 oz.
   Postage Type: PVI
   Total Cost: 4.42
   Base Rate: 0.37
   SERVICES
   Certified Mail 2.30
   70040750000245498030
   Rtn Recpt (Green Card) 1.75
5. First Class 4.42
   Destination: 02909
   Weight: 0.50 oz.
   Postage Type: PVI
   Total Cost: 4.42
   Base Rate: 0.37
   SERVICES
   Certified Mail 2.30
   70040750000245498092
   Rtn Recpt (Green Card) 1.75
6. First Class 4.42
   Destination: 02909
   Weight: 0.50 oz.
   Postage Type: PVI
   Total Cost: 4.42
   Base Rate: 0.37
   SERVICES
   Certified Mail 2.30
   70040750000245498047
   Rtn Recpt (Green Card) 1.75

7. First Class 4.42
Destination: 02903
Weight: 0.50 oz.
Postage Type: PVI
Total Cost: 4.42
Base Rate: 0.37
SERVICES
Certified Mail 2.30
70040750000245498054
Rtn Recpt (Green Card) 1.75

8. First Class 4.42
Destination: 02910
Weight: 0.50 oz.
Postage Type: PVI
Total Cost: 4.42
Base Rate: 0.37
SERVICES
Certified Mail 2.30
7004[illegible]8108
Rtn Recpt [illegible] ard) 1.75

9. First Class 4.42
Destination: 02904
Weight: 0.50 oz.
Postage [illegible] e: PVI
Total [illegible] 4.42
Base Ra[illegible] 0.37
SERVICES
Cer[illegible] Mail 2.30
7[illegible]8115
Rtn [illegible] Green Card) 1.75

10. First [illegible]
Destinat[illegible] 02907
Weight: [illegible] 50 oz.
Postage [illegible] I
Total Cost [illegible] 42
Base Rate: [illegible].37
SERVICES
Certified Mail 2.[illegible]
70040750000245497811
Rtn Recpt (Green Card) 1.75

11. First Class 4.42
Destination: 02919
Weight: 0.50 oz.
Postage Type: PVI
Total Cost: 4.42
Base Rate: 0.37
SERVICES
Certified Mail 2.30
70040750000245498122
Rtn Recpt (Green Card) 1.75

Subtotal 48.62
Total 48.62

Personal/ Business Check 48.62

Number of Items Sold: 11

Thank You
Please come again!

UNITED STATES POSTAL SERVICE

***** WELCOME TO *****
EAST PROVIDENCE FINANCE STATION
EAST PROVIDENCE, RI 02914-4508
05/31/06 04:50PM

| | | | |
|---|---|---|---|
| Store | USPS | Trans | 88 |
| Wkstn | sys5003 | Cashier | T3NQKC |
| Cashier's Name | | CYNTHIA | |
| Stock Unit Id | | WINCINDY | |
| PO Phone Number | | 800-275-8777 | |
| USPS # | | 4371430114 | |

| | | | |
|---|---|---|---|
| 1. Priority Mail | | 5.00 | WT |
| Destination: | 02903 | | |
| Weight: | 2 lb. 4.00 oz. | | |
| Postage Type: | PVI | | |
| Total Cost: | 5.00 | | |
| Base Rate: | 5.00 | | |
| 2. Priority Mail | | 5.00 | WT |
| Destination: | 02865 | | |
| Weight: | 2 lb. 4.00 oz. | | |
| Postage Type: | PVI | | |
| Total Cost: | 5.00 | | |
| Base Rate: | 5.00 | | |
| 3. Priority Mail | | 5.00 | WT |
| Destination: | 02903 | | |
| Weight: | 2 lb. 3.90 oz. | | |
| Postage Type: | PVI | | |
| Total Cost: | 5.00 | | |
| Base Rate: | 5.00 | | |
| 4. Priority Mail | | 5.00 | WT |
| Destination: | 02903 | | |
| Weight: | 2 lb. 4.00 oz. | | |
| Postage Type: | PVI | | |
| Total Cost: | 5.00 | | |
| Base Rate: | 5.00 | | |
| 5. 39c Nd LFlg PS100 | | 39.00 | |
| 6. $1 Wisdom PSA | | 60.00 | |
| 60 @ 1.00 | | | |
| 7. 39c Lib/Flag PSA | | 78.00 | Office |
| 200 @ 0.39 | | | |
| 8. 63c Jonas Salk | | 37.80 | |
| 60 @ 0.63 | | | |
| Subtotal | | 234.80 | |
| Total | | 234.80 | |

