**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS WALDEN, et al.**

**v.** **C.A. No. 04-304**

**CITY OF PROVIDENCE, et al.**

**JOHN CHMURA, et al.**

**v.**

**C.A. No. 04-553**

**CITY OF PROVIDENCE, et al.**

**PLAINTIFFS' RULE 59(e) 60(a) and 59(a) MOTION TO ALTER OR AMEND THE JUDGMENT, CORRECT THE JUDGMENT OR ORDER A NEW TRIAL REGARDING THE AMOUNT OF DAMAGES AWARDED TO PLAINTIFFS LEONARD, BENSON, CARVALHO, PETIT AND CATALDO**

Plaintiffs hereby move in accordance with Rule 59(e) of the Federal Rules of Civil Procedure to alter or amend the judgment that was entered on March 27, 2008, as amended on April 3, 2008 or in the alternative to correct the judgment pursuant to Rule 60(a) or to order a new trial pursuant to Rule 59(a) solely on the issue of the amount of damages awarded to Plaintiffs Patrick Leonard, Bonnie Benson, Gerald P. Carvalho, E. Christopher Petit and Robert Cataldo. Plaintiffs rely on the accompanying memorandum of law in support of their motion.

Plaintiffs,
By their attorneys,

/s/ Mark A. Fay______
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002
401-274-0175 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Peter J. Comerford, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
pcomerfo@coialepore.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **THOMAS WALDEN, et al.** **Plaintiffs,** | : | |
| **v.** | : | **C.A. No. 04-304** |
| **CITY OF PROVIDENCE, et al.** **Defendants.** | : | |
| **JOHN C. CHMURA, et al.** **Plaintiffs,** | : | |
| **vs.** | : | **C.A. No. 04-553** |
| **CITY OF PROVIDENCE, et al.** **Defendants.** | : | |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' RULE 59(e), 60(a) and 59(a) MOTION TO ALTER OR AMEND OR CORRECT THE JUDGMENT OR ORDER A NEW TRIAL RELATIVE TO THE AWARD TO PLAINTIFFS LEONARD, BENSON CARVALHO, PETIT AND CATALDO**

## I. Introduction.

Plaintiffs in the above captioned matter seek to alter or amend the judgment in this case pursuant to Rule 59 of the Federal Rules of Civil Procedure. Rule 59(e) provides that on the timely filing of a motion the Court may alter or amend a judgment to correct errors that may have occurred. ***Zinkand v. Brown***, 478 F.3d 634, 637 (4th Cir. 2007). Case law has generally recognized four grounds for altering or amending a judgment: 1) to incorporate an intervening change in the law, 2) to reflect new evidence not available at the time of trial, 3) to correct a clear

legal error and 4) to prevent a manifest injustice. *Id.* In particular, a Rule 59(e) motion is appropriate where the court misunderstood the facts, a party's arguments, or the controlling law, where the original judgment failed to provide the relief which the court found a party entitled to receive or where the party seeks a post-judgment award of pre-judgment interest. ***See Servants of Paraclete v. Does,*** 204 F.3d 1005, 1012 (10th Cir. 2000); ***Continental Cas. Co. v. Howard***, 775 F.2d 876 (7th Cir. 1985); ***Osterneck v. Ernst & Whinney***, 489 U.S. 169 (1989).

Here the judgment should be amended and/or altered to increase the amount of damages awarded to Patrick Leonard, Bonnie Benson, Gerald P. Carvalho, E, Christopher Petit and Robert Cataldo to $1,000.00 each for Count VI.

Alternatively, the judgment should be corrected accordingly pursuant to Rule 60(a). With respect to Rule 60(a) of the Federal Rules of Civil Procedure changing the judgment is permitted to correct clerical errors or mistakes arising from oversight or omission. Rule 60(a) errors are minor and ministerial ones. ***See Hale Container Line, Inc. v. Houston Sea Packing Co.***, 137 F.3d 1455, 1474 (11th Cir. 1998) (correcting damages award containing erroneous mathematical computation). Here, it is clear that when entering the amount of damages, the clerk and/or the court did not take into account the minimum award of $1,000.00 pursuant to the state wiretap act.

Finally, Rule 59(a) would permit a new trial solely on the issue of the amount of damages awarded to these Plaintiffs pursuant to the state wiretap statute in that the amount awarded was lower that the minimum provided under the applicable statute. ***See Rivera Castillo v. Autokirey, Inc.,*** 379 F.3d 4 (1st Cir. 2004). Additionally, a new trial would be appropriate in that the verdict as it relates to Plaintiffs Leonard, Benson, Carvalho, Petit and Cataldo is inadequate. ***Id***.

## II. Argument

**The Judgment Should be Amended and/or Altered or Corrected to Increase the Damages relative to Plaintiffs Leonard, Benson, Carvalho, Petit and Cataldo. Alternatively, a New Trial Should be Ordered For these Plaintiffs solely on the issue of Damages Pursuant to the State Wiretap Act.**

The judgment that entered on March 27, 2008 as amended on April 3, 2008 is incorrect and unjust with respect to Plaintiffs Patrick Leonard, Bonnie Benson, Gerald P. Carvalho, E. Christopher Petit and Robert Cataldo in Count VI. The relevant statute, R.I. Gen. Laws § 12-5.1-13 provides that a person whose wire communication is intercepted **shall** be entitled to recover, "[a]ctual damages, but not less than liquidated damages, computed at the rate of one hundred dollars ($100) per day for each day of violation, or **one thousand dollars ($1,000), which ever is higher**." (Emphasis added). Pursuant to the judgment that entered on March 27, 2008 as amended on April 3, 2008, Patrick Leonard was awarded $100.00, Bonnie Benson $200.00, Gerald P. Carvalho $300.00, E. Christopher Petit $100.00, and Robert Cataldo $500.00 for Count VI against Defendant Vieira and the Municipal Defendants. Clearly, $1,000.00 is higher than the amounts awarded to these Plaintiffs. Thus, the judgment should be amended and/or altered pursuant to Rule 59(e) or corrected pursuant to Rule 60(a) to reflect the mandatory statutory minimum award of $1,000.00 each for Plaintiffs Leonard, Benson, Carvalho, Petit and Cataldo in Count VI.

## III. Conclusion

Because amending or altering the judgment as indicated above would correct clear legal error and/or prevent manifest injustice, the Rule 59(e) motion should be granted accordingly. Alternatively, because correcting the judgment is appropriate pursuant to Rule 60(a), Plaintiffs motion should be granted. Alternatively, this court should order a new trial with respect to

Plaintiffs Leonard, Benson, Carvalho, Petit and Cataldo solely on the issue of the amount of damages each is entitled to pursuant to the R.I. Wiretap Act.

Plaintiffs
By their attorneys,

/s/ Mark A. Fay______
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002
401-274-0175 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

Peter Comerford, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
pcomerfo@coialepore.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay