**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553

CITY OF PROVIDENCE, ET ALS.

**PLAINTIFFS' MOTION**
**FOR AN AWARD OF ATTORNEYS' FEES**
**PURSUANT TO 42 U.S.C. § 1988, R.I. GEN. LAWS § 12-5.1-13 AND 9-1-28.1(b)**

Now come the Plaintiffs in the above-cited matter pursuant to 42 U.S.C. §1988(b) and (c), R.I. Gen. Laws § 12-5.1-13 and 9-1-28.1(b), Federal Rule of Civil Procedure 54(d), and Local Rule 54.1 of the United States District Court for the District of Rhode Island and does hereby move this Honorable Court for an award of reasonable attorneys' fees in the amount of $658,661.11, including expenses and costs of suit[1], to be paid by Defendants, Manuel Vieira, Mary Lennon, and the Municipal Defendants. Per the foregoing supporting documentation, this amount represents $573,838.00 for attorneys' fees expended in obtaining a successful result in the within action of $3,750.00 for attorneys' fees in prosecuting the within fee application, and expenses and costs in the amount of $81,073.11.

In support of this Motion, the Plaintiffs aver that they are the prevailing parties in the underlying litigation and are therefore entitled to an award of reasonable attorneys'

---

[1] To the extent expenses and costs are awarded pursuant to Plaintiffs request in their Bill of Costs, the award should be deducted accordingly.

fees as part of their costs in accordance with applicable statutory and case law, as well as the Judgment entered by this Court in this matter. In further support of this Motion, the Plaintiffs have submitted simultaneously herewith the Affidavits of Mark A. Fay, Esq., Carolyn A. Mannis, Esq., Steven H. Crawford, Esq., Lauren Jones, Esq. (Jones Associates), Maurene Souza, Esq. and V. Edward Formisano, Esq., an itemization for legal services rendered, and a Memorandum of Law in support of this motion.

Plaintiffs,
By their attorneys,

/s/ Mark A. Fay______
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002
401-274-0175 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Peter J. Comerford, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
pcomerfo@coialepore.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553

CITY OF PROVIDENCE, ET ALS.

# MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES

## I. Introduction

This Memorandum of Law, together with the accompanying Affidavits of Mark A. Fay, Esq., Carolyn A. Mannis, Esq., Steven H. Crawford, Esq., Lauren Jones, Esq. (Jones Associates), Maurene Souza, Esq. and V. Edward Formisano, Esq. and written time records, are submitted in support of Plaintiffs' motion pursuant to 42 U.S.C. §1988, R.I. Gen. Laws §§ 12-5.1-13 and 9-1-28.1(b) for an award of reasonable attorneys' fees and costs in the total amount of $ 658,661.11 to be paid by Defendant Vieira, the Municipal Defendants and Defendant Lennon.

Per the foregoing supporting documentation, this amount represents $573,838.00 for attorneys' fees expended in obtaining a successful result in the within action,

$3,750.00 for attorneys' fees in prosecuting the witnin fee application, and expenses and costs of $81,073.11.[1]

**II. Statement of Facts**

This consolidated action was brought by the Plaintiffs seeking relief for the violations of their constitutional and statutory rights as a result of acts and/or omissions committed by Defendants in violation of the Fourth Amendment to the United States Constitution, actionable pursuant to 42 U.S.C. §1983, of Article I, §6 of the Rhode Island Constitution and the State and Federal Wiretap Acts, the Rhode Island criminal wiretap statute, and the Rhode Island statute with respect to Plaintiffs' right to privacy.

This Court is intimately familiar with the facts of this case. The City of Providence built a new Public Safety Complex which became complete in 2002. From May 23, 2002 – February 10, 2003 the City operated and maintained a telephone recording system which recorded and stored Plaintiffs' telephone conversations in violation of Plaintiffs' constitutional and statutory rights. Following 26 Days of trial, the jury rendered a verdict in favor of the Plaintiffs on all counts with respect to all Defendants expect Defendant Lennon. The jury found in Lennon's favor on Counts IV and VI but against her in all other respects. Additionally, the jury found in favor of Plaintiffs on their claims for punitive damages pursuant to their constitutional claims and right to privacy claims against Defendants Vieira and Lennon and against Defendant Vieira on the statutory wiretap claims.

Thus, Plaintiffs prevailed on nearly each and every aspect of their claims against nearly every defendant.

---

[1] To the extent costs are awarded as part of the Plaintiffs' Bill of Costs as taxed by the Clerk, this request should be reduced accordingly.

## III. Travel of the Case

This case was heavily disputed and litigated. In fact a lengthy motion for summary judgment was filed and argued. In a lengthy decision, Judge Smith denied all motions for summary judgment on all claims filed by the defendants. The matter proceeded through the course of litigation and pre-trial matters. The case took 26 days to try before a ten person jury. The jury unanimously awarded verdicts in Plaintiffs favor. Thus, attorneys' fees and litigation expenses are appropriate.

## IV. Argument

### A. Plaintiffs are Prevailing Parties for Purposes of §1988.

42 U.S.C. §1988(b) provides that "the court, in its discretion may allow the prevailing party . . . a reasonable attorney's fee as part of the costs" in any action brought pursuant to 42 U.S.C. §1983. Parties are considered prevailing parties if they succeed on any significant issue in litigation which achieves some of the benefit the parties sought in bringing suit. Hensley v. Eckerhart, 461 U.S. 424, 433 (1983); Coalition For Basic Human Needs v. King, 691 F.2d 597, 599 (1st Cir. 1992); Nadeau v. Helgemoe, 581 F.2d 275, 278-79 (1st Cir. 1978).

In the case at bar, the Plaintiffs succeeded in obtaining verdicts against each Defendant for violations of their Fourth Amendment right to be free from unreasonable searches and seizures, actionable pursuant to 42 U.S.C. §1983. Although this Court dismissed the claims against Defendant Prignano pursuant to Rule 50 at the close of Plaintiffs' case, overall Plaintiffs succeeded in achieving the result which they sought: nominal damages for the acts and/or omissions of Defendants Vieira, Lennon and the Municipal Defendants for violating their federally secured constitutional rights. The loss

of Defendant Prignano did not appreciably change the length of the trial; the witnesses or the Plaintiffs' preparation of the case in any significant manner.

Additionally, the fact that Plaintiffs received only nominal damages would not preclude an award of attorney's fees pursuant to § 1988. *See* ***Farrar v. Hobby*****,** 506 U.S. 103 (1992) (holding that a civil rights plaintiff receiving nominal damages is a prevailing party eligible for attorney's fee award under 42 USCS 1988, but Federal Court of Appeals' reversal of fee award affirmed under the facts in that case). In *Farrar*, the Plaintiff sought and failed to prove the existence of compensatory damages. Here, by stark contrast, the Plaintiffs readily acknowledged that they were seeking only nominal damages and thus any award of attorney's fees is justified as all time expended was toward that end -- pursuing a claim for nominal damages. Moreover, whereas in *Farrar* the plaintiff was not ultimately successful in proving damages, here, the opposite is true. Moreover, Defendants did not offer to settle Plaintiffs' claims for nominal damages. Defendants continued to litigate the issue of liability and did so unsuccessfully. Thus, as prevailing plaintiffs, attorneys' fees should be awarded.

**B. The Attorneys' Fees Requested are Reasonable under §1988.**

The United States Supreme Court has held that the "'product of reasonable hours times a reasonable rate' normally provides a 'reasonable' attorneys' fee" within the meaning of §1988. Blum v. Stenson, 465 U.S. 886, 897 (1984) (quoting Hensley, 461 U.S. at 434). In accordance with this view, the First Circuit Court of Appeals has approved the so-called "lodestar" approach:

> The "lodestar" - a threshold point of reference which is subject to additions or deductions for specific reasons -is determined by multiplying the total number of hours reasonably spent by a reasonable hourly rate.

Grendel's Den, Inc. v. Larkin, 749 F.2d 945, 950 (1st Cir. 1984); see also, Mokover v. Neco Enterprises, 785 F. Supp. 1083, 1087 (D.R.I. 1982). Once the basic lodestar figure is calculated, the Court must consider whether an upward or downward adjustment should be made "to reflect . . . delay in payment, quality of representation (i.e., an unusually good or poor performance above or below the skill already reflected in hourly rates), exceptional (and unexpected) results obtained, etc." Grendel's Den, Inc., 749 F.2d at 951 (quoting Furtado v. Bishop, 635 F.2d 915, 920 (1st Cir. 1980)); see also, Blum, 465 U.S. at 897 (quoting Hensley, 461 U.S. at 435 ("in some cases of exceptional success an enhanced award may be justified")). The Plaintiff is not proposing any upward or downward adjustment.

**1. The Number of Hours Expended is Reasonable.**

To determine the number of hours reasonably spent, the Court first must determine the number of hours actually spent and then subtract from that figure hours which were duplicative, unproductive, excessive, or otherwise unnecessary. Hensley, 461 U.S. at 433-34. The actual hours spent by Plaintiff's counsel as reflected in Exhibit A attached to the Affidavit of Mark A. Fay, Esq., total 884.5 hours for Attorney Fay, 843.2 hours for Attorney Mannis, 108 hours for Attorney Crawford and 11.8 hours for Attorney Jones, 197.1 hours for Attorney Krech, 3.2 hours for Attorney LaBollita, 76.5 hours for Attorney Thurston, 107 hours for Attorney Souza, 299.2 hours for paralegal Kendra L. Lima, and 152.5 hours for paralegal Debra Mannis. [Affidavit of Mark A. Fay at ¶ 25.] **See also** Affidavit of Mannis at ¶ 14; Affidavit of Crawford at ¶ 8; Affidavit of Souza at ¶ 15 and, Affidavit of Jones at ¶ 16 .

The Supreme Court in Hensley, stated that when a plaintiff has not prevailed on

all claims a fee award based on the total amount of time expended may be excessive. 461 U.S. at 436. According to the Court, the expenditure of counsel's time must be reasonable in relation to the success achieved. The Court left it to the discretion of the district court to determine the appropriate method for reducing the total fee in such a situation: the district court could specify hours that should be eliminated or could simply reduce the award to account for the limited success. Id. at 436-37. The Court rejected outright, however, any "'mathematical approach comparing the total number of issues in the case with those actually prevailed upon.'" because that ratio provides little aid in determining what is a reasonable fee. Id. at 435, n.11. Moreover, the Court cautioned that a plaintiff's claims for relief may involve a common core of facts and/or related legal theories and that, in such cases, a reduction in the fee award is not warranted:

> Litigants in good faith may raise alternative legal grounds for a desired outcome, and the court's rejection of or failure to reach certain grounds is not a sufficient reason for reducing a fee. The result is what matters.

Hensley, 461 U.S. at 435. The First Circuit has acknowledged and reaffirmed this "doctrine of interrelatedness" on numerous occasions. See Lipsett v. Blanco, 975 F.2d 934, 940 (1st Cir. 1992), and cases cited therein (where unsuccessful claims were sufficiently interconnected with causes of actions upon which plaintiff prevailed court will refuse to grant requested fee reductions).

In the case at bar, while Plaintiffs prevailed as to all §1983 claims, they did not prevail against Defendant Prignano. While there is case law support for a reduction of fees with respect to counts on which a civil rights plaintiff is unsuccessful, where, as here, the prevailing party has essentially obtained all the relief which it sought, but merely failed to prevail on this claim--against a different party-- arising out of the same

underlying facts, no reduction in the amount of attorneys' fees is warranted.[2] In the case at bar, the challenged conduct and underlying facts which formed the basis of the Plaintiff's successful Fourth Amendment claims as to Defendants Vieira, Lennon and the Municipal Defendants, were similar to those upon which Plaintiffs relied in support of their claims against Defendant Prignano. Therefore, Plaintiff should not be penalized because the Court failed to rule in his favor on such claim, particularly where, as here, the Plaintiffs obtained the relief which they were seeking and were successful against Defendant Prignano in a lengthy and well-litigated motion for summary judgment.

In the case at bar, the Plaintiffs succeeded in having the jury find that the acts and/or omissions of Defendants were unconstitutional. That is the case that was litigated and Plaintiffs were fully successful in this regard. Indeed, the jury even awarded Plaintiffs' punitive damages against the Defendants (Vieira and Lennon). It is unlikely that the Plaintiff would have been entitled to any substantial additional relief had he

[2] Lipsett v. Blanco, 975 F.2d 934, 940-941 (1st Cir. 1992); see also, Casey v. City of Cabool, 12 F.3d 799 (8th Cir. 1993) (challenge to fee award rejected where defendant did not address issue whether theories upon which plaintiffs' counsel spent time were interrelated with central issues of case); Zuchel v. Denver, 997 F.2d 730 (10th Cir. 1993) (where claims in police brutality case were interrelated and plaintiff obtained excellent results on one claim, fully compensatory fee should be awarded even though another claim was settled for nominal sum prior to trial); Morgan v. District of Columbia, 824 F.2d 1049 (D.C. Cir. 1987) (district court properly refused to reduce attorneys' fees awarded for time spent on unsuccessful claims where all such claims were related to central claim on which plaintiffs prevailed); Illinois Welfare Rights Organization v. Miller, 723 F.2d 564 (7th Cir. 1983) (where plaintiff has asserted unsuccessful claims related to successful claims by common core of facts or based on related legal theories, time spent on these related unsuccessful claims should not be automatically excluded in arriving at reasonable attorneys' fee; instead, court must focus on overall results and if results obtained are sufficiently good, plaintiff is entitled to fully compensatory fee encompassing all hours reasonably expended on entire case); York v. Alabama State Board of Education, 681 F.Supp. 78 (M.D. Ala. 1986) (time spent on claims of class members not entitled to relieve under consent decree would be included in award of attorneys' fees where work related to such claims was so intertwined, both factually and legally, with successful claims that challenged hours should be compensable); Burston v. Virginia, 595 F.Supp. 644 (E.D. Va. 1984) (plaintiff who succeeded in obtaining Title VII judgment of back pay, but was unsuccessful on all other claims, entitled to attorneys' fees award including fees for work devoted to unsuccessful claims which included claim for reinstatement, compensatory damages, and punitive damages); Members of Bridgeport Housing Authority Police v. Bridgeport, 564 F.Supp. 2 (D. Conn. 1982) (despite fact plaintiffs prevailed only on Model City's Act Claim, plaintiffs still entitled to full attorneys' fee award since unsuccessful claims were not "clearly divisible" from successful claim).

prevailed on his claims against Defendant Prignano. Accordingly, for all the foregoing reasons, there should be no reduction in the fee award merely because Plaintiff failed to prevail on the interrelated claims against the other named Defendant. [Affidavit of Fay at ¶ 26.]

In addition, Plaintiff's counsel is seeking 15 hours for preparing this fee application after deducting for certain unproductive or duplicative hours, which is fully compensable.[3] [Affidavit of Fay at ¶ 27.] The fee for preparing the application totals $3,750.00. [Id. at 27 and Summary.] In addition, Plaintiffs' counsel is entitled to fees for responding to any objection to this application, including attending any court hearings relative thereto, as well as handling the other post judgment motions or matters before this Court, for which it reserves the right to file a supplemental fee application as the situation may warrant. [Id. at ¶32.]

**2. The Hourly Rates Applied to the Time Expended are Reasonable.**

"'[R]reasonable fees under §1988 are to be calculated according to the prevailing market rates in the relevant community," that is "those prevailing in the community for similar services by lawyers of reasonably comparable skill, experience and reputation." Blum, 465 U.S. at 897 and n.11. As indicated in the accompanying Affidavits, the proposed rates for Attorney Fay, Mannis, Jones and Souza of $250.00 per hour and for Attorneys Krech, LaBollita and Thurston of $200.00 per hour, and for Attorney Steven Crawford at $150.00 per hour are at or below the market rates for attorneys with comparable experience and competence in Rhode Island. [Affidavit of Formisano at ¶5.]

[3]The time spent applying for and establishing a fee award under §1988 is compensable. Lund v. Affleck, 587 F.2d 75, 77 (1st Cir. 1978); Kinney v. Int'l Brotherhood of Electrical Workers, 939 F.2d 690, 694-695 (9th Cir. 1991).

Similarly, the proposed rate of $90.00 per hour charged for paralegal services is at or below the rate charged in this community for comparable services.[4] [Affidavit of Formisano at ¶5.]

**3. The Expenses Requested by Plaintiff are Reasonable and Compensable.**

The First Circuit has ruled that "reasonable and necessary costs and expenses may be awarded to a prevailing party pursuant to 42 U.S.C. §1988." Palmigiano v. Garrahy, 707 F.2d 636, 637 (1st Cir. 1983). In Palmigiano, the Court of Appeals held that out-of-pocket-costs incurred by plaintiffs' attorneys, including transportation, lodging, parking, food and telephone expenses, were allowable under the statute. Id. The expenses of $81,073.11 incurred by the Plaintiff in connection with this case represent expenses related to filing fees, service of process, expert witness fees, photocopying, postage, deposition transcripts and related costs and expenses as itemized, all of which are reasonable and were necessary to the successful prosecution of this case. [Affidavit of Fay at ¶ 31.] In addition, the fees for which Plaintiffs' counsel seeks reimbursement are the type customarily charged to fee-paying clients during the course of legal representation. [Id. at ¶31.] Houghton v. Sipco, Inc., 828 F. Supp. 631 (S.D. Iowa 1993).

**B. The Remainder of the Attorneys' Fees and Costs Requested are Reasonable.**

In addition to being prevailing Plaintiffs with respect to their §1983 claims, Plaintiffs also prevailed on their claims pursuant to the State Wiretap Act (R.I. Gen. Laws § 12-5.1-13(a)(3)) and the State Right to Privacy statute (R.I. Gen. Laws § 9-1-28.1(b)). Both statutes provide for the award of attorneys' fees and costs to a prevailing party. R.I.

---

[4]Hours reasonably and productively expended by a paralegal in civil rights litigation is fully compensable at market rates in a fee award. Lipsett, 975 F.2d at 939.

Gen. Laws § 12-5.1-13(a)(3) provides that a person whose wire communication is intercepted shall be entitled to recover "Reasonable attorneys' fees and other litigation disbursements reasonably incurred." R.I. Gen. Laws § 9-1-28.1(b) provides that the court may award reasonable attorneys' fees and court costs to the prevailing party. While Plaintiffs failed to succeed against Defendant Lennon with respect to the Wiretap Act, they assert that this finding was in error as argued in their motion for a new trial in this regard. Moreover, with respect to the remaining Defendants (Vieira and the City of Providence Municipal Defendants), fees and costs should be awarded without reduction as the non-liability of Lennon did not change the amount of time expended or costs incurred[5] in any respect.

**V. <u>Conclusion</u>**

For the foregoing reasons, Plaintiff respectfully prays that this Court enter an Order awarding Plaintiff reasonable attorneys' fees and costs in the amount of $658,661.11.

Plaintiffs,
By their attorneys,

<u>/s/ Mark A. Fay</u>
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

[5] Again, to the extent Plaintiffs receive their requested costs in their Bill of Costs, their claim here should be reduced accordingly.

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002
401-274-0175 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Peter J. Comerford, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
pcomerfo@coialepore.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| vs. | : | C.A. NO. 04-304 |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |

| | | |
|---|---|---|
| JOHN C. CHMURA, et al. | : | |
| | : | |
| vs. | : | C.A. NO. 04-553 |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |

**AFFIDAVIT**

I, Mark A. Fay, Esq., being duly sworn, do hereby depose and say as follows:

1. At all times relevant hereto, I have been the attorney primarily responsible for prosecution of the within litigation on behalf of the Plaintiffs and I have personal knowledge of the facts set forth herein.

2. I am an attorney at law duly licensed to practice before all Courts in the State of Rhode Island and am a member in good standing and have been since my admission to the Rhode Island Bar in 1989. I am a member of the District Court for the District of Rhode Island. I am also a member of the First Circuit Court of Appeals.

3. My Rhode Island Bar Registration Number is 4208.

4. I am a graduate of Providence College (BA, Cum Laude 1986), and a graduate of Syracuse University (JD 1989).

5. I took and passed the Rhode Island Bar Exam on my first attempt in 1989.

6. In 1990, I began working as an associate with Gidley, Lovegreen & Sarli in Providence, Rhode Island. My practice consisted mainly of insurance defense civil litigation. I was employed by Gidley, Lovegreen & Sarli until 1993 at which time I began working as an associate with the insurance defense firm of Rice, Dolan & Kershaw in Providence, Rhode Island. In 2000 I started the law firm of Murphy & Fay, LLP with Attorney William J. Murphy. My practice as a partner in the law firm of Murphy & Fay, LLP consists of complex civil litigation.

7. I have experience in the areas of civil law and litigation. In particular, I have handled numerous cases involving a variety of legal issues, including but not limited to, civil rights, medical malpractice, insurance defense, personal injury, real estate litigation and complex civil litigation.

8. During the course of my experience in practicing law in this jurisdiction, I have become reasonably familiar with prevailing billing practices in Providence and throughout Rhode Island. Based on this familiarity, in my opinion, my normal hourly rate of $250.00 per hour is at or below the prevailing market rate charged by attorneys with comparable experience and competence in this community.

9. Attorney Carolyn A. Mannis also rendered services in connection with this firm's representation of the Plaintiffs in the above-cited matter.

10. It is my opinion, based on my foregoing experience, that an hourly rate of $250.00 per hour for Attorney Mannis is at or below the prevailing market rate charged by attorneys with comparable experience and competence.

11. Attorney Steven H. Crawford also rendered services in connection with this firm's representation of the Plaintiffs in the above-cited matter.

12. It is my opinion, based on my foregoing experience, that an hourly rate of $150.00 per hour for Attorney Crawford is at or below the prevailing market rate charged by attorneys with comparable experience and competence.

13. The offices of Murphy & Fay, LLP also retained the legal services of Lauren Jones Associates and Attorney Maurene Souza to assist in the litigation of this matter. Lauren Jones Associates and Maurene Souza's Affidavits are attached hereto as Exhibit B and Exhibit C. Lauren Jones Associates and Maurene Souza's time rendered in this case are itemized in Exhibit A.

14. Attorney Lauren E. Jones also rendered services in connection with this firm's representation of the Plaintiffs in the above-cited matter.

15. It is my opinion, based on my foregoing experience, that an hourly rate of $250.00 per hour for Attorney Jones is at or below the prevailing market rate charged by attorneys with comparable experience and competence.

16. Attorney David L. Krech also rendered services in connection with this firm's representation of the Plaintiffs in the above-cited matter.

17. It is my opinion, based on my foregoing experience, that an hourly rate of $200.00 per hour for Attorney Krech is at or below the prevailing market rate charged by attorneys with comparable experience and competence.

18. Attorney Mark L. LaBollita also rendered services in connection with this firm's representation of the Plaintiffs in the above-cited matter.

19. It is my opinion, based on my foregoing experience, that an hourly rate of $200.00 per hour for Attorney LaBollita is at or below the prevailing market rate charged by attorneys with comparable experience and competence.

20. Attorney Robert S. Thurston also rendered services in connection with this firm's representation of the Plaintiffs in the above-cited matter.

21. It is my opinion, based on my foregoing experience, that an hourly rate of $200.00 per hour for Attorney Thurston is at or below the prevailing market rate charged by attorneys with comparable experience and competence.

22. Attorney Maurene Souza also rendered services in connection with this firm's representation of the Plaintiffs in the above-cited matter.

23. It is my opinion, based on my foregoing experience, that an hourly rate of $250.00 per hour for Attorney Souza is at or below the prevailing market rate charged by attorneys with comparable experience and competence.

24. I am also familiar with prevailing market rates charged by paralegals in this community. Based on this familiarity, in my opinion, the hourly rate of $90.00 per hour for time spent filing documents with this Court, and/or performing such other non-legal work in this matter is at or below the prevailing market rate charged by paralegals with comparable experience and competence.

25. Attached hereto as Exhibit A is an itemized listing of services rendered and time spent for each day by myself and the other attorneys described above, as well as the paralegals, with respect to representation of the Plaintiffs in the above-cited matter prior to preparation of the instant fee application. Exhibit A also contains a summary of the total time spent by each of the foregoing individuals in connection with the representation of Plaintiffs in this matter which are reproduced below for the convenience of the Court:

**Actual Time Expended**

| | |
|---|---|
| Mark A. Fay, Esq. | 884.5 hours |
| Carolyn A. Mannis, Esq. | 843.2 hours |
| Steven H. Crawford, Esq. | 108.0 hours |
| Lauren E. Jones, Esq. | 11.8 hours |
| David L. Krech, Esq. | 197.1 hours |
| Mark L. LaBollita, Esq. | 3.2 hours |
| Robert S. Thurston, Esq. | 76.5 hours |
| Maurene Souza, Esq. | 107.0 hours |
| Kendra L. Lima | 299.2 hours |
| Debra C. Mannis | 152.5 hours |

26. Although this Court dismissed Plaintiffs' claims against Urbano Prignano, because these claims on which Plaintiffs did not prevail arose out of the same interrelated facts and challenged conduct, it is my opinion, both as a matter of law and fact, that no reduction in the fee award is justified. Accordingly, none has been proposed. In reaching the foregoing conclusion, I was further mindful of the fact that, notwithstanding Plaintiffs' lack of success as to this party: a) Plaintiffs' claim arose out of the same challenged acts and/or omissions and underlying facts, and, b) the overwhelming bulk of time expended on this matter related to responding to discovery and preparing for trial, which are not properly apportionable to any particular claim.

27. In addition to the legal services itemized in Exhibit A, Carolyn Mannis and I have spent 15 hours preparing the Fee Application including the Memorandum, Affidavits and Cost Sheets. *See Forgione v. AC & R Advertising, Inc.,* 147 F.R.D. 30, n.2 (S.D.N.Y.1993) ("counsel is entitled to seek fees for activities related to fee applications."). It is my opinion that fifteen (15) hours sought for preparing the within fee application is fair and reasonable particularly in view of the effort required to review time records and the actual documents and/or records prepared.

28. All legal services rendered and expenses incurred in this action as set forth in this Affidavit are reasonable and necessary for the diligent prosecution of Plaintiffs' claims in order to obtain a successful result on Plaintiffs' behalf. It is my opinion that services rendered by the attorneys identified were rendered in an efficient and economical manner with no significant duplication or unnecessary work.

29. Plaintiffs entered into a contingency fee agreement with counsel in which counsel would receive thirty-three and one-third (33 1/3%) percent of any gross recovery by settlement or otherwise. In the event that the case was prosecuted to its final determination with the result that there is no recovery of monies, Plaintiffs' counsel would receive no legal fee for services rendered. As per the terms of the contingency fee agreement, Plaintiffs' counsel is entitled to recover any fee award from any adverse party in this matter as a result of discovery proceedings, statute, or otherwise without affecting the terms of the one-third (1/3) contingency fee agreement from the gross recovery.

Plaintiffs agreed to pay five hundred ($500.00) dollars individually or per family to defer litigation costs. Should Plaintiffs' counsel recover any litigation costs, each five hundred ($500.00) dollar payment made per individual or per family shall be returned to said individual Plaintiff or Plaintiff's family.

30. The overall amount sought in this fee application as set forth below, in my opinion, is fair and reasonable under the circumstances and is comparable to charges regularly sought for performance of similar services by firms in similar cases within the locality. Indeed, in light of the contingent fee arrangement in this matter and the substantial risk imposed on Plaintiffs' counsel if Plaintiffs were not successful, the overall fee award sought is reasonable. Further, the fact that counsel represented One Hundred Thirty-Five (135) individual clients, was required to meet the elements of proof for each Plaintiff, the logistical requirements of representing that number of plaintiffs, the number of defendants involved, which each presented separate defenses and separate Motions for Summary Judgment, and separate trial defenses, the attorneys fees sought is reasonable.

