**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

**MUNICIPAL DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR AN EXTENSION OF TIME**

The Defendants in the above-entitled matter, David N. Cicilline, Dean Esserman and the City of Providence, by and though its Treasurer, Stephen T. Napolitano ("Municipal Defendants"), have moved for an extension of time to object to Plaintiffs' Motion for an Award of Attorney's Fees up to and including 60 days from the Municipal Defendants' receipt of Plaintiffs' responses to the Municipal Defendants' Request for Production of Documents. Plaintiffs have objected, and the Municipal Defendants submit this reply memorandum in accordance with Rule 7 of the Local Rules Applicable to Civil Proceedings of the United States District Court for the District of Rhode Island.

Plaintiffs posit that the Municipal Defendants' Motion should be denied because the response date, if the motion were granted, would be based on the Municipal Defendants' receipt of Plaintiffs' responses to requests under Rule 34, requests which Plaintiffs maintain were inappropriately made.

However, with regard to requests under Rule 34, "[a] party may serve on any other party a request within the scope of Rule 26(b)…." See Federal Rules of Civil Procedure Rule 34. Furthermore, Rule 26 (b) (1), "Scope in General," provides:

> Unless otherwise limited by court order, the scope of discovery is as follows: Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense--including the existence, description, nature, custody, condition, and location of any documents or other tangible things and the identity and location of persons who know of any discoverable matter. For good cause, the court may order discovery of any matter relevant to the subject matter involved in the action. Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence. All discovery is subject to the limitations imposed by Rule 26(b)(2)(C).

Nothing contained in these (or any) Federal Rules of Civil Procedure preclude discovery along the lines the Municipal Defendants seek to conduct. Thus, Plaintiffs' bald assertion that post trial discovery is wholly inappropriate is not based on any plain reading of the Federal Rules of Civil Procedure. The Municipal Defendants' discovery is appropriate under the Rules and necessary to analyze and respond to Plaintiffs' request for attorney's fees. In fact, Plaintiffs request attorney's fees in an amount which greatly exceeds the amount of the judgment, and seek payment for legal work done by attorneys who did not enter their appearance and whom the Municipal Defendants had no knowledge of as being associated with this action.

To the extent that this Court agrees that permission to conduct the discovery referenced *supra* should have been sought, the Municipal Defendants expressly seek the Court's permission to conduct this discovery. See Request for Production of Documents dated April 15, 2008, attached as Exhibit 1. The Municipal Defendants also request that they may respond to Plaintiffs' application for attorney's fees on or before sixty days from the receipt of Plaintiffs' responses to the Request for Production of Documents.

WHEREFORE, the Municipal Defendants pray that this Honorable Court grant their Motion for an Extension of Time.

Municipal Defendants,

By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael A. Calise
Michael A. Calise (#6715)
Assistant City Solicitor

City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

Certificate of Service

I hereby certify that on this 21st day of April 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865
famcarltd@aol.com

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903
mark@murphyandfay.com

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, Rhode Island 02903
carolynmannis@hotmail.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903
gsantopi@coilepore.com
pcomerfo@coialepore.com

/s/ Kevin F. McHugh
Kevin F. McHugh

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

## REQUEST FOR PRODUCTION OF DOCUMENTS

Now come the Defendants in the above-entitled matter, David N. Cicilline, Dean Esserman and the City of Providence, by and though its Treasurer, Stephen T. Napolitano ("Municipal Defendants"), and pursuant to Rule 34 of the Federal Rules of Civil Procedure, hereby request that Plaintiffs produce and permit the Municipal Defendants to inspect and copy the following items in the Plaintiffs' possession, custody, or control, within thirty days after being served:

**Request 1:**

All contemporaneously made timekeeping, billing and/or other related records relating to legal services rendered on Plaintiffs' behalf, either directly or indirectly, in connection with this action or as referenced in Plaintiffs' Motion and Memorandum for an Award of Attorney's Fees and the accompanying affidavits, including but not limited such records relating to services rendered by Mark A. Fay, Esq. (Murphy & Fay, LLP), Carolyn A. Mannis, Esq., Steven H. Crawford, Esq., Lauren Jones, Esq. (Jones Associates), David Krech, Esq., and Maurene Souza, Esq.

Exhibit 1

**Request 2:**

All receipts, invoices, or other materials that relate to or substantiate costs incurred in connection with the litigation of this action or otherwise relating to Plaintiffs' Motion and Memorandum for an Award of Attorney's Fees, the accompanying affidavits, or Plaintiffs' request for costs.

**Request 3:**

All documents, records, or materials that relate to or substantiate the costs and attorney's fees referenced in Plaintiffs' Motion and Memorandum for an Award of Attorney's Fees, the accompanying affidavits, or Plaintiffs' request for costs., save for those protected by privilege.

**Request 4:**

All documents, records, or materials that relate to or substantiate the costs and/or attorney's fees associated with the litigation of this action against of Vincent A. Cianci, Jr.

**Request 5:**

All documents, records, or materials that relate to or substantiate the costs and/or attorney's fees associated with the litigation of this action against of Joseph Richardson.

**Request 6:**

All documents, records, or materials that relate to or substantiate the costs and/or attorney's fees associated with the litigation of this action against of Urbano Prignano, Jr.

Request 7:

All documents, records, or materials that relate to or substantiate the costs and attorney's fees associated with Plaintiffs' appeal to the First Circuit Court of Appeals.

Municipal Defendants,

By their Attorneys:
Joseph M. Fernandez, City Solicitor

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

Michael A. Calise (#6715)
Assistant City Solicitor

City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

Certificate of Service

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903
mark@murphyandfay.com

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, Rhode Island 02903
carolynmannis@hotmail.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903
gsantopi@coilepore.com
pcomerfo@coialepore.com

I hereby certify that on the 15th day of April 2008 I mailed a copy of the within document to the above-listed attorneys.