**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

**MUNICIPAL DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

Now come the Defendants in the above-entitled matter, David N. Cicilline, Dean Esserman and the City of Providence, by and though its Treasurer, Stephen T. Napolitano ("Municipal Defendants"), and hereby move for an extension of time, up to and including 60 days from the Municipal Defendants' receipt of Plaintiffs' responses to the Municipal Defendants' request for production of documents, to object to Plaintiffs' Motion for an Award of Costs Pursuant to Rule 54(d) and Local Rule 54. In support thereof, the Municipal Defendants rely on the accompanying memorandum of law.

Municipal Defendants,

By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael A. Calise
Michael A. Calise (#6715)
Assistant City Solicitor

City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

Certificate of Service

I hereby certify that on this 23rd day of April 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865
famcarltd@aol.com

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903
mark@murphyandfay.com

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, Rhode Island 02903
carolynmannis@hotmail.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903
gsantopi@coilepore.com
pcomerfo@coialepore.com

/s/ Kevin F. McHugh
Kevin F. McHugh

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

**MUNICIPAL DEFENDANTS' MEMORANDUM OF LAW**
**IN SUPPORT OF THEIR MOTION FOR AN EXTENSION OF TIME**

The Defendants in the above-entitled matter, David N. Cicilline, Dean Esserman and the City of Providence, by and though its Treasurer, Stephen T. Napolitano ("Municipal Defendants"), hereby move for an extension of time, up to and including 60 days from the Municipal Defendants' receipt of Plaintiffs' responses to the Municipal Defendants' request for production of documents, to object to Plaintiffs' Motion for an Award of Costs Pursuant to Rule 54(d) and Local Rule 54.

The Municipal Defendants have propounded to Plaintiffs a request for production of documents relating to Plaintiffs' requests for attorney's fees and for the costs associated with this litigation. To analyze and respond to Plaintiffs' request for costs, the Municipal Defendants need the benefit of all relevant materials. Plaintiffs have requested that that this Court award $81,073.11 in costs, as well as an amount in attorney's fees that greatly exceeds the amount of the judgment. Aside from the staggering amount of these requests, the Municipal Defendants must be availed to whatever materials are necessary to determine the accuracy and reasonableness of this request.

The Municipal Defendants have filed a Request for Production of Documents to that end. See Request for Production of Documents, attached as Exhibit 1. Only when having the benefit of an analysis of the substantiating materials will the Municipal Defendants be properly situated to respond to Plaintiffs' request. To the extent that this Court takes Plaintiffs' position that permission to conduct discovery on these issues should have been sought, the Municipal Defendants have expressly sought the Court's permission to conduct this discovery.

Under Rule 34, "[a] party may serve on any other party a request within the scope of Rule 26(b)…." See Federal Rules of Civil Procedure Rule 34. Furthermore, Rule 26 (b) (1), "Scope in General," provides:

> Unless otherwise limited by court order, the scope of discovery is as follows: Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense--including the existence, description, nature, custody, condition, and location of any documents or other tangible things and the identity and location of persons who know of any discoverable matter. For good cause, the court may order discovery of any matter relevant to the subject matter involved in the action. Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence. All discovery is subject to the limitations imposed by Rule 26(b)(2)(C).

Nothing contained in these (or any) Federal Rules of Civil Procedure preclude discovery along the lines the Municipal Defendants seek to conduct. The Municipal Defendants' discovery is appropriate under the Rules and necessary to analyze and respond to Plaintiffs' request for costs. The Municipal Defendants herein request that they may respond to Plaintiffs' application for costs on or before sixty days from the receipt of Plaintiffs' responses to the Request for Production of Documents.

WHEREFORE, the Municipal Defendants pray that this Honorable Court grant their Motion for an Extension of Time.

Municipal Defendants,

By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael A. Calise
Michael A. Calise (#6715)
Assistant City Solicitor

City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

Certificate of Service

I hereby certify that on this 23rd day of April 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865
famcarltd@aol.com

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903
mark@murphyandfay.com

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, Rhode Island 02903
carolynmannis@hotmail.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903
gsantopi@coilepore.com
pcomerfo@coialepore.com

/s/ Kevin F. McHugh
Kevin F. McHugh

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

## REQUEST FOR PRODUCTION OF DOCUMENTS

Now come the Defendants in the above-entitled matter, David N. Cicilline, Dean Esserman and the City of Providence, by and though its Treasurer, Stephen T. Napolitano ("Municipal Defendants"), and pursuant to Rule 34 of the Federal Rules of Civil Procedure, hereby request that Plaintiffs produce and permit the Municipal Defendants to inspect and copy the following items in the Plaintiffs' possession, custody, or control, within thirty days after being served:

**Request 1:**

All contemporaneously made timekeeping, billing and/or other related records relating to legal services rendered on Plaintiffs' behalf, either directly or indirectly, in connection with this action or as referenced in Plaintiffs' Motion and Memorandum for an Award of Attorney's Fees and the accompanying affidavits, including but not limited such records relating to services rendered by Mark A. Fay, Esq. (Murphy & Fay, LLP), Carolyn A. Mannis, Esq., Steven H. Crawford, Esq., Lauren Jones, Esq. (Jones Associates), David Krech, Esq., and Maurene Souza, Esq.

**Request 2:**

All receipts, invoices, or other materials that relate to or substantiate costs incurred in connection with the litigation of this action or otherwise relating to Plaintiffs' Motion and Memorandum for an Award of Attorney's Fees, the accompanying affidavits, or Plaintiffs' request for costs.

**Request 3:**

All documents, records, or materials that relate to or substantiate the costs and attorney's fees referenced in Plaintiffs' Motion and Memorandum for an Award of Attorney's Fees, the accompanying affidavits, or Plaintiffs' request for costs., save for those protected by privilege.

**Request 4:**

All documents, records, or materials that relate to or substantiate the costs and/or attorney's fees associated with the litigation of this action against of Vincent A. Cianci, Jr.

**Request 5:**

All documents, records, or materials that relate to or substantiate the costs and/or attorney's fees associated with the litigation of this action against of Joseph Richardson.

**Request 6:**

All documents, records, or materials that relate to or substantiate the costs and/or attorney's fees associated with the litigation of this action against of Urbano Prignano, Jr.

Request 7:

All documents, records, or materials that relate to or substantiate the costs and attorney's fees associated with Plaintiffs' appeal to the First Circuit Court of Appeals.

Municipal Defendants,

By their Attorneys:
Joseph M. Fernandez, City Solicitor

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

Michael A. Calise (#6715)
Assistant City Solicitor

City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

Certificate of Service

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903
mark@murphyandfay.com

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, Rhode Island 02903
carolynmannis@hotmail.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903
gsantopi@coilepore.com
pcomerfo@coialepore.com

I hereby certify that on the 15th day of April 2008 I mailed a copy of the within document to the above-listed attorneys.