UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et als

VS. C. A. NO. 04-304S

CITY OF PROVIDENCE, et als

JOHN C. CHMURA, et al

VS. C. A. No. 04-553S

CITY OF PROVIDENCE, et al

**OBJECTION OF DEFENDANT, MANUEL VIEIRA TO PLAINTIFFS' MOTION FOR NEW TRIAL**

Now comes the Defendant, Manuel Vieira, and joins in the objection filed by the Defendant, Mary Lennon herein to the motion for a new trial filed by the Plaintiffs, and adopts by reference the Memorandum of Law filed by her in support thereof, as well as on the Memorandum annexed hereto.

Defendant,
Manual Vieira,
By his attorneys,
/s/ George L. Santopietro
/s/ Peter J. Comerford
George L. Santopietro 2056
Peter J. Comerford 3588
Coia & Lepore, LTD
226 South Main Street
Providence, RI 02903
Tel. (401) 751-5522
Fax (401) 751-8383
E-mail pcomerfo@coialepore.com

**CERTIFICATION**

I hereby certify that a true copy of the within Objection to Motion for New Trial was served by electronic means on this 24th day of April, 2008 to:

Mark A. Fay, Esquire
Murphy & Fay
127 Dorrance Street, 2nd floor
Providence, RI 02903

Carolyn A. Mannis, Esquire
170 Westminster Street, Suite 800
Providence, RI 02903

Susan Marcotte Carlin, Esquire
The Lincoln Center—Suite 205
132 Old River Road
Lincoln, RI 02865

Kevin McHugh, Esquire
Assistant City Solicitor
City of Providence
275 Westminster Street, 2nd floor
Providence, RI 02903

Dean Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915

/s/ Peter J. Comerford

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al | : | |
| | : | |
| v. | : | C.A. No: 04-304S |
| | : | |
| CITY OF PROVIDENCE, et al | : | |

| | | |
|---|---|---|
| JOHN C. CHMURA, et al | : | |
| | : | |
| v. | : | C.A. No: 04-553S |
| | : | |
| CITY OF PROVIDENCE, et al | : | |

**DEFENDANT, MANUEL VIEIRA'S,**
**MEMORANDUM OF LAW**
**IN OPPOSITION TO**
**PLAINTIFFS' MOTION FOR NEW TRIAL**

Plaintiffs have moved for a new trial regarding certain counts and certain plaintiffs following the judgment entered upon the jury's verdict herein. Defendant Mary Lennon has set forth a length a cogent objection to the motion, and Defendant Manuel Vieira adopts that memorandum by reference, but writes separately to emphasize one particular issue.

Immediately after the trial, counsel for Vieira, following his typical custom, walked over to counsel for the plaintiffs, Mark Fay, and shook his hand to congratulate him for his handling of the trial. His prompt response was, "Well, I guess you proved they didn't record the private line." The jury's decision to award nothing to the firefighters' friends and family, to the extent that we can divine their intention, is most consistent with an acceptance by the

jury of the argument that the private line (the only line used by those plaintiffs to whom nothing was awarded) was not placed on the Total Recall system by the defendants and was neither intended nor known by them to be part of the city telephone system. The fact that a general finding was made in favor of "the plaintiffs" results solely from the fact that the verdict form did not grant the jury the opportunity to find against specific plaintiffs.

It is at best disingenuous to suggest that the real reason is that the jury did what they did was because they learned about the *per diem* award. The decision to give nothing to the users of the private line was many things, but not at all unjust and certainly not against the weight of the evidence.

Manuel Vieira,
By His Attorneys,

/s/Peter J. Comerford, #3588
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
(401)751-5522
(401)751-8383 fax
E-mail pcomerfo@coialepore.com

Certificate of Service

I hereby certify that on this 24th day of April 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic means upon counsel of record.