**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al,
Plaintiffs

v. CASE NUMBER: 04-304A

CITY OF PROVIDENCE, et al,
Defendants

JOHN C. CHMURA, et al
Plaintiffs
v. CASE NUMBER: 04-553A

CITY OF PROVIDENCE, et al,
Defendants

**DEFENDANT MARY LENNON'S MOTION FOR EXTENSION OF TIME TO OBJECT TO AWARD OF COSTS**

Now comes Defendant Mary Lennon and joins in the Motion for extension of time to object to Plaintiffs' Motion for an Award of Costs filed by the Municipal Defendants herein, and adopts by reference the Memorandum of Law filed by them in support thereof.

Mary Lennon
By her attorney,

/s/ Dean G. Robinson

Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**CERTIFICATION**

I certify that on April 25, 2008, I filed the within motion for extension of time by electronic means to all counsel of record.

/s/ Dean G. Robinson