**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

Consolidated with:

JOHN C. CHMURA, et al.

VS. C.A. NO. 04-553A

CITY OF PROVIDENCE, et al.

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Mary Lennon ("Lennon") hereby appeals to the United States Court of Appeals for the First Circuit from the judgment entered in this action on March 27, 2008, from the amended judgment entered in this action on April 3, 2008, from the opinion and order denying summary judgment entered in this action on July 6, 2007, and from the District Court's failure to rule upon Lennon’s motion for Judgment as a Matter of Law under Rule 50 of the Federal Rules of Civil Procedure. Lennon also appeals all adverse orders and rulings made by the District Court in this action.

Mary Lennon
By her attorney,

/s/ Dean G. Robinson
Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605
drobinson@dgrlaw.necoxmail.com

**CERTIFICATION**

I certify that on April 25, 2008, I filed the within notice of appeal by electronic means to all counsel of record.

/s/ Dean G. Robinson