**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

Consolidated with:

JOHN C. CHMURA, et al.

VS. C.A. NO. 04-553A

CITY OF PROVIDENCE, et al.

# NOTICE OF APPEAL

Notice is hereby given that the Defendant in the above named case, Manuel Vieira, hereby appeals to the United States Court of Appeals for the First Circuit from the judgments entered in this action on March 27, 2008 and April 3, 2008, from the opinion and order denying summary judgment entered in this action on July 6, 2007, and from the District Court's failure to rule upon the Defendant's motion for Judgment as a Matter of Law under Rule 50 of the Federal Rules of Civil Procedure. The Defendant also appeals all adverse orders and rulings made by the District Court in this action.

Defendant,
Manuel Vieira,
By His Attorneys,

/s/Peter J. Comerford, #3588
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
(401)751-5522
(401)751-8383 fax
E-mail pcomerfo@coialepore.com

Certificate of Service

I hereby certify that on this 25th day of April 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic means upon counsel of record.

/s/ Peter J. Comerford