**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553

CITY OF PROVIDENCE, ET ALS.

**NOTICE OF ADDRESS CHANGE**

Please take notice that Carolyn A. Mannis, Esquire, #4275, has changed her address and contact information as follows:

Carolyn A. Mannis, Esquire
128 Dorrance Street, Suite 400
Providence, RI 02903
(401) 272-2002 Telephone
(401) 274-0175 Fax
carolynmannis@hotmail.com

Plaintiffs,
By their attorneys,

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002
401-274-0175 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 25TH day of April, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Peter J. Comerford, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
pcomerfo@coialepore.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Carolyn A. Mannis
Carolyn A. Mannis