**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS WALDEN, et al.**

**v.** **C.A. No. 04-304-A**

**CITY OF PROVIDENCE, et al.**

**JOHN CHMURA, et al.**

**v.** **C.A. No. 04-553-A**

**CITY OF PROVIDENCE, et al.**

# PLAINTIFFS' REQUEST FOR A HEARING

Plaintiffs hereby request a hearing on the issue of the production of certain documents Ordered produced by the Court in a text order issued on April 23, 2008. Specifically, Plaintiffs seek a hearing relative to the production of contemporaneous time records of Carolyn A. Mannis, Esq. and Maurene Souza, Esq.

In support of their request, Plaintiffs rely on the accompanying memorandum of law.

Plaintiffs,
By their attorneys,

/s/ Mark A. Fay______
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002
401-274-0175 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Peter J. Comerford, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
pcomerfo@coialepore.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS WALDEN, et al.**

**v.** **C.A. No. 04-304-A**

**CITY OF PROVIDENCE, et al.**

**JOHN CHMURA, et al.**

**v.** **C.A. No. 04-553-A**

**CITY OF PROVIDENCE, et al.**

**PLAINTIFFS' MEMORANDUM**
**IN SUPPORT OF THEIR REQUEST FOR A HEARING**

This matter is before the Court on Plaintiffs' request for a hearing on the issue of the production of certain documents Ordered produced by the Court in a text order issued on April 23, 2008. Specifically, Plaintiffs seek a hearing relative to the production of contemporaneous time records of Carolyn A. Mannis, Esq. and Maurene Souza, Esq.

Plaintiffs are mindful that the Court's order relative to the production of contemporaneous time records was done in a manner to facilitate a speedy resolution of the Plaintiffs' pending motion relative to attorneys' fees and costs and Defendants' Objections thereto. Pursuant to the Court's Order, production is currently due on or before May 16, 2008. With respect to the contemporaneous time records for Attorneys Mannis[1] and Souza[2], such documents do exist in a manner separate and apart from

[1] The separate contemporaneous time records were maintained in three separate manners during the course of this litigation. Initially, Attorney Mannis had the custom and practice of maintaining daily time records on a hand written sheet using shorthand symbols and all clients records were maintained on the same sheet (sometimes multiple sheets) for that day. Beginning in mid 2006 Attorney Mannis began maintaining daily time records on her computer. They were maintained in the same manner although she no longer used shorthand symbols for her entries; however, multiple clients are maintained on each sheet. Beginning in

documents that have already been produced in support of the motion. To produce these separate contemporaneous time records, however, would be unduly burdensome and/or would require the production of other attorney-client privileged information or attorney work product information.

Instead of responding by objecting to the production of these records accordingly, Plaintiffs seek a hearing on this matter to avoid any delays in this case.

Wherefore, Plaintiffs seek a prompt hearing on the issue of production of the separate contemporaneous time records maintained by Attorneys Mannis and Souza.

Plaintiffs,
By their attorneys,

/s/ Mark A. Fay______
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002
401-274-0175 (Fax)

---

February 2007 separate sheets were maintained for each client. Thus, with respect to the request after February 2007 no objection is made to producing contemporaneous time records for Attorney Mannis.

[2] Attorney Souza maintains separate contemporaneous time records in a manner that commingles her entries in this case with entries for other clients in other cases.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Peter J. Comerford, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
pcomerfo@coialepore.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay