UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| vs. | : | C.A. NO. 04-304-A |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |
| JOHN C. CHMURA, et al. | : | |
| | : | |
| vs. | : | C.A. NO. 04-553-A |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME**

Plaintiffs hereby move pursuant to Fed.R.App. 4(a)(4)(A)(iii) and Rule 58 seeking an extension of time to file an appeal until the entry of the order disposing of the last remaining post trial motion in this matter.

In support of their motion, Plaintiffs rely on the accompanying memorandum of law.

Plaintiffs,

By their attorneys,

/s/ Mark A. Fay
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002
401-274-0175 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Peter J. Comerford, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
pcomerfo@coialepore.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| vs. | : | C.A. NO. 04-304-A |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |
| JOHN C. CHMURA, et al. | : | |
| | : | |
| vs. | : | C.A. NO. 04-553-A |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |

**PLAINTIFFS' MEMORANDUM OF LAW**
**IN SUPPORT OF THEIR MOTION FOR AN EXTENSION OF TIME**

## I. Introduction

This matter is before the court on Plaintiffs' motion move pursuant to Fed.R.App. 4(a)(4)(A)(iii) and Rule 58 seeking an extension of time to file an appeal until the entry of the order disposing of the last remaining post trial motion in this matter.

Plaintiffs respectfully request that this Court grant the motion, as it is will enable the appeal to proceed in a unified manner and not piecemeal.

## II. Argument

With respect to most of the pending post-trial motion, the time to file an appeal has been does not run until this Court disposing of the last such remaining motion. Fed.R.App. 4(a)(4)(A) provides that "If a party timely files in the district court any of the following motions under the Federal Rules of Civil Procedure, the time to file an appeal runs for all parties from the entry of the order disposing of the last such remaining motion: (i) for judgment under Rule 50(b); to

amend or make additional factual findings under Rule 52(b), whether or not granting the motion would alter the judgment; (iii) for attorney's fees under Rule 54 if the district court extends the time to appeal under Rule 58; (iv) to alter or amend the judgment under Rule 59; (v) for a new trial under Rule 59; or (vi) for relief under Rule 60 if the motion is filed no later than 10 days after the judgment is entered.

Here, the appeal need not be filed until this Court disposes of all Plaintiffs motions to alter or amend the judgment under Rule 59 (Fed.App. 4(a)(4)(A)(iv)), all Plaintiffs motions for a new trial under Rule 59 (Fed.App. 4(a)(4)(A)(v)) and Defendants and Plaintiffs motions to correct the judgment pursuant to Rule 60 (Fed.App. 4(a)(4)(A)(vi)). Given that there is a pending motion for attorney's feed under Rule 54 the appeal period is not automatically affected unless "the district court extends the time to appeal under Rule 58."

Given that the pending motion with respect to attorneys' fees will likely be the last matter disposed of by the court, this Court should, pursuant to Rule 58 extend the time to appeal until the after the motion for attorneys' fees is disposed of by the Court. Rule 58(e) provides that "if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## III. Conclusion

For the reasons stated herein, this Court should grant Plaintiffs' Motion for an Extension of Time within which to file a timely appeal.

Plaintiffs,
By their attorneys,

/s/ Mark A. Fay
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002
401-274-0175 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Peter J. Comerford, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
pcomerfo@coialepore.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay