UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

May 15, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CCA# ________________

RE: CA 04-304A
Thomas Walden, et al. v. City of Providence
(Consolidated - CA04-553A John Chmura, et al. v. City of Providence)
Dear Clerk of Court:

Enclosed herewith you will find a SUPPLEMENT to the RECORD ON APPEAL and a certified copy of the docket in the above matters.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

/s/ Martha Saucier
*Martha Saucier*
Deputy Clerk

encl:
**Text Order, Document 369, Document 370**
**Certified abridged docket**