**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

**MUNICIPAL DEFENDANTS' MOTION TO STRIKE OBJECTION OR, IN THE ALTERNATIVE, TO COMPEL PRODUCTION OF DOCUMENTS**

Now come the Defendants in the above-entitled matter, David N. Cicilline, Dean Esserman and the City of Providence, by and though its Treasurer, Stephen T. Napolitano ("Municipal Defendants"), and hereby move this Court, pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure, to strike Plaintiffs' objection or, in the alternative, to compel Plaintiffs to respond to Request 1 of the Request for Production of Documents that was propounded by the Municipal Defendants on April 15, 2008. Despite good-faith efforts, the Defendants have been unable to procure said documents despite the filing of this motion.

In support thereof, the Municipal Defendants rely on the accompanying memorandum.

Municipal Defendants,

By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael A. Calise
Michael A. Calise (#6715)
Assistant City Solicitor

City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

Certificate of Service

I hereby certify that on this 21st day of May 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903
mark@murphyandfay.com

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, Rhode Island 02903
carolynmannis@hotmail.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903
gsantopi@coilepore.com
pcomerfo@coialepore.com

/s/ Kevin F. McHugh
Kevin F. McHugh

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

**<u>MUNICIPAL DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO STRIKE OBJECTION OR, IN THE ALTERNATIVE, TO COMPEL PRODUCTION OF DOCUMENTS</u>**

The Defendants in the above-entitled matter, David N. Cicilline, Dean Esserman and the City of Providence, by and though its Treasurer, Stephen T. Napolitano ("Municipal Defendants"), move this Court, pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure, to strike Plaintiffs' objection or, in the alternative, to compel Plaintiffs to respond to Request 1 of the Request for Production of Documents that was propounded by the Municipal Defendants on April 15, 2008.

Plaintiffs have objected to the production of materials responsive to Request 1:

> All contemporaneously made timekeeping, billing and/or other related records relating to legal services rendered on Plaintiffs' behalf, either directly or indirectly, in connection with this action or as referenced in Plaintiffs' Motion and Memorandum for an Award of Attorney's Fees and the accompanying affidavits, including but not limited such records relating to services rendered by Mark A. Fay, Esq. (Murphy & Fay, LLP), Carolyn A. Mannis, Esq., Steven H. Crawford, Esq., Lauren Jones, Esq. (Jones Associates), David Krech, Esq., and Maurene Souza, Esq.

Plaintiffs' failure to respond to this request is a violation of an Order of this Court. This Court ordered that "Plaintiffs shall, on or before May 16, 2008, produce and permit Defendants to inspect and copy documents responsive to Defendants' Requests for Production Nos. 1 and 2." <u>See</u> Text Order dated April 23, 2008, attached as <u>Exhibit 1</u>. However, Plaintiffs object on the basis that "the request is overly broad and unduly

burdensome." The Court already considered the appropriateness and breadth of this request, when it ordered production. See Exhibit 1. Furthermore, where the Court found the Municipal Defendants' requests to be objectionable, it quashed those requests. See id. ("Defendants' Requests for Production Nos. 3, 4, 5 and 6 are quashed as duplicative."). In ordering Plaintiffs to respond to Requests 1 and 2, the Court noted that in addition to the facially obvious reasons for these requests, the requests also served to "to permit Defendants to identify any legal fees attributable solely to Dismissed Defendants Cianci, Richardson and Prignano." Id. In light of the Court's previous consideration of these requests, Plaintiffs' objections have already been *de facto* overruled. Thus, the request is entirely appropriate and reasonable.

This Court later ordered that "the parties shall explore the efficacy of producing redacted records, or production of records, pursuant to a confidentiality order." See Text Order dated May 6, 2008, attached as Exhibit 2. Both options are acceptable to the Municipal Defendants. However, Plaintiffs object on the basis that the responsive materials are "not readily redactable," without further elaboration. In spite of this objection, Plaintiffs nevertheless manage to produce redacted samples of the materials. Plaintiffs should be compelled to produce all responsive materials, and their objections should be overruled.

WHEREFORE, the Municipal Defendants pray that this Honorable Court grant their motion.

