**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

**MUNICIPAL DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

Now come the Defendants in the above-entitled matter, David N. Cicilline, Dean Esserman and the City of Providence, by and though its Treasurer, Stephen T. Napolitano ("Municipal Defendants"), and hereby move for an extension of time to object to Plaintiffs' Motions for an Award of Attorney's Fees and for an Award of Costs up to and including fourteen days from the latter of this Court's ruling on the Municipal Defendants' Motions to Compel or the receipt of a complete response to Defendants' Requests for Production Nos. 1 and 2. In support thereof, the Municipal Defendants rely on the accompanying memorandum of law.

Municipal Defendants,
By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael A. Calise
Michael A. Calise (#6715)
Assistant City Solicitor

City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

Certificate of Service

I hereby certify that on this 29th day of May 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903
mark@murphyandfay.com

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, Rhode Island 02903
carolynmannis@hotmail.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903
gsantopi@coilepore.com
pcomerfo@coialepore.com

/s/ Kevin F. McHugh
Kevin F. McHugh

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

**MUNICIPAL DEFENDANTS' MEMORANDUM OF LAW**
**IN SUPPORT OF THEIR MOTION FOR AN EXTENSION OF TIME**

The Defendants in the above-entitled matter, David N. Cicilline, Dean Esserman and the City of Providence, by and though its Treasurer, Stephen T. Napolitano ("Municipal Defendants"), move for an extension of time to object to Plaintiffs' Motion for an Award of Attorney's Fees and for an Award of Costs up to and including fourteen days from the latter of this Court's ruling on the Municipal Defendants' Motions to Compel or the Municipal Defendants' receipt of a complete response to Requests for Production Nos. 1 and 2.

Plaintiffs have failed to respond to Defendants' Requests for Production Nos. 1 and 2, in violation of an Order of this Court. This Court ordered that "Plaintiffs shall, on or before May 16, 2008, produce and permit Defendants to inspect and copy documents responsive to Defendants' Requests for Production Nos. 1 and 2." See Text Order dated April 23, 2008, attached as Exhibit 1. Instead of providing a complete response, Plaintiffs object on the basis that "the request is overly broad and unduly burdensome." The Municipal Defendants have since moved this Court to compel the production of all responsive materials. For the Municipal Defendants to respond to Plaintiffs' Motions, they must have the benefit of complete responses to Requests 1 and 2. Plaintiffs have requested that that this Court award $658,661.11 in attorney's fees and $81,073.11 in costs.

Aside from the staggering amount of these requests, the Municipal Defendants must be availed of whatever materials are necessary to determine the accuracy and reasonableness of these requests. Only when having the benefit of an analysis of the substantiating materials will the Municipal Defendants be properly situated to respond to Plaintiffs' motions.

Moreover, all counsel of record are required to appear at a settlement conference at the First Circuit Court of Appeals on June 5, 2008. Furthermore, lead counsel for the Municipal Defendants will be in New Haven, Connecticut on June 6, 2008 for the deposition of an expert witness in the case of Wanda Escobedo, in her capacity as Executrix of the Estate of Joseline Cuc, et al. v. City of Providence, et al., C.A. No. 06-502 ML, another matter before the Rhode Island Federal District Court.

WHEREFORE, the Municipal Defendants pray that this Honorable Court grant their Motion for an Extension of Time.

Municipal Defendants,

By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael A. Calise
Michael A. Calise (#6715)
Assistant City Solicitor

City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

Certificate of Service

I hereby certify that on this 29th day of May 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903
mark@murphyandfay.com

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, Rhode Island 02903
carolynmannis@hotmail.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903
gsantopi@coilepore.com
pcomerfo@coialepore.com

/s/ Kevin F. McHugh
Kevin F. McHugh

**Michael Calise**

**From:** cmecf@rid.uscourts.gov

**Sent:** Wednesday, April 23, 2008 11:50 AM

**To:** cmecfnef@rid.uscourts.gov

**Subject:** Activity in Case 1:04-cv-00304-LDA Walden, et al v. City of Providence, et al Order on Motion for Extension of Time

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered on 4/23/2008 at 11:49 AM EDT and filed on 4/23/2008
**Case Name:** Walden, et al v. City of Providence, et al
**Case Number:** 1:04-cv-304
**Filer:**
**WARNING: CASE CLOSED on 03/27/2008**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER granting in part [331] Motion for Extension of Time. Pursuant to Fed. R. Civ. P. 34, Plaintiffs shall, on or before May 16, 2008, produce and permit Defendants to inspect and copy documents responsive to Defendants' Requests for Production Nos. 1 and 2. Defendants' Requests for Production Nos. 3, 4, 5 and 6 are quashed as duplicative. Further, a review of the Court's docket, Exhibit A to Plaintiffs' Motion for an Award of Attorneys' Fees and Plaintiffs' Response to Requests for Production Nos. 1 and 2 should be sufficient to permit Defendants to identify any legal fees attributable solely to Dismissed Defendants Cianci, Richardson and Prignano. Finally, Defendants' Request for Production No. 7 is quashed as Plaintiffs do not seek an award of fees attributable to their unsuccessful interlocutory appeal. Defendants shall file any Objection to Plaintiffs' Motion for an Award of Attorneys' Fees on or before June 6, 2008. So Ordered by Magistrate Judge Lincoln D. Almond on 4/23/08. (Noel, Jeannine)**

**1:04-cv-304 Notice has been electronically mailed to:**

Michael A. Calise mcalise@providenceri.com

EXHIBIT "1"

Page 2 of 2

Susan M. Carlin Famcarltd@aol.com

Peter J. Comerford pcomerfo@coialepore.com

Thomas J. Cronin tcronin@gunninglafazia.com

Stephen R. Famiglietti Famcarltd@aol.com

Mark A. Fay mark@murphyandfay.com

Carolyn A. Mannis carolynmannis@hotmail.com

Kevin J. McAllister kmcallister@brcsm.com

Kevin F. McHugh kevin_mc1950@hotmail.com, achiaverini@providenceri.com, cranucci@providenceri.com, mliberato@providenceri.com, ssanchez@providenceri.com

Dean G. Robinson drobinson@dgrlaw.necoxmail.com

George L. Santopietro gsantopi@coialepore.com

Richard B. Woolley rwoolley@riag.ri.gov, ccollins@riag.ri.gov

**1:04-cv-304 Notice has been delivered by other means to:**