**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

Consolidated with:

JOHN C. CHMURA, et al.

VS. C.A. NO. 04-553A

CITY OF PROVIDENCE, et al.

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that the Defendant in the above named case, Manuel Vieira hereby appeals to the United States Court of Appeals for the First Circuit from the judgments entered in this action on March 27, 2008 and April 3, 2008, from the Second Amended Judgment entered on May 15, 2008, from the opinion and order denying Defendant's motion for judgment as a matter of law dated May 15, 2008 and, from the opinion and order denying summary judgment entered in this action on July 6, 2007. The Defendant also appeals all adverse orders and rulings made by the District Court in this action.

Defendant,
Manuel Viera,
By his Attorneys:
Coia & Lepore, Ltd.

/s/ George L. Santopietro
/s/ Peter J. Comerford
George L. Santopietro 2056
Peter J. Comerford 3588
Coia & Lepore, LTD
226 South Main Street
Providence, RI 02903
Tel. (401) 751-5522
Fax (401) 751-8383

## Certificate of Service

I hereby certify that on this 30th day of May 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865
famcarltd@aol.com

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903
mark@murphyandfay.com

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, Rhode Island 02903
carolynmannis@hotmail.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915
drobinson@dgrlaw.necoxmail.com

Kevin McHugh, Esquire
Senior Assistant City Solicitor
Michael Calise, Esquire
Assistant City Solicitor
City of Providence
275 Westminster Street, 2nd Floor
Providence, R.I 02903