**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

Consolidated with:

JOHN C. CHMURA, et al.

VS. C.A. NO. 04-553A

CITY OF PROVIDENCE, et al.

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that Defendant Mary Lennon ("Lennon") hereby appeals to the United States Court of Appeals for the First Circuit from the judgment entered in this action on March 27, 2008, from the Amended Judgment entered on April 3, 2008, from the Second Amended Judgment entered on May 15, 2008 and from the opinion and order denying the Defendants' Motion for Judgment as a Matter of Law entered May 15, 2008 and from the opinion and order denying the Defendants' Motion for Summary Judgment entered on July 6, 2007. Lennon also appeals all adverse orders and rulings made by the District Court in this action.

Mary Lennon
By her attorney,

/s/ Dean G. Robinson

Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605
drobinson@dgrlaw.necoxmail.com

**CERTIFICATION**

I certify that on May 30, 2008, I filed the within amended notice of appeal by electronic means to all counsel of record.

/s/ Dean G. Robinson