Personal/ Business Check 234.80

Order stamps at USPS.com/shop or call

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT
127 DORRANCE STREET - 2ND FLOOR
PROVIDENCE, RHODE ISLAND 02903
(401) 490-3200

BANKRI
BANK RHODE ISLAND

57-168/115

7062

3/11/2008

PAY TO THE ORDER OF Murphy & Fay Title & Escrow, LLC $ **26.63

Twenty-Six and 63/100****************************************************************************************** DOLLARS

Murphy & Fay Title & Escrow, LLC

MEMO Reimbursed expenses

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈007062⑈ ⑆011501682⑆ 042011015⑈

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT

7062

Murphy & Fay Title & Escrow, LLC 3/11/2008

| | | |
|---|---|---|
| Reimbursed Expenses | Providence Firefighters/Wire tap -Cert. Mail | 15.63 |
| Reimbursed Expenses | J. Sousa | 11.00 |

Timeslips

Cash Checking Reimbursed expenses 26.63

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT

7062

Murphy & Fay Title & Escrow, LLC 3/11/2008

| | | |
|---|---|---|
| Reimbursed Expenses | Providence Firefighters/Wire tap -Cert. Mail | 15.63 |
| Reimbursed Expenses | J. Sousa | 11.00 |

Timeslips

Cash Checking Reimbursed expenses 26.63

STAPLES

that was easy.

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
551 North Main Street
Providence, RI 02904
(401) 272-2828

SALE 109885 2 001 34526
0003 [redacted] 02:43

QTY SKU OUR PRICE

*****Buy More / Save More*****

| | | | |
|---|---|---|---|
| 4 | HEAVY DUTY BINDER | | |
| | 073333799835 | 11.990ea | 43.00 |
| | Discount Amount <-4.96> | | |
| ***************************************** | | | |
| 2 | HEAVY DUTY BINDER | | |
| | 073333799941 | 15.990ea | 31.98 |
| 2 | AVERY LEGAL 1-25 1 | | |
| | 072782113704 | 5.980ea | 11.96 |
| 1 | AVERY LEGAL 1-25 1 | | |
| | 072782113704 | | 5.98 |
| 24 | INDEX MAKER 5 TAB | | |
| | 072782114169 | 4.350ea | 104.40 |
| | *****Buy More / Save More***** | | |
| 26 | A-Z INDEX | | |
| | 072782111250 | 4.850ea | 110.50 |
| | Discount Amount <-15.60> | | |
| ***************************************** | | | |
| 1 | HAM COVER 8.5X11 P | | |
| | 010199083302 | | 4.48 |
| SUBTOTAL | | | 312.30 |
| | Standard Tax 7.00% | | 21.86 |
| TOTAL | | | $334.16 |

MasterCard [redacted]
Card No.: XXXXXXXXXXXX1011 <S>
Auth No.: 094549

TOTAL ITEMS 60

Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !

0 0 0 3 0 9 0 7 0 5 3 4 5 2 6 0 1

Timeslips

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES


4929

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT
127 DORRANCE STREET - 2ND FLOOR
PROVIDENCE, RHODE ISLAND 02903
(401) 490-3200

BANKRI
BANK RHODE ISLAND

57-168/115

8/16/2005

PAY TO THE ORDER OF Edward A. Baker $ **1,000.00

One Thousand and 00/100*************************************************************************************** DOLLARS

Edward A. Baker

AUTHORIZED SIGNATURE

MEMO 04-1254 Providence Firefighters

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈004929⑈ ⑆011501682⑆ 04201101 5⑈