31. Set forth as attached Exhibit D is a listing of litigation costs incurred in connection with representation of the Plaintiffs. It is my opinion that the total litigation costs listed therein totaling $81,073.11 are reasonable in view of the nature and demands of the case and are the types of costs customarily charged to fee-paying clients during the course of legal representation. The amounts listed in Exhibit D are correct; and all services reflected in Exhibit D were actually performed and were necessary to the presentation of the Plaintiffs' case; and all disbursements reflected in Exhibit D represent obligations actually incurred and necessary to the presentation of the Plaintiffs' case.

Pursuant to LR Cv 54, and 28 U.S.C. §1924, Plaintiffs have submitted a bill of costs with separate motion, memorandum in support and affidavit. Should Plaintiffs be awarded the costs listed in Exhibit D by means of the bill of costs motion, Plaintiffs are not seeking to duplicate recovery of said costs through this fee application and supporting affidavit.

32. The within fee application does not include any time expended in prosecuting the within fee application beyond preparation and filing of the initial Motion, Memorandum of Law, and Affidavits in support thereof. Nor does the application include time which may be expended in further post-trial or appellate work. Accordingly, this firm reserves the right to submit a supplemental fee application for any additional legal services it may perform and costs it may incur on behalf of Plaintiffs in support of the litigation.

33. Set forth below is a summary of the attorneys' fees and costs which Plaintiffs are seeking in the within fee application in the manner and for the reasons set forth above:

**Summary of Final Fee Request**

| Time Keeper | Hourly Rate | Hours | Amount |
|---|---|---|---|
| MAF | $250.00 | 884.5 | $221,125.00 |
| CAM | $250.00 | 843.2 | $210,800.00 |
| SHC | $150.00 | 108.0 | $ 16,200.00 |
| LEJ | $250.00 | 11.8 | $ 2,950.00 |
| DLK | $200.00 | 197.1 | $ 39,420.00 |
| MLL | $200.00 | 3.2 | $ 640.00 |
| RST | $200.00 | 76.5 | $ 15,300.00 |
| MS | $250.00 | 107.0 | $ 26,750.00 |
| KLL | $ 90.00 | 299.2 | $ 26,928.00 |
| DCM | $ 90.00 | 152.5 | $ 13,725.00 |

| | |
|---|---|
| Total lodestar fee: | $573,838.00 |
| Litigation Costs: | $ 81,073.11 |
| Fees incurred in preparing fee application (15.0 hours at $250.00 per hour): | $ 3,750.00 |
| Total Fee Application Request for Attorneys' Fees and Costs: | $658,661.11 |

Mark A. Fay

Subscribed and sworn to before me this 10 day of April, 2008.

Kendra Luma
Notary Public
My Commission Expires: 6/20/09

EXHIBIT A

| Date | Description | Attorney/ Paralegal Initials | Rate/ Hour | Hours |
|---|---|---|---|---|
| 6/2/03 | Initial meeting regarding strategy of lawsuit, civil liability, State and Federal violations and APRA request; Conference w/ Steven Crawford regarding legal research | CAM<br>SHC | $250<br>$150 | 1.6<br>1.6 |
| 6/3/03 | Draft and mail letter to City of Providence re: Public Records Request | SHC | $150 | .6 |
| 6/09/03 | Conference w/ Mark Fay regarding claims of illegal wiretapping and strategy regarding remedies | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 8/6/03 | Meeting with Carolyn Mannis and Mark Fay re: case strategy | CAM<br>MAF<br>SHC | $250<br>$250<br>$150 | 1.8<br>1.8<br>1.8 |
| 9/19/03 | Records review at Providence City Hall | CAM<br>SHC | $250<br>$150 | 2.2<br>2.2 |
| 9/19/03 | Meeting held at Fire Fighters Hall to meet with Fire Fighters as potential Plaintiffs to said lawsuit | CAM<br>MAF<br>SHC | $250<br>$250<br>$150 | 2.5<br>2.5<br>2.5 |
| 1/27/04 | Prepare for and attend meeting re: potential lawsuit; Legal research re: same | CAM<br>MAF | $250<br>$250 | 3.6<br>2.0 |
| 2/2/04 | Conference with Mark Fay re: preparation of lawsuit | CAM<br>MAF | $250<br>$250 | 1.7<br>1.7 |
| 2/21/04 | Legal research re: lawsuit; Work on draft of lawsuit | CAM | $250 | 2.3 |
| 2/23/04 | Continue working on Complaint (Walden Complaint) | CAM | $250 | 1.2 |
| 3/05/04 | Conference with Mark Fay re: revisions to Complaint | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 3/24/04 | Continue working on Complaint; Legal research re: claim against City of Providence; work on same (§45-15-5) | CAM | $250 | 5.3 |
| 3/26/04 | Continue working on edits to Complaint; receive and review e-mail from S. Crawford re: same; Call to S. Crawford re: edits to Complaint | CAM | $250 | .8 |

| | | | | |
|---|---|---|---|---|
| 3/31/04 | Work on claims to City per § 45-15-5 | CAM | $250 | .7 |
| 4/1/04 | Finalize claims to City re: § 45-15-5 | CAM | $250 | 1.3 |
| 4/2/04 | Conferences w/ Mark Fay re: case strategy | CAM<br>MAF | $250<br>$250 | .5<br>.2 |
| 4/5/04 | Conference with Mark Fay re: additional plaintiffs to add to lawsuit and lawsuit strategy | CAM<br>MAF | $250<br>$250 | .6<br>.6 |
| 4/6/04 | Exchange communications with J. Healy re: potential representation; Call to J. Healy re: same | CAM | $250 | .2 |
| 4/7/04 | Call to and from D. Bianco re: potential representation and lawsuit | CAM | $250 | .3 |
| 4/8/04 | Conference w/ J. Azevedo re: representation of S. Valz in lawsuit; Telephone call to S. Valz re: same | CAM | $250 | .4 |
| 4/9/04 | Conferences w/ S. Valz, D. Bianco and J. Healy re: potential representation and lawsuit | CAM | $250 | .8 |
| 7/20/04 | File (Walden) Complaint | CAM | $250 | .5 |
| 7/22/04 | Receive and review correspondence re: Chmura Plaintiffs from Peter Petrarca | MAF | $250 | .5 |
| 9/16/04 | File (8) Summons(es) | MAF | $250 | .5 |
| 10/8/04 | Receive and review Answer to Complaint filed by City of Providence | CAM<br>MAF | $250<br>$250 | 2.0<br>2.0 |
| 10/12/04 | Receive and review Answer to Complaint re: Manuel Vieira | CAM<br>MAF | $250<br>$250 | 1.0<br>1.0 |
| 10/12/04 | Receive and review correspondence from McAllister re: Joseph Richardson Answer; Conference w/ opposing Counsel re: extension to Answer Complaint | CAM<br>MAF | $250<br>$250 | .4<br>.2 |
| 10/12/04 | Receive and review correspondence and Entry of Appearance on behalf of Joseph Richardson | CAM<br>MAF | $250<br>$250 | .2<br>.2 |

| | | | | |
|---|---|---|---|---|
| 10/13/04 | Receive and review correspondence and Stipulation re: Richardson Answer; Execute same; Meeting w/ opposing counsel re: same | CAM<br>MAF | $250<br>$250 | .4<br>.4 |
| 10/14/04 | Receive and review Stipulation Extending time for Defendant J. Richardson to respond to Complaint signed by Judge Smith | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 10/25/04 | Receive and review Answer to Complaint filed by Defendant J. Richardson | CAM<br>MAF | $250<br>$250 | 1.0<br>1.0 |
| 11/10/04 | Prepare and File Plaintiffs' Motion and Memorandum to Extend time for service of process; attention to file re same | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 11/12/04 | Receive and review Order granting Motion to Extend Time for Service | CAM<br>MAF | $250<br>$250 | .1<br>.1 |
| 11/15/04 | Receive and review Answer to Complaint re: Mary Lennon | CAM | $250 | .4 |
| 11/22/04 | Receive and review Request for Production and Interrogatories re: Walden case | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 11/23/04 | Receive and review Petition for Court Excusal re: K. McAllister | CAM | $250 | .2 |
| 12/3/04 | Receive and review faxed correspondence from S. Carlin re: extension re: Complaint Answer (Walden) | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 12/7/04 | Call to and from Attorney Susan Carlin re: continuance | CAM | $250 | .2 |
| 12/9/04 | Receive and review Cianci's Stipulation to Extend Time to Respond to Complaint | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 12/13/04 | Prepare Motion to Amend new complaint adding additional plaintiffs | CAM | $250 | 2.7 |
| 12/17/04 | Receive and review Answer to Complaint filed by Prignano | CAM<br>MAF | $250<br>$250 | 1.0<br>1.0 |
| 12/22/04 | Conference re: Kevin McAllister; Receive and review correspondence and discovery propounded to Plaintiffs | CAM<br>MAF | $250<br>$250 | .3<br>.3 |

| | | | | |
|---|---|---|---|---|
| 12/28/04 | Continue preparation of (Chmura) Complaint | CAM | $250 | 1.5 |
| 12/30/04 | File (Chmura) Complaint | CAM | $250 | .5 |
| 1/3/05 | Meeting with Mark Fay re: outstanding discovery strategy | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 1/5/05 | Receive and review Motion to Compel all Plaintiffs to answer first set of interrogatories filed by Defendant Richardson | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 1/5/05 | Receive and review Motion to Compel all Plaintiffs to produce requested documents filed by Defendant Richardson | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 1/6/05 | Receive anonymous call re: S. Moise as Defendant in Walden Complaint; Conference w/ Mark Fay re: strategy | CAM<br>MAF | $250<br>$250 | .3<br>.2 |
| 1/11/05 | Draft Objection to Motion to Compel Answers to Interrogatories; Memo in support of same; Draft Objection Motion to Compel Production of Documents; Memo in support of same; Prepare First Amended Complaint re: additional Plaintiffs; Legal research re: discovery; File same | CAM<br>MAF | $250 | 3.2 |
| 1/11/05 | File First Amended Complaint (Chmura) | CAM | $250 | .5 |
| 1/13/05 | Receive and review Show Cause Order re: Cianci; conference re: Order to Show Cause; Receive and review Stipulation re Cianci answer to complaint | CAM<br>MAF | $250<br>$250 | .8<br>.8 |
| 1/14/05 | Receive and review Entry of Appearance on behalf of Cianci; Receive and review Answer to Complaint filed by Cianci | CAM<br>MAF | $250<br>$250 | 1.2<br>1.2 |
| 1/14/05 | Hearing re: Motion to Compel all Plaintiffs to produce documents requested by Richardson | CAM<br>MAF | $250<br>$250 | 1.0<br>1.0 |
| 1/14/05 | Rule 16 Conference before | CAM | $250 | 1.0 |

| | | | | |
|---|---|---|---|---|
| | Judge Smith | MAF | | |
| 1/14/05 | Conference with Mark Fay re: Arizona Plaintiffs strategy re: Amending Complaint; Receive and review notice re: pre-trial conference | CAM<br>MAF | $250<br>$250 | 1.0<br>1.0 |
| 1/18/05 | Prepare second amended complaint; Prepare Subpoena re: Stephen Moise; Prepare Discovery; Receive/ review Notice re: Rule 16 Conference; File second amended Complaint | CAM | $250 | 2.1 |
| 1/18/05 | Prepare for and Attend Rule 16 Conference before Judge Smith; post conference meeting re strategy re litigation | CAM<br>MAF | $250<br>$250 | 2.0<br>2.0 |
| 1/21/05 | Receive returned subpoena on Stephen Moise | CAM<br>MAF | $250<br>$250 | .1<br>.1 |
| 1/25/05 | Receive and review Notice re: Motion to Compel; Conference re: same; Conference w/ Court Clerk re: new date; Receive and review Amended Notice re: same; Receive and review second amended notice re: same | CAM<br>MAF | $250<br>$250 | .5<br>.4 |
| 1/25/05 | Prepare correspondence to Martin, M/M Cataldo, M/M Serbst, M/M Young, M/M Kenyon, Mr. Rock, Ms. O'Brien, M/M Molis, M/M Wentworth, M/M Walden, M/M Kennedy, M/M Picozzi, M/M Robert and B. Benson re: draft interrogatories and production responses; Attention to file re: same | MAF | $250 | 1.2 |
| 1/27/05 | Receive and review Request for Production of Documents | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 1/28/05 | Prepare for and attend Court re: Motion to Compel; Conference w/ Kevin McAllister, D. Robinson, G. Santopietro and call to Susan Carlin re: service of process; Receive and review proposed Orders | CAM<br>MAF | $250<br>$250 | 2.4<br>2.4 |
| 1/28/05 | Meeting w/ Craig Martin re: | KLL | $90 | 1.5 |

| | | | | |
|---|---|---|---|---|
| | review of and signing of interrogatories from Defendant Richardson | | | |
| 1/28/05 | Meeting w/ William L. Serbst, III and wife re: review of and signing of interrogatories from Defendant Richardson | KLL | $90 | 1.5 |
| 1/28/05 | Meeting w/ Robert M. Cataldo and family re: review of and signing of interrogatories from Defendant Richardson | KLL | $90 | 2.0 |
| 1/31/05 | Continue working on Plaintiffs' response to Defendant Joseph Richardson's First Set of Interrogatories | CAM<br>MAF | $250<br>$250 | 2.0<br>2.0 |
| 1/31/05 | Meeting w/ Bonnie J. Benson re: review of and signing of interrogatories from Defendant Richardson | KLL | $90 | 1.0 |
| 1/31/05 | Prepare for and conduct deposition of Stephen Moise | CAM | $250 | 5.0 |
| 1/31/05 | Meeting w/ Edward S. Kennedy and wife, Joseph Molis and wife, Thomas Walden and wife, J. Rock and C. O'Brien, Paul Picozzi and wife, P. Wentworth and wife re: review of and signing of interrogatories from Defendant Richardson | KLL | $90 | 6.5 |
| 1/31/05 | Prepare correspondence to R. Crellin, M/M Bretanha, M. Tillman, M/M Randall, M/M Moreino, M/M Vingi re: draft interrogatories and production responses | MAF | $250 | .8 |
| 2/1/05 | Receive and review Orders re: Motions to Compel | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 2/2/05 | Receive and review executed Orders re: Motions to Compel; Receive and review revised notice re: Pre-Trial Conference | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 2/2/05 | Prepare correspondence to M/M Robinson, M/M Moreino, M/M Rathbone, M/M Celani and M/M Greenwell re: draft interrogatories and production | MAF | $250 | .7 |

| | | | | |
|---|---|---|---|---|
| | responses | | | |
| 2/3/05 | Meeting w/ Joseph Vingi, Jr. and family, Joseph Bretanha and family, Matthew Randall and wife re: review of and signing of interrogatories from Defendant Richardson | KLL | $90 | 4.5 |
| 2/4/05 | Meeting w/ Philip E. Payne and family, Chris Wagner, and Gerald Carvalho and family re: review of and signing of interrogatories from Defendant Richardson | KLL | $90 | 5.0 |
| 2/7/05 | Meeting w/ Joseph P. Moreino, Jr. and wife, Peter Celani and wife, Donald Rathbone and family, and Kenneth Greenwell and wife re: review of and signing of interrogatories from Defendant Richardson | KLL/ SHC | $150 | 6.0 |
| 2/9/05 | Prepare correspondence to M/M Reddington and M/M Barrett re: draft interrogatories and production responses | MAF | $250 | .4 |
| 2/10/05 | Meeting w/ Daniel V. Rinaldi and family, Steven Ruhle and family, and Chris Petit and wife re: review of and signing of interrogatories from Defendant Richardson | KLL | $90 | 4.5 |
| 2/10/05 | Prepare correspondence to Mr. Hannon, M/M Randall, Ms. Luce and Mr. Neri re: draft interrogatories and production responses | MAF | $250 | .3 |
| 2/11/05 | Meeting w/ Kenneth G. Greenwell and wife re: review of and signing of interrogatories from Defendant Richardson | KLL | $90 | 1.5 |
| 2/14/05 | Conference w/ Mark Fay re: Pre-Conference Statement; Attention to file re: same | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 2/14/05 | Meeting w/ ErnestYoung, and wife, Robert Barrett and wife, and Frank Reddington and family re: review of and signing | KLL/ SHC | $150 | 5.5 |

| | | | | |
|---|---|---|---|---|
| | of interrogatories from Defendant Richardson | | | |
| 2/15/05 | Work on Pre-Trial Conference Statement; Legal research re: elements re: rights to privacy, civil liability for crimes and offenses, violations of civil rights, fourth amendment, federal and state wire tap acts; Prepare and file same; Conference w/ Mark Fay re: same; Attention to file re: summons re: 2nd Action | CAM<br>MAF | $250<br>$250 | 2.6<br>.4 |
| 2/15/05 | Meeting w/ John J. Hannon, William R. Kenyon and family, Mark Randall and wife, Frederick Robinson and family re: review of and signing of interrogatories from Defendant Richardson | KLL/ SHC | $150 | 6.5 |
| 2/16/05 | Conference re: strategy for Pre-Trial Conference; Calls to and conference with opposing counsel re: same | CAM<br>MAF | $250<br>$250 | .5<br>.2 |
| 2/17/05 | Prepare for and attend Pre-Trial Conference; Conference w/ Mark Fay re: strategy re: litigation; attention to file re same | CAM<br>MAF | $250<br>$250 | 1.5<br>1.5 |
| 2/22/05 | Meeting w/ Vincent P. Clements re: review of and signing of interrogatories from Defendant Richardson | KLL/ SHC | $150 | 1.5 |
| 2/28/05 | Calls to and from opposing counsel re: discovery plan meeting date | CAM<br>MAF | $250 | .5 |
| 3/1/05 | Receive and review Notice of Withdrawal by Attorney Oredugba; Receive and review Entry of Appearance for Cicilline and Esserman by Attorney Calise | CAM<br>MAF | $250 | .4 |
| 3/3/05 | Meeting w/ Chris O'Halloran and wife, Peter McMichael and family and William Higginson and wife re: review of and | KLL/ SHC | $150 | 4.5 |

| | | | | |
|---|---|---|---|---|
| | signing of interrogatories from Defendant Richardson | | | |
| 3/9/05 | Conference w/ Mark Fay re: discovery plan; Fax discovery plan to Mark Fay | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 3/10/05 | Meeting re: Summons and Subpoenas | CAM<br>MAF | $250<br>$250 | .4<br>.4 |
| 3/11/05 | Receive and review Defendants' Discovery Plan; conference re strategy re same | CAM/<br>MAF | $250<br>$250 | .8<br>.8 |
| 3/11/05 | Prepare Notices of Deposition re Keeper of Records re Providence Police, Attorney General and State Police; File same; Prepare Subpoenas re same | KLL | $90 | 3.0 |
| 3/16/05 | Receive returned Subpoenas for Keeper of Records for Providence Police, RI State Police and Department of Attorney General | MAF | $250 | .4 |
| 3/18/05 | Work on discovery plan; Draft and file same; Prepare correspondence re: service of process; Conference re: Defendants' discovery plan | CAM<br>MAF | $250<br>$250 | 2.2<br>.3 |
| 3/21/05 | Finalize and file Plaintiffs' proposed Discovery Plan | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 3/21/05 | Meeting w/ David Neri re: review of and signing of interrogatories from Defendant Richardson | KLL | $90 | 1.5 |
| 3/23/05 | Receive and review notice from Court re: Conference re: discovery plans | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 3/29/05 | Receive and review Answer to (Chmura) Complaint filed by Manuel Vieira | CAM<br>MAF | $250<br>$250 | 1.0<br>1.0 |
| 3/31/05 | Receive and review Response by RI State Police in opposition to served subpoena | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 4/5/06 | Receive and review Order | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 4/6/05 | Receive and review Answer to Second Amended (Chmura) Complaint filed by City of | CAM<br>MAF | $250<br>$250 | 1.0<br>1.0 |

| | | | | |
|---|---|---|---|---|
| | Providence; Receive and review Request for Production | | | |
| 4/7/05 | Receive and review Report and Recommendation by Judge Martin re: Proposed Discovery Order | CAM<br>MAF | $250<br>$250 | .4<br>.4 |
| 4/7/05 | Prepare for and attend hearing re: proposed discovery plan before Judge Martin | CAM<br>MAF | $250<br>$250 | 2.0<br>2.0 |
| 4/8/05 | Receive hard copy re: report and recommendation | CAM<br>MAF | $250<br>$250 | NC |
| 4/8/05 | Receive and review Answer to (Chmura) Complaint filed by Richardson | CAM<br>MAF | $250<br>$250 | .8<br>.8 |
| 4/11/05 | Receive and review Providence Police Department File re: Subpoena | MAF | $250 | 4.7 |
| 4/11/05 | Receive and review Answer to (Chmura) Complaint filed by Mary Lennon | CAM<br>MAF | $250<br>$250 | .8<br>.8 |
| 4/11/05 | Receive and review Motion and Memo by RI State Police and RI AG's office for Protective Order | MAF | $250 | 1.5 |
| 4/11/05 | Attend and conduct Keeper of Records Deposition for Dept. of Attorney General and Attend and conduct Keeper of Records Deposition for State Police; attention to file re nonappearance and strategy re same | MAF | $250 | 1.5 |
| 4/13/05 | Receive and review Motion for Protective Order from Mark Fay re: AG | CAM | $250 | .6 |
| 4/26/05 | Receive and review Answer to (Chmura) Complaint filed by Cianci | MAF | $250 | .8 |
| 4/27/05 | Prepare Objection to Motion for Protective Order, motion to adjudge in contempt and Memorandum of law in support of same; File same; Legal research re: same; Receive and review answer from Cianci to second Complaint; conference | CAM<br>MAF | $250<br>$250 | 3.5<br>3.5 |

| | | | | |
|---|---|---|---|---|
| | re same | | | |
| 4/29/05 | Receive and review Pre-Trial Order | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 5/2/05 | Receive and review Motion and Memo by AG re: timeliness; conference re same | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 5/2/05 | Receive Urbano Prignano's Answer to Second Amended Complaint; Receive and review M. Vieira's response to Plaintiffs' request for production of documents; meeting re same | CAM<br>MAF | $250<br>$250 | 2.0<br>2.0 |
| 5/4/05 | Receive/ review Notice re: hearing re Motion for Protective Order and Motion to Strike; Calls to and from Court Clerk re: conflict; Conference re: same; Receive and review interrogatories | CAM<br>MAF | $250<br>$250 | .7<br>.7 |
| 5/5/05 | Conference w/ M. Saucier re: hearing re Motion for Protective Order; Call to R. Wooley's opposing counsel re: same; Receive/ review Supplemental Memorandum of law re: Motion to Strike; Legal research re: time for filing Objections to Motions Rule 5, Rule 6, local rules; Prepare Objection and memorandum of law in support of objection to Motion to Strike; Receive and review Amended notice re: AG Motion for Protective Order and Motion to Strike Objection as untimely | CAM | $250 | 1.7 |
| 5/5/05 | Receive and review Amended notice re: AG Motion for Protective Order and Motion to Strike Objection as untimely | MAF | $250 | .2 |
| 5/6/05 | Finalize and File Plaintiffs' Objection to Motion to Strike Objection and memorandum of law in support of same | CAM<br>MAF | $250<br>$250 | 1.5<br>1.5 |
| 5/6/05 | Receive and review Request for Production | CAM<br>MAF | $250<br>$250 | .5<br>.5 |

| | | | | |
|---|---|---|---|---|
| 5/11/05 | Receive and review Motion and Memo by Vieira to Amend Answer; Receive and review Amended Answer; Receive and review interrogatories re: Chmura Plaintiffs | CAM<br>MAF | $250<br>$250 | 1.5<br>1.5 |
| 5/12/05 | Prepare for and attend Hearing re: Motion for Protective Order and Motion to Strike; Conference re: result of Court hearing | CAM | $250 | 1.6 |
| 5/12/05 | Receive and review Interrogatories and Request for Production of Documents | CAM<br>MAF | $250<br>$250 | .2<br>1.5 |
| 5/12/05 | Attention to file re: Discovery Requests | MAF | $250 | .5 |
| 5/13/05 | Receive/ review Order re: Motion to Strike and for Protective Order; Conference w/ other Attorneys re: same; Legal research re: same | CAM | $250 | 1.6 |
| 5/17/05 | Conference re: strategy re objection to Magistrate. Judge's Order re: Motion for Protective Order and Motion to Strike Objection; Receive/ review City's answer to second Amended Complaint | CAM<br>MAF | $250<br>$250 | 1.0<br>1.0 |
| 5/18/05 | Conference re: case strategy; Receive and review Notice re: Pre-Trial Conference | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 5/20/05 | Work on Objection and memorandum re: Mag. Judge's decision | CAM | $250 | .6 |
| 5/23/05 | Finalize Objection re: Mag. Judge's Order and Memo in support of same; File same; Receive/ review additional docs re: Subpoena for Providence Police; Receive and review fax from MAF office re: AG memorandum re: Motion to Strike | CAM | $250 | 4.7 |
| 5/23/05 | Prepare fax to Attorney Mannis re: AG Motion to Strike | KLL | $90 | .2 |
| 5/26/05 | Prepare and file Objection re: | CAM | $250 | .5 |

| | | | | |
|---|---|---|---|---|
| | Motion to Amend re: Vieira; Receive/ review Order re: same | MAF | $250 | .5 |
| 5/27/05 | Receive/ review Motion to Compel Production of Documents; Receive/ review memorandum re: Defendants' Objection to Plaintiffs' Objection re: Mag. Judge's Order; conference re same; attention to file re same | CAM<br>MAF | $250<br>$250 | .8<br>.8 |
| 5/31/05 | Receive/ review revised memorandum re: Defendants' Objection to Plaintiffs' Objection re: Mag. Judge's Order and correspondence re: same | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 6/1/05 | Prepare Pre-Trial Conference Statement; File same | CAM<br>MAF | $250<br>$250 | 2.2<br>1.0 |
| 6/1/05 | Prepare and file Motion for Extension of Time to Responses due on 6/15/05 | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 6/2/05 | Prepare correspondence to Judge Smith re: Pre-Trial Conference | KLL | $90 | .4 |
| 6/3/05 | Prepare for and Attend Pre-Trial Conference; Conference re: Court Hearing | CAM | $250 | 2.3 |
| 6/3/05 | Receive and review Notice of Appearance by David Ursillo on behalf of Manuel Vieira | CAM | $250 | .2 |
| 6/6/05 | Receive and review Amended Pre-Trial Order and Order re: consolidation of cases (Walden & Chmura Complaints) attention to file re same | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 6/7/05 | Conference re: result of Rule 16 Conference | CAM | $250 | .7 |
| 6/8/05 | Conference w/ Steve Crawford re: strategy of Plaintiffs' claims | CAM | $250 | 2.1 |
| 6/9/05 | Conference re: Request for Production of Documents and Objection re: Motion to Compel same | CAM<br>MAF | $250<br>$250 | .4<br>.4 |
| 6/10/05 | Receive and review Amended Pre-Trial Order | CAM<br>MAF | $250<br>$250 | NC<br>NC |
| 6/13/05 | Receive and review Objection | CAM | $250 | .2 |