Municipal Defendants,

By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael A. Calise
Michael A. Calise (#6715)
Assistant City Solicitor

City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

Certificate of Service

I hereby certify that on this 21st day of May 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903
mark@murphyandfay.com

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, Rhode Island 02903
carolynmannis@hotmail.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903
gsantopi@coilepore.com
pcomerfo@coialepore.com

/s/ Kevin F. McHugh
Kevin F. McHugh

Page 1 of 2

**Michael Calise**

---

**From:** cmecf@rid.uscourts.gov

**Sent:** Wednesday, April 23, 2008 11:50 AM

**To:** cmecfnef@rid.uscourts.gov

**Subject:** Activity in Case 1:04-cv-00304-LDA Walden, et al v. City of Providence, et al Order on Motion for Extension of Time

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered on 4/23/2008 at 11:49 AM EDT and filed on 4/23/2008
**Case Name:** Walden, et al v. City of Providence, et al
**Case Number:** 1:04-cv-304
**Filer:**
**WARNING: CASE CLOSED on 03/27/2008**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER granting in part [331] Motion for Extension of Time. Pursuant to Fed. R. Civ. P. 34, Plaintiffs shall, on or before May 16, 2008, produce and permit Defendants to inspect and copy documents responsive to Defendants' Requests for Production Nos. 1 and 2. Defendants' Requests for Production Nos. 3, 4, 5 and 6 are quashed as duplicative. Further, a review of the Court's docket, Exhibit A to Plaintiffs' Motion for an Award of Attorneys' Fees and Plaintiffs' Response to Requests for Production Nos. 1 and 2 should be sufficient to permit Defendants to identify any legal fees attributable solely to Dismissed Defendants Cianci, Richardson and Prignano. Finally, Defendants' Request for Production No. 7 is quashed as Plaintiffs do not seek an award of fees attributable to their unsuccessful interlocutory appeal. Defendants shall file any Objection to Plaintiffs' Motion for an Award of Attorneys' Fees on or before June 6, 2008. So Ordered by Magistrate Judge Lincoln D. Almond on 4/23/08. (Noel, Jeannine)**

**1:04-cv-304 Notice has been electronically mailed to:**

Michael A. Calise mcalise@providenceri.com

EXHIBIT "1"

Page 2 of 2

Susan M. Carlin Famcarltd@aol.com

Peter J. Comerford pcomerfo@coialepore.com

Thomas J. Cronin tcronin@gunninglafazia.com

Stephen R. Famiglietti Famcarltd@aol.com

Mark A. Fay mark@murphyandfay.com

Carolyn A. Mannis carolynmannis@hotmail.com

Kevin J. McAllister kmcallister@brcsm.com

Kevin F. McHugh kevin_mc1950@hotmail.com, achiaverini@providenceri.com, cranucci@providenceri.com, mliberato@providenceri.com, ssanchez@providenceri.com

Dean G. Robinson drobinson@dgrlaw.necoxmail.com

George L. Santopietro gsantopi@coialepore.com

Richard B. Woolley rwoolley@riag.ri.gov, ccollins@riag.ri.gov

**1:04-cv-304 Notice has been delivered by other means to:**

## Michael Calise

**From:** cmecf@rid.uscourts.gov

**Sent:** Tuesday, May 06, 2008 9:35 AM

**To:** cmecfnef@rid.uscourts.gov

**Subject:** Activity in Case 1:04-cv-00304-LDA Walden, et al v. City of Providence, et al Order on Motion for Hearing

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered on 5/6/2008 at 9:34 AM EDT and filed on 5/6/2008
**Case Name:** Walden, et al v. City of Providence, et al
**Case Number:** 1:04-cv-304
**Filer:**
**WARNING: CASE CLOSED on 03/27/2008**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER denying [356] Plaintiffs' Motion for Hearing. Plaintiffs' counsel shall confer in good faith with Defendants' counsel to attempt to resolve the production issues raised by Plaintiffs. In particular, the parties shall explore the efficacy of producing redacted records, or production of records, pursuant to a confidentiality order. So Ordered by Magistrate Judge Lincoln D. Almond on 5/6/08. (Noel, Jeannine)**

**1:04-cv-304 Notice has been electronically mailed to:**

Michael A. Calise mcalise@providenceri.com

Susan M. Carlin Famcarltd@aol.com

Peter J. Comerford pcomerfo@coialepore.com

Thomas J. Cronin tcronin@gunninglafazia.com

EXHIBIT "2"

Page 2 of 2

Stephen R. Famiglietti Famcarltd@aol.com

Mark A. Fay mark@murphyandfay.com

Carolyn A. Mannis carolynmannis@hotmail.com

Kevin J. McAllister kmcallister@brcsm.com

Kevin F. McHugh kevin_mc1950@hotmail.com, achiaverini@providenceri.com, cranucci@providenceri.com, mliberato@providenceri.com, ssanchez@providenceri.com

Dean G. Robinson drobinson@dgrlaw.necoxmail.com

George L. Santopietro gsantopi@coialepore.com

Richard B. Woolley rwoolley@riag.ri.gov, ccollins@riag.ri.gov

**1:04-cv-304 Notice has been delivered by other means to:**