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT

4929

Edward A. Baker 8/16/2005

Prof. Services - Subcontacting 04-1254 Providence Firefighters 1,000.00

Cash Checking 04-1254 Providence Firefighters 1,000.00

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT

4929

Edward A. Baker 8/16/2005

Prof. Services - Subcontacting 04-1254 Providence Firefighters 1,000.00

Timeslips

Cash Checking 04-1254 Providence Firefighters 1,000.00

EAB Security Associates
PO Box 92
Londonderry, NH 03053-0092
Tax ID # 20-3251947

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/30/2005 | 102 |

| BILL TO |
|---|
| Murphy & Fay, LLP<br>127 Dorrance Street<br>2nd Floor<br>Providence, RI 02930 |

| DUE DATE |
|---|
| 12/15/2005 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Retainer | Retainer Fee | 1 | | -1,000.00 |
| Billable Hours | 8/16/05 Meeting and document review @ Murphy & Fay | 9 | 100.00 | 900.00 |
| Vehicle Expenses | Round trip to Providence | 194 | 0.40 | 77.60 |
| Vehicle Expenses | Parking | 1 | 10.00 | 10.00 |
| Billable Hours | 8/29/05 Document review | 3 | 100.00 | 300.00 |
| Billable Hours | Interview of T. Walden | 1 | 100.00 | 100.00 |
| Billable Hours | 9/7/05 meeting and document review | 8 | 100.00 | 800.00 |
| Vehicle Expenses | Round Trip to Providence | 194 | 0.40 | 77.60 |
| Vehicle Expenses | Parking | 1 | 10.00 | 10.00 |
| Outside Investigator | Investigation by Beerman & Asso. | 1 | 758.77 | 758.77 |

2nd Request

**Total** 2,033.97

November 15, 2005

*Fed Ex*

Acquisition Data, Inc.
c/o Drew Levine
14903 Mills Park Lane
Cypress, TX 77429

RE: Examination of Electronic Evidence
Providence Firemen's Matter

Dear Mr. Levine:

Enclosed is the executed contract and retainer in the amount of Two thousand ($2,000.00) dollars. Please have Mr. Odom contact Mr. Fay upon receipt.

Thank you for your attention to the above.

Very truly yours,

Kendra Lima
Legal Assistant

/kll
Enclosures

INTEGRITY
partners
*fraud and risk management solutions*

*INVOICE*
*Tax ID: 26-0058719*

June 20, 2006

Mr. Mark A. Fay, Esq.
Partner
Murphy & Fay LLP
127 Dorrance Street,
Providence, RI 02903

**RE: Computer Forensic Investigative Services**

Dear Mr. Fay:

Please find below a summary of charges for unbilled professional fees and expenses incurred through Friday, May 26, 2006 followed by the detailed information regarding such fees and expenses incurred by individual Integrity Partners professionals.

Please make all payments to "Integrity Partners." A copy of our Form W-9 is also attached.

If you have any questions, please contact me at the number listed below.

Sincerely,

William Sinacori
Director

## DETAIL BY INDIVIDUAL

**William Odom, Director**

| Date | Description | Hours/Units | Rate | Charge |
|---|---|---|---|---|
| **Services** | | | | |
| 05/26/2006 | Forensically image servers at Providence Municipal building - subsequent review. | 11.50 | $ 250.00 | $ 2,875.00 |
| | | ---------------- | | -------------------- |
| | | **11.50** | | **$ 2,875.00** |
| | | | | |
| **Expenses** | | | | |
| 05/24/2006 | Ground transportation (mileage): mileage to airport. | 26.00 | $ .445 | $ 11.57 |
| 05/24/2006 | Meals | | | 75.21 |
| 05/25/2006 | Meals | | | 50.58 |
| 05/26/2006 | Meals | | | 39.37 |
| 05/26/2006 | Lodging: 2 nights (05/24, 05/25) | | | 494.94 |
| 05/26/2006 | Airfare: roundtrip from Houston | | | 664.20 |
| 05/26/2006 | Parking: at airport 05/24 – 05/26 | | | 39.00 |
| 05/26/2006 | Ground transportation (mileage): mileage from airport. | 26.00 | $ .445 | $ 11.57 |
| | | ---------------- | | -------------------- |
| | | | | **$ 1,386.44** |
| | | ========= | | =========== |
| **Subtotal** | | | | **$ 4,261.44** |