| | | | | |
|---|---|---|---|---|
| | re: Motion to Enlarge Time | MAF | $250 | .2 |
| 6/14/05 | Receive and review Notice re: Hearing re Motion to Compel Production; Receive and review correspondence from K. McAllister re: meet and confer requirements re: discovery requests | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 6/15/05 | Receive and review correspondence from opposing counsel re: answers to interrogatories | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 6/16/05 | Prepare and file Motion for Extension of Time to Answer Interrogatories | CAM<br>MAF | $250<br>$250 | .7<br>.2 |
| 6/22/05 | Receive/ review Stipulation and correspondence re: Motion to Compel Production of Documents; Execute and reply to same; conference and attention to file re same | CAM<br>MAF | $250<br>$250 | .3<br>.2 |
| 6/24/05 | Receive and review Order re: Motion for Extension of Time re: Interrogatories | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 6/27/05 | Conference re: Richardson Discovery Request and meeting re: Amended Complaint | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 6/28/05 | Prepare and file Stipulation re: Motion to Compel | CAM | $250 | .5 |
| 6/30/05 | Phone call Re Richardson meeting | CAM | $250 | .1 |
| 7/1/05 | Receive and review interrogatories to Plaintiffs; attention to file re same | CAM<br>MAF | $250<br>$250 | .4<br>.8 |
| 7/5/05 | Receive and review Motion to Dismiss, Motion to Compel Answers to First Set of Interrogatories and Requested Documents by Richardson | CAM<br>MAF | $250<br>$250 | 1.5<br>1.5 |
| 7/5/05 | Receive and review court excusal re: McHugh | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 7/6/05 | Conference re: strategy for Complaint and discovery | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 7/11/05 | Conference re: Motion to Dismiss re: discovery filed by Richardson | CAM<br>MAF | $250<br>$250 | .5<br>.5 |

| | | | | |
|---|---|---|---|---|
| 7/12/05 | Conference re: deadline to Objection to Motion to Compel and Motion to Dismiss re: discovery | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 7/13/05 | Conference re: strategy of Complaint and Discovery; Prepare Objections and Memos re: Richardson Discovery Motions | CAM<br>MAF | $250<br>$250 | 2.1<br>.5 |
| 7/19/05 | Receive and review notice re: Motions to Compel re: Chmura; Attention to file re: same | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 7/20/05 | Receive/ review Notices re: Hearing on Discovery Motions re: Walden and Chmura | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 7/21/05 | Receive and review K. McAllister's Court Excusal | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 7/25/05 | Conference re: Hearing on Discovery Motions | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 7/26/05 | Conference re: resolution of Discovery Motions and case strategy; Call to and from Dean Robinson re: Discovery Motions | CAM<br>MAF | $250<br>$250 | .4<br>.2 |
| 7/27/05 | Receive and review Orders Granting Motion to Compel Production of Documents, Answers to Interrogatories and Motions to Dismiss; attention to file re same | CAM<br>MAF | $250<br>$250 | .8<br>.8 |
| 7/28/05 | Conference with Mark Fay re: Hearing re Objection to Mag. Order re: Protective Order; Receive/ review Order re: Discovery Motions; Conference with Dean Robinson re Mary Lennon | CAM<br>MAF | $250<br>$250 | .6<br>.4 |
| 7/29/05 | Prepare and attend Court re: Hearing on Objection to Mag. Order; Conference re: same; Prepare Order; Prepare fax to R. Woolley re: proposed order | CAM<br>MAF | $250<br>$250 | 2.8<br>1.3 |
| 8/1/05 | Conference with R. Woolley re: Order; Edits re: same | CAM | $250 | .3 |
| 8/3/05 | Conference re: expert, witnesses, claims, discovery | CAM<br>MAF | $250<br>$250 | 3.1<br>1.5 |

| | | | | |
|---|---|---|---|---|
| | and strategy: Revise memo re: criminal liability Attorney General's investigation; Finalize consent Order and file same | | | |
| 8/8/05 | Receive and review Executed Order | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 8/9/05 | Conference and meeting re: strategy for meeting w/ Ted Baker re: expert testimony – | CAM<br>MAF | $250<br>$250 | .8<br>.8 |
| 8/10/05 | Conference re: meetings for expert witnesses | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 8/11/05 | Conference re: strategy re: experts | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 8/15/05 | Meeting w/ Paul Buteau re: review of and signing of interrogatories from Defendant Richardson | KLL | $90 | 1.5 |
| 8/15/05 | Receive and review court excusal re: Dean Robinson | CAM<br>MAF | $250<br>$250 | .1<br>.1 |
| 8/16/05 | Prepare for and attend meeting w/ Ted Baker (expert witness prep.); Correspondence to Kevin McHugh re: hard drive; Prep. Req. for Production re: same; Prep. Depo. Notices re: Vieira, Prignano, Lennon, Richardson and Cianci | CAM<br>MAF | $250<br>$250 | 4.2<br>6.0 |
| 8/18/05 | Prepare and file Notices to take Deposition of Cianci, Richardson, Lennon, Prignano and Vieira | KLL | $90 | 1.5 |
| 8/22/05 | Receive notice re: Hearing on Motion for Protective Order | CAM | $250 | .2 |
| 8/23/05 | Receive and review faxed correspondence from G. West re: Draft Motion for Protective Order/ Meet and confer obligation; Attention to file re: same | CAM<br>MAF | $250<br>$250 | .4<br>.4 |
| 8/24/05 | Meeting w/ Robert J. Reilly and family re: review of and signing of interrogatories from Defendant Richardson | KLL/ SHC | $150 | 1.5 |
| 8/25/05 | Meeting w/ Robert D. Crellin and Donald Dubuque and wife | KLL/ SHC | $150 | 3.0 |

| | | | | |
|---|---|---|---|---|
| | re: review of and signing of interrogatories from Defendant Richardson | | | |
| 8/29/05 | Prepare for and attend Court re: Hearing on AG and Police's Motion for Protective Order; Letter re: same; Receive and review correspondence from G. West re: Motion for Protective Order; Legal research re: investigative privilege deliberative process and protective orders | CAM<br>MAF | $250<br>$250 | 5.6<br>3.7 |
| 8/30/05 | Receive and review Motion re: Protective Order filed by Cianci | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 8/30/05 | Receive and review Order re: Protective Order filed by RI State Police | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 9/6/05 | Prepare documents and correspondence to Mag. Judge Martin re: in camera review re: Subpoena for AG and State Police | CAM<br>MAF | $250<br>$250 | 1.2<br>.5 |
| 9/7/05 | Prepare and file Plaintiffs' Objection to Defendant Cianci's Motion for Protective Order; Prepare Plaintiffs' Memorandum of Law in Support of their Objection to Defendant Cianci's Motion for Protective Order | CAM<br>MAF | $250<br>$250 | 1.5<br>.5 |
| 9/7/05 | Meeting w/ Ted Baker re: expert review; Conference with Kevin McHugh re: inspection and mirror copy of hard drive; Conference re: outstanding case matters | CAM<br>MAF | $250<br>$250 | 3.2<br>4.5 |
| 9/8/05 | Receive and review Order of Determination of Essential Sameness and Order re: Motion for Protective Order | MAF | $250 | .3 |
| 9/8/05 | Conference w/ R. Wooley re: extension of time re privilege log | CAM | $250 | .2 |
| 9/8/05 | Prepare and mail correspondence to Mellor, | MAF | $250 | .8 |

| | | | | |
|---|---|---|---|---|
| | Segee, Tillman, Doughty re: discovery responses | | | |
| 9/9/05 | Receive and review Order of Determination of Essential Sameness and Order re: Motion for Protective Order from Mark Fay | CAM | $250 | .3 |
| 9/12/05 | Meeting w/ Roger Richards Jr. and Joshetta Gabbidon re: review of and signing of interrogatories from Defendant Richardson | KLL/ SHC | $150 | 1.5 |
| 9/12/05 | Conference w/ E. Calcagni re: dismissal | KLL | $90 | .2 |
| 9/12/05 | Prepare correspondence to E. Calcagni re: dismissal | MAF | $250 | .2 |
| 9/13/05 | Conference re: strategy of Order re: sameness; Expert testimony; Mirror Image and Depositions re Vieira and Cianci's Protective Order | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 9/14/05 | Receive and review notice re: hearing re: Motion for Protective Order; Attention to file re: same | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 9/15/05 | Receive return receipt on certified letter to Mr. & Mrs. Mellor | KLL | $90 | .1 |
| 9/15/05 | Conference w/ R. Wooley re: list, privilege log; Receive/ review correspondence from Kevin McHugh re: mirror image | CAM | $250 | .3 |
| 9/16/05 | Receive return receipt on certified letter to M/M Segee | MAF | $250 | .1 |
| 9/16/05 | Meeting w/ Joseph F. Mellor and wife and Paul Doughty and daughters re: review of and signing of interrogatories from Defendant Richardson | KLL | $90 | 3.3 |
| 9/19/05 | Receive/ review Court Excusal re: Kevin McAllister; Conference w/ R. Wooley re: privilege log | CAM<br>MAF | $250<br>$250 | .2<br>.1 |
| 9/19/05 | Meeting w/ Michael Segee and wife re: review of and signing | KLL | $90 | 1.5 |

| | | | | |
|---|---|---|---|---|
| | of interrogatories from Defendant Richardson | | | |
| 9/20/05 | Conference re: meeting, depositions, and interrogatory answers | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 9/20/05 | Receive returned receipt re: E. Calcagni re: dismissal correspondence | KLL | $90 | .1 |
| 9/21/05 | Preparation Re: hearing on Motion for Protective Order; Legal Research re: Wiretap Act | CAM | $250 | 1.3 |
| 9/22/05 | Prepare for and attend hearing re: Cianci's Motion for Protective Order; Meeting re: strategy for Motion for Leave of Court re: Cianci Depo.; Meeting re: answers to interrogatories and request for production and extension of time re: same; Receive and review Order granting Defendant Cianci's Motion for Protective Order; | CAM<br>MAF | $250<br>$250 | 3.6<br>2.0 |
| 9/23/05 | Receive/ review Order re: Protective Order of Cianci; Prepare Plaintiffs' Motion for Leave of Court to take deposition; Prepare Motion and Memo of Support re: Contempt and Order compelling City re: hardware, revise file re: same; Review and prepare exhibits re: same; File same | CAM<br>MAF | $250<br>$250 | 2.6<br>1.0 |
| 9/26/05 | Prepare Motion and Memo in Support of extension of time re: Deposition. of individual Defendants and interrogatories; Receive/ review privilege log | CAM<br>MAF | $250<br>$250 | 3.1<br>.5 |
| 9/27/05 | Meeting w/ Mark Tillman re: review of and signing of interrogatories from Defendant Richardson and all Defendants | KLL | $90 | 1.5 |
| 9/28/05 | Conference re: interrogatories and production responses; Continue Review of privilege log; Call to R. Wooley re: same | CAM | $250 | 2.9 |

| | | | | |
|---|---|---|---|---|
| 9/28/05 | Meeting w/ Margaret M. Burns and Donna Pietrunti re: review of and signing of interrogatories from all Defendants | KLL | $90 | 3.5 |
| 9/28/05 | Receive and review Order re: Cianci deposition re: Young case | CAM | $250 | .3 |
| 9/29/05 | Receive and review correspondence, Objection and memorandum of law re: Motion to Enlarge; Attention to file re: same | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 9/29/05 | Conferences w/ Mark Fay re: strategy and pending matters | CAM<br>MAF | $250<br>$250 | .4<br>.4 |
| 9/29/05 | Meeting w/ Michael J. Hughes and wife re: review of and signing of interrogatories from all Defendants | KLL | $90 | 1.5 |
| 9/30/05 | Receive and review Objection to Motion to Adjudge in Contempt and memorandum of law re: same | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 9/30/05 | Meeting W/ Mark Fay re: discovery responses; Conference w/ R. Wooley re: extension; Prepare correspondence to Mag. Judge Martin re: same | CAM<br>MAF | $250<br>$250 | 1.7<br>1.0 |
| 10/3/05 | Receive and review Objections and memoranda re: Cianci deposition (Cianci and City) | CAM<br>MAF | $250<br>$250 | 1.6<br>1.6 |
| 10/3/05 | Receive unclaimed correspondence re: Tillman re: discovery | KLL | $90 | .1 |
| 10/3/05 | Prepare discovery; Conference re: R. Wooley re: inventory; Receive/ review correspondence from Mag. Judge Martin re: extension of AG Subpoena | CAM | $250 | 1.7 |
| 10/4/05 | Prepare and finalize Plaintiffs' response to Production Request | MAF | $250 | 6.3 ?? |
| 10/4/05 | Receive/ review Notice re: Hearing re Cianci Depo and Motion to Enlarge Time; Meeting re: discovery responses | CAM<br>MAF | $250<br>$250 | .8<br>.8 |

| | | | | |
|---|---|---|---|---|
| | and strategy re: Judge Martin's compliance with AG Subpoena | | | |
| 10/4/05 | Conference w/ K. Tibbets re: dismissal | KLL | $90 | .2 |
| 10/4/05 | Prepare correspondence to K. Tibbets re: dismissal | MAF | $250 | .2 |
| 10/5/05 | Receive and review faxed correspondence from Mag. Judge Martin re: extension re: Order re: Motion for Protective Order; Attention to file re: same | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 10/5/05 | Conference re: strategy re Motion for Protective Order; Strategy re: Discovery | CAM<br>MAF | $250<br>$250 | .4<br>.2 |
| 10/6/05 | Prepare for Hearing on Cianci Deposition and Motion to Enlarge Submission re: AG Subpoena; conference and attention to file re same | CAM<br>MAF | $250<br>$250 | 1.6<br>.5 |
| 10/6/05 | Receive and review notice re: Motion to Adjudge in Contempt re: AG documents; Attention to file re: same | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 10/6/05 | Prepare correspondence to M. DeRobbio, T. Mancini, S. Manning, M. Bianco, M. Melvin, L. Isherwood, M. Patimo, S. Buote, S. Harrington, E. Pattek re: appointment with office and discovery | MAF | $250 | 1.1 |
| 10/7/05 | Receive and review Order granting in part Plaintiffs' Motion to Enlarge Time | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 10/7/05 | Prepare correspondence to Judge Martin re: AG Subpoena; Conference and preparation re: Motion for leave to take depo of Cianci | CAM<br>MAF | $250<br>$250 | 2.6<br>.5 |
| 10/7/05 | Attend Hearing re: Motion for Leave to take Depo and Motion for Extension of time to complete discovery; post hearing conference re strategy; attention to file re same | CAM<br>MAF | $250<br>$250 | 1.0<br>1.0 |
| 10/11/05 | Receive/ review order re: | CAM | $250 | .6 |

| | | | | |
|---|---|---|---|---|
| | Motion to Enlarge Time and Order re: Cianci Deposition; Conference with Mark Fay re: strategy for AG documents and meeting re: same | MAF | $250 | .6 |
| 10/11/05 | Meeting w/ Robert J. Reilly and family and Donald Rathbone and family re: review of and signing of interrogatories from all Defendants | KLL | $90 | 3.0 |
| 10/11/05 | Receive and review faxed correspondence from K. McAllister re: Richardson deposition | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 10/12/05 | Meeting w/ Donald J. Dubuque and wife, Frank Reddington and family, and Steven Ruhle and family, re: review of and signing of interrogatories from all Defendants | KLL | $90 | 5.5 |
| 10/12/05 | Meeting w/ Eugenia M. Pattek re: review of and signing of interrogatories from all Defendants | KLL | $90 | 1.5 |
| 10/12/05 | Receive correspondence re: Richardson deposition | CAM<br>MAF | $250<br>$250 | NC |
| 10/13/05 | Receive/ review correspondence from K. McAllister re: available depo dates for J. Richardson | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 10/13/05 | Meeting w/ Thomas Walden and wife, Joseph Moreino and wife and Mark Randall and wife re: review of and signing of interrogatories from all Defendants | KLL | $90 | 4.5 |
| 10/14/05 | Conference re: strategy on AG documents, Cianci deposition and Motion re: hard drive; attention to file re same | CAM<br>MAF | $250<br>$250 | .6<br>.3 |
| 10/14/05 | Meeting w/ Joseph W. Bretanha and family re: review of and signing of interrogatories from all Defendants | KLL | $90 | 1.5 |
| 10/14/05 | Receive and review Motion for Leave to file excess pages re: | CAM<br>MAF | $250<br>$250 | 1.5<br>1.5 |

| | | | | |
|---|---|---|---|---|
| | Defendant's memo in support of Motion for Entry of Judgment of Dismissal filed by Richardson, Motion for Entry of Judgment of Dismissal against all Plaintiffs for failure to comply with conditional order of dismissal or alternative Motion to Strike w/ attached memo | | | |
| 10/15/05 | Meeting w/ Paul Buteau re: review of and signing of interrogatories from all Defendants | KLL | $90 | 1.5 |
| 10/17/05 | Prepare for and attend Hearing re: Motion for hard drive and mirror image copy; Receive and review Order re Plaintiffs' Motion to Adjudge in Contempt or alternatively to Compel; attention to file re same | CAM | $250<br>$250 | 2.7<br>3.0 |
| 10/17/05 | Receive and review correspondence re: court filing re: Richardson; Receive and review Motion for Entry of Judgment and memorandum of law in support of same; Receive and review Motion to exceed page limit; Receive and review Motion to Dismiss and memorandum of law re: Chmura interrogatories; Receive and review Motion to Dismiss and memorandum of law re: Chmura production ; Attention to file re: same | CAM<br>MAF | $250<br>$250 | 1.5<br>1.5 |
| 10/17/05 | Meeting w/ Peter K. McMichael, Jr. and family and Paul Wentworth and wife re: review of and signing of interrogatories from all Defendants | KLL | $90 | 3.5 |
| 10/18/05 | Receive and review Order re Motion to Adjudge in Contempt or alternatively to compel | CAM<br>MAF | $250<br>$250 | NC |
| 10/18/05 | Receive and review Order | CAM | $250 | .1 |

| | | | | |
|---|---|---|---|---|
| | granting Motion for Leave to file excess pages | MAF | $250 | .1 |
| 10/18/05 | Conference re: strategy of discovery; Receive/ review Order re Motion re: Providence Police Subpoena | CAM | $250 | .4 |
| 10/18/05 | Meeting w/ William R. Kenyon and family, Michael Segee and wife and Paul M. Picozzi and wife re: review of and signing of interrogatories from all Defendants | KLL/ SHC | $150 | 4.5 |
| 10/18/05 | Receive returned receipt re: M. Bianco and M. Patino correspondence; Prepare correspondence to M/M Hughes re: interrogatories | KLL | $90 | .5 |
| 10/19/05 | Meeting w/Maribel Patino, Bonnie Benson, and Chris Petit and wife re: review of and signing of interrogatories from all Defendants | KLL | $90 | 4.5 |
| 10/20/05 | Receive returned receipt re: DeRobbio and M. Melvin correspondence and unclaimed correspondence re: S. Manning | KLL | $90 | .3 |
| 10/20/05 | Meeting w/ Daniel V. Rinaldi and family and Peter J. Celani and wife re: review of and signing of interrogatories from all Defendants | KLL | $90 | 3.0 |
| 10/21/05 | Prepare written interrogatories; Legal research re: business exception; Meeting re: same; Stipulation re: extensions; Conference with M. Saucier re: same | CAM<br>MAF | $250<br>$250 | 2.7<br>2.5 |
| 10/21/05 | Meeting w/ Christopher P. O'Halloran and wife and William L. Serbst, III and wife re: review of and signing of interrogatories from all Defendants | KLL | $90 | 3.0 |
| 10/24/05 | Meeting w/ John Hannon and Roger Richards, Jr. and Joshetta Gabbidon re: review of and | KLL | $90 | 3.0 |

| | | | | |
|---|---|---|---|---|
| | signing of interrogatories from all Defendants | | | |
| 10/24/05 | Prepare and file Stipulation re: discovery by all Plaintiffs and Cianci | MAF | $250 | .3 |
| 10/25/05 | Receive/ review executed Stipulation re: extension re: Cianci answers re interrogatories | CAM | $250 | .2 |
| 10/25/05 | Meeting w/ Gerald P. Carvalho and family re: review of and signing of interrogatories from all Defendants | KLL | $90 | 1.5 |
| 10/26/05 | Prepare Plaintiffs' Objection to Magistrate Judge David Martin's Order denying in part and granting in part Plaintiffs' Motion to Adjudge in contempt or alternatively to compel and Memo in support of same; Conference re: expert testimony | CAM<br>MAF | $250<br>$250 | 2.2<br>.7 |
| 10/26/05 | Meeting w/ Frederick A. Robinson, Jr. and family, Robert D. Crellin and Robert J. Barrett, Jr. and wife re: review of and signing of interrogatories from all Defendants | SHC | $90 | 4.5 |
| 10/27/05 | Prepare Objection re: Chmura Interrogatories and Memo in Support of same; Prepare Objection re: Chmura production of documents and memo in support of same; Prepare Objection re: Entry of Judgment or Motion to Strike and Memo in support of same; Conduct legal research re: same | CAM | $250 | 3.3 |
| 10/27/05 | Meeting w/ Edward Kennedy and wife, Chris Wagner, and Ernest J. Robert and family re: review of and signing of interrogatories from all Defendants | KLL | $90 | 5.5 |
| 10/27/05 | Receive returned receipt re: S. Buote and S. Harrington correspondence | KLL | $90 | .2 |

| | | | | |
|---|---|---|---|---|
| 10/28/05 | Finalize and file Objections to Motion to Dismiss re: Chmura and Walden Plaintiffs and Motions for Entry of Judgment | CAM<br>MAF | $250<br>$250 | 2.0<br>1.0 |
| 10/28/05 | Meeting w/ Kenneth G. Greenwell and wife re: review of and signing of interrogatories from all Defendants | KLL/ SHC | $150 | 1.5 |
| 10/28/05 | Conference with L. Isherwood re: dismissal; Attention to file re: same | KLL | $90 | .2 |
| 10/28/05 | Prepare correspondence to L. Isherwood re: dismissal | MAF | $250 | .2 |
| 10/31/05 | Meeting w/ Philip E. Payne and family re: review of and signing of interrogatories from all Defendants | KLL | $90 | 1.5 |
| 11/1/05 | Meeting w/ Joseph Mellor and wife re: review of and signing of interrogatories from all Defendants | KLL | $90 | 1.5 |
| 11/1/05 | Receive faxed correspondence from K. McAllister re: Chmura response to Production | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 11/2/05 | Receive correspondence from K. McAllister re: Chmura response to Production | CAM<br>MAF | $250<br>$250 | NC |
| 11/2/05 | Receive unclaimed correspondence re: T. Mancini and E. Pattek | KLL | $90 | .2 |
| 11/4/05 | Receive and review notice re: Motions re: discovery | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 11/7/05 | Receive/ review Notice re: Discovery Motion Hearings and correspondence from K. McAllister re: production responses | CAM | $250 | .3 |
| 11/7/05 | Meeting w/ James Rock and Carol O'Brien re: review of and signing of interrogatories from all Defendants | KLL/ SHC | $150 | 1.5 |
| 11/7/05 | Meeting w/ Melissa Melvin re: review of and signing of interrogatories from all Defendants | KLL | $90 | 1.5 |
| 11/8/05 | Receive and review Objection | CAM | $250 | .4 |

| | | | | |
|---|---|---|---|---|
| | and memorandum filed by City re: Plaintiffs' Motion objecting to Order re: Motion to Adjudge in Contempt | MAF | $250 | .4 |
| 11/9/05 | Receive returned receipt re: Isherwood dismissal | KLL | $90 | .1 |
| 11/10/05 | Meeting w/ Joseph L. Molis and wife and Matthew Randall and wife re: review of and signing of interrogatories from all Defendants | KLL | $90 | 3.0 |
| 11/14/05 | Conference re: Hearings on Discovery Motions | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 11/16/05 | Prepare for and attend Motion Hearing re: Motion to Dismiss and Entry of Judgment | MAF | $250 | 2.0 |
| 11/16/05 | Meeting w/ Susan Harrington re: review of and signing of interrogatories from all Defendants | KLL | $90 | 1.5 |
| 11/17/05 | Conference re: outstanding discovery issues, Subpoena issues re: AG and State Police, Deposition and new discovery requests to be drafted; Receive and review fax draft Orders re: Conditional Orders of Dismissal | CAM<br>MAF | $250<br>$250 | .9<br>.9 |
| 11/17/05 | Meeting w/ Craig Martin, Vincent P. Clements, Daniel J. Brodeur and family and Andrea Baker re: review of and signing of interrogatories from all Defendants | KLL | $90 | 5.0 |
| 11/18/05 | Receive and review Conditional Order re: Motion to Dismiss signed by Judge Martin (by fax); attention to file and conference re same | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 11/18/05 | Meeting w/ David Neri re: review of and signing of interrogatories from all Defendants | KLL | $90 | 1.5 |
| 11/19/05 | Receive/ review Orders re: Chmura Plaintiffs Order re: Discovery Motions re: | CAM<br>MAF | $250 | NC |

| | | | | |
|---|---|---|---|---|
| | Interrogatories | | | |
| 11/21/05 | Receive/ review executed Orders re: Conditional Orders of Discovery Motion on Chmura; Conference w/ R. Wooley re: Subpoena | CAM<br>MAF | $250 | .2 |
| 11/21/05 | Meeting w/ Robert M. Cataldo and family re: review of and signing of interrogatories from all Defendants | KLL/ SHC | $150 | 1.5 |
| 11/22/05 | Meeting w/ Joseph Vingi, Jr. and family, Michael Bates and Sarah Good, Robert Hughes, Laurie Gannon and Maria Bianco, Robin Owens and Sandra Buote re: review of and signing of interrogatories from all Defendants | KLL | $90 | 8.5 |
| 11/30/05 | Meeting w/ William J. Higginson, Jr. and wife re: review of and signing of interrogatories from all Defendants | KLL/ SHC | $150 | 1.5 |
| 11/30/05 | Receive and review Order re Objection re Martin Decision | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 12/1/05 | Receive/ review Order denying Objection to Mag. Judge's decision; Conference re: same; Conference re: extension of discovery deadline | CAM<br>MAF | $250<br>$250 | .6<br>.3 |
| 12/5/05 | Meeting re: strategy; Prepare Joint Motion for Extension of Time and Pre-Trial Memoranda; File same | CAM<br>MAF | $250<br>$250 | 3.1<br>2.0 |
| 12/9/05 | Receive/ review Order re: Joint Motion to Extend Discovery deadline | CAM<br>MAF | $250<br>$250 | .1<br>.1 |
| 12/20/05 | Receive and review Motion for Entry of Judgment, Motion for Leave to Exceed page limit; conference and attention to file re same | CAM<br>MAF | $250<br>$250 | 1.5<br>1.0 |
| 12/21/05 | Receive and review Order granting Motion for Leave to file excess pages | CAM<br>MAF | $250<br>$250 | .1<br>.1 |
| 1/3/06 | Prepare Stipulation re: | CAM | $250 | .6 |

| | | | | |
|---|---|---|---|---|
| | Defendant Joseph Richardson's Motion for Entry of Judgment of Dismissal against 27 Plaintiffs in Chmura Complaint | MAF | $250 | .5 |
| 1/3/06 | Prepare Stipulation re: Defendant Joseph Richardson's Motion for Entry of Judgment of Dismissal re: Tibbetts, Mancini, Isherwood, DeRobbio, Calcagni, Bates, Manning and Hughes | CAM<br>MAF | $250<br>$250 | .4<br>.5 |
| 1/10/06 | Prepare and file Objection re: Motion for Final Judgment and memo of law in support of same | CAM<br>MAF | $250<br>$250 | 2.0<br>1.0 |
| 1/12/06 | Prepare and file Stipulation re: Cianci answers to depo questions | CAM<br>MAF | $250<br>$250 | .3<br>.2 |
| 1/13/06 | Receive and review Stipulation/Order of Court | CAM<br>MAF | $250<br>$250 | .1<br>.1 |
| 1/17/06 | Meeting w/ Arleen Pullon re: review of and signing of interrogatories from all Defendants | KLL | $90 | 1.5 |
| 1/18/06 | Receive and review Stipulation filed by Richardson | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 1/18/06 | Meeting w/ John C. Chmura re: review of and signing of interrogatories from all Defendants | KLL | $90 | 1.5 |
| 1/18/06 | T/c M. Fay re: new research project | LEJ | $250 | .2 |
| 1/20/06 | Conf w/ M. Fay, MLL | LEJ | $250 | .7 |
| 1/20/06 | Conf w/M. Fay, LEJ; review pleadings; legal research | MLL | $200 | 1.0 |
| 1/22/06 | Conf w/ MLL | LEL | $250 | .1 |
| 1/22/06 | Legal research (LN); conf w/LEJ | MLL | $200 | 5.5 |
| 1/23/06 | Legal research (LN); Draft memo re: Federal Wire Tap Act; email M. Fay | MLL | $200 | 6.3 |
| 1/24/06 | Legal research (LN); vmail from M. Fay; T/c M. Fay; Draft memo re: Federal WireTap Act; Fax memo and redrafted memo to M. Fay | MLL | $200 | 5.0 |
| 1/25/06 | Prepare for and attend Attorney | CAM | $250 | 1.8 |