Mr. Mark A. Fay, Esq.
Murphy & Fay LLP
Page 2 of 3

## BILLING SUMMARY

**RETAINER DUE:** **$ 3,500.00**

**TOTAL CURRENT CHARGES:** **$ 4,261.44**

Professional services:

| Professional | Rate | Hours | Charges |
|---|---|---|---|
| William Odom, Director | $250.00 | 11.50 | $ 2,875.00 |
| | | --------------- | --------------------- |
| SUBTOTAL | | **11.50** | **$ 2,875.00** |

Expenses:

| Professional | Rate | Units | Charges |
|---|---|---|---|
| Airfare | | | $ 664.20 |
| Ground transportation (mileage) | $ .445 | 52.00 | $ 23.14 |
| Lodging | | | 494.94 |
| Meals | | | 165.16 |
| Parking | | | 39.00 |
| | | | --------------------- |
| SUBTOTAL | | | **$ 1,386.44** |

**TOTAL BALANCE DUE:** **$ 7,761.44**

INTEGRITY partners
*fraud and risk management solutions*

***INVOICE***
***Tax ID: 26-0058719***

October 20, 2006

Mr. Mark A. Fay, Esq.
Partner
Murphy & Fay LLP
127 Dorrance Street,
Providence, RI 02903

**RE: Computer Forensic Investigative Services**

Dear Mr. Fay:

Please find below a summary of charges for unbilled professional fees and expenses incurred through Friday, October 20, 2006 followed by the detailed information regarding such fees and expenses incurred by individual Integrity Partners professionals. The balance due of $8,361.75 includes $3,500.00 for replenishing the retainer. If you do not choose to replenish the retainer, the balance due is $4,861.75. This balance is past due, please pay it promptly. If you choose to not replenish the retainer, we will not perform any more services until a retainer is paid.

Please make all payments to "Integrity Partners."

If you have any questions, please contact me at the number listed below.

Sincerely,

William Sinacori
Director

[mike Wilson x240
managing director]

STONETURN GROUP

StoneTurn Group, LLP
60 State Street, 35th Floor
Boston, MA 02109
t 617.570.3700 f 617.570.3799

February 11, 2008
Invoice No: 3051

Mark Fay
127 Dorrance Street
Providence, RI 02903

Matter M01.MFAY Mark Fay / Walden v City of Providence

**Professional Services rendered from December 1, 2007 to January 31, 2008**

**Professional Services**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Lefferts, Alex | 5.00 | 325.00 | 1,625.00 | |
| Odom, William | 55.50 | 325.00 | 18,037.50 | |
| Totals | 60.50 | | 19,662.50 | |
| | | | | **19,662.50** |

**Reimbursable Expenses**

| | | |
|---|---|---|
| Air/Rail | 378.30 | |
| Hotel | 1,128.79 | |
| Meals | 301.17 | |
| Car/Cab/Parking | 1,195.45 | |
| Other | 15.00 | |
| | **3,018.71** | **3,018.71** |