| | | | | |
|---|---|---|---|---|
| | Conference before Judge Smith re: scheduling Order and Expert designations; Receive/ review and draft revised Pre-Trial Order | MAF | | |
| 1/26/06 | Prepare and file Stipulation re: Motion for Entry of Judgment or alternative Motion to Strike Final Judgment | CAM<br>MAF | $250<br>$250 | 1.5<br>1.0 |
| 1/27/06 | Meeting w/ Debra L. Silva-Rocha, Ernest Young and wife, Emilia Grover and Richard Hughes and family re: review of and signing of interrogatories from all Defendants | KLL | $90 | 6.0 |
| 1/27/06 | Receive and review Amended Pre-Trial Order re: fact discovery and dispositive motions; attention to file re same | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 1/30/06 | Conference re: Hearing on Motion to Dismiss; Prepare for and attend same | CAM | $250 | 1.8 |
| 1/30/06 | Meeting w/ Jamie Araujo re: review of and signing of interrogatories from all Defendants | KLL | $90 | 1.5 |
| 1/31/06 | Conference re: answers to interrogatories and deposition schedule; Receive/ review e-mail re: same | CAM<br>MAF | $250<br>$250 | .4<br>.4 |
| 1/31/06 | Meeting w/ Carole Hughes re: review of and signing of interrogatories from all Defendants | KLL | $90 | 1.5 |
| 2/1/06 | Meeting w/ Michael Lescault re: review of and signing of interrogatories from all Defendants | KLL | $90 | 1.5 |
| 2/2/06 | Telephone conference re: forensic exam of computer hardware | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 2/2/06 | Conference re: expert; Review answers to interrogatories | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 2/2/06 | Meeting w/ Paul A. Doughty and family re: review of and | KLL/ SHC | $150 | 1.5 |

| | | | | |
|---|---|---|---|---|
| | signing of interrogatories from all Defendants | | | |
| 2/3/06 | Meeting w/ Julia D. Goins re: review of and signing of interrogatories from all Defendants | KLL | $90 | 1.5 |
| 2/3/06 | Receive and review Exhibit list for hearing; Attend Hearing re: forensic exam of computer hardware | MAF | $250 | 1.5 |
| 2/3/06 | File Joint Motion re: discovery | CAM<br>MAF | $250<br>$250 | .5<br>.2 |
| 2/6/06 | Conference re: and work on outstanding discovery, affidavit re: expert inspection, discovery to Defendants, and deposition schedules | CAM<br>MAF | $250<br>$250 | 2.6<br>2.0 |
| 2/6/06 | Meeting w/ Irene Lescault re: review of and signing of interrogatories from all Defendants | KLL | $90 | 1.5 |
| 2/7/06 | Conference to edit and finalize answers to interrogatories ?????????????????? | CAM<br>MAF | $250 | 2.2 |
| 2/9/06 | Conference re: deposition schedules; receive/ review correspondence from K. McAllister re: same | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 2/15/06 | Call from S. Carlin re: Prignano deposition; Receive/ review Motion to Dismiss from K. McAllister re: Michael Bates and Michael Hughes | CAM<br>MAF | $250<br>$250 | .5<br>.4 |
| 2/16/06 | Prepare for and conduct deposition of Urbano Prignano, Jr.; Conference re: expert affidavit | CAM<br>MAF | $250<br>$250 | 3.0<br>.3 |
| 2/21/06 | Prepare and file Objection to Motion for Final Judgment | CAM<br>MAF | $250<br>$250 | 1.5<br>1.0 |
| 2/24/06 | Prepare for and conduct deposition of Mary Lennon | MAF | $250 | 3.5 |
| 2/27/06 | Prepare for and conduct deposition of Joseph P. Richardson, Jr. | CAM | $250 | 3.8 |
| 2/27/06 | Receive, review & sign Stipulation re: entry for | CAM<br>MAF | $250<br>$250 | .5<br>.5 |

| | | | | |
|---|---|---|---|---|
| | Defendant Vincent Cianci | | | |
| 2/28/06 | Receive and review Motion for Extension of Time for Expert Disclosure filed by the City of Providence | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 3/1/06 | Receive and review Stipulation extending time for Cianci to file Motion and Answer to Interrogatories | CAM<br>MAF | $250<br>$250 | .3<br>.1 |
| 3/1/06 | Receive and review Order granting Motion for Extension of time to make expert disclosures | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 3/3/06 | Receive and review Report and Recommendation Re Judge Martin | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 3/6/06 | T/c M. Fay re: new problem in case re: discovery; M. Fay to deliver papers | LEJ | $250 | .2 |
| 3/7/06 | Review papers from M. Fay; t/c M. Fay | LEJ | $250 | .6 |
| 3/8/06 | T/c M. Fay re: papers, reaction to Martin, Magistrate, decision; strategy | LEJ | $250 | .4 |
| 3/9/06 | Prepare Stipulation re: Deposition of Manuel Vieira; File same | CAM<br>MAF | $250<br>$250 | .5<br>.3 |
| 3/14/06 | Receive/ review fax re: Dismissal Stipulation of J. Richardson | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 3/15/06 | Prepare and file Notice of Deposition for Manuel Vieira | KLL | $90 | 1.0 |
| 3/15/06 | Receive/ review Expert disclosures re: City of Providence | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 3/22/06 | Receive and review Stipulation re: extending time for Vieira, Cianci and Prignano to file Motions for Summary Judgment | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 3/23/06 | Prepare for and conduct deposition of Manuel Vieira | MAF | $250 | 6.5 |
| 3/28/06 | Receive and review Stipulation re: Lennon to file Motion for Summary Judgment | CAM<br>MAF | $250<br>$250 | .1<br>.1 |
| 3/29/06 | Receive, review, and sign | CAM | $250 | .3 |

| | | | | |
|---|---|---|---|---|
| | Amended Stipulation of Dismissal re: Defendant Joseph Richardson | MAF | $250 | .3 |
| 4/3/06 | Receive and review Amended Stipulation of Dismissal Order | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 4/4/06 | Conference w/ Susan Carlin re: Dismissal of Prignano; Conference re: same | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 4/6/06 | Receive and review Order | CAM<br>MAF | $250 | NC |
| 4/6/06 | Receive and review Motions and Memoranda re Summary Judgment and Statements of undisputed facts re Lennon, Vieira and Prignano | CAM<br>MAF | $250<br>$250 | 6.5<br>6.5 |
| 4/7/06 | T/c M. Fay re: upcoming motions, need for response, etc. | LEJ | $250 | .3 |
| 4/8/06 | E-mail MLL | LEJ | $250 | .1 |
| 4/7/06 | Receive and review Joe Richardson's Motion for Entry of Judgment and memo in support of same | CAM<br>MAF | $250<br>$250 | 1.5<br>1.0 |
| 4/10/06 | E-mails to/from MLL (multiple) | LEJ | $250 | .2 |
| 4/10/06 | Multiple e-mails LEJ | MLL | $200 | .2 |
| 4/13/06 | Prepare Stipulation re: time in which Plaintiffs may file responses, objections, memoranda of law and affidavits re Defendant Vieira, Prignano and Lennon's Motions for Summary Judgment | CAM<br>MAF | $250<br>$250 | .5<br>.2 |
| 4/17/06 | Receive and review Stipulation extending time for Plaintiffs to respond to Vieira, Prignano and Lennon's Motions for Summary Judgments Order | CAM<br>MAF | $250<br>$250 | .1<br>.1 |
| 4/19/06 | Receive and review Stipulation re: Dismissal re: Cianci Order | CAM<br>MAF | $250<br>$250 | .3<br>.1 |
| 4/24/06 | Prepare for and attend Conference held re: Motions for Summary Judgment; attention to file re same | CAM<br>MAF | $250<br>$250 | 1.0<br>1.0 |
| 5/1/06 | T/c M. Fay | LEJ | $250 | .2 |
| 5/1/06 | Prepare and file Notice of Depo for Tony Desmarais and Dean | KLL | $90 | 1.0 |

| | | | | |
|---|---|---|---|---|
| | Esserman | | | |
| 5/2/06 | Review materials from M. Fay; t/c M. Fay; e-mail M. Fay; conf w/ DLK | LEJ | $250 | .6 |
| 5/2/06 | Conf. w/ LEJ; begin review of materials | DLK | $200 | .4 |
| 5/3/06 | Receive and review Motion for Sanctions re Mary Lennon; conference and attention to file re same | CAM<br>MAF | $250<br>$250 | 1.0<br>1.0 |
| 5/3/06 | Multiple t/c M. Fay re: scheduled mtg; t/c DLK; conf w/ DLK; review Rule 11 material from M. Fay; conf w/ DLK | LEJ | $250 | .4 |
| 5/3/06 | Review motions, memorandum; t/c LEJ; conf w/ LEJ (x2); begin review of transcripts | DLK | $200 | 2.4 |
| 5/3/06 | Prepare Notice of Deposition and Subpoena re: Andrew Rosenzweig; Attention to file re: same and objection re: Motion for Summary Judgment | MAF | $250 | .6 |
| 5/4/06 | Receive, review and sign Stipulation re: Plaintiffs' expert report | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 5/4/06 | Fax from M. Fay w/ltr re: Esserman depo | LEJ | $250 | .1 |
| 5/4/06 | Outline motions for summary judgment; read, annotate all depo trs; note relevant issues of fact, issues of law | DLK | $200 | 5.3 |
| 5/5/06 | Conference re: strategy of Depositions re: Rosenzweig, Desmarais & Esserman; Legal research re: same; Prepare draft re: Motion to Extend Time to respond re: Motion for Summary Judgment and affidavit in support of same | CAM<br>MAF | $250<br>$250 | 1.9<br>.5 |
| 5/5/06 | Review DLK memo re: status of motions; conf w/ DLK; Conf w/ M. Fay, DLK; draft supplement to m/extend; multiple e-mails, t/c Kendra; conf w/ DLK | LEJ | $250 | 2.0 |

| | | | | |
|---|---|---|---|---|
| 5/5/06 | Continue review of file materials, including witness statements, SP, AG reports; multiple conf w/ LEJ; conf w/LEJ, M. Fay | DLK | $200 | 4.3 |
| 5/8/06 | Prepare and file Motion to Extend Time to respond to Defendants' Motions for Summary Judgment | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 5/8/06 | Continue analysis | DLK | $200 | .8 |
| 5/9/06 | Prepare for and conduct deposition of Andrew Rosenzweig | MAF | $250 | 5.5 |
| 5/9/06 | Conf w/ RST re: Prignano and Lennon motions; continue analysis; legal research re: use of hearsay in opposition to summary judgment; begin drafting statement of disputed facts | DLK | $200 | 2.6 |
| 5/9/06 | Conf w/ DLK; copy, review pleadings | RST | $200 | 3.2 |
| 5/10/06 | Receive and review Objection re: Motions for Extension of time to respond to Defendants' Motions for Summary Judgment filed by Mary Lennon; conference and attention to file re same | CAM<br>MAF | $250<br>$250 | 1.0<br>1.0 |
| 5/10/06 | Prepare and file Notice of Deposition of Dennis Lambert and Re-Notice Depo. of Tony Desmarias | KLL | $90 | .8 |
| 5/10/06 | V-mail M. Fay | LEJ | $250 | .1 |
| 5/10/06 | Receive/ review/annotate depo tr of A. Rosensweig; continue drafting stmt of disputed facts; email from/to RST | DLK | $200 | 2.3 |
| 5/10/06 | Legal research; email to/from DLK | RST | $200 | 3.0 |
| 5/11/06 | Receive and review Objection re: Motion for Extension of time to respond to Defendants' Motions for Summary Judgment re Manuel Vieira | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 5/11/06 | Receive and review Order | CAM | $250 | .3 |

| | | | | |
|---|---|---|---|---|
| | granting Motion for Extension of Time to respond to Summary Judgment Motions; attention to file re same | MAF | $250 | .3 |
| 5/11/06 | Continue drafting statements of disputed/undisputed facts for Lennon and Vieira motions; v-mail from M. Fay; assemble documents supporting fact statements; add'l review of record materials; multiple conf w/RST and MLL; t/c M. Fay [NILM]; begin drafting memorandum in opposition to Vieira's motion for summary judgment | DLK | $200 | 5.8 |
| 5/11/06 | Multiple conf w/ DLK re: summary judgment project | MLL | $200 | .2 |
| 5/11/06 | Multiple conf w/ DLK; legal research; draft disputed facts; begin drafting supporting memorandum; t/c M. Fay | RST | $200 | 6.8 |
| 5/11/06 | Prepare Notice of Deposition and Subpoena for D. Lambert; Attention to file re: same and preparation re: Motion for Summary Judgment | MAF | $250 | .5 |
| 5/12/06 | Multiple conf w/DLK re: status; conf w/ MLL re: status; e-mail M. Fay re: extension | LEJ | $250 | .3 |
| 5/12/06 | Multiple conf w/RST, MLL, LEJ; t/c M. Fay; continue research and drafting memo in opposition to Vieira's motion for summary judgment; memo to MLL | DLK | $200 | 5.8 |
| 5/12/06 | Review memo from DLK; review Lennon summary judgment memorandum; review Lennon depo; conf w/LEJ; Multiple conf w/DLK; legal research | MLL | $200 | 2.8 |
| 5/12/06 | Conf w/ DLK; revise disputed facts; draft supporting memorandum; legal research | RST | $200 | 6.2 |
| 5/15/06 | Prepare for and conduct | MAF | $250 | 3.5 |

| | | | | |
|---|---|---|---|---|
| | deposition of Sgt. Dennis L. Lambert | | | |
| 5/15/06 | Email from RST; conf w/RST re: Vieira depo, admissibility of hearsay; continued analysis and drafting Vieira memorandum | DLK | $200 | .6 |
| 5/15/06 | Legal research re: hearsay evidence; review record; email DLK; revise/edit facts and memorandum; conf w/DLK | RST | $200 | 4.5 |
| 5/16/06 | Prepare and file Notice of Depo. for Tony Desmarais | KLL | $90 | .5 |
| 5/16/06 | Prepare Stipulation re: Plaintiffs' expert report on or before 8/4/06 | KLL | $90 | .5 |
| 5/16/06 | Prepare and file Motion to Extend Time to respond to Mary Lennon's Motion for Sanctions under Rule 11 | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 5/16/06 | Annotate Vieira depo; continue analysis and drafting Vieira memorandum | DLK | $200 | 1.4 |
| 5/16/06 | Revise/edit disputed facts; supporting memorandum; organize research file | RST | $200 | 2.0 |
| 5/17/06 | Review RST draft of Prignano memorandum; conf w/RST re: official and individual capacity suits; continue drafting Vieira memorandum; add'l research re 1983 actions | DLK | $200 | 2.2 |
| 5/17/06 | Conf w/DLK; legal research re: bases of other complaint counts; revise/edit drafts; organize supporting materials into files | RST | $200 | 4.3 |
| 5/18/06 | Continue drafting Vieira memorandum; add'l legal research; conf w/RST; review/revise RST draft of response to Prignano motions | DLK | $200 | 3.6 |
| 5/18/06 | Legal research; revise/edit Prignano memorandum; conf w/DLK | RST | $200 | 6.3 |
| 5/19/06 | Receive and review Motion to Extend Time to Respond to Plaintiffs' Objection to Vieira's | CAM<br>MAF | $250<br>$250 | .3<br>.3 |

| | | | | |
|---|---|---|---|---|
| | Motion for Summary Judgment????????? | | | |
| 5/19/06 | Prepare and file Re-notice to take depo of Anthony Desmarais | KLL | $90 | .5 |
| 5/19/06 | Conf w/DLK (x3); memo to DLK re: draft | LEJ | $250 | .5 |
| 5/19/06 | Further edit/revise RST draft; conf w/LEL (x3); review LEJ memo re: RST draft; conf w/RST; continue drafting Vieira memorandum; conf w/RST re: Lennon motion | DLK | $200 | 1.4 |
| 5/19/06 | Conf w/DLK; review LEJ memo; legal research; revise/edit Prignano memorandum; conf w/DLK | RST | $200 | 3.0 |
| 5/22/06 | Receive and review Objection re: Motion for extension of time to extend time to respond to Mary Lennon's Motion for Sanctions re Mary Lennon | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 5/22/06 | Conf w/ DLK re: status | LEJ | $250 | .2 |
| 5/22/06 | Conf w/RST re: exhibits; conf w/LEJ re: status; outline rest of Vieira memorandum | DLK | $200 | .8 |
| 5/22/06 | Review/analyze Lennon depo, various state police statements, and Lennon's m/summary judgment and supporting memorandum; begin drafting disputed facts and memorandum re: Lennon; conf w/DLK | RST | $200 | 7.0 |
| 5/23/06 | Finish initial drafts; revise/edit disputed facts and memorandum; legal research | RST | $200 | 5.5 |
| 5/24/06 | Conf w/DLK | LEJ | $250 | .1 |
| 5/24/06 | Prepare for and conduct deposition of Anthony Desmarais | MAF | $250 | 4.5 |
| 5/24/06 | Review RST draft of Lennon facts and memorandum; memo to RST; continue drafting Vieira memorandum; conf w/LEJ; t/c M. Fay; add'l | DLK | $200 | 6.2 |

| | | | | |
|---|---|---|---|---|
| | research, including Rule 11 standard | | | |
| 5/25/06 | Multiple conf w/DLK, RST; review draft memo, statement of disputed facts re: M. Lennon; conf w/ DLK | LEJ | $250 | .8 |
| 5/25/06 | Review/edit RST draft of Lennon memorandum; multiple conf w/LEJ; t/c M. Fay; receive/review/annotate Desmarais' depo; revise Vieira fact statement; continue drafting/revising Vieira memorandum; e-mail M. Fay; conf w/ LEJ | DLK | $200 | 6.7 |
| 5/25/06 | Review DLK notes; revise/edit supporting memorandum; multiple conf w/LEJ | RST | $200 | 3.0 |
| 5/26/06 | Multiple conf w/DLK, RST | LEJ | $250 | .4 |
| 5/26/06 | Receive and review Order granting in part and denying in part Motion for Extension of time to respond to Motion for Sanctions; attention to file re same | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 5/26/06 | Continue drafting Vieira memorandum; add'l research re 1983 and related issues; t/c M. Fay; conf w/ M. Fay; conf w/ RST; multiple cont w/LEJ; continue drafting | DLK | $200 | 4.2 |
| 5/26/06 | Revise/edit memoranda; multiple conf w/LEJ; conf w/DLK | RST | $200 | 1.4 |
| 5/26/06 | Preparation and meeting with William Odom re: forensic download | MAF | $250 | 3.0 |
| 5/27/06 | Review district ct rules; email M. Fay, DLK re: page limits, ct orders, etc. | LEJ | $250 | .4 |
| 5/29/06 | Revise/edit Prignano facts and memorandum, Lennon facts and memorandum and Vieira facts, email from/to LEJ; continue drafting/revising Vieira memorandum | DLK | $200 | 7.2 |

| | | | | |
|---|---|---|---|---|
| 5/30/06 | Email from DLK; email RST; multiple conf w/RST | LEJ | $250 | .4 |
| 5/30/06 | Email from/to RST re: Rule 11; continue drafting/revising Vieira memorandum; add'l research re 1983, qualified immunity, intrusion on privacy, consent; edit Vieira memorandum; email LEJ | DLK | $200 | 9.4 |
| 5/30/06 | T/c M. Fay; construct appendices for Prignano and Lennon memoranda using materials collected by Kendra and supplementing them; draft covers for appendices; number pages of appendices; insert appendix cites into disputed statement of facts and memoranda; draft Rule 11 memorandum and objection; emails to/from DLK, LEJ; revise/edit Rule 11 memorandum; multiple conf w/LEJ | RST | $200 | 8.4 |
| 5/31/06 | Review and file Objection and Memorandum re: Sanctions; Review and file Objection and Memorandum and Statement of Disputed Facts re: Motions for Summary Judgment | CAM<br>MAF | $250<br>$250 | 5.0<br>5.0 |
| 5/31/06 | Conferences with RST re affidavit in support of objection to motion for sanctions; prepare same; review file re same; e-mails to and from RST re same | CAM | $250 | 2.0 |
| 5/31/06 | Edit/revise RST draft of Rule 11 memorandum; review all memoranda prepared by DLK, RST; email DLK; multiple conf w/RST re: status of memoranda, final preparation, etc; conf w/RST re: finalizing, filing memoranda and objections | LEJ | $250 | 1.8 |
| 5/31/06 | Email from LEJ; t/c RST re: memorandum; email from/to | DLK | $200 | .3 |

| | | | | |
|---|---|---|---|---|
| | RST | | | |
| 5/31/06 | T/c DLK; email to/from DLK; revise/edit Vieira memorandum; t/c M. Fay; t/c C. Mannis (x2); email to/from C. Mannis; multiple conf w/LEJ; construct appendix for Vieira disputed statement of facts and memorandum; construct appendix for Vieira Rule 11 motion; insert appendix cites into memoranda; revise/edit Rule 11 memorandum, objection to Rule 11 motion, bring corrected pages to M. Fay's ofc | RST | $200 | 5.5 |
| 6/5/06 | Review prior DLK emails; print Vieira facts | RST | $200 | .2 |
| 6/8/06 | Receive and review Order granting Motion for Extension of Time to respond to Objection for Summary Judgment | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 6/12/06 | Fax from M. Fay w/M. Lennon reply memorandum; review memorandum | LEJ | $250 | .2 |
| 6/12/06 | Receive and review Reply Memo re Mary Lennon in support of Motion for Summary Judgment | CAM<br>MAF | $250<br>$250 | .8<br>.8 |
| 6/20/06 | Receive and review Reply Memo filed by Manuel Vieira in support of Motion for Summary Judgment | CAM<br>MAF | $250<br>$250 | 1.0<br>1.0 |
| 6/20/06 | Receive and review Motion and memorandum re Motion for final judgment re Cianci | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 6/21/06 | Fax from M. Fay w/ M. Vieira reply memorandum; review memorandum | LEJ | $250 | .1 |
| 6/28/06 | Prepare Stipulation re: Plaintiffs' expert report due on or before 8/18/06 | KLL | $90 | .5 |
| 6/28/06 | Receive and review Reply Memo re Prignano re Motion for Summary Judgment | CAM<br>MAF | $250<br>$250 | .4<br>.2 |
| 6/30/06 | Fax from M. Fay w/ U. | LEJ | $250 | .1 |

| | | | | |
|---|---|---|---|---|
| | Prignano reply memorandum | | | |
| 7/1/06 | Review Prignano opposition memorandum | LEJ | $250 | .2 |
| 7/5/06 | Prepare Stipulation re: Plaintiffs' expert report due on or before 8/25/06 | KLL | $90 | .5 |
| 7/18/06 | Receive and review Stipulation re: expert reports Order | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 7/21/06 | Prepare and mail letter to Kevin McHugh w/ William Odom's preliminary report | MAF | $250 | .3 |
| 7/24/06 | Conf w/DLK re: oral arg | LEJ | $250 | .2 |
| 7/24/06 | Conf w/LEJ; t/c M. Fay; begin oral arg preparation | DLK | $200 | 1.1 |
| 7/24/06 | Receive and review Notice of Appearance by David Krech | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 7/25/06 | Prepare for oral arg, including conf w/ Mark Fay and research re: evidentiary issues, hearsay exceptions | DLK | $200 | 7.8 |
| 7/25/06 | Preparation re hearing for motion on summary judgment and motion for sanctions; file review re same | CAM | $250 | 3.6 |
| 7/25/06 | Conference with David Krech re: Motions for Summary Judgment; preparation re hearing; attention to file re same | MAF | $250 | 3.0 |
| 7/26/06 | Prepare for and attend hearing re motions for summary judgment and Lennon Motion for sanctions; post-hearing meeting re strategy re additional motions and issues raised by Judge Smith | CAM<br>MAF | $250<br>$250 | 3.5<br>3.5 |
| 7/26/06 | Add'l oral arg prep; attend and present oral arg in USDC (RI); post-hrg conf w/M. Fay | DLK | $200 | 2.8 |
| 7/26/06 | Conference with David Krech re: Motions for Summary Judgment; Attend oral arguments | MAG | $250 | 1.5 |
| 7/31/06 | Receive and review Order re: City of Providence's Motion for Summary Judgment | CAM<br>MAF | $250<br>$250 | .2<br>.2 |

| | | | | |
|---|---|---|---|---|
| 7/31/06 | Receive/review ct order re: motions/briefing | DLK | $200 | .2 |
| 8/11/06 | Begin legal research re 1983 and related issues | DLK | $200 | .7 |
| 8/14/06 | Continue preliminary 1983 research | DLK | $200 | .9 |
| 8/17/06 | Research re: 4th Amendment | DLK | $200 | .4 |
| 8/22/06 | Legal research re: municipal liability | DLK | $200 | 3.6 |
| 8/23/06 | Continue research re: municipal liability; begin drafting arg re: municipal liability; organize file materials | DLK | $200 | 3.0 |
| 8/23/06 | Receive and review Order denying Motions for Final Judgment | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 8/24/06 | Continue drafting; add'l research re: municipal liability on statutory claims | DLK | $200 | 3.6 |
| 8/24/06 | Receive and review City of Providence's First Motion for Extension of Time Re MSJ | MAF | $250 | .3 |
| 8/25/06 | Add'l research re: municipal liability on other statutory claims, respondeat superior liability | DLK | $200 | 2.2 |
| 8/28/06 | Receive/review ECM filing notice and order; legal research re: new case re: conspiracy | DLK | $200 | .3 |
| 8/28/06 | Receive and review Order granting Motion for extension of time | MAF | $250 | .2 |
| 9/6/06 | Legal research re: pleading of Monell claim | DLK | $200 | 1.8 |
| 9/13/06 | Receive/ review Vieira's supplemental memorandum and begin research of cases cited | DLK | $200 | .6 |
| 9/13/06 | Receive and review Supplemental Memo in support of Motion for Summary Judgment re Vieira | MAF | $250 | 1.5 |
| 9/14/06 | Conf w/DLK | LEJ | $250 | .1 |
| 9/14/06 | Receive/review city's motion and memorandum; conf w/LEJ; t/c M. Fay; receive/review Lennon's supplemental | DLK | $200 | 3.3 |