**Invoice Total:** **$22,681.21**

# Billing Backup

*Thursday, April 03, 2008*

**StoneTurn Group, LLP** **Invoice 3051 Dated 2/11/08** *7:11:21 PM*

Matter M01.MFAY Mark Fay / Walden v City of Providence

**Professional Services**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 62 | 500.105 - Lefferts, Alex<br>Review of forensic analysis of Total Recall system | 12/4/07 | 2.00 | 325.00 | 650.00 |
| 62 | 500.105 - Lefferts, Alex<br>Review of forensic analysis of Total Recall system | 12/14/07 | 2.00 | 325.00 | 650.00 |
| 62 | 500.105 - Lefferts, Alex<br>Preparation for Deposition by City of Providence | 12/17/07 | 1.00 | 325.00 | 325.00 |
| 55 | 600.601 - Odom, William<br>Review of forensic analysis of Total Recall system | 12/2/07 | 2.00 | 325.00 | 650.00 |
| 55 | 600.601 - Odom, William<br>Review of forensic analysis of Total Recall system | 12/3/07 | 8.00 | 325.00 | 2,600.00 |
| 55 | 600.601 - Odom, William<br>Review of forensic analysis of Total Recall system | 12/4/07 | 8.00 | 325.00 | 2,600.00 |
| 55 | 600.601 - Odom, William<br>Review of forensic analysis of Total Recall system | 12/5/07 | 8.00 | 325.00 | 2,600.00 |
| 55 | 600.601 - Odom, William<br>Review of forensic analysis of Total Recall system | 12/6/07 | 4.00 | 325.00 | 1,300.00 |
| 55 | 600.601 - Odom, William<br>Review of forensic analysis of Total Recall system | 12/17/07 | 8.00 | 325.00 | 2,600.00 |
| 55 | 600.601 - Odom, William<br>Deposition by City of Providence | 12/18/07 | 8.00 | 325.00 | 2,600.00 |
| 55 | 600.601 - Odom, William<br>Review of forensic analysis of Total Recall system | 12/19/07 | 8.00 | 325.00 | 2,600.00 |
| 55 | 600.601 - Odom, William<br>Review of forensic analysis of Total Recall system | 1/4/08 | 1.50 | 325.00 | 487.50 |
| | Totals | | 60.50 | | 19,662.50 |

**19,662.50**

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| Air/Rail | | | |
| EX 0002313 | 12/14/07 Odom, William / RT flight to Boston | 378.30 | |
| Hotel | | | |
| EX 0002313 | 12/17/07 Odom, William / Arrive in Boston | 256.21 | |
| EX 0002313 | 12/17/07 Odom, William / Providence | 359.34 | |
| EX 0002313 | 12/18/07 Odom, William / Providence | 253.03 | |
| EX 0002313 | 12/19/07 Odom, William / Return to Boston | 260.21 | |
| Meals | | | |
| EX 0002313 | 12/3/07 Odom, William / Dinner | 90.63 | |
| EX 0002313 | 12/17/07 Odom, William / Lunch | 26.20 | |
| EX 0002313 | 12/17/07 Odom, William / Dinner | 52.84 | |
| EX 0002313 | 12/18/07 Odom, William / Dinner | 38.50 | |
| EX 0002313 | 12/19/07 Odom, William / Dinner | 93.00 | |
| Car/Cab/Parking | | | |
| EX 0002313 | 12/5/07 Odom, William / Hotel parking | 48.95 | |
| EX 0002313 | 12/5/07 Odom, William / Rental car | 590.38 | |
| EX 0002313 | 12/21/07 Odom, William / Rental care | 556.12 | |
| Other | | | |
| EX 0002313 | 12/17/07 Odom, William / Internet access at client site | 15.00 | |
| | | **3,018.71** | **3,018.71** |
| | **Total this report** | | **$22,681.21** |

February 11, 2008
Invoice No: 3051

Mark Fay
127 Dorrance Street
Providence, RI 02903

Matter M01.MFAY Mark Fay / Walden v City of Providence

**Professional Services rendered from December 1, 2007 to January 31, 2008**

**Professional Services**

| | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| Lefferts, Alex | 5.00 | 325.00 | 1,625.00 | |
| Odom, William | 55.50 | 325.00 | 18,037.50 | |
| Totals | 60.50 | | 19,662.50 | |
| | | | | **19,662.50** |

**Reimbursable Expenses**

| | | |
|---|---|---|
| Air/Rail | 378.30 | |
| Hotel | 1,128.79 | |
| Meals | 301.17 | |
| Car/Cab/Parking | 1,195.45 | |
| Other | 15.00 | |
| | **3,018.71** | **3,018.71** |

**Invoice Total: $22,681.21**

STONETURN GROUP

StoneTurn Group, LLP
60 State Street, 35th Floor
Boston, MA 02109
t 617.570.3700 f 617.570.3799

April 3, 2008
Invoice No: 3114

Mark Fay
127 Dorrance Street
Providence, RI 02903

Matter M01.MFAY Mark Fay / Walden v City of Providence

**Professional Services rendered from November 21, 2007 to March 31, 2008**

**Professional Services**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Odom, William | 34.75 | 325.00 | 11,293.75 | |
| Totals | 34.75 | | 11,293.75 | |
| | | | | **11,293.75** |