| | | | | |
|---|---|---|---|---|
| | memorandum; continue research, analysis; notes to file | | | |
| 9/14/06 | Receive and review Supplemental Memo in support of Motion for Summary Judgment filed by Mary Lennon | MAF | $250 | 1.2 |
| 9/14/06 | Receive and review Motion for Summary Judgment or in the Alternative Motion to Dismiss and memorandum re City of Providence and Statement of Undisputed Facts | MAF | $250 | 2.0 |
| 9/14/06 | Receive and review Supplemental Memo re: Prignano in support of Motion for Summary Judgment | MAF | $250 | .3 |
| 9/15/06 | Receive/review Prignano's supplemental memorandum; continue research and analysis | DLK | $200 | .8 |
| 9/18/06 | Begin outline of parties' arguments | DLK | $200 | .8 |
| 9/19/06 | Continue outline or arguments; research cases cited and shepardize; add'l research re: 1983, preemption | DLK | $200 | 4.8 |
| 9/20/06 | Research re: liability of agent for acts committed in course of employment; draft arg | DLK | $200 | 2.5 |
| 9/21/06 | Research re: agency, pleading, state constitutional claim; t/c M. Fay re: extension | DLK | $200 | 2.3 |
| 9/22/06 | Email M. Fay | DLK | $200 | .1 |
| 9/25/06 | T/c M. Fay re: issues extension; t/c Kendra re: extension; continue research re 1983 pleading, policy, custom; begin drafting response to Lennon's supplemental memorandum | DLK | $200 | 2.5 |
| 9/26/06 | Prepare and file Motion for Extension of Time to file responses; attention to file re same | MAF | $250 | .3 |
| 9/26/06 | Continue drafting response to Lennon's supplemental memorandum; add'l misc research | DLK | $200 | 1.6 |

| | | | | |
|---|---|---|---|---|
| 9/27/06 | Continue drafting response to Lennon's supplemental memorandum; add'l research re: official capacity suits, policy or custom | DLK | $200 | 4.6 |
| 9/28/06 | Continue drafting response to Lennon's supplemental memorandum; receive notice that m/extension granted; t/c Kendra re: Vieira and Lennon answers' add'l research re: qualified immunity, ordinary course of business; receive/ review fax from Kendra w/ Vieira and Lennon answers; revise response to Lennon's supplemental memorandum | DLK | $200 | 5.2 |
| 9/28/06 | Receive Order granting Motion for Extension of Time to file responses/ replies | MAF | $250 | .1 |
| 9/29/06 | Continue drafting response to Lennon's supplemental memorandum | DLK | $200 | .2 |
| 10/2/06 | Continue drafting and revising response to Lennon's supplemental memorandum | DLK | $200 | 1.1 |
| 10/3/06 | Add'l research re: qualified immunity | DLK | $200 | 3.1 |
| 10/5/06 | T/c M. Fay; begin drafting response to Vieira's supplemental memorandum | DLK | $200 | 2.8 |
| 10/10/06 | Add'l research re: pleading; revise response to Vieira's supplemental memorandum | DLK | $200 | 1.1 |
| 10/11/06 | Add'l research re: individual and official liability, agency law; t/c Kendra re: 10/12 mtg (x2); continue drafting response to Vieira's supplemental memorandum | DLK | $200 | 4.3 |
| 10/12/06 | Continue drafting response to Vieira's supplemental memorandum; conf w/M. Fay | DLK | $200 | 3.2 |
| 10/12/06 | Conference with David Krech re: Summary Judgment Motions status and strategy | MAF | $250 | .3 |

| | | | | |
|---|---|---|---|---|
| 10/13/06 | Continue drafting response to Vieira's supplemental memorandum | DLK | $200 | 2.1 |
| 10/16/06 | Begin drafting statement of disputed facts re: City's m/summary judgment; fax draft of stmt to M. Fay; begin drafting memorandum in opposition to City's m/summary judgment | DLK | $200 | 5.3 |
| 10/16/06 | Receive and review draft statement of disputed facts; attention to file re same | MAF | $250 | .5 |
| 10/17/06 | Continue drafting memorandum in opposition to City's m/summary judgment; add'l legal research | DLK | $200 | 4.4 |
| 10/18/06 | Review DLK drafts of memoranda (Vieira's, City's); conf w/DLK re: memoranda, comments | LEJ | $250 | .8 |
| 10/18/06 | Review LEJ comments; conf w/LEJ; t/c M. Fay; continue memorandum in opposition to City's m/summary judgment; add'l legal research; receive fax of Moise depo | DLK | $200 | 5.3 |
| 10/19/06 | Review Moise depo; continue drafting memorandum in opposition to City's m/summary judgment; t/c Kendra re: status; add'l legal research | DLK | $200 | 6.4 |
| 10/20/06 | Receive and review draft from Lauren Jones's Office re memorandum in support of objection to City's motion for summary judgment | MAF | $250 | 3.5 |
| 10/20/06 | Continue drafting memorandum in opposition to City's m/summary judgment; add'l legal research; t/c M. Fay [NILM]; email draft of memorandum in opposition to City's m/summary judgment to M. Fay | DLK | $200 | 6.2 |

| | | | | |
|---|---|---|---|---|
| 10/21/06 | Receive and review revised memorandum in objection re City's MSJ | MAF | $250 | 1.5 |
| 10/21/06 | Email M. Fay; revise/edit memoranda (City, Vieira, Lennon); add'l legal research | DLK | $200 | 4.3 |
| 10/22/06 | Draft objection to City's motion; revise/supplement statement of disputed facts for City's motion; prepare appendix to statement of disputed facts; prepare supplemental appendix for memorandum in response to Lennon's supplemental memorandum; edit memoranda (City, Lennon, Vieira); draft response to Prignano's supplemental memorandum; memo to LEJ | DLK | $200 | 9.2 |
| 10/23/06 | Revise/supplement response to Prignano's supplemental memorandum; edit/revise other memoranda; prepare supplemental appendix for memorandum in response to Prignano's supplemental memorandum; t/c M. Fay; conf w/SMC re: converting all documents to pdf. Format; conf w/Kendra to file all documents by ECF; organize materials for file | DLK | $200 | 6.4 |
| 10/23/06 | Review and file Objection and Memorandum re: Motions for Summary Judgments w/ appendix and Statement of Disputed Facts | MAF | $250 | 4.5 |
| 11/2/06 | Receive/review City's reply memorandum | DLK | $200 | .4 |
| 11/2/06 | Receive and review Reply Memorandum re: City of Providence | MAF | $250 | .3 |
| 11/10/06 | T/c Kendra re: City's reply memorandum | DLK | $200 | .1 |
| 2/28/07 | Meeting with various Fire | MAF | $250 | 2.0 |

| | | | | |
|---|---|---|---|---|
| | Fighters at Fireman's Hall re: status of case and pending motion for summary judgment | | | |
| 7/6/07 | Receive and review Opinion and Order re: decision re: Motions for Summary Judgment and Motion for Sanctions (Lennon); Attention to file re: same | CAM<br>MAF | $250<br>$250 | 3.5<br>3.5 |
| 7/24/07 | Receive and review Notice of Withdrawal of David Krech | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 8/1/07 | Receive and review Notice re: Trial Calendar Call and Trial Notice; Attention to file re: same | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 8/16/07 | Receive and review Notice of Appearance by Peter Comerford on behalf of Manuel Vieira | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 8/16/07 | Receive and review Motion in Limine to Exclude Testimony w/ supporting memo filed by City of Providence | CAM<br>MAF | $250<br>$250 | 1.2<br>1.2 |
| 8/17/07 | Receive and review Motion in Limine filed by Mary Lennon | CAM<br>MAF | $250<br>$250 | .8<br>1.0 |
| 8/18/07 | Receive and review Motion In Limine re: Prignano re expert | CAM<br>MAF | $250<br>$250 | .3<br>.5 |
| 8/21/07 | Receive and review Notice of Conference set 8/22/07 | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 8/21/07 | Prepare fax to Susan Carlin w/ attached letter addressed to Kevin McHugh and William Odom's preliminary report; review file re same | KLL | $90 | .4 |
| 8/22/07 | Prepare for and attend Chambers Conference re: Pre-Trial issues; pre and post conference meetings re status and strategy re trial, settlement, experts | CAM<br>MAF | $250<br>$250 | 2.4<br>2.4 |
| 8/24/07 | Receive and review Stipulation re extension of time to file expert report filed by City of Providence | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 8/29/07 | Receive and review Supplemental scheduling Order | CAM<br>MAF | $250<br>$250 | .2<br>.2 |

| | | | | |
|---|---|---|---|---|
| 9/4/07 | Receive and review Settlement Conference Notice and Order re Almond | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 9/6/07 | Receive and review Motion in Limine and memorandum re damages filed by the City of Providence | CAM<br>MAF | $250<br>$250 | 1.7<br>.5 |
| 9/7/07 | Review Complaint, amended Complaint, court decision, pertinent statues and Defendant and Defendant's motion; review checks submitted by client; discussion w/ client; review wiretap treatise at State Law Library; online research with respect to law reviews and ALR reports regarding wiretapping; download cases cited in motion and in legal treatises | MS | $250 | 6.7 |
| 9/7/07 | Receive and review Motions in Limine re Damages filed by Lennon, Vieira, and Prignano; conferences and attention to file re same | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 9/9/07 | Review cases cited in Defendant's motion, review ALR on damages | MS | $250 | 3.3 |
| 9/10/07 | Conduct research regarding wiretap cases and damages; review cases interpreting RIGL 9-1-2; partial draft of memorandum | MS | $250 | 1.5 |
| 9/11/07 | Conduct online research regarding duplicative damages; keycite Woods case and review cases listed as positive regarding discretion; review law review regarding the case for mandatory statutory damages; review Cause of Action regarding wiretap cases and damages; review other favorable 7th Circuit cases; review Am. Jur and various cases regarding duplicative recovery | MS | $250 | 2.4 |

| | | | | |
|---|---|---|---|---|
| 9/12/07 | Draft memorandum to client; review and revise same; discussion with client; review cases granting court discretion with respect to jury instructions; locate contact information for DirecTV attorney for client to make contact; e-mail memorandum and pertinent case law and secondary authority to client | MS | $250 | 4.5 |
| 9/12/07 | Conferences re status re objection memorandum re motion in limine re damages and strategy re same | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 9/14/07 | Prepare and file Stipulation re: Plaintiffs' Expert Report | CAM<br>MAF | $250<br>$250 | .2<br>.5 |
| 9/17/07 | Legal research re: damages issue; Conference re: same; Expert Disclosure issues; Attention to dates re: damages objection; Settlement Conference, Settlement Conference Statement and Damages Hearing | MAF | $250 | 2.5 |
| 9/19/07 | Discussion w/ client; Discussion w/ C. Mannis; draft memorandum in response to Defendant's memorandum supporting motion for pre-trial damage | MS | $250 | 5.5 |
| 9/19/07 | Receive and review Order re: Stipulation for Expert Report | CAM<br>MAF | $250 | .1 |
| 9/19/07 | Review legal research and memo prepared by M. Souza re: damages issue; Conferences re: same | CAM | $250 | 2.9 |
| 9/20/07 | Discussion w/ C. Mannis; review and revise response to memorandum; e-mail response to client, C. Mannis at 2pm; subsequent discussion w/ client and C. Mannis; review and revise blended memorandum; e-mail final memorandum to client, C. Mannis | MS | $250 | 4.5 |

| | | | | |
|---|---|---|---|---|
| 9/20/07 | Legal research re: nominal damages, punitive damages, duplicative recovery, number of days vs. number of calls; Draft opposition re: same; Coordinate w/ M. Souza; Calls, conferences and e-mails re: same | CAM | $250 | 5.8 |
| 9/21/07 | Finalize work on Objection and Memorandum; Calls and conferences with Mark Fay re: same; Expert Report; E-mail exchange w/ M. Souza re: proper defendant; Conferences with Kendra Lima re: filing issues | CAM | $250 | 1.1 |
| 9/21/07 | Review, Finalize and file Objection and Memorandum re: Motion in Limine re damages | CAM<br>MAF | $250<br>$250 | 1.4<br>1.0 |
| 9/24/07 | Conference re: contents of Expert Report disclosure | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 9/24/07 | Work on Expert Report; analysis re legal standard re expert; review file re opinion | MAF | $250 | 2.5 |
| 10/2/07 | Meeting with various Fire Fighters are Fireman's Hall re: status of case and strategy re trial | MAF | $250 | 1.5 |
| 10/3/07 | Receive and review notice re-scheduling settlement conference and revised notice of hearing | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 10/3/07 | Prepare and fax letter to Judge Smith and Judge Almond re: Continuance of Motion in Limine Hearing | MAF | $250 | .3 |
| 10/19/07 | Prepare for and Hearing re: Motion re Damages filed by Defendants; Attend Settlement Conference; Meetings pre and post conference re: strategy | CAM<br>MAF | $250<br>$250 | 7.0<br>7.0 |
| 10/23/07 | Receive and review Notice re Status Conference on 11/13/07 | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 10/26/07 | Prepare and file Motion in Limine w/ supporting memo ??????? | CAM<br>MAF | $250 | 2.0 |
| 11/9/07 | Receive and review Stipulation | CAM | $250 | .2 |

| | | | | |
|---|---|---|---|---|
| | re: Motion in Limine withdrawing Motion in Limine | MAF | $250 | .2 |
| 11/13/07 | Prepare for and attend Status Conference: attention to file re same | MAF | $250 | 1.5 |
| 11/13/07 | Receive and review Notice of Hearings; Status Conference set for 12/5/07; Second Status Conference set for 1/3/08; attention to file re same | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 11/13/07 | Receive and review Order re: deadline for Pre-Trial Memoranda; attention to file re same | CAM<br>MAF | $250<br>$250 | .1<br>.1 |
| 11/13/07 | Prepare and file Joint Stipulation | CAM<br>MAF | $250<br>$250 | .2<br>.5 |
| 11/13/07 | Receive and review Order re: Stipulation | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 11/14/07 | Receive and review Notice of Depo of William Odom; attention to file re same | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 11/30/07 | Receive and review Order | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 12/3/07 | Meeting with William Odom re: review of TRS data | MAF | $250 | 2.0 |
| 12/5/07 | Prepare for an attend Status Conference re: Jury questionnaire; Receive and review Trial Notice set for 2/11/08 | CAM | $250 | 1.5 |
| 12/7/07 | Receive and review Notice of Depo. re: William Odom filed by Lennon, Prignano and Vieira | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 12/17/07 | Prepare for and attend meeting with William Odom in re: preparation for Deposition | MAF | $250 | 9.5 |
| 12/18/07 | Prepare for and attend deposition of William F. Odom, III and post deposition meeting w/ Mr. Odom | MAF | $250 | 7.0 |
| 12/18/07 | Receive and review Motion in Limine re: subsequent remedial issues and memorandum of law in support of same; attention to file re objection re same | CAM<br>MAF | $250<br>$250 | 1.2<br>1.2 |
| 12/19/07 | Receive and review Notice of | MAF | $250 | .2 |

| | | | | |
|---|---|---|---|---|
| | Hearing re: telephone conference set for 12/19/07 | | | |
| 12/19/07 | Telephone conference with Judge Smith | MAF | $250 | .2 |
| 12/19/07 | Receive and review Order re: Defendants filed Motions and Plaintiffs' Objections re same | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 12/21/07 | Receive and review Motions in Limine re: post incident events and memorandum of law in support of same; Lennon and Vieira | CAM<br>MAF | $250<br>$250 | .4<br>.4 |
| 12/26/07 | Receive and review Motion in Limine and memorandum to exclude post incident events re Prignano | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 1/3/08 | Prepare for and attend Status Conference before Judge Almond re: juror questionnaires; Receive Notice of Conference re: Juror Questionnaires set for 1/10/08 and Notice on Motions in Limine; Receive and review Order re: filing dates for Pre-Trial Memoranda; Receive and review Notice re: Final Pre-Trial Conference set for 2/1/08; Receive and review Order re: deadline for Motions; post conference meeting re strategy and status re pre-trial memorandum, motions to be filed and juror selection | CAM<br>MAF | $250<br>$250 | 4.0<br>4.0 |
| 1/4/08 | Prepare and file Motion in Limine to exclude testimony and evidence relative to certain defenses of all Defendants; Prepare and file Motion in Limine to exclude testimony and evidence relative to certain defenses of Mary Lennon; Meeting re: Pre-Trial issues and strategies re: Motions in Limine and Pre-Trial matters; work on pre-trial memorandum; | CAM<br>MAF | $250<br>$250 | 4.8<br>4.8 |

| | | | | |
|---|---|---|---|---|
| | attention to file re outstanding matters and strategy re client meetings | | | |
| 1/7/08 | Initial Trial Preparation with: Patrick & Lori Leonard, James Rock and Carol O'Brien | KLL<br>MAF | $90<br>$250 | 2.0<br>.5 |
| 1/7/08 | Initial Trial Preparation with Bonnie Benson and Donna Luce | CAM | $250 | 2.0 |
| 1/7/08 | Research and review of file in preparation for trial and pre-trial memorandum; review pertinent sections re Wiretap Treatice | CAM | $250 | 4.0 |
| 1/8/08 | Review Defendant's motion in limine regarding exclusion of evidence; review cases cited in brief; conduct research regarding admissible evidence in 1983 context; research regarding remedial measures' discussion with client regarding matter and purpose of submitting evidence; review Miller and Wright regarding admissibility of post-incident evidence; review law review regarding admission of investigative reports in 1983 cases | MS | $250 | 3.5 |
| 1/8/08 | Receive and review Motion for Extension of time within which Defendants can file Motions in Limine filed by the City of Providence; attention to file re same | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 1/8/08 | Initial Trial Preparation with Joseph Bretanha, Robert Crellin, Frederick & Janet Robinson, Joseph & Deborah Molis | MAF<br>KLL | $250<br>$90 | 1.0<br>6.0 |
| 1/8/08 | Initial Trial Preparation with: Donald & Kathleen Dubuque, Robin Owens, Laurie Gannon | CAM | $250 | 3.0 |
| 1/8/08 | Continue work re pre-trial matters including standard of | CAM | $250 | 4.5 |

| | | | | |
|---|---|---|---|---|
| | proof and statutory claims elements and relevant language in statutes and case law | | | |
| 1/9/08 | Review cases regarding admissibility of investigatory reports; online research regarding admissibility of newspapers | MS | $250 | 1.5 |
| 1/9/08 | Prepare and file Motion for Extension of time | MAF | $250 | .3 |
| 1/9/08 | Initial Trial Preparation with: David Neri & Ernie Young | CAM | $250 | 2.0 |
| 1/9/08 | Continue pre-trial preparation; legal research re expert testimony re ordinary course of business re wiretap statute defense; attention to file re same | CAM | $250 | 5.5 |
| 1/10/08 | Outline pertinent points for memorandum; draft objection; draft memorandum in support of objection to Defendant's motion in limine; review and revise same | MS | $250 | 6.0 |
| 1/10/08 | Prepare for and attend Status Conference re: Juror Questionnaires; Post conference meeting re: strategy re: jury and pending matters; Receive and review Notice re: Status Conference of Juror Questionnaires set for 1/16/08 | CAM<br>MAF | $250<br>$250 | 3.0<br>3.0 |
| 1/10/08 | Initial Trial Preparation with: Arleen Pullon, Michael & Susan Segee, Linda Young | KLL<br>MAF | $90<br>$250 | 3.5<br>.5 |
| 1/10/08 | Initial Trial Preparation with Robert and Michelle Barrett and John Hannon | CAM | $250 | 2.5 |
| 1/11/08 | Receive and review Objections and memoranda re: Lennon and City | CAM<br>MAF | $250<br>$250 | .7<br>.7 |
| 1/11/08 | Receive and review Order re: Motions for Extension of time; attention to file re same | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 1/11/08 | Initial Trial Preparation with: Emilia Grover, Mark Tillman | KLL<br>MAF | $90<br>$250 | 2.0<br>.4 |

| | | | | |
|---|---|---|---|---|
| 1/11/08 | Initial Trial Preparation with Steven Ruhle, Kayla Ruhle and Steven Ruhle, Jr. | CAM | $250 | 1.6 |
| 1/11/08 | Prepare Emergency Motion to Conduct Pre-Trial Records Keeper Deposition of State Police and City of Providence Fire Department | CAM<br>MAF | $250<br>$250 | 1.5<br>1.5 |
| 1/11/08 | Finalize and file Plaintiffs' Objection and memorandum re: Defendants' Motion in Limine to exclude all evidence relating to incidents after the discovery of the Total Recall System | CAM<br>MAF | $250<br>$250 | 5.8<br>1.0 |
| 1/11/08 | Receive and review Response to Motion in Limine to Exclude Testimony and Evidence Related to Certain Defenses relative to all Defendants filed by Urbano Prignano | CAM<br>MAF | $250 | 1.5 |
| 1/14/08 | Receive and review Objections to Motions in Limine filed by Manuel Vieira and City; Receive and Review Motion in Limine re: expert re: City and Prignano; Receive and review Objection re: Emergency Motion for Discovery re: City and memorandum re: same | CAM<br>MAF | $250<br>$250 | 3.2<br>3.2 |
| 1/14/08 | Receive and review notice re: hearing re Motion for Discovery set for 1/16/08 | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 1/15/08 | Receive and review Objections re: Discovery Motion re: Prignano and Lennon; Receive and review Motion in Limine re Expert Testimony re Vieira; attention to file re same; Receive and review Order | CAM<br>MAF | $250<br>$250 | 1.0<br>1.0 |
| 1/15/08 | Continue legal research re pre-trial memorandum, jury instructions; 1983 issues re liability; verdict form; jury voir dire questions | CAM | $250 | 5.5 |
| 1/15/08 | Preparation re Conference re Juror Strikes and other pending | MAF | $250 | 5.0 |

| | | | | |
|---|---|---|---|---|
| | pre-trial issues; and pre-trial memorandum status | | | |
| 1/16/08 | Meeting with M. Souza re assistance re pre-trial memorandum and coordination with C. Mannis; attention to file re same | MAF | $250 | 2.0 |
| 1/16/08 | Meeting w/ client regarding coverage on pre-trial memorandum; draft elements of counts for pre-trial memorandum; research standard of review for jury challenges; research jury instructions from other jurisdictions | MS | $250 | 6.0 |
| 1/16/08 | Initial Trial Preparation with: Ashlee, Jackie, Mary Ellen, Kyle and Ernest Robert | MAF | $250 | 2.0 |
| 1/16/08 | Receive and review Motion in Limine to restrict the testimony of Plaintiffs' Expert filed by Mary Lennon | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 1/16/08 | Prepare for and attend conference re: juror questionnaires, Motion for Discovery, Jury Empanelment; attention to file re same | MAF | $250 | 3.0 |
| 1/17/08 | Receive and review Order re: Motion for Discovery | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 1/17/08 | Draft jury instructions; review motion in limine regarding expert testimony; review Moore's Federal practice | MS | $250 | 6.1 |
| 1/17/08 | Initial Trial Preparation with: Julia Goins | KLL<br>MAF | $90<br>$250 | 1.0<br>.2 |
| 1/17/08 | Finalize Plaintiffs' Pre-Trial Memorandum and file same | CAM<br>MAF | $250<br>$250 | 6.7<br>5.3 |
| 1/17/08 | Receive Mary Lennon, City of Providence, Vieira and Prignano's Pre-Trial Memoranda | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 1/17/08 | Prepare and file Notice Re Keeper of Records Deposition of State Police and Subpoena re: same; Attention to file re: | MAF | $250 | .5 |

| | | | | |
|---|---|---|---|---|
| | exhibits for Trial | | | |
| 1/17/08 | Prepare fax to Allison at Providence City Hall re: copy of Diane Celani's response to Defendants' Interrogatories | KLL | $90 | .4 |
| 1/18/08 | Review City of Providence's, Lennon's, Vieira's, and Prignano's Pre-Trial Memoranda | MAF | $250 | 2.3 |
| 1/18/08 | Draft objection and response to motion in limine; e-mail to client for review | MS | $250 | 5.6 |
| 1/18/08 | Initial Trial Preparation with: Roger Richards, Andrea Baker, Maribel Patino, Joseph Moreino, Edward & Carolyn Kennedy and Deborah & Michael Hughes | KLL<br>MAF | $90<br>$250 | 6.0<br>1.0 |
| 1/19/08 | Review City of Providence's, Lennon's, Vieira's, and Prignano's Pre-Trial Memoranda | CAM | $250 | 7.4 |
| 1/21/08 | Finalize and file Objection and memorandum re: Motion in Limine to Restrict the testimony of Plaintiffs' Expert | MAF | $250 | 1.5 |
| 1/22/08 | Prepare and attend hearing re: Motions in Limine re: Odom and Post Incidents and Objections re: Plaintiffs' Motions in Limine; Receive and review Order re: Motion in Limines (partial ruling) | CAM<br>MAF | $250<br>$250 | 3.4<br>1.4 |
| 1/22/08 | Prepare and file amended Notice to take Deposition of State Police | KLL | $90 | .5 |
| 1/22/08 | Initial Trial Preparation with: Robert Reilly, Brandon Reilly; Work on Trial Preparation re Review of State Police Report re Investigation | CAM | $250 | 3.3 |
| 1/23/08 | Receive and review Memorandum and Order re: post incident events; attention to file re same; strategy re exhibits at trial and restriction | CAM<br>MAF | $250<br>$250 | 2.0<br>2.5 |

| | | | | |
|---|---|---|---|---|
| | re ruling and any available appellate review | | | |
| 1/23/08 | Initial Trial Preparation with: Craig Martin, Joseph Mellor, Vincent Clements | KLL<br>MAF | $90<br>$250 | 3.0<br>.5 |
| 1/23/08 | Prepare for and attend Keeper of Records Deposition for State Police; attention to file re copies of documents for use at trial as exhibits; conferences with MAF re same; continue work on pre-trial preparation; work on testimony of firefighter plaintiffs | CAM | $250 | 7.0 |
| 1/23/08 | Continue working on pre-trial matters; organization re witnesses and testimony; conferences with CAM re exhibits; review deposition re Vieira and Desmarais | MAF | $250 | 5.5 |
| 1/24/08 | Review documents from State Police compare with documents received earlier from the City | MAF | $250 | 6.5 |
| 1/24/08 | Receive and review Motion to Withdraw/ Motion to Vacate Discovery Order by RI State Police | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 1/24/08 | Initial Trial Preparation with: Yvonne Giragosian, Christopher & Colleen O'Halloran, Debra Silva-Rocha, Michael Bates, Sarah Good; Work on Trial Preparation re civilian employee facts for testimony | CAM | $250 | 7.2 |
| 1/24/08 | Initial Trial preparation with Maria Bianco Drohan, Robert Hughes | KLL<br>MAF | $90<br>$250 | 2.0<br>.4 |
| 1/24/08 | Receive and review Order re: withdrawing Motion to Vacate | CAM<br>MAF | $250<br>$250 | .1<br>.1 |
| 1/24/08 | Receive and review Trial Notice – empanelment scheduled for 2/5/08 | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 1/25/08 | Initial Trial Preparation with: Jamie Araujo | KLL<br>MAF | $90<br>$250 | 1.0<br>.2 |
| 1/25/08 | Continue Trial Preparation -- | CAM | $250 | 8.4 |

| | | | | |
|---|---|---|---|---|
| | review statements to State Police re Desmarais, Moise, Lennon (2), Haroian (2), and Parfume | | | |
| 1/25/08 | Pre-trial Preparation re outline re witnesses, testimony, evidence and exhibits | MAF | $250 | 7.5 |
| 1/28/08 | Initial Trial Preparation with: Susan Harrington, Susan Kenyon, William Kenyon, Kory Kenyon, Paige Kenyon | KLL<br>MAF | $90<br>$250 | 2.2<br>.4 |
| 1/28/08 | Initial Trial Preparation with Philip Payne; continuing pre-trial preparation re organization of witness testimony and timing re number of days; continue work on firefighter testimony and spouse and children testimony | CAM | $250 | 7.0 |
| 1/28/08 | Pre-trial preparation re outstanding matters; expert testimony; plaintiff testimony; defendants' testimony as hostile witnesses; elements of proof | MAF | $250 | 6.0 |
| 1/28/08 | Receive and review Proposed Voir Dire filed by the City of Providence | CAM<br>MAF | $250<br>$250 | .4<br>.4 |
| 1/29/08 | Receive and review Motions in Limine and memoranda re: John D'Amico re: City, Prignano and Vieira; Receive and review proposed voir dire re: Lennon, Vieira and Prignano; Attention to file re same | CAM<br>MAF | $250<br>$250 | 2.7<br>2.7 |
| 1/29/08 | Meeting re Pre-trial preparation status and strategy and division of labor re opening statement, Plaintiffs' testimony, Defendants' testimony, other witnesses | CAM<br>MAF | $250<br>$250 | 4.5<br>4.5 |
| 1/29/08 | Prepare Plaintiffs' proposed Voir Dire Questions and Brief Statement of Facts; File same | CAM<br>MAF | $250<br>$250 | 1.1<br>1.5 |
| 1/29/08 | Initial Trial Preparation with: Mary Vingi, Joseph Vingi, | KLL<br>MAF | $90<br>$250 | 3.0<br>.5 |