**Reimbursable Expenses**

| | | |
|---|---|---|
| Air/Rail | 2,701.60 | |
| Hotel | 1,067.32 | |
| Meals | 300.29 | |
| Car/Cab/Parking | 407.21 | |
| Mileage/Tolls | 22.31 | |
| | **4,498.73** | **4,498.73** |
| **Invoice Total:** | | **$15,792.48** |

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 3051 | 2/11/08 | 22,681.21 |
| **Total** | | **22,681.21** |

# Billing Backup

*Thursday, April 03, 2008*

**StoneTurn Group, LLP** **Invoice 3114 Dated 4/3/08** *1:16:02 PM*

Matter M01.MFAY Mark Fay / Walden v City of Providence

**Professional Services**

| | | | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 55 | 600.601 - Odom, William | 2/11/08 | 11.00 | 325.00 | 3,575.00 | |
| | Meeting with Mark Fay & representatives of Federal Court; return to Houston | | | | | |
| 55 | 600.601 - Odom, William | 2/12/08 | 2.25 | 325.00 | 731.25 | |
| | review of forensic analysis reports | | | | | |
| 55 | 600.601 - Odom, William | 2/19/08 | 2.00 | 325.00 | 650.00 | |
| | review of forensic analysis reports | | | | | |
| 55 | 600.601 - Odom, William | 3/13/08 | 11.50 | 325.00 | 3,737.50 | |
| | preparation for trial | | | | | |
| 55 | 600.601 - Odom, William | 3/14/08 | 8.00 | 325.00 | 2,600.00 | |
| | preparation for trial and subsequent courtroom testimony | | | | | |
| | Totals | | 34.75 | | 11,293.75 | |
| | | | | | | **11,293.75** |

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| Air/Rail | | | |
| EX 0002178 | 11/21/07 Odom, William / RT to Boston | 624.10 | |
| EX 0002612 | 3/8/08 Odom, William / R/T to Boston (for Providence) | 903.00 | |
| EX 0002555 | 3/10/08 Odom, William / R/T to Boston (Providence) | 1,174.50 | |
| Hotel | | | |
| EX 0002178 | 12/4/07 Odom, William / Hotel in Providence | 557.32 | |
| EX 0002454 | 2/10/08 Odom, William / Hotel in Providence | 253.03 | |
| EX 0002612 | 3/14/08 Odom, William / Hotel in Boston | 256.97 | |
| Meals | | | |
| EX 0002178 | 12/3/07 Odom, William / Dinner | 90.63 | please see bill of 2/11 |
| EX 0002454 | 2/10/08 Odom, William / Breakfast | 4.76 | |
| EX 0002454 | 2/10/08 Odom, William | 10.00 | |
| EX 0002454 | 2/11/08 Odom, William | 20.83 | |
| EX 0002454 | 2/11/08 Odom, William / Breakfast | 4.60 | |
| EX 0002454 | 2/12/08 Odom, William | 15.99 | |
| EX 0002612 | 3/12/08 Odom, William / ~~Dinner~~ Lunch | 50.07 | |
| EX 0002612 | 3/12/08 Odom, William / Dinner | 55.74 | |
| EX 0002612 | 3/13/08 Odom, William / Lunch | 11.00 | |
| EX 0002612 | 3/14/08 Odom, William / Lunch | 36.67 | |
| Car/Cab/Parking | | | |
| EX 0002506 | 2/11/08 Odom, William / Parking | 15.00 | |
| EX 0002454 | 2/11/08 Odom, William / From Airport | 33.00 | |
| EX 0002454 | 2/11/08 Odom, William / To Airport | 33.00 | |

| Billing Backup | Invoice 3114 Dated 4/3/08 | *Thursday, April 03, 2008 - 1:16:06 PM* | |
|---|---|---|---|
| EX 0002612 | 3/15/08 Odom, William / Rental Car | 326.21 | |
| Mileage/Tolls | | | |
| EX 0002454 | 2/11/08 Odom, William / R/T to Airport / Business travel to Providence | 22.31 | |
| | | **4,498.73** | **4,498.73** |
| | **Total this report** | | **$15,792.48** |