| | | | | |
|---|---|---|---|---|
| | William Serbst, Carol Serbst and Sandra Manning | | | |
| 1/30/08 | Receive and review Order re: deadline for Motions in Limine | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 1/30/08 | Initial Trial Preparation with: Gerald Carvalho, Belkys Carvalho, Garrick Carvalho, and Angelique Carvalho | MAF | $250 | 1.0 |
| 1/30/08 | Initial Trial Prep. with John Chmura and Cataldo family | CAM | $250 | 2.2 |
| 1/30/08 | Receive and review Motion in Limine and memorandum re: John D'Amico re: Mary Lennon | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 1/30/08 | Receive and review amended answer to Complaint filed by Mary Lennon; conference re same | CAM<br>MAF | $250<br>$250 | .3<br>.3 |
| 1/30/08 | Continue Pre-Trial Preparation re exhibits and review of bidding process | CAM | $250 | 5.5 |
| 1/30/08 | Trial Preparation re review of AG report (R. Gendron) re findings re investigation and attention to file re outstanding matters | MAF | $250 | 6.5 |
| 1/31/08 | Review Defendant's motion in limine regarding D'Amico; review State v. von Bulow; review law related to Rule 403; begin draft of response | MS | $250 | 2.8 |
| 1/31/08 | Initial Trial Preparation with: Carolyn Wentworth, Paul Wentworth, Donald Rathbone, Dan Rathbone and Lori Rathbone | KLL<br>MAF | $90<br>$250 | 2.4<br>.4 |
| 1/31/08 | Initial Trial Prep with Carole Hughes, M/M Randall, T. Mancini, E. Pattek | CAM | $250 | 4.4 |
| 1/31/08 | Continue Trial Preparation – Gendron and Newberg reports – Expert testimony; review case law re wiretap statute; review relevant statute | MAF | $250 | 7.5 |
| 2/1/08 | Complete draft of response and motion; review and revise; e-mail to client | MS | $250 | 2.0 |

| | | | | |
|---|---|---|---|---|
| 2/1/08 | Initial Trial Preparation with: Peter Celani, Diane Celani | KLL<br>MAF | $90<br>$250 | 1.0<br>.2 |
| 2/1/08 | Prepare for and attend Pre-Trial Conference before Judge Almond; Post conference attention to file re: same; review draft memorandum re motion in limine from MS; analysis re same; review case law re same; continue working re preparation re trial and jury selection | MAF | $250 | 5.5 |
| 2/1/08 | Receive and review draft memorandum re objection re motion in limine re waiver re attorney privilege, conference with MAF re same and additional arguments re waiver re work product privilege and standing issue; legal research re same; conference with MS re same; revise memorandum re same | CAM | $250 | 4.8 |
| 2/4/08 | Phone call to Union Hall re: work calendars; Begin calculating number of days worked for Fire Fighters re logs | SHC | $150 | 2.4 |
| 2/4/08 | Continuing work re trial, jury selection issues, voir dire questions; legal issues and defenses; legal research re same; review re Smith decision re MSJ; motion in limine | CAM<br>MAF | $250<br>$250 | 8.0<br>7.5 |
| 2/4/08 | Receive and review hearing notice re: jury selection set for 2/5/08 and Motion in Limine re: John D'Amico | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 2/4/08 | Initial Trial Preparation with: William Higginson, Ramona Higginson, Paul Picozzi, Kim Picozzi, Donna Pietrunti, Daniel Rinaldi, Desiree Rinaldi, Ashley Rinaldi | KLL<br>MAF | $90<br>$250 | 4.0<br>.5 |

| | | | | |
|---|---|---|---|---|
| 2/5/08 | Read, review and organize records produced by the Rhode Island State Police (Creation of Binder 1: Witness statements, Contact Reports and creation of Binder 2: Contact Reports, Consents to Listen to Oral/ Wire Communications, Correspondence memos and e-mails; Creation of Binder 3: Newspaper articles relating to Wire Tap Case; Creation of Binder 4: RI State Police Seizure Reports, Request for logging tape playback, Signed consent forms and misc. correspondence, memos and e-mails | DCM | $90 | 8.0 |
| 2/5/08 | Initial Trial Preparation with: Chris Wagner, Thomas Walden, Linda Walden, Chris Petit, Jeanne Petit | KLL | $90 | 3.0 |
| 2/5/08 | Prepare for and attend Jury Selection (Empanelment); Post meeting re: discussion re: jury panel | CAM<br>MAF | $250<br>$250 | 8.5<br>8.5 |
| 2/6/08 | Prepare and mail letter to Madelaine DeRobbio re: dismissal; Preparation re important plaintiffs, strategy re order of witnesses, consider testimony re potential witnesses re elements of consent, knowledge, expectation of privacy | MAF<br>CAM | $250<br>$250 | 7.0<br>5.0 |
| 2/6/08 | Review and revise response to Motion in Limine per C. Mannis | MS | $250 | .5 |
| 2/6/08 | Finalize and file Plaintiffs' Objection and memorandum re: Motion in Limine re: D'Amico | CAM<br>MAF | $250<br>$250 | 1.0<br>.5 |
| 2/6/08 | Read, review and organize records produced by the Rhode Island State Police; Creation of Binder 5: Federal/ State Case Law, Witness Statements, | DCM | $90 | 9.0 |

| | | | | |
|---|---|---|---|---|
| | Seized media; Creation of Binder 6: Seized media attachments 5-13; Creation of Binder 7: Continuation of seized media, memos, further addendums; Creation of Binder 8: memo, letters, Board of Contract & Supply terms and requirements for bidding | | | |
| 2/7/08 | Read, review and organize records produced by the Rhode Island State Police (Creation of Binder 9: Seized media from Anthony Vescera and received by Cprl. Newberg; Creation of Binder 10: Continuation of Seized media from Anthony Vescera, Expanents, Inc.'s company info; Creation of Binder 11: Expanents, Inc's bid info; Creation of Binder 12: Bid info. For Synet, Inc. and Carousel Industries | DCM | $90 | 10.0 |
| 2/7/08 | Initial Trial Preparation with: Kenneth Greenwell, Daniel Brodeur, Megan Brodeur, Michaela Brodeur | KLL | $90 | 2.0 |
| 2/7/08 | Trial prep w/ Reddington family | CAM | $250 | 1.5 |
| 2/7/08 | Receive and review Statement of Facts re: City of Providence | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 2/7/08 | Prepare and file Plaintiffs' Statement of facts | CAM<br>MAF | $250<br>$250 | .4<br>1.2 |
| 2/7/08 | Continue work re pre-trial preparation; elements re testimony and proof from witnesses; exhibits, deposition transcripts; attention to same | CAM<br>MAF | $250<br>$250 | 6.0<br>4.0 |
| 2/8/08 | Continue calculating number of days worked for Fire Fighters from fire logs | SHC | $150 | 2.8 |
| 2/8/08 | Read, review and organize records produced by the Rhode Island State Police (Creation of Binder 13: Bid info. For Verizon Connected Solutions, | DCM | $90 | 11.0 |

| | | | | |
|---|---|---|---|---|
| | Inc. and other contractors; Creation of Binder 14: Forensic Internet History Reports; Creation of Binder 15: Continuation of Forensic Internet History Reports; Creation of Binder 16: Computer Recovered Files/ Computer Server History | | | |
| 2/8/08 | Initial Trial Preparation with: Peter McMichael | KLL | $90 | 1.0 |
| 2/8/08 | Prepare for and attend Motion Hearing re: Motion in Limine re: D'Amico; attention to file re same | CAM | $250 | 1.8 |
| 2/9/08 | Continue calculating number of days worked for Fire Fighters from fire logs | SHC | $150 | 3.2 |
| 2/9/08 | Initial preparation re Plaintiffs' opening statement; outline arguments, testimony, proof, damages | MAF<br>CAM | $250<br>$250 | 10.0<br>7.0 |
| 2/10/08 | Continue calculating number of days worked for Fire Fighters from fire logs | SHC | $150 | 2.6 |
| 2/10/08 | Continue Preparation re opening statement for Trial | MAF | $250 | 4.5 |
| 2/10/08 | Initial preparation of Plaintiffs' Exhibit List for use at Trial | DCM | $90 | 3.5 |
| 2/11/08 | Continue calculating number of days worked for Fire Fighters from fire logs | SHC | $150 | 3.4 |
| 2/11/08 | Receive and review Memorandum and Order re D'Amico; attention to file re same and testimony use at trial | CAM<br>MAF | $250<br>$250 | .5<br>.5 |
| 2/11/08 | Continuation of preparation of Plaintiffs' Voluminous Exhibit List (Various edits and additions) | KLL | $90 | 8.0 |
| 2/11/08 | Analysis and work re opening statement; work on witness testimony and questions re firefighters and spouses and children; attend court re instruction re use of Elmo; | CAM | $250 | 6.5 |

| | | | | |
|---|---|---|---|---|
| | work on exhibits; meeting with Expert | | | |
| 2/11/08 | Prepare and fax letter to all attorneys re: number of days worked | MAF | $250 | .3 |
| 2/11/08 | Meeting with William Odom re: Trial prep.; Court room meeting with Clerk re: AV set up; Post meeting with William Odom re: trial prep | MAF | $250 | 8.0 |
| 2/12/08 | Final pre-trial preparation; opening statement; witness testimony | CAM<br>MAF | $250<br>$250 | 10.0<br>9.0 |
| 2/12/08 | Trial preparation with Thomas Walden & wife and Chris O'Halloran & wife | MAF | $250 | 2.5 |
| 2/12/08 | Continuation of preparation of Plaintiffs' Voluminous Exhibit List (Various edits and additions) | DCM<br>KLL | $90<br>$90 | 8.0<br>8.0 |
| 2/13/08 | Continuation of preparation of Plaintiffs' Voluminous Exhibit List (Various edits and additions); Retrieve Trial materials for Attorneys re: Trial preparation | DCM<br>KLL | $90<br>$90 | 8.0<br>8.0 |
| 2/13/08 | Prepare for and attend Trial; continue trial preparation with James Rock, Carol O'Brien, Robert Reilly, Vincent Clements and Chris Wagner; Review related exhibits | CAM<br>MAF | $250<br>$250 | 10.5<br>10.5 |
| 2/13/08 | Attendance at Trial; analysis re firefighter testimony | SHC | $150 | 1.0 |
| 2/13/08 | Continue working on number of days worked for Fire Fighters | SHC | $150 | 1.9 |
| 2/14/08 | Prepare for and attend Trial; Trial preparation with Robert Crellin, Peter Celani & wife, Rinaldi family & William Serbst & wife; Review related exhibits | CAM<br>MAF | $250<br>$250 | 3.5<br>11.5 |
| 2/14/08 | Continue working on number of days worked for Fire Fighters | SHC | $150 | 1.8 |
| 2/15/08 | Prepare for and attend Trial; continue preparation re number | MAF | $250 | 6.5 |

| | | | | |
|---|---|---|---|---|
| | of witnesses, length of testimony | | | |
| 2/15/08 | Continue working on number of days worked for Fire Fighters | SHC | $150 | 2.6 |
| 2/16/08 | Continue work on testimony of witnesses; review deposition transcripts re defendants | CAM<br>MAF | $250<br>$250 | 5.0<br>7.0 |
| 2/17/08 | Work on testimony of firefighters and family testimony and revise same; attention re same; review testimony for use and revision re Chmura Plaintiffs | CAM<br>MAF | $250<br>$250 | 5.0<br>5.0 |
| 2/18/08 | Trial preparation with Paul Doughty & family, Bill Kenyon & family, Robert Barrett & wife and Phillip Payne & family; Review related exhibits; continue preparation | CAM<br>MAF | $250<br>$250 | 7.5<br>7.5 |
| 2/19/08 | Prepare and mail letter to Mr. & Mrs. Joseph Moreino re: dismissal | MAF | $250 | .3 |
| 2/19/08 | Prepare for and attend Trial Day 4; Trial preparation with Donna Luce, Edward Kennedy & family; Review related exhibits | CAM<br>MAF | $250<br>$250 | 9.5<br>9.5 |
| 2/19/08 | Attendance at Trial; attention re number of days re firefighters worked | SHC | $150 | 2.0 |
| 2/19/08 | Continue working on number of days worked for Fire Fighters | SHC | $150 | 1.5 |
| 2/20/08 | Receive and review fax from Allison at Providence City Hall re: number of days worked; attention to file re same | MAF | $250 | .5 |
| 2/20/08 | Trial preparation with Robert Cataldo & family, Frank Reddington & family, Mark Randall & wife, Joe Mellor & wife and Mark Tillman ; Review related exhibits | CAM<br>MAF | $250<br>$250 | 6.5<br>9.0 |
| 2/21/08 | Prepare for and attend Trial; Trial preparation with Ken Greenwell & wife, Donald Rathbone & wife, Craig Martin, | CAM<br>MAF | $250<br>$250 | 10.5<br>10.5 |

| | | | | |
|---|---|---|---|---|
| | David Neri, Mat Randall & wife; Review related exhibits | | | |
| 2/21/08 | Attendance at Trial | SHC | $150 | 3.5 |
| 2/21/08 | Continue working on number of days worked for Fire Fighters | SHC | $150 | .8 |
| 2/22/08 | Prepare for and attend Trial; Trial preparation with Joe Bretanha & family, Paul Picozzi & wife; Review related exhibits; attention to file re status and strategy | CAM<br>MAF | $250<br>$250 | 6.5<br>10.5 |
| 2/23/08 | Trial preparation with Michael Bates, Sarah Good, Gerald Carvalho & family, Joe Vingi & family; Review related exhibits; continuing preparation re upcoming witnesses; review re state police statements and other documents for use on defendant witnesses | CAM<br>MAF | $250<br>$250 | 7.5<br>10.0 |
| 2/24/08 | Continue work on trial preparation; witness testimony; testimony re Chmura plaintiffs; revisions re same; review expert report; review state police file | CAM<br>MAF | $250<br>$250 | 6.5<br>8.0 |
| 2/25/08 | Prepare for and Attend Trial; Trial preparation with Donald Dubuque & wife, Chris Petit & wife, Sandra Buote, Linda Young & Paul Buteau; Review related exhibits; continue preparation; | CAM<br>MAF | $250<br>$250 | 11.5<br>10.0 |
| 2/25/08 | Attendance at Trial; analysis re firefighter testimony; conferences with attorneys re same | SHC | $150 | 3.0 |
| 2/25/08 | Continue working on number of days worked for Fire Fighters | SHC | $150 | 1.4 |
| 2/26/08 | Prepare for and attend (MAF only) Trial; Review trial exhibits and preparation for next Trial attendance; preparation re subpoenas re witnesses and defendants: work on same; work on exhibits re witnesses; preparation re | CAM<br>MAF | $250<br>$250 | 11.5<br>11.5 |

| | | | | |
|---|---|---|---|---|
| | testimony re Chmura Plaintiffs; review Police File re references to clients; preparation re Simoneau e-mail | | | |
| 2/27/08 | Prepare for and attend Trial; Trial preparation with Donna Pietrunti, Steven Ruhle & family, Ernest Robert & family, Andrea Baker, Yvonne Giragosian, Debra Silva-Rocha, Sandra Manning, Emilia Grover, Maribel Patino, Daniel Brodeur & family, Michael Segee & family; Review related exhibits | CAM<br>MAF | $250<br>$250 | 7.5<br>12.5 |
| 2/27/08 | Continue working on number of days worked for Fire Fighters | SHC | $150 | 1.2 |
| 2/28/08 | Prepare for and attend Trial (CAM only); Trial preparation with Fred Robinson & family, Bonnie Benson, Jamie Araujo, Teresa Mancini, Eugenia Pattek, Maria Drohan, Julia Goins, Laurie Gannon, Peter McMichael & family, Melissa Melvin, Arleen Pullon, Susan Harrington, Margaret Burns, Robin Owens & Paul Wentworth / Review related exhibits | CAM<br>MAF | $250<br>$250 | 11.5<br>12.0 |
| 2/28/08 | Prepare and fax letter to Allison at Providence City Hall | MAF | $250 | .3 |
| 2/29/08 | Prepare for and attend Trial | MAF | $250 | 4.5 |
| 2/29/08 | Receive and review Motions and Memoranda re Quash filed by the City of Providence, Mary Lennon re Cicilline and Esserman; attention to file re same | CAM<br>MAF | $250<br>$250 | 2.6<br>2.6 |
| 3/01/08 | Review trial exhibits and preparation for next Trial attendance; work on testimony of upcoming defendant witnesses; Prignano,Vieira, Lennon, Esserman, Cicilline | CAM<br>MAF | $250<br>$250 | 6.0<br>11.0 |
| 3/02/08 | Work on testimony and outline | MAF | $250 | 12.0 |

| | | | | |
|---|---|---|---|---|
| | re Mary Lennon; review deposition transcript re same; review police witness statements re same | | | |
| 3/3/08 | Read and review created binders to retrieve Trial materials re: Witness statement of Mary Lennon, List of Extensions – Total Recall Stations, List of Extensions – Total Recall Station names and numbers; Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List. | DCM<br>KLL | $90<br>$90 | 10.0<br>10.0 |
| 3/3/08 | Prepare for and attend Trial; Prepare and file Objection and Memorandum re to Motion to Quash; Review trial exhibits and preparation for next Trial attendance; begin preparations re Parente, Sepe, Haraoin, Parfume, Rosenzweig, D'Amico | CAM<br>MAF | $250<br>$250 | 10.5<br>9.5 |
| 3/3/08 | Attendance at Trial | SHC | $150 | 4.5 |
| 3/3/08 | Continue working on number of days worked for Fire Fighters | SHC | $150 | 1.4 |
| 3/3/08 | Prepare and send out letter to Andrew Rosenzweig | DMR | $90 | .2 |
| 3/4/08 | Prepare for and attend trial; Receive and review Memorandum and Order re Esserman and Cicilline; continue trial preparation; work on testimony re S. Moise; review file re same and exhibits; review deposition transcript; review police statements re preparation re same | CAM<br>MAF | $250<br>$250 | 12.5<br>12.5 |
| 3/4/08 | Read and review created binders to retrieve Trial materials re: E-mail re: removal of extensions, User's Guide of Total Recall, Administration Guide of Total Recall, Memo | DCM<br>KLL | $90<br>$90 | 8.0<br>8.0 |

| | | | | |
|---|---|---|---|---|
| | from Mary Lennon (ltr) to Dean Esserman, Requests for logging tape playback/ copy, Providence Police & Fire Public Safety Complex Directory, List of Extensions & Locations, Total Recall Stations names and numbers, Witness statement of Stephen Moise, Subpoena of Stephen Moise; Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List. | | | |
| 3/5/08 | Prepare for and attend Trial; Trial preparation with John Chmura; Review related exhibits; Preparation re M. Vieira testimony; review deposition transcript; review bid documents re T. Desmarais deposition transcript; review relevant police statements; preparation re D'Amico | CAM<br>MAF | $250<br>$250 | 6.5<br>14.5 |
| 3/5/08 | Attendance at Trial; Assist attorneys re same | SHC | $150 | 1.0 |
| 3/5/08 | Continue working on number of days worked for Fire Fighters | SHC | $150 | 1.8 |
| 3/5/08 | Receive and review fax from Allison re: number of days worked for City Employees | KLL | $90 | .3 |
| 3/5/08 | Read and review created binders to retrieve Trial materials re: Lines not recorded (extensions and names); Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List. | DCM<br>KLL | $90<br>$90 | 5.0<br>5.0 |
| 3/6/08 | Prepare for and Attend Trial; continue preparation re upcoming witnesses Vieira, DesMarais, Prignano, Parente, Haroian and D'Amico; work with MS re admissibility issues re Prignano liability | CAM<br>MAF | $250<br>$250 | 8.5<br>6.5 |
| 3/6/08 | Discussion w/ client regarding testimony concerning Prignano; | MS | $250 | .6 |

| | | | | |
|---|---|---|---|---|
| | review J. Smith's order regarding admissibility of statement; research cases cited in order | | | |
| 3/6/08 | Continue Trial prep.; Conferences with William Odom re: Trial testimony | MAF | $250 | 5.5 |
| 3/7/08 | Continue trial preparation re testimony and exhibits re Vieira, Desmarais, Odom | MAF | $250 | 6.5 |
| 3/7/08 | Online research First Circuit cases regarding law of the case doctrine; research treatises regarding same; review cases; draft e-mail to client summarizing findings; e-mail pertinent cases to client | MS | $250 | 2.8 |
| 3/8/08 | Continue trial preparation re witnesses and strategy re Vieira, D'Amico, Parente, Haroian, Parfume, Sepe, Desmarais and Prignano | CAM<br>MAF | $250<br>$250 | 10.0<br>10.0 |
| 3/8/08 | Read and review created binders to retrieve Trial materials re: Subpoena of John D'Amico, Letter from D'Amico to Chief Lanzi, Witness statement of Manuel Vieira and all related materials, Memo from Abbate to Sepe, RFP for telephone & data equipment & cable proposal for new complex, Addendum One, 2, 3, 4, 5, and 6, RFP digital voice recording system for new Public Safety Complex, Expanents, Inc's bid; Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List. | DCM<br>KLL | $90<br>$90 | 7.5<br>7.5 |
| 3/9/08 | Continue trial preparation re same; and exhibits, statements, transcripts and bid documents | CAM<br>MAF | $250<br>$250 | 7.0<br>10.0 |
| 3/10/08 | Prepare for and attend trial; continue trial preparation re Vieira, Prignano, Desmarais, | CAM<br>MAF | $250<br>$250 | 11.5<br>9.5 |

| | | | | |
|---|---|---|---|---|
| | Parente, Haroian, Parfume, Sepe; Review trial exhibits and preparation for next Trial attendance | | | |
| 3/10/08 | Review Rules of Evidence pertaining to hearsay; review advisory committee notes; review First Circuit cases pertaining to party opponent admissions; review response to Prignano's motion for summary judgment; review Federal Rules of Evidence Handbook; draft brief regarding hearsay to assist client | MS | $250 | 4.2 |
| 3/10/08 | Read and review created binders to retrieve Trial materials re: Ltr. From Clement to Expanents, Witness statement of Cynthia Parente and all related materials; Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List. | DCM<br>KLL | $90<br>$90 | 7.5<br>7.5 |
| 3/11/08 | Prepare for and attend trial; continue trial preparation re Prignano, Rosensweig, Haroian, Parfume and Desmarais; review statements, transcripts, documents re same; Receive and review Motions and memoranda to Quash Subpoena of Rosenzweig filed by the City of Providence, Manuel Vieira, Mary Lennon and Urbano Prignano | CAM<br>MAF | $250<br>$250 | 12.0<br>11.0 |
| 3/11/08 | Discussion with client regarding motion to quash Rosenzweig testimony; review Rule 45 and advisory notes; review motion; orders; formulate argument | MS | $250 | 1.5 |
| 3/11/08 | Read and review created binders to retrieve Trial materials re: witness statement of Greg Haroian, e-mail from | DCM<br>KLL | $90<br>$90 | 7.5<br>7.5 |

| | | | | |
|---|---|---|---|---|
| | Haroian to Garza; Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List. | | | |
| 3/12/08 | Prepare for and attend trial; continue preparation re Haroian, Parfume Sepe, Prignano, legal research re prior bad acts, preparation of testimony re same; work on Odum testimony and Sepe testimony (MAF) | CAM<br>MAF | $250<br>$250 | 12.5<br>12.5 |
| 3/12/08 | Draft memo in response to motion to quash; review 1st Circuit cases on point; discussion with client regarding standing, including hearsay argument; fax rough draft to client | MS | $250 | 4.6 |
| 3/12/08 | Read and review created binders to retrieve Trial materials re: witness statement of Frank Parfume, memo to Esserman from Parfume, witness statement of Alan Sepe, Ltr. To Cianci from Sepe, Witness statement of Urbano Prignano; Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List. | DCM<br>KLL | $90<br>$90 | 7.0<br>7.0 |
| 3/12/08 | Prepare and file Transcript Request for Manuel Vieira, Mary Lennon & Anthony Desmarais | KLL | $90 | .5 |
| 3/13/08 | Prepare for and attend Trial (CAM); Continue work re trial preparation re Odum testimony; Rosensweig testimony and begin work on Rule 50 issues | CAM<br>MAF | $250<br>$250 | 9.0<br>11.0 |
| 3/13/08 | Review and revise memorandum and objection to motion to quash; review memorandum in view of comments by client regarding evidence of investigation; begin | MS | $250 | 5.7 |

| | | | | |
|---|---|---|---|---|
| | research regarding importance of final policymaker in the case | | | |
| 3/13/08 | Finalize and file Objection and Memorandum re: Motion to Quash re: subpoena of Rosenzweig w/ supporting memo | CAM<br>MAF | $250<br>$250 | 2.0<br>.6 |
| 3/13/08 | Read and review created binders to retrieve Trial materials re: William Odom's Expert Report, James Rattigan, Robert Bennett, Ronald Reposa, Gary Mulcahey, Richard Sullivan; Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List. | DCM<br>KLL | $90<br>$90 | 7.5<br>7.5 |
| 3/14/08 | Prepare for and attend Trial; post trial meeting re strategy re weekend and Rule 50 motions | CAM<br>MAF | $250<br>$250 | 6.5<br>6.5 |
| 3/14/08 | Attendance at Trial; assist attorneys re issues re experts | SHC | $150 | 4.5 |
| 3/14/08 | Research treatises regarding policymaker in 1983 actions; review cases in other Circuits regarding same; search proof of facts; review First Circuit cases regarding municipal liability; draft memorandum to client regarding avenues of recovery on 1983 actions | MS | $250 | 4.5 |
| 3/14/08 | Letter to Kevin McHugh; Hand deliver letter and total number of days charts Re: Plaintiffs | KLL | $90 | 1.0 |
| 3/14/08 | Read and review created binders to retrieve Trial materials re: witness statement of Andrew Rosenzweig, memo from Rosenzweig to file re: comm. div. rev.; Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List. | DCM<br>KLL | $90<br>$90 | 7.0<br>7.0 |
| 3/15/08 | Work on Rule 50 arguments re 1983, municipal liability, qualified immunity, individual | MAF<br>CAM | $250<br>$250 | 5.0<br>10.0 |

| | | | | |
|---|---|---|---|---|
| | capacity, policy, custom, practice, policymaker, supervisor liability, wiretap statutes, consent, expectation of privacy, intentionality, right to privacy, standard of proof | | | |
| 3/15/08 | Draft document specifying elements of proof on all counts and supporting authority; research concerning the meaning of "intentionally" in context of wiretap statute-no mens rea; research | MS | $250 | 7.1 |
| 3/15/08 | Receive e-mail from Kevin McHugh | KLL | $90 | .1 |
| 3/15/08 | Work on Exhibits 10 & 11 and stipulations re same | CAM | $250 | 5.5 |
| 3/16/08 | Continue work re Rule 50 motion preparation re opposition; preparation re cross examination re defense witness | CAM<br>MAF | $250<br>$250 | 10.0<br>5.0 |
| 3/16/08 | Review and Edit firefighters and public employee charts for court submission; Edit plaintiffs' exhibit list, Edit Firefighters/Public Employees total number of days chart | DCM | $90 | 7.5 |
| 3/16/08 | Read and review Rosenzweig deposition transcript and related materials in preparation of Rosenzweig trial testimony; Dictate and edit outline for trial preparation | MAF | $250 | 5.0 |
| 3/17/08 | Prepare for and attend trial; continue preparation re cross-examination re defense witnesses; analysis and legal research re appealability re Prignano; receive and review draft jury instruction and verdict forms; work on motion to preclude defendant's exhibits and memorandum of law re same | CAM<br>MAF | $250<br>$250 | 10.0<br>10.0 |
| 3/17/08 | Research online regarding preclusion of last minute | MS | $250 | 3.9 |

| | | | | |
|---|---|---|---|---|
| | discovery; draft memorandum and objection to admission of memoranda by city; revise in accordance with client's comments | | | |
| 3/17/08 | Create charts of Plaintiffs' Id and full exhibits; Organize and create binders of Plaintiffs' Id and Full exhibits for Trial purposes; Organize Defendants' Id and full exhibits to date for Trial purposes. | DCM<br>KLL | $90<br>$90 | 12.0<br>12.0 |
| 3/18/08 | Prepare for and attend Trial; Prepare for renewal re Rule 50 motions; finalize and file motion to preclude denfendants' exhibits U,V, W and X; preparation re jury instructions and verdict forms | CAM<br>MAF | $250<br>$250 | 8.0<br>10.0 |
| 3/18/08 | Review jury instructions and verdict form for bias and error; draft comments for client | MS | $250 | 2.3 |
| 3/18/08 | Con't creating charts of Plaintiffs' Id and full exhibits; Organize and create binders of Plaintiffs' Id and Full exhibits for Trial purposes; Organize Defendants' Id and full exhibits to date for Trial purposes. | DCM<br>KLL | $90<br>$90 | 8.0<br>8.0 |
| 3/19/08 | Prepare for and attend trial; arguments re motion to strike exhibits, renewed motions and arguments re objection re Rule 50 motions, Argument re election of remedy; meeting re strategy re closing arguments, jury instructions and verdict forms | CAM<br>MAF | $250<br>$250 | 15.0<br>15.0 |
| 3/19/08 | Research whether qualified immunity is decided as a matter of law; input to client; research regarding application of Fourth Amendment to children; research ordinary course of business in relationship to wiretap statute; research use of | MS | $250 | 3.0 |

| | | | | |
|---|---|---|---|---|
| | term "non-investigative"; e-mail pertinent cases and comments to client | | | |
| 3/20/08 | Prepare for and attend Trial Conference re jury instructions and verdict forms; attention re same and legal research re disputed jury instructions | CAM<br>MAF | $250<br>$250 | 6.0<br>6.0 |
| 3/21/08 | Organize and create binders of Defendants' Id and Full exhibits for Trial purposes | KLL | $90 | 1.5 |
| 3/21/08 | Review final jury instructions and verdict forms; preparation re closing argument | CAM<br>MAF | $250<br>$250 | 5.0<br>7.0 |
| 3/22/08 | Work on closing argument; review trial transcripts re Vieira, Desmarais in preparation re same; review elements of proof; defendants' case, our good case, facts | MAF<br>CAM | $250<br>$250 | 9.0<br>5.0 |
| 3/23/08 | Finalize Work on closing argument; preparation re final objections re jury instructions and verdict forms | MAF<br>CAM | $250<br>$250 | 8.0<br>6.0 |
| 3/24/08 | Prepare and attend Trial re closing arguments and jury charge | CAM<br>MAF | $250<br>$250 | 5.5<br>5.5 |
| 3/24/08 | Attendance at Trial | SHC | $150 | 4.5 |
| 3/25/08 | Attend trial re Jury Deliberations; attention re same | CAM<br>MAF | $250<br>$250 | 4.5<br>4.5 |
| 3/26/08 | Jury Deliberation/ Verdict | CAM<br>MAF | $250<br>$250 | 7.5<br>7.5 |
| 3/27/08 | Receive e-mail from Jeannine Noel re: boxes in Court | MAF | $250 | .1 |
| 3/27/08 | Receive and review Judgment in favor of Plaintiffs; conference and attention to file re same | CAM<br>MAF | $250<br>$250 | .4<br>.4 |
| 3/28/08 | Research whether Defendants are joint and severally liable or if they are liable individually; | MS | $250 | 4.4 |

| | | | | |
|---|---|---|---|---|
| | begin research on public duty doctrine; e-mail comments and cases to client regarding individual liability | | | |
| 3/28/08 | Travel to Federal Court to retrieve 4 boxes left in Court | MAF<br>KLL | $250<br>$90 | .5<br>.5 |
| 3/28/08 | Receive and review fax from Kevin McHugh re: juror question | CAM<br>MAF | $250<br>$250 | .2<br>.2 |
| 3/31/08 | Receive and review fax from Judge Almond re: juror question | CAM<br>MAF | $250<br>$250 | .2<br>.2 |

| **Name** | **Status** | **Rate/ Hour** |
|---|---|---|
| Mark A. Fay (MAF) | Attorney | $250 |
| Carolyn A. Mannis (CAM) | Attorney | $250 |
| Steven H. Crawford (SHC) | Associate/ Attorney | $150 |
| Kendra L. Lima (KLL) | Paralegal | $90 |
| Donna M. Rogers (DMR) | Paralegal | $90 |
| Debra C. Mannis (DCM) | Paralegal | $90 |
| Lauren E. Jones (LEJ) | Attorney | $250 |
| David L. Krech (DLK) | Attorney | $200 |
| Mark L. LaBollita (MLL) | Attorney | $200 |
| Robert S. Thurston (RST) | Attorney | $200 |
| Maurene Souza (MS) | Attorney | $250 |

EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al.<br>Plaintiffs<br><br>v.<br><br>CITY OF PROVIDENCE, et al.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 04-304S |
| JOHN C. CHMURA, et al.<br>Plaintiffs<br><br>v.<br><br>CITY OF PROVIDENCE, et al.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 04-553S |

## AFFIDAVIT IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES

I, Lauren E. Jones, under oath, do hereby state:

1. I am an attorney, licensed to practice law in the State of Rhode Island since October 1978. I am an honors graduate of Duke University School of Law. I have been engaged in the practice of law full-time since January 1979. Since 1979, and particularly since 1983, I have focused my practice on appellate matters and research and writing. In 1983 I founded a practice, Jones Associates, whose specialty is legal research and writing and appellate practice. As part of my practice I consult with and assist other lawyers in preparing written materials to be filed in court. For many years I have been accorded by the Martindale-Hubbell Law Directory its highest rating for legal skill (av).

2. David L. Krech is an attorney licensed to practice law in the states of Rhode Island and New York. Mr. Krech is a graduate (magna cum laude) of Cornell Law School. Mr. Krech was admitted to practice law in New York in 1983, and in Rhode Island in 1994.

From 1983 to 1985 Mr. Krech was law clerk to New York State Supreme Court Justice D. Bruce Crew III; from 1986 to 1994 he was a member (partner, 1988-1994) of the firm of Rapport, Meyers, Griffen & Whitbeck, in Hudson, New York. From 1995 until July 2007 Mr. Krech was associated with Jones Associates and performed research and writing services on numerous projects. Since July 2007 Mr. Krech has been an instructor in the legal writing program at West Virginia School of Law. At the time that Mr. Krech performed the work in this case, he was a senior associate at Jones Associates.

3. Robert S. Thurston is an attorney licensed to practice law in the state of Rhode Island. He was admitted to practice in October 1986 and has been engaged in the practice of law since 1986. During the course of his practice he has developed specialties in the area of research and writing, and appellate representation. He is senior associate at Jones Associates. Since becoming a member of the bar, he has been continuously employed by Jones Associates and its predecessor, and has been involved in many appellate and research and writing matters.

4. In March 2006 plaintiff's counsel, Mark Fay, retained Jones Associates to work with plaintiffs' counsel on the objections and responses to the motions for summary judgment that Mr. Fay anticipated would be filed by defendants. In fact, three motions for summary judgment were filed in April 2006: one by each of the defendants, Manuel Vieira, Mary Lennon, and Umberto Prignano. In addition, defendant Mary Lennon filed a Motion for Sanctions under Rule 11 against plaintiffs' counsel. Jones Associates provided research and writing services to plaintiffs' counsel and drafted the objections, responsive memoranda, and supporting papers for each of the motions that defendants had filed. The primary research and drafting was performed by David L. Krech and Robert S. Thurston. I reviewed their drafts and consulted with them during the drafting process. The objections, memoranda, and supporting papers were provided to Mr. Fay to be filed in the court and served on

opposing counsel.

5. After Jones Associates had drafted the responsive memoranda and supporting papers and Mr. Fay had filed them, and the defendants had each filed a reply memorandum, the motions were scheduled for hearing. Mr. Fay requested that Jones Associates also assist with the oral argument on the motions. Mr. Krech then filed a limited entry of appearance for the purpose of arguing the objections to the motions for summary judgment. Mr. Krech prepared for and argued the motions to the court on July 26, 2006.

6. After the oral argument on July 26, 2006, the Court issued an order dated July 27, 2006, that resulted in another round of briefing. First, the Court ordered the City of Providence to file a motion for summary judgment by September 1, 2006. In fact, the "Municipal Defendants," Police Chief Dean Esserman, Mayor David Cicilline, and the City of Providence, moved for summary judgment on September 14, 2006. Second, the Court ordered defendant Umberto Prignano to file a motion for summary judgment on the issue of qualified immunity. In fact, Mr. Prignano filed a supplemental memorandum on the issue of qualified immunity on September 14, 2006. Third, the Court directed the parties, in the memoranda in support or opposition to these motions, to address six specific issues.

7. Jones Associates provided research and writing services to plaintiffs' counsel and drafted the objections, responsive memoranda, and supporting papers for each of the new motions and supplemental memoranda that defendants filed after the July 27 Order. The research and drafting was performed by David L. Krech. I reviewed his drafts and consulted with him during the drafting process. The objections, memoranda, and supporting papers were provided to Mr. Fay to be filed in the court and served on opposing counsel.

8. Attached to this affidavit as Exhibit A and B are true copies of two invoices and Specifications of Services that were submitted to Mr. Fay. Exhibit A is an invoice dated

July 28, 2006, with a specification of services for the period from March 6, 2006, through July 26, 2006. Exhibit B is an invoice dated December 4, 2006, with a specification of services for the period from July 27, 2006, through November 10, 2006. Each of the invoices also reflects certain costs incurred by Jones Associates in researching and drafting the memoranda and providing them to plaintiffs' counsel for filing with the court and service on opposing counsel.

9. The Specification of Services attached to each of the invoices is a print-out of the time and service file maintained in the ordinary course of business on Jones Associates' computer system. All of the entries in the Specification of Services were made on a daily basis contemporaneous with the services rendered. On the specifications, entries for LEJ are for me, entries for DLK are for Mr. Krech, and entries for RST are for Mr. Thurston.

10. The two specifications reflect a total of 288.6 hours of attorney time committed to the work required to respond to the various motions and memoranda. Of that time, 11.8 hours were actually performed by me; 197.1 hours were performed by David L. Krech; and 76.5 hours were performed by Robert S. Thurston. In addition, 3.2 hours of service were performed by Mark L. LaBollita, another associate in the firm, who assisted Mr. Krech at one point in the first round of briefing.

11. During the relevant periods covered by the specification of services, my firm was charging $250.00 per hour for my services and $200.00 per hour for the services of the associates in the firm, including Mr. Krech, Mr. Thurston, and Mr. LaBollita. In my professional opinion, those hourly rates were and are fair and reasonable; they were then commensurate with the fees charged to all other clients of the firm during the relevant time period and are within the range of rates charged by other lawyers of similar experience and reputation in this area.

12. In my professional opinion, the services set forth in the attached specifications, Exhibits A & B, were reasonably required to adequately prepare the various objections, memoranda, and supporting papers regarding the summary judgment motions, the Rule 11 motion, and the supplemental issues that the Court directed to be briefed, and for Mr. Krech's preparation for and attendance to the oral argument on July 26, 2006.

13. In addition to the services shown in the Specification of Services, I have spent 1.9 hours drafting this affidavit. *See Forgione v. AC & R Advertising, Inc.,* 147 F.R.D. 30, n.2 (S.D.N.Y. 1993) ("counsel is entitled to seek fees for activities related to fee applications.")

14. Using the hourly rates set forth above and applying them to the hours of service rendered by Jones Associates, the plaintiffs incurred a total of $58,310 in legal fees for the services rendered by Jones Associates in responding to the various motions. Jones Associates voluntarily reduced that total to $52,500.00 as reflected on the invoices, Exhibits A & B.

15. In addition to the legal services provided, Jones Associates incurred a total of $505.47 in expenses in performing the work outlined in this affidavit. Of that total, $453.20 were expenses for on-line legal research (Lexis). Those expenses are the actual amounts charged by Lexis to Jones Associates for the services provided by Lexis. In my professional opinion, the research done on Lexis was reasonable and necessary to do the work required to respond to the various motions, and the charges by Lexis are fair and reasonable for that service. The balance of the expenses were for making copying costs and for access to the Court's docket entries through the PACER system. The copies were charged at $0.10 per page; the PACER access charges were the actual amount charged to Jones Associates for access to the PACER system. In my professional opinion these charges were necessary to the representation and the amounts charged are fair and reasonable.

16. In my professional opinion, based on my experience as an attorney, and based on my

knowledge of the circumstances of the case, and in light of the factors set forth in the applicable Rule of Professional Conduct (Rule 1.5), a total fee of $52,500.00 is a reasonable fee for the services rendered by Jones Associates on the plaintiffs' behalf with respect to responding to the various summary judgment and other motions in this matter. In addition, the total costs of $505.47 are fair and reasonable. Finally, an additional fee of $475 for the preparation of this affidavit is fair and reasonable.

Lauren E. Jones

Subscribed and sworn to before me this 9th day of April, 2008.

Notary Public

SUSAN M. COSTA
Notary Public of Rhode Island
My Commission Expires 1/21/2010

**Jones Associates △ Attorneys at Law**

72 South Main Street
Providence, RI 02903
Telephone 401 274-4446
Fax 401 274-2805

Lauren E. Jones

Robert S. Thurston
David L. Krech
Mark L. LaBollita

July 28, 2006

Mark A. Fay, Esq.
**Murphy & Fay**
127 Dorrance Street
Providence RI 02903

**Re: Wiretap case against City of Providence, et al.**

| | | |
|---|---|---|
| For services rendered in the above matter, from January 25, 2006, to July 26, 2006, as set forth in the attached itemization (rates, per agreement: partner $250 per hour, associate $200 per hour, paralegal $75 per hour): | | $35,745.00 |
| Reduced Fee | | 32,500.00 |
| Costs: | | |
| LexisNexis charges | $179.90 | |
| Copy charges (in-house) | 22.10 | |
| | | 202.09 |
| **Total Amount Due** | | **$32,702.00** |

Federal ID# 05-0450940

Jones Associates △ Attorneys at Law

72 South Main Street
Providence, RI 02903-2907
Telephone: 401 274-4446
Fax: 401 274-2805

Re: Wiretap

| Date | Atty | Services | Hours |
|---|---|---|---|
| 3/6/2006 | LEJ | T/c M. Fay re new problem in case re discovery; M. Fay to deliver papers | 0.2 |
| 3/7/2006 | LEJ | Review papers from M. Fay; t/c M. Fay | 0.6 |
| 3/8/2006 | LEJ | T/c M. Fay re papers, reaction to Martin, Magistrate, decision; strategy | 0.4 |
| 4/7/2006 | LEJ | T/c M. Fay re upcoming motions, need for response, etc. | 0.3 |
| 4/8/2006 | LEJ | Email MLL | 0.1 |
| 4/10/2006 | LEJ | Emails to/from MLL (multiple) | 0.2 |
| 4/10/2006 | MLL | Multiple emails LEJ | 0.2 |
| 5/1/2006 | LEJ | T/c M. Fay | 0.2 |
| 5/2/2006 | LEJ | Review materials from M. Fay; t/c M. Fay; email M. Fay; conf w/DLK | 0.6 |
| 5/2/2006 | DLK | Conf w/LEJ; begin review of materials | 0.4 |
| 5/3/2006 | LEJ | Multiple t/c M. Fay re scheduled mtg; t/c DLK; conf w/DLK; review Rule 11 material from M. Fay; conf w/DLK | 0.4 |
| 5/3/2006 | DLK | Review motions, memoranda; t/c LEJ; conf w/LEJ (x2); begin review of transcripts | 2.4 |
| 5/4/2006 | LEJ | Fax from M. Fay w/ltr re Esserman depo | 0.1 |
| 5/4/2006 | DLK | Outline motions for summary judgment; read, annotate all depo trs; note relevant issues of fact, issues of law | 5.3 |
| 5/5/2006 | LEJ | Review DLK memo re status of motions; conf w/DLK; conf w/M. Fay, DLK; draft supplement to m/extend; multiple emails, t/c Kendra; conf w/DLK | 2.0 |
| 5/5/2006 | DLK | Continue review of file materials, including witness statements, SP, AG reports; multiple conf w/LEJ; conf w/LEJ, M. Fay | 4.3 |
| 5/8/2006 | DLK | Continue analysis | 0.8 |
| 5/9/2006 | DLK | Conf w/RST re Prignano and Lennon motions; continue analysis; legal research re use of hearsay in opposition to summary judgment; begin drafting statement of disputed facts | 2.6 |
| 5/9/2006 | RST | Conf w/DLK: copy, review pleadings | 3.2 |
| 5/10/2006 | LEJ | Vmail M. Fay | 0.1 |
| 5/10/2006 | DLK | Receive/review/annotate depo tr of A. Rosensweig; continue drafting stmt of disputed facts; email from/to RST | 2.3 |
| 5/10/2006 | RST | Legal research; email to/from DLK | 3.0 |
| 5/11/2006 | DLK | Continue drafting stmts of disputed/undisputed facts for Lennon and Vieira motions; vmail from M. Fay; assemble documents supporting fact stmts; add'l review of record materials; multiple conf w/RST and MLL; t/c M. Fay [NILM]; begin drafting memorandum in opposition to Vieira's m/sj | 5.8 |
| 5/11/2006 | MLL | Multiple conf w/DLK re summary judgment project | 0.2 |
| 5/11/2006 | RST | Multiple conf w/DLK; legal research; draft disputed facts; begin drafting supporting memorandum; t/c M. Fay | 6.8 |
| 5/12/2006 | LEJ | Multiple conf w/DLK re status; conf w/MLL re status; email M. Fay re extension | 0.3 |
| 5/12/2006 | DLK | Multiple conf w/RST, MLL, LEJ; t/c M. Fay; continue research and drafting memorandum in opposition to Vieira's m/sj; memo to MLL | 5.8 |

Jones Associates △ Attorneys at Law

Re: Wiretap (continued)

| Date | Atty | Services | Hours |
|---|---|---|---|
| 5/12/2006 | MLL | Review memo from DLK; review Lennon summary judgment memorandum; review Lennon depo; conf w/LEJ; multiple conf w/DLK; legal research | 2.8 |
| 5/12/2006 | RST | Conf w/DLK; revise disputed facts; draft supporting memorandum; legal research | 6.2 |
| 5/15/2006 | DLK | Email from RST; conf w/RST re Vieira depo, admissibility of hearsay; continued analysis and drafting Vieira memorandum | 0.6 |
| 5/15/2006 | RST | Legal research re hearsay evidence; review record; email DLK; revise/edit facts and memorandum; conf w/DLK | 4.5 |
| 5/16/2006 | DLK | Annotate Vieira depo; continue analysis and drafting Vieira memorandum | 1.4 |
| 5/16/2006 | RST | Revise/edit disputed facts, supporting memorandum; organize research file | 2.0 |
| 5/17/2006 | DLK | Review RST draft of Prignano memorandum; conf w/RST re official and individual capacity suits; continue drafting Vieira memorandum; add'l research re § 1983 actions | 2.2 |
| 5/17/2006 | RST | Conf w/DLK; legal research re bases of other complaint counts; revise/edit drafts; organize supporting materials into files | 4.3 |
| 5/18/2006 | DLK | Continue drafting Vieira memorandum; add'l legal research; conf w/RST; review/revise RST draft of response to Prignano motion | 3.6 |
| 5/18/2006 | RST | Legal research; revise/edit Prignano memorandum; conf w/DLK | 6.3 |
| 5/19/2006 | LEJ | Conf w/DLK (x3); memo to DLK re draft | 0.5 |
| 5/19/2006 | DLK | Further edit/revise RST draft; conf w/LEJ (x3); review LEJ memo re RST draft; conf w/RST; continue drafting Vieira memorandum; conf w/RST re Lennon motion | 1.4 |
| 5/19/2006 | RST | Conf w/DLK; review LEJ memo; legal research; revise/edit Prignano memorandum; conf w/DLK | 3.0 |
| 5/22/2006 | LEJ | Conf w/DLK re status | 0.2 |
| 5/22/2006 | DLK | Conf w/RST re exhibits; conf w/LEJ re status; outline rest of Vieira memorandum | 0.8 |
| 5/22/2006 | RST | Review/analyze Lennon depo, various state police statements, and Lennon's m/summary judgment and supporting memorandum; begin drafting disputed facts and memorandum re Lennon; conf w/DLK | 7.0 |
| 5/23/2006 | RST | Finish initial drafts; revise/edit disputed facts and memorandum; legal research | 5.5 |
| 5/24/2006 | LEJ | Conf w/DLK | 0.1 |
| 5/24/2006 | DLK | Review RST draft of Lennon facts and memorandum; memo to RST; continue drafting Vieira memorandum; conf w/LEJ; t/c M. Fay; add'l research, including Rule 11 standard | 6.2 |
| 5/24/2006 | RST | Further legal research; memo from DLK; revise/edit statement of disputed facts and memorandum re Lennon | 6.2 |
| 5/25/2006 | LEJ | Multiple conf w/DLK, RST; review draft memo, statement of disputed facts re M. Lennon; conf w/DLK | 0.8 |
| 5/25/2006 | DLK | Review/edit RST draft of Lennon memorandum; multiple conf w/LEJ; t/c M. Fay; receive/review/annotate Desmarais' depo; revise Vieira fact statement; continue drafting/revising Vieira memorandum; email M. Fay; conf w/LEJ | 6.7 |
| 5/25/2006 | RST | Review DLK notes; revise/edit supporting memorandum; multiple conf w/LEJ | 3.0 |
| 5/26/2006 | LEJ | Multiple conf w/DLK, RST | 0.4 |
| 5/26/2006 | DLK | Continue drafting Vieira memorandum; add'l research re § 1983 and related issues; t/c M. Fay; conf w/M. Fay; conf w/RST; multiple cont w/LEJ; continue drafting | 4.2 |
| 5/26/2006 | RST | Revise/edit memoranda; multiple conf w/LEJ; conf w/DLK | 1.4 |
| 5/27/2006 | LEJ | Review district ct rules; email M. Fay, DLK re page limits, ct orders, etc. | 0.4 |

Jones Associates △ Attorneys at Law

Re: Wiretap (continued)

| Date | Atty | Services | Hours |
|---|---|---|---|
| 5/29/2006 | DLK | Revise/edit Prignano facts and memorandum, Lennon facts and memorandum, and Vieira facts; email from/to LEJ; continue drafting/revising Vieira memorandum | 7.2 |
| 5/30/2006 | LEJ | Email from DLK; email RST; multiple conf w/RST | 0.4 |
| 5/30/2006 | DLK | Email from/to RST re Rule 11; continue drafting/revising Vieira memorandum; add'l research re § 1983, qualified immunity, intrusion on privacy, consent; edit Vieira memorandum; email LEJ | 9.4 |
| 5/30/2006 | RST | T/c M. Fay; construct appendices for Prignano and Lennon memoranda using materials collected by Kendra and supplementing them; draft covers for appendices; number pages of appendices; insert appendix cites into disputed statement of facts and memoranda; draft Rule 11 memorandum and objection; emails to/from DLK, LEJ; revise/edit Rule 11 memorandum; multiple conf w/LEJ | 8.4 |
| 5/31/2006 | LEJ | Edit/revise RST draft of Rule 11 memorandum; review all memoranda prepared by DLK, RST; email DLK; multiple conf w/RST re status of memoranda, final preparation, etc.; conf w/RST re finalizing, filing memoranda and objections | 1.8 |
| 5/31/2006 | DLK | Email from LEJ; t/c RST re memorandum; email from/to RST | 0.3 |
| 5/31/2006 | RST | T/c DLK; email to/from DLK; revise/edit Vieira memorandum; t/c M. Fay; t/c C. Mannis (x2); email to/from C. Mannis; multiple conf w/LEJ; construct appendix for Vieira disputed statement of facts and memorandum; construct appendix for Vieira Rule 11 motion; insert appendix cites into memoranda; revise/edit Rule 11 memorandum, objection to Rule 11 motion; bring corrected pages to M. Fay's ofc | 5.5 |
| 6/5/2006 | RST | Review prior DLK emails; print Vieira facts | 0.2 |
| 6/12/2006 | LEJ | Fax from M. Fay w/M. Lennon reply memorandum; review memorandum | 0.2 |
| 6/21/2006 | LEJ | Fax from M. Fay w/M. Vieira reply memorandum; review memroandum | 0.1 |
| 6/30/2006 | LEJ | Fax from M. Fay w/U. Prignano reply memorandum | 0.1 |
| 7/1/2006 | LEJ | Review Prignano opposition memorandum | 0.2 |
| 7/24/2006 | LEJ | Conf w/DLK re oral arg | 0.2 |
| 7/24/2006 | DLK | Conf w/LEJ; t/c M. Fay; begin oral arg preparation | 1.1 |
| 7/25/2006 | DLK | Prepare for oral arg, including conf w/M. Fay and research re evidentiary issues -- hearsay exceptions | 7.8 |
| 7/26/2006 | DLK | Add'l oral arg prep; attend and present oral arg in USDC (RI); post-hrg conf w/M. Fay | 2.8 |

| | |
|---|---|
| Partner | 10.9 |
| Sr. Associate | 165.1 |
| Total Wiretap Hours | 176.0 |

ˉones Associates △ Attorneys at Law

72 South Main Street
Providence, RI 02903
Telephone 401 274-4446
Fax 401 274-2805

△△

Lauren E. Jones

Robert S. Thurston
David L. Krech
Mark L. LaBollita

December 4, 2006

Mark A. Fay, Esq.
**Murphy & Fay**
127 Dorrance Street
Providence RI 02903

**Re: Wiretap case against City of Providence, et al.**

| | |
|---|---|
| For services rendered in the above matter, from July 27, 2006, to November 10, 2006, as set forth in the attached itemization (rates, per agreement: partner $250 per hour, associate $200 per hour, paralegal $75 per hour): | $22,565.00 |
| Reduced Fee | 20,000.00 |
| Costs: see attached | 303.38 |
| Amount Due | 20,303.38 |
| Prior Balance Due | +32,702.09 |
| **Total Amount Due** | **$53,005.47** |

Federal ID# 05-0450940

Jones Associates △ Attorneys at Law

72 South Main Street
Providence, RI 02903-2907
Telephone: 401 274-4446
Fax: 401 274-2805

Re: Wiretap

| Date | Atty | Services | Hours |
|---|---|---|---|
| 7/31/2006 | DLK | Receive/review ct order re motions/briefing | 0.2 |
| 8/11/2006 | DLK | Begin legal research re § 1983 and related issues | 0.7 |
| 8/14/2006 | DLK | Continue preliminary § 1983 research | 0.9 |
| 8/17/2006 | DLK | Research re 4th Amendment | 0.4 |
| 8/22/2006 | DLK | Legal research re municipal liability | 3.6 |
| 8/23/2006 | DLK | Continue research re municipal liability; begin drafting arg re municipal liability; organize file materials | 3.0 |
| 8/24/2006 | DLK | Continue drafting; add'l research re municipal liability on statutory claims | 3.6 |
| 8/25/2006 | DLK | Add'l research re municipal liability on other statutory claims, respondeat superior liability | 2.2 |
| 8/28/2006 | DLK | Receive/review ECM filing notice and order; legal research re new case re conspiracy | 0.3 |
| 9/6/2006 | DLK | Legal research re pleading of Monell claim | 1.8 |
| 9/13/2006 | DLK | Receive/review Vieira's supplemental memorandum and begin research of cases cited | 0.6 |
| 9/14/2006 | LEJ | Conf w/DLK | 0.1 |
| 9/14/2006 | DLK | Receive/review city's motion and memorandum; conf w/LEJ; t/c M. Fay; receive/review Lennon's supplemental memorandum; continue research, analysis; notes to file | 3.3 |
| 9/15/2006 | DLK | Receive/review Prignano's supplemental memorandum; continue research and analysis | 0.8 |
| 9/18/2006 | DLK | Begin outline of parties' arguments | 0.8 |
| 9/19/2006 | DLK | Continue outline of arguments; research cases cited and shepardize; add'l research re §1983, preemption | 4.8 |
| 9/20/2006 | DLK | Research re liability of agent for acts committed in course of employment; draft arg | 2.5 |
| 9/21/2006 | DLK | Research re agency, pleading, state constitutional claim; t/c M. Fay re extension | 2.3 |
| 9/22/2006 | DLK | Email M. Fay | 0.1 |
| 9/25/2006 | DLK | T/c M. Fay re issues, extension; t/c Kendra re extension; continue research re § 1983 pleading, policy, custom; begin drafting response to Lennon's supplemental memorandum | 2.5 |
| 9/26/2006 | DLK | Continue drafting response to Lennon's supplemental memorandum; add'l misc research | 1.6 |
| 9/27/2006 | DLK | Continue drafting response to Lennon's supplemental memorandum; add'l research re official capacity suits, policy or custom | 4.6 |
| 9/28/2006 | DLK | Continue drafting response to Lennon's supplemental memorandum; receive notice that m/extension granted; t/c Kendra re Vieira and Lennon answers; add'l research re qualified immunity, ordinary course of business; receive/review fax from Kendra w/Vieira and Lennon answers; revise response to Lennon's supplemental memorandum | 5.2 |
| 9/29/2006 | DLK | Continue drafting response to Lennon's supplemental memorandum | 0.2 |

Jones Associates △ Attorneys at Law

Re: Wiretap (continued)

| Date | Atty | Services | Hours |
|---|---|---|---|
| 10/2/2006 | DLK | Continue drafting and revising response to Lennon's supplemental memorandum | 1.1 |
| 10/3/2006 | DLK | Add'l research re qualified immunity | 3.1 |
| 10/5/2006 | DLK | T/c M. Fay; begin drafting response to Vieira's supplemental memorandum | 2.8 |
| 10/10/2006 | DLK | Add'l research re pleading; revise response to Vieira's supplemental memorandum | 1.1 |
| 10/11/2006 | DLK | Add'l research re individual and official liability, agency law; t/c Kendra re 10/12 mtg (x2); continue drafting response to Vieira's supplemental memorandum | 4.3 |
| 10/12/2006 | DLK | Continue drafting response to Vieira's supplemental memorandum; conf w/M. Fay | 3.2 |
| 10/13/2006 | DLK | Continue drafting response to Vieira's supplemental memorandum | 2.1 |
| 10/16/2006 | DLK | Begin drafting statement of disputed facts re City's m/summary judgment; fax draft of stmt to M. Fay; begin drafting memorandum in opposition to City's m/summary judgment | 5.3 |
| 10/17/2006 | DLK | Continue drafting memorandum in opposition to City's m/summary judgment; add'l legal research | 4.4 |
| 10/18/2006 | LEJ | Review DLK drafts of memoranda (Vieira's, City's); conf w/DLK re memoranda, comments | 0.8 |
| 10/18/2006 | DLK | Review LEJ comments; conf w/LEJ; t/c M. Fay; continue memorandum in oppositoin to City's m/summary judgment; add'l legal research; receive fax of Moise depo | 5.3 |
| 10/19/2006 | DLK | Review Moise depo; continue drafting memorandum in opposition to City's m/summary judgment; t/c Kendra re status; add'l legal research | 6.4 |
| 10/20/2006 | DLK | Continue drafting memorandum in opposition to City's m/summary judgment; add'l legal research; t/c M. Fay [NILM]; email draft of memorandum in opposition to City's m/summary judgment to M. Fay | 6.2 |
| 10/21/2006 | DLK | Email M. Fay; revise/edit memoranda (City, Vieira, Lennon); add'l legal research | 4.3 |
| 10/22/2006 | DLK | Draft objection to City's motion; revise/supplement statement of disputed facts for City's motion; prepare appendix to statement of disputed facts; prepare supplemental appendix for memorandum in response to Lennon's supplemental memorandum; edit memoranda (City, Lennon, Vieira); draft response to Prignano's supplemental memorandum; memo to LEJ | 9.2 |
| 10/23/2006 | DLK | Revise/supplement response to Prignano's supplemental memorandum; edit/revise other memoranda; prepare supplemental appendix for memorandum in response to Prignano's supplemental memorandum; t/c M. Fay; conf w/SMC re converting all documents to pdf format; conf w/Kendra to file all documents by ECF; organize materials for file | 6.4 |
| 11/2/2006 | DLK | Receive/review City's reply memorandum | 0.4 |
| 11/10/2006 | DLK | T/c Kendra re City's reply memorandum | 0.1 |

| | |
|---|---|
| Partner | 0.9 |
| Sr. Associate | 111.7 |
| Total Wiretap Hours | 112.6 |



12/1/2006

Wiretap **Schedule of Costs** 12/1/2006

| Date | Name | Description | Amount |
|---|---|---|---|
| various | Postage | | $ - |
| various | Copies | in-house copy charges | $ 29.20 |
| various | LexisNexis | on-line legal research | $ 273.30 |
| various | PACER | on-line RIDC access | $ 0.88 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **Total Costs* =** | $ 303.38 |

*Receipts, etc. for costs available upon request

EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS WALDEN, et al.**

**v.** **C.A. No. 04-304**

**CITY OF PROVIDENCE, et al.**

**JOHN CHMURA, et al.**

**v.**

**C.A. No. 04-553**

**CITY OF PROVIDENCE, et al.**

**AFFIDAVIT IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES**

The undersigned, Maurene Souza, upon oath deposes and states:

1. That I am and have been a practicing attorney in the State of Rhode Island for six years. I am a member in good standing and have been so since my admission to the Rhode Island Bar in 2002. I am a member of the U.S. District Court for the District of Rhode Island. I have also been an active member of the Massachusetts Bar since 2002;
2. That my bar registration number in Rhode Island is 6555.
3. That I graduated from Roger Williams University, School of Law *cum laude* and fourth in my class in May of 2001. I was a member of the Moot Court Honors Program as well as the Honor Society for the School of Law.
4. That for the 2001-2002 term of the Rhode Island Supreme Court, I served as Clerk for the Honorable Justice Robert Flanders;

5. That from 2002 to 2004, I was an associate at the firm of Roberts Carroll Feldstein & Peirce and was primarily involved in medical malpractice and insurance defense litigation;
6. That from 2004 through 2005, I was an associate at the firm of MacAdams & Wieck, Inc. involved in complex business litigation, workouts, collection matters and litigation of estate disputes;
7. That in July of 2005 I started my own firm focusing on business litigation as well as assisting other members of the bar requiring support in researching and drafting memoranda, various pleadings and appeals;
8. That in 2005 I served on the Superior Court Bench Bar Committee with respect to the revising of the Superior Court Rules of Civil Procedure;
9. That in October of 2007, I was retained by Plaintiffs' counsel, Mark Fay of the law firm of Murphy & Fay LLP, to assist in researching particular aspects of the relevant law pertaining to this matter and to draft pleadings in response to Defendants' motion for a pretrial damages hearing;
10. That in December of 2007, I assisted Plaintiffs' counsel in drafting an appeal to the First Circuit; however I have not included in my time the fees and costs associated with the interlocutory appeal relative to the discretionary nature of liquidated damages pursuant to the Federal Wiretap Act;
11. That in January of 2008, I assisted Plaintiffs' counsel in conducting research with respect to certain evidentiary matters and assisted in drafting jury instructions and responding to motions in limine;

12. That in February of 2008, I assisted Plaintiffs' counsel in responding to Defendants' motions in limine;

13. That in March of 2008, I assisted Plaintiffs' counsel in researching and addressing relevant issues raised at trial;

14. That in April of 2008, I assisted Plaintiffs' counsel in researching and drafting post trial motions;

15. That I have expended 107 hours on this matter to date;

16. That attached to Plaintiffs' Memorandum in Support of their Motion for Award of Attorneys' Fees is an itemization of the legal services I performed and the amount of time expended on the legal services described.

17. All legal services rendered as set forth in this Affidavit are reasonable and necessary for the diligent prosecution of Plaintiffs' claims in order to obtain a successful result on Plaintiffs' behalf. It is my opinion that the legal services I rendered were rendered in an efficient and economical manner with no significant duplication or unnecessary work.

18. The lodestar in this matter for legal services rendered is Twenty Six Thousand, Seven Hundred Fifty ($26,750.00) Dollars.

Maurene Souza

Maurene Souza

Subscribed and sworn to at Providence this 10 day of April 2008.

Notary Public: Kendra Luna

Commission Expires: 6/20/09

EXHIBIT D:

**1. Fees for service of Summons and Subpoena: $ 1,453.03**

**A. Constable: Frederick J. McCarthy dba FMC Services**

Federal Court Summons:

| | | |
|---|---|---|
| 9/20/04: Service to Mary Lennon | $ | 40.00 |
| Corrected Address | $ | 10.00 |
| Service to Stephen Napolitano | $ | 40.00 |
| Service to David Cicilline | $ | 40.00 |
| Service to Dean Esserman | $ | 40.00 |
| 9/22/04: Service to Manuel Vieira | $ | 40.00 |
| 9/23/04: Service to Joseph Richardson, Jr. | $ | 40.00 |
| Corrected Address | $ | 10.00 |
| 10/19/04: Service to Urbano Prignano, Jr. | $ | 40.00 |
| Corrected Address | $ | 10.00 |
| 1/18/05: Service to Steven Moise | $ | 50.00 |
| Witness Fee | $ | 40.66 |
| 3/11/05: Service to RI State Police | $ | 50.00 |
| Witness Fee | $ | 40.33 |
| Service to Providence Police Dept. | $ | 50.00 |
| Witness Fee | $ | 40.33 |
| Service to Attorney General Office | $ | 50.00 |
| Witness Fee | $ | 40.33 |
| 3/21/05: Service to Stephen Napolitano | $ | 40.00 |
| 5/05/06: Service to Andrew Rosenzweig | $ | 45.00 |
| Witness Fee | $ | 62.20 |
| 5/13/06: Service to Dennis L. Lambert | $ | 45.00 |
| Witness Fee | $ | 53.44 |
| 1/17/08: Service to RI State Police | $ | 45.00 |
| Witness Fee | $ | 52.74 |

District Court Summons:

| | | |
|---|---|---|
| 11/1/04: Service to Mary Lennon | $ | 40.00 |
| Time and Travel | $ | 5.00 |

**B. Constable: Esquire Deposition Services, LLC**

| | | |
|---|---|---|
| 11/2/04: Attempted Summons & Complaint- Vincent Cianci, Jr. | $ | 75.00 |
| Subpoena Service Fee | $ | 40.00 |

**C. Constable: Constable & Investigation Services**

| | | |
|---|---|---|
| 2/27/08: Service to John T. D'Amico, Esq. | $ | 86.00 |
| Service to Cynthia Parente | $ | 87.00 |
| Service to Andrew Rosenzweig | $ | 105.00 |

| | |
|---|---|
| **2. Fees of the Court Reporter (Total):** | **$ 9,405.35** |
| **A. Allied Court Reporters, Inc.:** | |
| -2/01/05: Depo. Transcript Stephen Moise | $ 591.68 |
| -4/13/05: Records Depo Transcript RI State Police | $ 23.25 |
| -4/13/05 Records Depo Transcript Attorney General | $ 66.75 |
| -3/02/06: Depo. Transcript Urbano Prignano | $ 178.60 |
| -3/13/06: Depo. Transcript Mary Lennon | $ 367.95 |
| -3/08/06: Depo. Transcript Joseph Richardson, Jr. | $ 300.45 |
| -3/29/06: Depo Transcript of Manuel Vieira | $ 634.30 |
| -5/10/06: Depo Transcript of Andrew Rosenzweig | $ 976.75 |
| -5/24/06: Depo Transcript of Dennis L. Lambert | $ 287.50 |
| -5/25/06: Depo Transcript of Anthony Desmarais | $ 1,024.25 |
| -12/28/07: Depo Transcript of William Odom | $ 342.05 |
| -1/25/08: Records Depo RI State Police- Douglas Newberg | $ 1,638.77 |
| **B. Debra D. Lajoie:** | |
| -3/22/08: Decision, Testimony of Mary Lennon, Anthony Desmarais, and Manuel Vieira | $ 2,973.05 |

| | |
|---|---|
| **3. Fees for Printing (Copying Costs):** | **$ 8,587.56** |
| **A. Alpha Graphics:** | |
| 10/13/05: Printing & Reproduction | $ 886.84 |
| 12/13/05: Printing & Reproduction | $ 144.06 |
| 2/08/06: Printing & Reproduction 1,455 pages | $ 1,145.58 |
| **B. WarRoom Document Solutions:** | |
| 6/01/06: Printing & Reproduction 2,210 pages | $ 378.35 |
| 2/28/07: Printing & Reproduction 4,615 pages | $ 799.72 |
| 1/04/08: Printing & Reproduction 1,300 pages | $ 375.55 |
| 2/13/08: Velo Binding | $ 408.74 |
| **C. Minuteman Press of Providence:** | |
| 1/29/08: Printing & Reproduction | $ 457.49 |
| **D. Ikon Document Services:** | |
| 2/11/08: Printing & Reproduction 6,620 pages tabs, binders, and document Bates numbering | $3,991.23 |

**4. Fees for Witnesses : $60,540.22**

A. Edward Baker- EAB Security Associates $ 4,033.97

| NAME | ATTENDANCE | SUBSISTENCE | MILEAGE | TOTAL COST |
|---|---|---|---|---|
| Edward Baker 8/16/05 | $1,910.00 | | $77.60 | $1,987.60 |
| Edward Baker 8/29/05 | $400.00 | | | $400.00 |
| Edward Baker 9/0705 | $1,568.77 | | $77.60 | $1,646.37 |

B. William Odom $56,506.25

| NAME | ATTENDANCE | SUBSISTENCE | MILE/PARK | TOTAL COST |
|---|---|---|---|---|
| Acquisition Data Inc. | | | | |
| William Odom 11/15/05 Retainer Fee | $2,000.00 | | | $2,000.00 |
| Integrity Partners | | | | |
| William Odom 5/24/06 Retainer Fee | $3,500.00 | | | $3,500.00 |
| William Odom 5/24/06 | | $322.68 | $11.57 | $334.25 |
| William Odom 5/25/06 | | $298.05 | | $298.05 |
| William Odom 5/26/06 | $2,875.00 | $703.57 | $50.57 | $3,629.14 |
| William Odom 10/20/06 replen retainer | $3,500 | | | $3,500.00 |
| William Odom 10/20/06 | $4,861.75 | | | $4,861.75 |
| StoneTurn Group | | | | $0.00 |
| William Odom 11/21/07 | | $624.10 | | $624.10 |
| William Odom 12/2/07 | $650.00 | | | $650.00 |
| William Odom 12/3/07 | $2,600.00 | $90.63 | | $2,690.63 |
| William Odom 12/4/07 | $2,600.00 | $557.32 | | $3,157.32 |
| Alex Lefferts 12/4/07 | $650.00 | | | $650.00 |
| William Odom 12/5/07 | $2,600.00 | $48.95 | $590.38 | $3,239.33 |
| William Odom 12/6/07 | $1,300.00 | | | $1,300.00 |
| William Odom 12/14/07 | | $378.30 | | $378.30 |
| Alex Lefferts 12/14/07 | $650.00 | | | $650.00 |
| Alex Lefferts 12/17/07 | $325.00 | | | $325.00 |
| William Odom 12/17/07 | $2,615.00 | $694.59 | | $3,309.59 |
| William Odom 12/18/07 | $2,600.00 | $291.53 | | $2,891.53 |
| William Odom 12/19/07 | $2,600.00 | $353.21 | | $2,953.21 |
| William Odom 12/21/07 | | | $556.12 | $556.12 |
| William Odom 1/4/08 | $487.50 | | | $487.50 |
| William Odom 2/10/08 | | $267.79 | | $267.79 |
| William Odom 2/11/08 | $3,575.00 | $25.43 | $103.31 | $3,703.74 |
| William Odom 2/12/08 | $731.25 | $15.99 | | $747.24 |
| William Odom 2/19/08 | $650.00 | | | $650.00 |
| William Odom 3/8/08 | | $903.00 | | $903.00 |
| William Odom 3/10/08 | | $1,174.50 | | $1,174.50 |
| William Odom 3/12/08 | | $105.81 | | $105.81 |
| William Odom 3/13/08 | $3,737.50 | $11.00 | | $3,748.50 |
| William Odom 3/14/08 | $2,600.00 | $293.64 | | $2,893.64 |
| William Odom 3/15/08 | | | $326.21 | $326.21 |
| | | | | $56,506.25 |

| | | |
|---|---|---|
| **5. Docket Fees:** | **$** | **300.00** |
| 7/20/04: Clerk US District Court: Docket fee | $ | 150.00 |
| 12/30/04: Clerk US District Court: Docket fee | $ | 150.00 |
| **6. Other Costs (Postage and Fedex):** | **$** | **786.95** |
| 8/6/04: Vincent Pellegrino Ins. Adj.-Adj. Services | $ | 250.00 |
| 11/8/04: FedEx Express | $ | 26.64 |
| 2/12/05: FedEx Express | $ | 24.32 |
| 1/16/08: FedEx Express | $ | 8.55 |
| 2/12/08: FedEx Express | $ | 59.03 |
| 10/11/05: Postage-certified mail | $ | 48.62 |
| 5/31/06: Postage-priority mail | $ | 20.00 |
| 3/11/08: Postage-certified mail | $ | 15.63 |
| 9/07/05: Staples-supplies | $ | 334.16 |
| **Total Costs:** | | **$81,073.11** |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| vs. | : | C.A. NO. 04-304 |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |
| JOHN C. CHMURA, et al. | : | |
| | : | |
| vs. | : | C.A. NO. 04-553 |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |

**AFFIDAVIT**

I, Carolyn A. Mannis, being duly sworn do depose and state as follows:

1. I am an attorney at law duly licensed to practice before all the courts in the State of Rhode Island and am a member in good standing and have been so since my admission to the Rhode Island Bar in 1990. I am a member of the U.S. District Court for the District of Rhode Island. I am also an inactive member of the California Bar having passed the bar in 1989. I am a member of the Central District Court of California, the District of Connecticut, the Ninth Circuit Court of Appeals and the First Circuit Court of Appeals.

2. My bar registration number in Rhode Island is 4275.

3. I represent the Plaintiffs in this action along with co-counsel Mark Fay of the law firm of Murphy & Fay LLP.

4. I attended college at Rhode Island College having graduated *cum laude* in 1986. I attended law school at Southwestern University School of Law in Los Angeles,

California, where I was a member of the Moot Court Honors Program. I graduated in 1989 and took and passed the California Bar on the first attempt.

5. I moved back to Rhode Island in 1990 and took and passed the bar examination on the first attempt in February 1990. I began working as an associate at Lovett Schefrin Gallogly and Harnett (now Lovett Schefrin Harnett) in Providence, Rhode Island. I then began work as a litigation associate at Adler Pollock & Sheehan in Providence, Rhode Island in 1991 until March 1994. I have been self-employed since that time.

6. During the course of my career as an attorney, I have handled many novel and complex litigation matters. I have handled successful suits having obtained settlements that included the payment of attorneys' fees for civil rights' lawsuits brought relative to Bristol's noise ordinance, Bristol's loitering ordinance, Bristol's tattoo ordinance, Barrington's sign ordinance and Johnston's political canvassing ordinance.

7. I served as Town Solicitor for Tiverton and Jamestown. I am currently the Assistant Town Solicitor for Jamestown handling misdemeanor prosecutions in Newport County District Court.

8. I represented hemophiliac victims who contracted HIV/AIDS and/or Hepatitis C from tainted Factor VIII and Factor IX medication used to treat their condition. As part of the multi-district litigation, I obtained attorney's fees along with co-counsel Louis Grande as part of the settlement of these cases. I represented victims who could not obtain clean water from their water district after a nearby gas station polluted the water supply with MBTE. I represented a woman in a SLAPP-back suit who successfully sued for punitive damages in a case that I settled.

9. I was also counsel for Myrth York in a lawsuit involving access to public records whereby fees were awarded to me as attorney for the prevailing party. The lawsuit involved the State's settlement of a contract dispute with Blue Cross/Blue Shield of Rhode Island. The lawsuit was eventually settled and fees were paid to me as part of the settlement.

10. I was also counsel for The Rhode Island Affiliate of the American Civil Liberties Union in a lawsuit against the City of Providence for its failure to comply with a Racial Profiling Statute that required the cities and towns to collect data relative to traffic stops. The City was held in contempt of court for its failure to comply with court orders relative to compliance with the law and attorney's fees were awarded to me pursuant to the applicable statute. The matter was eventually settled and attorney's fees were paid as part of the settlement.

11. I was also counsel to an individual who sued the town of North Providence for its failure to provide public records. The case was successfully litigated and attorney's fees were awarded by the Court as part of the disposition. A suit was brought on behalf of that same individual in federal district court for a violation of her civil rights. The matter was settled prior to trial.

12. I am on the Board for the Rhode Island Association for Justice (formerly known as the Rhode Island Trial Lawyers Association) and the Rhode Island Affiliate of the American Civil Liberties Union.

13. My hourly rate of $250.00 is believed to be within the prevailing market rate in the Rhode Island community for attorneys of comparable education and experience performing similar services to those rendered to the Plaintiffs in this case.

14. I have expended 843.2 hours on this matter as contained in the itemization attached to Plaintiffs' Memorandum in Support of their Motion for an Award of Attorneys' Fees.

15. This itemization of the legal services includes a description of the work I performed and the amount of time expended on the legal services described.

16. All legal services I rendered as set forth in the itemization were reasonable and necessary for the diligent prosecution of Plaintiffs' claims in order to obtain a successful result on Plaintiffs' behalf. It is my opinion that the legal services I rendered were rendered in an efficient and economical manner with no significant or unnecessary duplication or unnecessary work. Given the number of Plaintiffs involved in this case, the novelty and complexity of the legal issues and the number of Defendants involved in this case, some duplication of work was essential to the proper preparation of the case.

17. The lodestar in this matter for legal services rendered is Two Hundred Ten Thousand Eight Hundred ($210,800.00) Dollars.

18. I have not included in my time the fees and costs associated with the interlocutory appeal of Judge Smith's decision relative to the discretionary nature of liquidated damages pursuant to the Federal Wiretap Act.

19. I have not included any time expended in prosecuting the within fee application beyond preparation and filing of the initial Motion, Memorandum of Law, and Affidavits in support thereof. Nor does the application include time which may be expended in further post-trial or appellate work. Accordingly I reserve the right to submit a

supplemental fee application for any additional legal services I may perform and costs I may incur on behalf of Plaintiffs in support of the litigation.

Carolyn A. Mannis

Signed and sworn to before me in Providence, Rhode Island this 10 day of April, 2008.

Kendra Lima
Notary Public
My commission expires: 6/20/09

UNITED STATES DISTRICT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et al

vs. C.A. NO. 04-304

CITY OF PROVIDENCE, et al.

JOHN C. CHMURA, et al.

vs. C.A. NO. 04-553

CITY OF PROVIDENCE, et al.

**AFFIDAVIT**

I, Steven H. Crawford, being duly sworn do depose and state as follows:

1. I am an attorney at law duly licensed to practice before all the courts in the state of Rhode Island and am a member in good standing and have been so since my admission to the Rhode Island Bar in 2000. I am a member of the U.S. District Court for the District of Rhode Island.

2. My bar registration number in Rhode Island is 6283.

3. I assisted with the representation of the Plaintiffs in this action along with Mark A. Fay of the law firm Murphy & Fay, LLP.

4. I attended Fairfield University in Connecticut having graduated in 1990. I attended Roger Williams University School of Law and graduated in 1999. I began to work as an associate for the law offices of Thomas Hanley. Thereafter, I worked for Attorney Michael Egan.

5. I am currently employed as an associate with the law firm of Murphy & Fay, LLP in Providence, RI, where I have worked for over 6 years.

6. During the course of my career as an attorney, I have handled many criminal misdemeanor and felony cases. These include bail hearings, violation hearings, and trials. I co-counseled a R.I. Supreme Court murder trial with Mr. William Murphy in October 7, 2006. I have also handled numerous DUI, refusals, assaults, drug possession and sexual assault cases.

7. I have assisted and researched many civil personal injury claims as an associate at Murphy & Fay, LLP.

8. I have expended 108 hours on this matter to date.

9. That attached to Plaintiffs' Memorandum in Support of their Motion for Award of Attorneys' Fees is an itemization of the legal services I performed and the amount of time expended on the legal services described.

10. All legal services rendered as set forth in this Affidavit are reasonable and necessary for the diligent prosecution of Plaintiffs' claims in order to obtain a successful result on Plaintiffs' behalf. It is my opinion that the legal services I rendered were rendered in an efficient and economical manner with no significant duplication or unnecessary work.

11. The lodestar in this matter for legal services rendered is Sixteen Thousand Two Hundred ($16,200.00) Dollars.

Steven H, Crawford

Signed and sworn to before me in Providence, Rhode Island this 10 day of April, 2008

Notary Public

My Commission expires: 6/20/09

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553

CITY OF PROVIDENCE, ET ALS.

**AFFIDAVIT OF V. EDWARD FORMISANO, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. §1988 AND LR Cv 54.1(2)**

I, V. Edward Formisano, Esq., being duly sworn, do hereby depose and say as follows:

1. I am a partner in the law firm of Sinapi, Formisano & Co., Ltd., located at 100 Midway Place, Suite 1, Cranston, RI 02920, where I have practiced for the last twelve years.

2. I am a graduate of St. Anselm College and Franklin Pierce Law Center.

3. I am a member of the Rhode Island Bar in good standing and have been since being admitted to the bar in 1996.

4. I have practiced law continuously in the State of Rhode Island since being admitted to the bar and have considerable experience in the area of civil litigation, particularly civil rights actions.

5. During the course of my years of experience practicing law in this jurisdiction, I have become reasonably familiar with prevailing billing practices in Providence and throughout Rhode Island. Based on this familiarity, in my opinion, an hourly rate of $250 per hour for Attorneys Mark Fay, Carolyn Mannis, Lauren Jones and

Maurene Souza, and $200 per hour for Attorneys David Krech, Mark LaBollita, and Robert Thurston, and $150 per hour for Attorney Steven Crawford is at or below the prevailing market rate charged by attorneys with comparable experience and competence in this community, and an hourly rate of $90 per hour for the paralegals that worked on this matter is at or below the prevailing market rate charged by paralegals with comparable experience and competence in this community.

V. Edward Formisano

Signed under the pains and penalties of perjury on this 10th day of April, 2008 in Providence, Rhode Island.

Kendra Luma

Notary Public
My commission expires: 6/20/09