**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS WALDEN, et al.**

**v.** **C.A. No. 04-304-A**

**CITY OF PROVIDENCE, et al.**

**JOHN CHMURA, et al.**

**v.** **C.A. No. 04-553-A**

**CITY OF PROVIDENCE, et al.**

**PLAINTIFFS' OBJECTION TO MUNICIPAL DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Plaintiffs hereby object to the Motion filed by the Municipal Defendants seeking to compel production pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure. Plaintiffs urge this court to deny the motion. Plaintiffs further advise this court that **NO** efforts, good-faith or otherwise were made to secure production of documents prior to the filing of this motion by the Municipal Defendants despite counsels' claim to the contrary in their motion.

In support of their objection, Plaintiffs rely on the accompanying memorandum of law.

Plaintiffs,
By their attorneys,

/s/ Mark A. Fay
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002
401-274-0175 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Peter J. Comerford, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
pcomerfo@coialepore.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS WALDEN, et al.**

**v. C.A. No. 04-304-A**

**CITY OF PROVIDENCE, et al.**

**JOHN CHMURA, et al.**

**v. C.A. No. 04-553-A**

**CITY OF PROVIDENCE, et al.**

**PLAINTIFFS' MEMORANDUM OF LAW**
**IN SUPPORT OF THEIR**
**OBJECTION TO MUNICIPAL DEFENDANTS'**
**MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

## I. Introduction

This matter is before this Honorable Court on the Plaintiffs objection to the Motion filed by the Municipal Defendants seeking to compel production pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure. Plaintiffs urge this court to deny the motion.

## II. Argument

### A. Municipal Defendants neither conferred nor attempted to confer with Plaintiffs.

Rule 37 is clear, a motion to compel discovery "must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action." See Rule 37(a)(1). See also *Naviant Marketing Solutions, Inc. v. Larry Tucker, Inc.,* 339 F.3d 180 (3rd Cir. 2003) and *LaFleur v. Teen* Help, 342 F.3d 1145, 1152 (10th Cir. 2003).

Municipal Defendants, despite their claims to the contrary made absolutely no effort to confer prior to the filing of the instant motion. They did not make an e-mail communication. There were no letters. There were no faxes. There were no telephone calls or messages. Had they, this motion would have been unnecessary.

**B. Plaintiffs complied with the request for production.**

Plaintiffs provided the documents requested.[1] A true copy of the Initial Response to the Request for Production is attached hereto as Exhibit 1. The request specifically request records relating to services rendered by Mark A. Fay, Esq., Carolyn A. Mannis, Esq. Steven H. Crawford, Esq., Lauren Jones, Esq., David Krech, Esq. and Maurene Souza, Esq. To the extent that the documents were not duplicative of documents already provided to the Municipal Defendants in support of the motion for an award of attorneys' fees these documents were produced. In the memorandum in support of the motion to compel, Municipal Defendants added "Kendra Lima, Donna M. Rogers, Mark LaBollita, Esq., Debra C. Mannis [and] Robert S. Thurton, Esq." See Municipal Defendants' Memorandum. Again, to the extent these documents have not already been produced, plaintiffs are supplementing their response to include the contemporaneous records of Debra C. Mannis. A true copy of Plaintiffs Supplemental Response is attached hereto as Exhibit 2.

With respect to the second request, production was made. See Exhibit 1. It is unclear what documents Municipal Defendants are seeking. This fails not only to comply with the good faith requirement, but also fails to comply with LR Cv 37(a) which provides that the motion shall state "the reasons why the movant maintains the response is inadequate." Without more information from the Municipal Defendants as to what documents they

[1] Documents were withheld which are the subject of a different motion and are not at issue here.

claim Plaintiffs did not provide with respect to Request 2, Plaintiffs maintain that they have complied with the request.

**III. Conclusion**

For the foregoing reasons, Plaintiffs respectfully request that this Court deny the motion to compel production of documents.

Plaintiffs,
By their attorneys,

/s/ Mark A. Fay
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002
401-274-0175 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Peter J. Comerford, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
pcomerfo@coialepore.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

VS. C.A. NO.: 04-304 A

CITY OF PROVIDENCE, et al.

JOHN C. CHMURA, et al.

VS. C.A. NO.: 04-553 A

CITY OF PROVIDENCE, et al.

**PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS**

**Request 1:**

All contemporaneously made timekeeping, billing and/or other related records relating to legal services rendered on Plaintiffs' behalf, either directly or indirectly, in connection with this action or as referenced in Plaintiffs' Motion and Memorandum for an Award of Attorney's Fees and the accompanying affidavits, including but not limited such records relating to services rendered by Mark A. Fay, Esq. (Murphy & Fay, LLP), Carolyn A. Mannis, Esq., Steven H. Crawford, Esq., Lauren Jones, Esq. (Jones Associates), David Krech, Esq., and Maurene Souza, Esq.

**Response 1:**

**In addition to the copies of the contemporaneous documents already produced in connection with the motion, memorandum and affidavits see attached Exhibit A.**

**Objection. With respect to the contemporaneously made timekeeping records for Carolyn A. Mannis, Esq. objection is made to producing all such records in that the request is overly broad and unduly burdensome. Additionally, the contemporaneous documents of Carolyn A. Mannis, Esq. prior to March 2007 contain attorney/client privileged information for other clients and work product for other clients and are in a manner that is not readily redactable. Without waiving the objection, two sample redacted time sheets are produced as Exhibit B to demonstrate why the request is overly broad and unduly burdensome.**

**Request 2:**

All receipts, invoices, or other materials that relate to or substantiate costs incurred in connection with the litigation of this action or otherwise relating to Plaintiffs' Motion and Memorandum for an Award of Attorney's Fees, the accompanying affidavits, or Plaintiffs' request for costs.

**Response 2:** **See attached Exhibit C.**

Plaintiffs
By their Attorneys:

Mark A. Fay, #4208
Murphy & Fay, LLP
127 Durance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
Telephone: 401-272-2002
Facsimile: 401-274-0175

ATTORNEY CERTIFICATION

I hereby certify that in accordance with this Court's text order dated May 6, 2008 I conferred in good faith with Attorney Kevin McHugh in an attempt to resolve the production issues raised in the request for a hearing motion.

Carolyn A. Mannis

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 16th day of May, 2008, mailed a copy of the foregoing, first class mail, postage prepaid, to:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

Peter Comerford, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kendra Lima

# EXHIBIT A

Public Safety Complex wiretaps

Esq.
Murphy & Fay LLP
127 Dorrance ST
Prov RI 02903

(1)

| Date | Event | Hours |
|---|---|---|
| 6/2/03 | Initial meeting to discuss case & possible lawsuit (any civil liability) Research stat / Federal Regs Access to Pub records Review Conference w/ Carolyn Mumm esq | 1.6 |
| 6/3/03 Tues | DRAFT Letter & mail to City of Prov Re: Public Records Request Re: investigations into wiretaps | .6 |
| 8/6 | meet with Carolyn Mumm & Mark Fay regarding strategy Research Statutes Case/law | 1.8 |
| Sept 19 '03 FRi | · Go to Prov legal Dept Westminster St. w/ Carolyn to review any records they have relating to investigation | 2.2 |
| | · Meeting at Firefighters Hall to meet with Potential Plaintiffs. Numerous people present | 2.5 |

| Date | Event | Hours |
|---|---|---|
| 2/7/2005 | Review & Sign Interrog w/ Various Clients: Moreira, Coleman, Rathbone, Grennell (1/2 w/ each w/ spouse) | 6 |
| Feb 14 05 Monday | Sign & Review Interrog w/ Clients & Family: Young, Barrett, Robert, Reddington - Discuss Case | 6 |
| Feb 15 05 | Review Interrog w/ Hanson, Kleyn, Randall, Robinson - Review & Discuss Case | 6 |
| 2/22/05 | Meeting w/ Clients (Sign & Review) | 1.5 |
| 3/3/05 Thurs | Meet w/ O'Halloran, McMichael, Higginson & spouses (Review, Int & Sign) | 4.5 |
| August 24 05 | Meet w/ Reilly & Family Re Case | 1.5 |
| Aug 25 05 | Clients: Cullen, Dubuque & wife, Sign & Discuss Review | 3 |
| 9/12/05 | Richards & Gabbidon Review & Discuss | 1/2 |

| Date | Event | Hours |
| --- | --- | --- |
| Oct 18 05 Tues | Clients: Kenyon, Segee, Picozzi Review & Sign Interrog | 4½ |
| 10/26 Wed | Clients: Robinson, Cullin, Barrett & wife Review, discuss, Sign Interog | 4.5 |
| 10/28 | meet w/ Ken Grenwell & wife re case | 1.3 |
| Nov 7 2005 | meet with Jim Rock & O'Brien Review & Sign | 1½ |
| 11/21/05 | Bob Catraldo & family Discuss, Review Sign | 1.3 |
| 11/30 | Higginson & wife Discuss case | 1.5 |

4.

| Date | Event | Hours |
| --- | --- | --- |
| 2/2/06 | Met with Paul Doughty & family re interrogatories & review of case | 1.5 |
| Feb 4, 2008 | Phone call to Union Hall: Re: their work schedules, copies of Calendars: Begin calculation of days worked by each Firefighter Client | 2.4 |
| Feb 8 '08 | Con't calculation of number of days worked for Firefighters from Subpoenaed Log books | 2.8 |
| 2/9 | Continued calculating # of days worked for F.F from Log Books | 3.2 |
| 2/10 | " Continue Calculations " | 2.6 |
| 2/11 | " Continue Calculations | 3.4 |

| Date | Event | Hours |
|---|---|---|
| 2/13/08 | 1st Day trial attendance/assist | 1 |
| 2/13/08 | Continue working on # days worked FF logs | 1.9 |
| 2/14/08 | Work on calculating days worked for FF from Log Books | 1.8 |
| 2/15/08 | Work on Log Books & # days FF | 2.6 |
| 2/19 | Attend trial & assist Mark & Carlyn | 2 |
| | – work on FF days worked re: Log Books | 1.5 |
| 2/21 | Attend trial / assist | 3.5 |
| | – Continue working on Days worked (Logs) | .8 |
| 2/25/08 | Attend trial | 3 |
| | Work on days of FF Re: Logs | 1.4 |
| 2/27/08 | work on Logs – FF days | 1.2 |

| Date | Event | Hours |
|---|---|---|
| Mar 3 '08 | Attend and Assist at Trial | 4.5 |
| | . Work on # Days for FF (Logs) | 1.4 |
| 3/5/08 | Attend trial/assist | 1 |
| | . work on Log book Re: days worked | 1.8 |
| 3/14/08 | Attend/assist trial | 4.5 |
| 3/24/08 | Closing → Attend trial assist | 4.5 |

# TIME SHEETS

CLIENT: Mark Fay MATTER Walden V. Providence MONTH: 9/07 $100

| DATE | NARRATIVE | Breakdown | TOTAL TIME |
|---|---|---|---|
| 9/7/2007 | Review complaint, amended complaint, court decision, pertinent statutes and Defendant's motion; discussion with client; review wiretap treatise at State Law Library; online research with respect to law reviews and ALR reports regarding wiretapping; download cases cited in motion and in legal treatises. | | 6.7 |
| 9/9/07 | Review cases cited in Defendant's motion; review ALR on damages. | | 3.3 |
| 9/10/07 | Conduct research regarding wiretap cases and damages; review cases interpreting RIGL 9-2-1; partial draft of memorandum. | | 1.5 |
| 9/11/07 | Conduct on line research regarding duplicative damages; keycite ***Woods*** case and review cases listed as positive regarding discretion; review law review regarding the case for mandatory statutory damages; review Cause of Action regarding wiretap cases and damages; review other favorable 7th Circuit cases; review Am. Jur and various cases regarding duplicative recovery. | 1.80 library copies | 2.4 |
| 9/12/07 | Draft memorandum to client; review and revise same; discussion with client; review cases granting court discretion with respect to jury instructions; locate contact information for DirecTV attorney for client to make contact; e-mail memorandum and pertinent case law and secondary authority to client. | | 4.5 |
| 9/19/07 | Discussion with client; discussion with C. Mannis; draft memorandum in response to Defendant's memorandum supporting motion for pretrial damage hearing. | | 5.5 |
| 9/20/07 | Discussion with C. Mannis; review and revise response to memorandum; e-mail response to client, C. Mannis at 2 p.m.; subsequent discussion with client and C. Mannis; review and revise blended memorandum; e-mail final memo to client, C. Mannis. | | 4.5 |
| | | | |
| | | | |
| | | | |
| | | **TOTAL:** | |

# TIME SHEETS

CLIENT: Mark Fay MATTER Walden V. Providence MONTH: 1/08 $120

| DATE | NARRATIVE | Breakdown | TOTAL TIME |
|---|---|---|---|
| 1/08/08 | Review Defendant's motion in limine regarding exclusion of evidence; review cases cited in brief; conduct research regarding admissible evidence in §1983 context; research regarding remedial measures; discussion with client regarding matter and purpose of submitting evidence; review Miller and Wright regarding admissibility of post-incident evidence; review law review regarding admission of investigative reports in §1983 cases. | | 3.5 |
| 1/09/08 | Review cases regarding admissibility of investigatory reports; on line research regarding admissibility of newspapers. | | 1.5 |
| 1/10/08 | Outline pertinent points for memorandum; draft objection; draft memorandum in support of objection to Defendant's motion in limine; review and revise same. | | 6.5 |
| 1/16/2008 | Meeting with client regarding coverage on pre-trial memorandum; draft elements of counts for pretrial memorandum; research standard of review for jury challenges; research jury instructions from other jurisdictions. | | 6 |
| 1/17/08 | Draft jury instructions; review motion in limine regarding expert testimony; review Moore's Federal Practice. | | 6.1 |
| 1/18/08 | Draft objection and response to motion in limine; e-mail to client for review. | | 5.6 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL:** | |

G:\SOUZA, MAURENE\Timesheets - blank.doc

# TIME SHEETS

CLIENT: Fay MATTER Walden MONTH: 2/08 $120

| DATE | NARRATIVE | Breakdown | TOTAL TIME |
|---|---|---|---|
| 1/31/07 | Review Defendant's motion in limine regarding D'Amico; review State v. von Bulow; review law related to Rule 403; begin draft of response. | | 2.8 |
| 2/1/08 | Complete draft of response and motion; review and revise; e-mail to client. | | 2 |
| 2/6/2008 | Review and revise response to Motion in Limine per C. Mannis. | | .5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL: | |

# TIME SHEETS

CLIENT: Fay MATTER Walden MONTH: 3/08 $120

| DATE | NARRATIVE | Breakdown | TOTAL TIME |
|---|---|---|---|
| 3/6/08 | Discussion with client regarding testimony regarding Prigano; review J. Smith's order regarding admissibility of statement; research cases cited in order. | | .6 |
| 3/7/08 | Online research First Circuit cases regarding law of the case doctrine; research treatises regarding same; review cases; draft e-mail to client summarizing findings; e-mail pertinent cases to client. | | 2.8 |
| 3/10/08 | Review Rules of Evidence pertaining to hearsay; review advisory committee notes; review First Circuit cases pertaining to party opponent admissions; review response to Prigano's motion for summary judgment; review Federal Rules of Evidence Handbook; draft brief regarding hearsay rules to assist client. | | 4.2 |
| 3/11/08 | Discussion with client regarding motion to quash Rosenzweig testimony; review Rule 45 and advisory notes; review motion, orders; formulate argument. | | 1.5 |
| 3/12/08 | Draft memo in response to motion to quash; review lst Circuit cases on point; discussion with client regarding standing, including hearsay argument; fax rough draft to client. | | 4.6 |
| 3/13/08 | Review and revise memorandum and objection to motion to quash; review memorandum in view of comments by client regarding evidence of investigation; begin research regarding importance of final policymaker in the case. | | 5.7 |
| 3/14/08 | Research treatises regarding policymaker in §1983 actions; review cases in other Circuits regarding same; search proof of facts; review First Circuit cases regarding municipal liability; draft memorandum to client regarding avenues of recovery on 1983 actions. | | 4.5 |
| 3/15/08 | Draft document specifying elements of proof on all counts and supporting authority; research concerning the meaning of "intentionally" in context of wiretap statute—no mens rea; research; | | 7.1 |
| 3/17/08 | Research online regarding preclusion of last minute discovery; draft memorandum and objection to admission of memoranda by city; revise in accordance with clients comments. | | 3.9 |
| 3/18/08 | Review jury instructions and verdict form for bias and error; draft comments for client. | | 2.3 |
| | | TOTAL: | |

G:\SOUZA, MAURENE\Timesheets - blank.doc

TIME SHEETS

CLIENT: MATTER MONTH:

| DATE | NARRATIVE | Breakdown | TOTAL TIME |
|---|---|---|---|
| 3/19/08 | Research whether qualified immunity is decided as a matter of law, input to client; research regarding application of Fourth Amendment to children; research ordinary course of business in relationship to wiretap statute; research use of term "non investigative;" e-mail pertinent cases and comments to client. | | 3 |
| 3/28/08 | Research whether Defendants are joint and severally liable or if they are liable individually; begin research on public duty doctrine; e-mail comments and cases to client regarding individual liability. | | 4.4 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL:** | |

G:\SOUZA, MAURENE\Timesheets - blank.doc

# TIME SHEETS

CLIENT: Mark Fay MATTER Walden
MONTH: 04-08 Rate: $120/Hour

| DATE | NARRATIVE | Breakdown | TOTAL TIME |
|---|---|---|---|
| 4/1/2008 | Conduct research regarding public duty doctrine in RI. | | 3.5 |
| 4/2/2008 | Draft motion and memorandum of law regarding joint and several liability versus individual liability with respect to damages on wire tap statute | | 4.5 |
| 4/3/2008 | Review and revise memorandum regarding separate liability; e-mail to client for review; begin draft of memorandum regarding prejudgment interest on judgment; conduct research pertaining to egregious conduct exception to public duty doctrine. | | 5.8 |
| 4/4/2008 | Review and revise memorandum regarding interest; review cases concerning ADEA liquidated damages; e-mail memorandum and motion to client; discuss revisions to memorandum; review cases applying interest to liquidated damages; review RI cases regarding prejudgment interest; draft new section to insert into memorandum regarding same; e-mail to client. | | 6.8 |
| 4/7/2008 | Draft affidavit in support of motion for award of attorney's fees. | | 1.3 |
| 4/8/08 | Revise affidavit according to direction C. Mannis. | | .6 |
| | | $32.48 Pacer downloads | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL:** | |

# CARLYN A. MANNIS, ESQ.

**128 Dorrance St., Suite 400**
**Providence, RI 02903**
**401.272.2002 (Tel.)**
**401.274.0175 (Fax)**


July/August/September 2007

---

STATEMENT

For Legal Services
Relative to **Wiretap Litigation**

ATTORNEY TIME:

| | | |
|---|---|---|
| July 6, 2007 | 3.5 | receive and review Opinion and Order re Smith decision re Motions for Summary Judgment and Motion for Sanctions (Lennon); attention to file re same |
| July 24, 2007 | .2 | receive and review notice of withdrawal of David Krech |
| August 1, 2007 | .2 | receive, retrieve and review notice re trial calendar call |
| August 16, 2007 | 1.4 | receive and review notice of appearance re P. Comerford; receive and review Motion in Limine and memorandum to Exclude Testimony re Expert re City |
| August 17, 2007 | .8 | receive and review Motion in Limine re Lennon |
| August 18, 2007 | .3 | receive and review motion in limine re Prignano re expert exclusion |
| August 21, 2007 | .2 | receive and review Notice of Conference tomorrow |
| August 22, 2007 | 2.4 | prepare for and attend chambers conference re pre-trial issues; meetings with MAF re same |
| August 24, 2007 | .2 | receive and review Stipulation re extension of time to file expert report |
| August 29, 2007 | .2 | receive and review supplemental scheduling Order |

| | | |
|---|---|---|
| September 4, 2007 | .2 | receive and review Settlement Conference Notice and Order re Almond |
| September 6, 2007 | 1.7 | receive and review Motion in Limine and memorandum re damages |
| September 7, 2007 | .5 | receive and review Motions in Limine re Damages re Lennon, Vieira, and Prignano; conference with MAF re same and attention to file re same |
| September 12, 2007 | .3 | conferences with MAF re status re objection memorandum re motion in limine re damages and strategy re same |
| September 14, 2007 | .2 | attention to file re stipulation re: Plaintiffs' Expert Report |
| September 17, 2007 | .4 | retrieve legal research re damages issue; conference with M. Fay re same and expert disclosure issues; attention to dates re damages opposition, settlement conference, settlement conference statement and damages hearing |
| September 19, 2007 | 3.0 | review legal research and memo prepared by M. Souza re damages issue; conference with same re same; receive and review Order re: Stipulation re Expert Report |
| September 20, 2007 | 5.8 | legal research re nominal damages/ punitive damages issue, duplicative recovery, number of days vs. number of calls; draft opposition re same; coordinate with M. Souza; calls, conferences and e-mails with same |
| September 21, 2007 | 1.1 | finalize work on opposition, calls and conferences with MAF re same and expert report; e-mail exchange with M. Souza re proper defendant; conferences with Kendra re filing issues |
| September 24, 2007 | .3 | conference with MAF re contents of expert report/disclosure |

# CAROLYN A. MANNIS, ESQ.

**128 Dorrance St., Suite 400**
**Providence, RI 02903**
**401.272.2002 (Tel.)**
**401.274.0175 (Fax)**


October 2007

---

STATEMENT

For Legal Services
Relative to **Wiretap Litigation**

ATTORNEY TIME:

| | | |
|---|---|---|
| October 3, 2007 | .2 | Receive and review notice re-scheduling settlement conference and revised notice of hearing |
| October 19, 2007 | 7.0 | Prepare for and Attend Hearing re: Motion re Damages filed by Defendants; Attend Settlement Conference; Meetings with MAF pre and post conference re strategy |
| October 23, 2007 | .2 | Receive and review Notice re Status Conference |

# CAROLYN A. MANNIS, ESQ.

**128 Dorrance St., Suite 400**
**Providence, RI 02903**
**401.272.2002 (Tel.)**
**401.274.0175 (Fax)**


November 2007

---

STATEMENT

For Legal Services
Relative to **Wiretap Litigation**

ATTORNEY TIME:

| | | |
|---|---|---|
| November 9, 2007 | .2 | Receive and review Stipulation |
| November 13, 2007 | .7 | Receive and review Notice of Hearings; Status Conference set for 12/5/07; Second Status Conference set for 1/3/08; attention to file re same; Receive and review Order re: deadline for Pre-Trial Memoranda; attention to file re same; Attention to file re Joint Stipulation; Receive and review Order re: Stipulation |
| November 14, 2007 | .2 | Receive and review notice of deposition re expert |
| November 30, 2007 | .3 | Receive and review Order |

# CAROLYN A. MANNIS, ESQ.

**128 Dorrance St., Suite 400**
**Providence, RI 02903**
**401.272.2002 (Tel.)**
**401.274.0175 (Fax)**


December 2007

---

STATEMENT

For Legal Services
Relative to **Wiretap Litigation**

ATTORNEY TIME:

| | | |
|---|---|---|
| December 5, 2007 | 1.5 | Prepare for and attend Court Conference re Jury questionnaire; Receive and review Trial Notice |
| December 7, 2007 | .2 | Receive and review Notice of Deposition re Expert |
| December 18, 2007 | 1.2 | Receive and review Motion in Limine and memorandum of law in support of same; attention to file re objection re same |
| December 19, 2007 | .2 | Receive and review Order re Defendants' Motions and Plaintiffs' Objections re same |
| December 21, 2007 | .4 | Receive and review Motions in Limine and memorandum of law in support of same re Lennon and Vieira |
| December 26, 2008 | .2 | Receive and review Motion in Limine and memorandum re Prignano |

# CAROLYN A. MANNIS, ESQ.

**128 Dorrance St., Suite 400**
**Providence, RI 02903**
**401.272.2002 (Tel.)**
**401.274.0175 (Fax)**


January 2008

---

STATEMENT

For Legal Services
Relative to **Wiretap Litigation**

ATTORNEY TIME:

| | | |
|---|---|---|
| January 3, 2008 | 4.0 | Prepare for and attend court conference re juror questionnaires; Receive Notice of Conference re: Juror Questionnaires set for 1/10/08 and Notice re Motions in Limine; Receive and review Order re filing dates for Pre-Trial Memoranda; Receive and review Notice re Final Pre-Trial Conference; Receive and review Order re deadline for filing Motions; post conference meeting with MAF re strategy and status re pre-trial memorandum, motions to be filed and juror selection |
| January 4, 2008 | 4.8 | Prepare and file Motion in Limine to exclude testimony and evidence relative to certain defenses of all Defendants; Prepare and file Motion in Limine to exclude testimony and evidence relative to certain defenses of Mary Lennon; Meeting with MAF re Pre-Trial issues and strategies re Motions in Limine and other Pre-Trial matters; work on pre-trial memorandum; attention to file re outstanding matters and strategy re client meetings |
| January 7, 2008 | 6.0 | Initial Trial Preparation with Bonnie Benson and Donna Luce; Research and review of file in preparation for trial and pre-trial memorandum; review pertinent sections re Wiretap Treatice |
| January 8, 2008 | 7.7 | Receive and review Motion for Extension of time re Defendants Motions in Limine; attention to file re same; Initial Trial Preparation with: Donald & Kathleen Dubuque, |

| | | |
|---|---|---|
| | | Robin Owens, Laurie Gannon; Continue work re pre-trial matters including standard of proof and statutory claims elements and relevant language in statutes and case law |
| January 9, 2008 | 7.5 | Initial Trial Preparation with David Neri & Ernie Young; Continue pre-trial preparation; legal research re expert testimony re ordinary course of business re wiretap statute defense; attention to file re same |
| January 10, 2008 | 8.0 | Prepare for and attend Status Conference re Juror Questionnaires; Post conference meeting with MAF re strategy re jury and pending matters; Receive and review Notice re Status Conference of Juror Questionnaires; Initial Trial Preparation with Robert and Michelle Barrett and John Hannon |
| January 11, 2008 | 11.3 | Receive and review Objections and memoranda re: Lennon and City; Receive and review Order re: Motions for Extension of time; attention to file re same; Initial Trial Preparation with Steven Ruhle, Kayla Ruhle and Steven Ruhle, Jr.; Prepare Motions and Memoranda re Records Keeper Deposition re State Police and City of Providence Fire Department; Finalize and file Plaintiffs' Objection and memorandum re: Defendants' Motion in Limine to exclude all evidence relating to incidents after the discovery of the Total Recall System; Receive and review Objection to Plaintiffs' Motion in Limine re Prignano |
| January 14, 2008 | 3.4 | Receive and review Objections to Motions in Limine re Vieira and City; Receive and Review Motion in Limine re expert re City and Prignano; Receive and review Objection and memorandum re Emergency Motion for Discovery re City; Receive and review notice re hearing re Plaintiffs' Motion for Discovery |
| January 15, 2008 | 6.5 | Receive and review Objections re: Discovery Motion re: Prignano and Lennon; Receive and review Motion in Limine re Expert Testimony re Vieira; attention to file re same; Receive and review Order; Continue legal research re pre-trial memorandum, jury instructions; 1983 issues re liability; verdict form; jury voir dire questions |
| January 16, 2008 | .2 | Receive and review Lennon Motion in Limine re Plaintiffs' Expert |

| | | |
|---|---|---|
| January 17, 2008 | 7.5 | Receive and review Order re Plaintiffs' Motion for Discovery; Finalize Plaintiffs' Pre-Trial Memorandum and file same; Finalize Plaintiffs' Pre-Trial Memorandum and file same; Receive Defendants' Pre-Trial Memoranda |
| January 19, 2008 | 7.4 | Review Defendants' Pre-Trial Memoranda |
| January 22, 2008 | 6.7 | Prepare and attend hearing re Motions in Limine re: Odom and Post Incidents and Plaintiffs' Motions in Limine; Receive and review Order re same (except post incidents); Initial Trial Preparation with Robert Reilly, Brandon Reilly; Work on Trial Preparation re Review of State Police Report re Investigation |
| January 23, 2008 | 9.0 | Prepare for and attend Keeper of Records Deposition for State Police; attention to file re copies of documents for use at trial as exhibits; conferences with MAF re same; continue work on pre-trial preparation; work on testimony of firefighter plaintiffs; Receive and review Memorandum and Order re post incident events; attention to file re same and analysis and strategy re exhibits at trial and restriction re ruling and any available appellate review |
| January 24, 2008 | 7.7 | Initial Trial Preparation with: Yvonne Giragosian, Christopher & Colleen O'Halloran, Debra Silva-Rocha, Michael Bates, Sarah Good; Work on Trial Preparation re civilian employee facts for testimony; Receive and review Motion to Withdraw/ Motion to Vacate Discovery Order by RI State Police; Receive and review Order re same; Receive and review Trial Notice |
| January 25, 2008 | 8.4 | Continue Trial Preparation; Review State Police Statements re Desmarais, Moise, Lennon, Haroian, and Parfume |
| January 28, 2008 | 7.4 | Initial Trial Preparation with Philip Payne; continuing pre-trial preparation re organization of witness testimony and timing re number of days; continue work on firefighter testimony and spouse and children testimony; Receive and review City's Proposed Voir Dire |
| January 29, 2008 | 8.3 | Receive and review Motions in Limine and memoranda re: D'Amico; Receive and review proposed voir dire re: Lennon, Vieira and Prignano; Attention to file re same; |

| | | |
|---|---|---|
| | | Meeting with MAF re Pre-trial preparation status and strategy and division of labor re opening statement, Plaintiffs' testimony, Defendants' testimony, other witnesses; Prepare Plaintiffs' proposed Voir Dire Questions and Brief Statement of Facts; File same |
| January 30, 2008 | 8.4 | Receive and review Order re: deadline for Motions in Limine; Initial Trial Preparation re Chmura and Cataldos; Receive and review Lennon Motion in Limine and memorandum re D'Amico; Receive and review amended answer to Complaint re Lennon; conference with MAF re same; Continue Pre-Trial Preparation re exhibits and review of bidding process |
| January 31, 2008 | 4.4 | Initial Trial Prep with Carole Hughes, M/M Randall, T. Mancini, E. Pattek |

**CAROLYN A. MANNIS, ESQ.**
**128 Dorrance St., Suite 400**
**Providence, RI 02903**
**401.272.2002 (Tel.)**
**401.274.0175 (Fax)**

February 2008

---

STATEMENT

For Legal Services
Relative to **Wiretap Litigation**

ATTORNEY TIME:

| | | |
|---|---|---|
| February 1, 2008 | 4.8 | Receive and review draft memorandum re objection re motion in limine re waiver re attorney privilege, conference with MAF re same and additional arguments re waiver re work product privilege and standing issue; legal research re same; conference with MS re same; revise memorandum re same |
| February 4, 2008 | 8.2 | Continuing work re trial preparation re jury selection issues, voir dire questions; legal issues and defenses; legal research re same; review re Smith decision re MSJ; motion in limine re damages; Receive and review hearing notice re: jury selection set for 2/5/08 and Motion in Limine re: John D'Amico |
| February 5, 2008 | 8.5 | Prepare for and attend Jury Selection; Meeting with MAF re: jury panel |
| February 6, 2008 | 6.0 | Meeting with MAF re preparation re testimony important plaintiffs, strategy re order of witnesses, testimony re potential witnesses re elements re consent, knowledge, expectation of privacy; Finalize and file Plaintiffs' Objection and memorandum re: Motion in Limine re: D'Amico |
| February 7, 2008 | 8.4 | Trial preparation w/ Reddington family; Receive and review Statement of Facts re: City; Review and revise Plaintiffs' Statement of facts; Continue work re pre-trial preparation; |

| | | |
|---|---|---|
| | | elements re testimony and proof from witnesses; exhibits, deposition transcripts; attention to same |
| February 8, 2008 | 1.8 | Prepare for and attend Hearing re Motion in Limine re D'Amico; attention to file re same |
| February 9, 2008 | 7.0 | Initial preparation re Plaintiffs' opening statement; outline arguments, testimony, proof, damages |
| February 11, 2088 | 7.0 | Receive and review Memorandum and Order re D'Amico; attention to file re same and testimony use at trial; Analysis and continuing work re opening statement; work on witness testimony and questions re firefighters and spouses and children; attend court re instruction re use of Elmo; work on exhibits; meeting with Expert |
| February 12, 2008 | 10.0 | Final pre-trial preparation re opening statement and initial witness testimony |
| February 13, 2008 | 10.5 | Prepare for and attend Trial; continue trial preparation and witness preparation meetings with James Rock, Carol O'Brien, Robert Reilly, Vincent Clements and Chris Wagner re testimony; Review related exhibits |
| February 14, 2008 | 3.5 | Prepare for and attend Trial |
| February 16, 2008 | 5.0 | Continue work on testimony of witnesses; review deposition transcripts re defendants |
| February 17, 2008 | 5.0 | Work on testimony of firefighters and family testimony and revise same; attention re same; review testimony for use and revision re Chmura Plaintiffs |
| February 18, 2008 | 7.5 | Trial preparation with Paul Doughty & family, Bill Kenyon & family, M/M Barrett, and Phillip Payne & family; Review related exhibits; continue preparation |
| February 19, 2008 | 9.5 | Prepare for and attend Trial; Trial preparation with Donna Luce, Edward Kennedy & family; Review related exhibits |
| February 20, 2008 | 6.5 | Trial preparation with Robert Cataldo & family, Frank Reddington & family, M/M Mark Randall, M/M Mellor and Mark Tillman ; Review related exhibits |

| | | |
|---|---|---|
| February 21, 2008 | 10.5 | Prepare for and attend Trial; Trial preparation with M/M Greenwell, M/M Rathbone, Craig Martin, David Neri, and M/M Matthew Randall; Review related exhibits |
| February 22, 2008 | 6.5 | Prepare for and attend Trial; Trial preparation with Joe Bretanha & family, M/M Picozzi; Review related exhibits; attention to file re status and strategy |
| February 23, 2008 | 7.5 | Trial preparation with Michael Bates, Sarah Good, Gerald Carvalho & family, Joe Vingi & family; Review related exhibits; continuing preparation re upcoming witnesses; review re state police statements and other documents for use on defendants as witnesses |
| February 24, 2008 | 6.5 | Continue work on trial preparation; witness testimony; testimony re Chmura plaintiffs; revisions re same; review expert report; review state police file |
| February 25, 2008 | 11.5 | Prepare for and Attend Trial; Trial preparation with M/M Dubuque, M/M Petit, Sandra Buote, Linda Young & Paul Buteau; Review related exhibits; continue preparation |
| February 26, 2008 | 11.5 | Review trial exhibits and preparation for next Trial attendance; preparation re subpoenas re witnesses and defendants: work on same; work on exhibits re witnesses; preparation re testimony re Chmura Plaintiffs; review Police File re references to clients; preparation re Simoneau e-mail |
| February 27, 2008 | 7.5 | Prepare for and attend Trial; Review testimony re next day witnesses and exhibits |
| February 28, 2008 | 11.5 | Prepare for and attend Trial; Trial preparation with Fred Robinson & family, Bonnie Benson, Jamie Araujo, Teresa Mancini, Eugenia Pattek, Maria Drohan, Julia Goins, Laurie Gannon, Peter McMichael & family, Melissa Melvin, Arleen Pullon, Susan Harrington, Margaret Burns, Robin Owens & Paul Wentworth; Review related exhibits |
| February 29, 2008 | 2.6 | Receive and review Motions and Memoranda re Quash re Cicilline and Esserman testimony; attention to file re same |

**CAROLYN A. MANNIS, ESQ.**
**128 Dorrance St., Suite 400**
**Providence, RI 02903**
**401.272.2002 (Tel.)**
**401.274.0175 (Fax)**

March 2008

---

STATEMENT

For Legal Services
Relative to **Wiretap Litigation**

ATTORNEY TIME:

| | | |
|---|---|---|
| March 1, 2008 | 6.0 | Review trial exhibits and preparation for trial; work on testimony re Prignano, Vieira, Lennon, Esserman and Cicilline |
| March 3, 2008 | 10.5 | Prepare for and attend trial; prepare and file objection and memorandum re motion to quash; review trial exhibits and prepare re trial; begin work on testimony question re Parente, Sepe, Haroian, Parfume, Rosenzweig and D'Amico |
| March 4, 2008 | 12.5 | Prepare for and attend trial; receive and review decision re motion to quash re Esserman and Cicilline; continue trial preparation; work on testimony re S. Moise; review file re same and exhibits; review deposition transcript; review police statements re preparation re same |
| March 5, 2008 | 6.5 | Prepare for and attend trial; preparation re M. Vieira testimony, review deposition transcript; review re T. Desmarais and D'Amico; meeting with MAF re same |
| March 6, 2008 | 8.5 | Prepare for and attend trial; continue preparation re Vieira, DesMarais, Prignano, Parente, Haroian and D'Amcio; attention to |

| | | |
|---|---|---|
| | | file re admissibility issues re Prignano testimony |
| March 8, 2008 | 10.0 | Continue work on trial preparation re Vieira,, D'Amico, Parente, Haroian, Parfume, Sepe, DesMarais and Prignano witness testimony and strategy re same |
| March 9, 2008 | 7.0 | continue work on trial preparation re same and exhibits, statements, transcripts and bid documents |
| March 10, 2008 | 11.5 | Prepare for and attend trial; continue trial preparation re Vieira, Prignano, DesMarais, Parente, Haroian, Parfume, Sepe; Review trial exhibits and work on trial preparation |
| March 11, 2008 | 12.0 | Prepare for and attend trial; continue work on trial preparation re witnesses Prignano, Rosensweig, Haroian, Parfume, and DesMarais; review police statements, deposition transcripts, exhibits re same; receive and review motions and memoranda re Rosensweig |
| March 12, 2008 | 12.5 | Prepare for and attend trial; continue work on preparation re Haroian, Parfume, Sepe, Prignano; conduct legal research re prior bad acts; prepare testimony re same |
| March 13, 2008 | 11.0 | Prepare for and attend trial; continue work on trial preparation re Odum and Rosensweig testimony; begin work on Rule 50 issues; Finalize and file objection and memorandum re Rosensweig subpoena |
| March 14, 2008 | 6.5 | Prepare for and attend trial; meeting with MAF re strategy re work to be completed and Rule 50 motion strategy |
| March 15, 2008 | 15.5 | work on Rule 50 arguments re Section 1983, municipal liability, qualified immunity, individual capacity, policy, custom, practice, policymaker liability, supervisor liability, |

| | | |
|---|---|---|
| | | wiretap statutes, consent, expectation of privacy, intentionality, right to privacy, standard of proof; work on exhibits 10 and 11 and stipulations re same |
| March 16, 2008 | 10.0 | continue work re Rule 50 arguments; preparation re cross examination re defense witnesses |
| March 17, 2008 | 10.0 | prepare for and attend trial; continue preparation re cross-examination re defense witnesses; analysis and legal research re appealability re Prignano; receive and review draft jury instructions and verdict forms; work on motion and memorandum re preclusion re defendants' exhibits |
| March 18, 2008 | 8.0 | prepare for and attend trial; prepare re renewal re Rule 50 motions; finalize and file motion and memorandum re preclusion re defendants' exhibits; preparation re jury instructions and verdict forms |
| March 19, 2008 | 15.0 | prepare for and attend trial; prepare arguments re motion to preclude exhibits, renewed motions and arguments re Rule 50, election or remedies issue; meeting with MAF re closing arguments strategy, jury instructions and verdict forms |
| March 20, 2008 | 6.0 | Prepare for and attend trial; attend conference re jury instructions and verdict forms; attention re same and legal research re disputed jury instructions |
| March 21, 2008 | 5.0 | review final jury instructions and verdict forms; preparation re closing arguments |
| March 22, 2008 | 5.0 | work on closing arguments; review trial transcripts re Vieira, DesMarais in preparation re same; review and prepare outline re elements of proof, defendants' case sucks, our case is good, and facts re important witnesses |

| | | |
|---|---|---|
| March 23, 2008 | 6.0 | finalize work on closing arguments; prepare re objections re jury instructions and verdict forms |
| March 24, 2008 | 5.5 | prepare for and attend trial re closing arguments and charge to the jury |
| March 25, 2008 | 4.5 | attend trial re jury deliberations; attention re same |
| March 26, 2008 | 7.5 | attend trial re jury deliberations; obtain jury verdict |
| March 27, 2008 | .4 | Receive and review judgment; conference with MAF re same; attention to file re same |
| March 28, 2008 | .2 | receive and review fax from opposing counsel re juror contact |
| March 31, 2008 | .2 | receive and review fax from Judge re opposing counsel juror contact |

# EXHIBIT B

[redacted]

# DAILY TIME AND TELEPHONE LOG

ATTORNEY CAM

DATE June 2nd 2003

| CLIENT NAME | TIME | DESCRIPTION |
| --- | --- | --- |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | |
| [redacted] | [redacted] | |
| [redacted] | [redacted] | |
| [redacted] | [redacted] | |
| [redacted] | [redacted] | |
| Prov Firefighters | 1.6 | mtg w S Crawford re SOR re lawsuit re civil lia state + fed + APRA reg; conf w S. Crawford re LR |

| May 10, 2006 | | Carolyn Mannis |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| Wiretap | 1.0 | receive and review Lennon objection re motions for extension of time to respond to Defendants' MSJs; conference with MAF re same; attention to file re same |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

[redacted]

# EXHIBIT C

Apr. 3. 2008 6:32PM No. 1541 P. 2

STONETURN GROUP

StoneTurn Group, LLP
60 State Street, 35th Floor
Boston, MA 02109
t 617.570.3700 f 617.570.3799

February 11, 2008
Invoice No: 3051

Mark Fay
127 Dorrance Street
Providence, RI 02903

Matter M01.MFAY Mark Fay / Walden v City of Providence

**Professional Services rendered from December 1, 2007 to January 31, 2008**

**Professional Services**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Lefferts, Alex | 5.00 | 325.00 | 1,625.00 | |
| Odom, William | 55.50 | 325.00 | 18,037.50 | |
| Totals | 60.50 | | 19,662.50 | |
| | | | | **19,662.50** |

**Reimbursable Expenses**

| | | |
|---|---|---|
| Air/Rail | 378.30 | |
| Hotel | 1,128.79 | |
| Meals | 301.17 | |
| Car/Cab/Parking | 1,195.45 | |
| Other | 15.00 | |
| | **3,018.71** | **3,018.71** |

**Invoice Total: $22,681.21**

# Billing Backup

*Thursday, April 03, 2008*

**StoneTurn Group, LLP** **Invoice 3051 Dated 2/11/08** *7:11:21 PM*

Matter M01.MFAY Mark Fay / Walden v City of Providence

**Professional Services**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 62 | 500.105 - Lefferts, Alex<br>Review of forensic analysis of Total Recall system | 12/4/07 | 2.00 | 325.00 | 650.00 |
| 62 | 500.105 - Lefferts, Alex<br>Review of forensic analysis of Total Recall system | 12/14/07 | 2.00 | 325.00 | 650.00 |
| 62 | 500.105 - Lefferts, Alex<br>Preparation for Deposition by City of Providence | 12/17/07 | 1.00 | 325.00 | 325.00 |
| 55 | 600.601 - Odom, William<br>Review of forensic analysis of Total Recall system | 12/2/07 | 2.00 | 325.00 | 650.00 |
| 55 | 600.601 - Odom, William<br>Review of forensic analysis of Total Recall system | 12/3/07 | 8.00 | 325.00 | 2,600.00 |
| 55 | 600.601 - Odom, William<br>Review of forensic analysis of Total Recall system | 12/4/07 | 8.00 | 325.00 | 2,600.00 |
| 55 | 600.601 - Odom, William<br>Review of forensic analysis of Total Recall system | 12/5/07 | 8.00 | 325.00 | 2,600.00 |
| 55 | 600.601 - Odom, William<br>Review of forensic analysis of Total Recall system | 12/6/07 | 4.00 | 325.00 | 1,300.00 |
| 55 | 600.601 - Odom, William<br>Review of forensic analysis of Total Recall system | 12/17/07 | 8.00 | 325.00 | 2,600.00 |
| 55 | 600.601 - Odom, William<br>Deposition by City of Providence | 12/18/07 | 8.00 | 325.00 | 2,600.00 |
| 55 | 600.601 - Odom, William<br>Review of forensic analysis of Total Recall system | 12/19/07 | 8.00 | 325.00 | 2,600.00 |
| 55 | 600.601 - Odom, William<br>Review of forensic analysis of Total Recall system | 1/4/08 | 1.50 | 325.00 | 487.50 |
| | Totals | | 60.50 | | 19,662.50 |

**19,662.50**

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| Air/Rail | | | |
| EX 0002313 | 12/14/07 Odom, William / RT flight to Boston | 378.30 | |
| Hotel | | | |
| EX 0002313 | 12/17/07 Odom, William / Arrive in Boston | 256.21 | |
| EX 0002313 | 12/17/07 Odom, William / Providence | 359.34 | |
| EX 0002313 | 12/18/07 Odom, William / Providence | 253.03 | |
| EX 0002313 | 12/19/07 Odom, William / Return to Boston | 260.21 | |
| Meals | | | |
| EX 0002313 | 12/3/07 Odom, William / Dinner | 90.63 | |
| EX 0002313 | 12/17/07 Odom, William / Lunch | 26.20 | |
| EX 0002313 | 12/17/07 Odom, William / Dinner | 52.84 | |
| EX 0002313 | 12/18/07 Odom, William / Dinner | 38.50 | |
| EX 0002313 | 12/19/07 Odom, William / Dinner | 93.00 | |
| Car/Cab/Parking | | | |
| EX 0002313 | 12/5/07 Odom, William / Hotel parking | 48.95 | |
| EX 0002313 | 12/5/07 Odom, William / Rental car | 590.38 | |
| EX 0002313 | 12/21/07 Odom, William / Rental care | 556.12 | |
| Other | | | |
| EX 0002313 | 12/17/07 Odom, William / Internet access at client site | 15.00 | |
| | | **3,018.71** | **3,018.71** |
| | **Total this report** | | **$22,681.21** |

February 11, 2008
Invoice No: 3051

Mark Fay
127 Dorrance Street
Providence, RI 02903

Matter M01.MFAY Mark Fay / Walden v City of Providence

**Professional Services rendered from December 1, 2007 to January 31, 2008**

**Professional Services**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Lefferts, Alex | 5.00 | 325.00 | 1,625.00 | |
| Odom, William | 55.50 | 325.00 | 18,037.50 | |
| Totals | 60.50 | | 19,662.50 | |
| | | | | **19,662.50** |

**Reimbursable Expenses**

| | | |
|---|---|---|
| Air/Rail | 378.30 | |
| Hotel | 1,128.79 | |
| Meals | 301.17 | |
| Car/Cab/Parking | 1,195.45 | |
| Other | 15.00 | |
| | **3,018.71** | **3,018.71** |

**Invoice Total: $22,681.21**

STONETURN GROUP

StoneTurn Group, LLP
60 State Street, 35th Floor
Boston, MA 02109
t 617.570.3700 f 617.570.3799

April 3, 2008
Invoice No: 3114

Mark Fay
127 Dorrance Street
Providence, RI 02903

Matter M01.MFAY Mark Fay / Walden v City of Providence

**Professional Services rendered from November 21, 2007 to March 31, 2008**

**Professional Services**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Odom, William | 34.75 | 325.00 | 11,293.75 | |
| Totals | 34.75 | | 11,293.75 | |
| | | | | **11,293.75** |

**Reimbursable Expenses**

| | | |
|---|---|---|
| Air/Rail | 2,701.60 | |
| Hotel | 1,067.32 | |
| Meals | 300.29 | |
| Car/Cab/Parking | 407.21 | |
| Mileage/Tolls | 22.31 | |
| | **4,498.73** | **4,498.73** |

**Invoice Total: $15,792.48**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 3051 | 2/11/08 | 22,681.21 |
| **Total** | | **22,681.21** |

# Billing Backup

*Thursday, April 03, 2008*

**StoneTurn Group, LLP** **Invoice 3114 Dated 4/3/08** *1:16:02 PM*

Matter M01.MFAY Mark Fay / Walden v City of Providence

**Professional Services**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 55 | 600.601 - Odom, William | 2/11/08 | 11.00 | 325.00 | 3,575.00 |
| | Meeting with Mark Fay & representatives of Federal Court; return to Houston | | | | |
| 55 | 600.601 - Odom, William | 2/12/08 | 2.25 | 325.00 | 731.25 |
| | review of forensic analysis reports | | | | |
| 55 | 600.601 - Odom, William | 2/19/08 | 2.00 | 325.00 | 650.00 |
| | review of forensic analysis reports | | | | |
| 55 | 600.601 - Odom, William | 3/13/08 | 11.50 | 325.00 | 3,737.50 |
| | preparation for trial | | | | |
| 55 | 600.601 - Odom, William | 3/14/08 | 8.00 | 325.00 | 2,600.00 |
| | preparation for trial and subsequent courtroom testimony | | | | |
| | Totals | | 34.75 | | 11,293.75 |

**11,293.75**

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| Air/Rail | | | |
| EX 0002178 | 11/21/07 | Odom, William / RT to Boston | 624.10 |
| EX 0002612 | 3/8/08 | Odom, William / R/T to Boston (for Providence) | 903.00 |
| EX 0002555 | 3/10/08 | Odom, William / R/T to Boston (Providence) | 1,174.50 |
| Hotel | | | |
| EX 0002178 | 12/4/07 | Odom, William / Hotel in Providence | 557.32 |
| EX 0002454 | 2/10/08 | Odom, William / Hotel in Providence | 253.03 |
| EX 0002612 | 3/14/08 | Odom, William / Hotel in Boston | 256.97 |
| Meals | | | |
| EX 0002178 | 12/3/07 | Odom, William / Dinner | 90.63 please see bill of 2/11 |
| EX 0002454 | 2/10/08 | Odom, William / Breakfast | 4.76 |
| EX 0002454 | 2/10/08 | Odom, William | 10.00 |
| EX 0002454 | 2/11/08 | Odom, William | 20.83 |
| EX 0002454 | 2/11/08 | Odom, William / Breakfast | 4.60 |
| EX 0002454 | 2/12/08 | Odom, William | 15.99 |
| EX 0002612 | 3/12/08 | Odom, William / ~~Dinner~~ Lunch | 50.07 |
| EX 0002612 | 3/12/08 | Odom, William / Dinner | 55.74 |
| EX 0002612 | 3/13/08 | Odom, William / Lunch | 11.00 |
| EX 0002612 | 3/14/08 | Odom, William / Lunch | 36.67 |
| Car/Cab/Parking | | | |
| EX 0002506 | 2/11/08 | Odom, William / Parking | 15.00 |
| EX 0002454 | 2/11/08 | Odom, William / From Airport | 33.00 |
| EX 0002454 | 2/11/08 | Odom, William / To Airport | 33.00 |

| | | | |
|---|---|---|---|
| EX 0002612 | 3/15/08 Odom, William / Rental Car | 326.21 | |
| Mileage/Tolls | | | |
| EX 0002454 | 2/11/08 Odom, William / R/T to Airport / Business travel to Providence | 22.31 | |
| | | **4,498.73** | **4,498.73** |
| | **Total this report** | | **$15,792.48** |

MURPHY & FAY, L.L.P.
**GENERAL OFFICE ACCOUNT**
127 DORRANCE STREET - 2ND FLOOR
PROVIDENCE, RHODE ISLAND 02903
(401) 490-3200

BANKRI
BANK RHODE ISLAND
57-168/115

5146

11/14/2005

PAY TO THE ORDER OF Acquisition Data, Inc. $ 2,000.00

Two thousand dollars 00/100 DOLLARS

MEMO

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈005146⑈ ⑆011501682⑆ 0420110151⑈

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT

5146

2000.00

Wire Tap / Prov. Firefighters
04-1254

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT

5146

2000.00

Timeslips

SF5001-1

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 401-739-9696

SAFEGUARD LITHO USA SFSL1 CK7S08111L

H7HPXN0010000 L01SF033317

November 15, 2005

*Fed Ex*

Acquisition Data, Inc.
c/o Drew Levine
14903 Mills Park Lane
Cypress, TX 77429

RE: Examination of Electronic Evidence
Providence Firemen's Matter

Dear Mr. Levine:

Enclosed is the executed contract and retainer in the amount of Two thousand ($2,000.00) dollars. Please have Mr. Odom contact Mr. Fay upon receipt.

Thank you for your attention to the above.

Very truly yours,

Kendra Lima
Legal Assistant

/kll
Enclosures

INTEGRITY partners
*fraud and risk management solutions*

*INVOICE*
*Tax ID: 26-0058719*

June 20, 2006

Mr. Mark A. Fay, Esq.
Partner
Murphy & Fay LLP
127 Dorrance Street,
Providence, RI 02903

**RE: Computer Forensic Investigative Services**

Dear Mr. Fay:

Please find below a summary of charges for unbilled professional fees and expenses incurred through Friday, May 26, 2006 followed by the detailed information regarding such fees and expenses incurred by individual Integrity Partners professionals.

Please make all payments to "Integrity Partners." A copy of our Form W-9 is also attached.

If you have any questions, please contact me at the number listed below.

Sincerely,

William Sinacori
Director

1300 POST OAK BOULEVARD, SUITE 200 ◆ HOUSTON, TX 77008 ◆ (713) 623-2600 ◆ www.integrity-partners.net

**DETAIL BY INDIVIDUAL**

**William Odom, Director**

| Date | Description | Hours/Units | Rate | Charge |
|---|---|---|---|---|
| **Services** | | | | |
| 05/26/2006 | Forensically image servers at Providence Municipal building - subsequent review. | 11.50 | $ 250.00 | $ 2,875.00 |
| | | ---------------- | | -------------------- |
| | | **11.50** | | **$ 2,875.00** |
| | | | | |
| **Expenses** | | | | |
| 05/24/2006 | Ground transportation (mileage): mileage to airport. | 26.00 | $ .445 | $ 11.57 |
| 05/24/2006 | Meals | | | 75.21 |
| 05/25/2006 | Meals | | | 50.58 |
| 05/26/2006 | Meals | | | 39.37 |
| 05/26/2006 | Lodging: 2 nights (05/24, 05/25) | | | 494.94 |
| 05/26/2006 | Airfare: roundtrip from Houston | | | 664.20 |
| 05/26/2006 | Parking: at airport 05/24 – 05/26 | | | 39.00 |
| 05/26/2006 | Ground transportation (mileage): mileage from airport. | 26.00 | $ .445 | $ 11.57 |
| | | ---------------- | | -------------------- |
| | | | | **$ 1,386.44** |
| | | ========= | | =========== |
| **Subtotal** | | | | **$ 4,261.44** |

## BILLING SUMMARY

**RETAINER DUE:** **$ 3,500.00**

**TOTAL CURRENT CHARGES:** **$ 4,261.44**

Professional services:

| Professional | Rate | Hours | Charges |
|---|---|---|---|
| William Odom, Director | $250.00 | 11.50 | $ 2,875.00 |
| | | --------------- | --------------------- |
| SUBTOTAL | | **11.50** | **$ 2,875.00** |

Expenses:

| Professional | Rate | Units | Charges |
|---|---|---|---|
| Airfare | | | $ 664.20 |
| Ground transportation (mileage) | $ .445 | 52.00 | $ 23.14 |
| Lodging | | | 494.94 |
| Meals | | | 165.16 |
| Parking | | | 39.00 |
| | | | --------------------- |
| SUBTOTAL | | | **$ 1,386.44** |

**TOTAL BALANCE DUE:** **$ 7,761.44**

INTEGRITY
partners
*fraud and risk management solutions*

***INVOICE***
***Tax ID: 26-0058719***

October 20, 2006

Mr. Mark A. Fay, Esq.
Partner
Murphy & Fay LLP
127 Dorrance Street,
Providence, RI 02903

**RE: Computer Forensic Investigative Services**

Dear Mr. Fay:

Please find below a summary of charges for unbilled professional fees and expenses incurred through Friday, October 20, 2006 followed by the detailed information regarding such fees and expenses incurred by individual Integrity Partners professionals. The balance due of $8,361.75 includes $3,500.00 for replenishing the retainer. If you do not choose to replenish the retainer, the balance due is $4,861.75. This balance is past due, please pay it promptly. If you choose to not replenish the retainer, we will not perform any more services until a retainer is paid.

Please make all payments to "Integrity Partners."

If you have any questions, please contact me at the number listed below.

Sincerely,

William Sinacori
Director

[mike Wilson x240
managing director]

Mr. Mark A. Fay, Esq.
Murphy & Fay LLP
10/20/2006


## BILLING SUMMARY

| | | |
|---|---|---|
| **PRIOR BALANCE (including $3,500.00 for replenishment of retainer):** | **$** | **8,314.95** |
| **LESS: PAYMENTS RECEIVED** | **(** | **0.00)** |
| **TOTAL CURRENT CHARGES:** | **$** | **46.80** |

**Expenses:**

| Professional | Rate | Units | Charges |
|---|---|---|---|
| Interest/finance charge (through 10-20-2006) | | | $ 46.80 |
| | | | -------------------- |
| SUBTOTAL | | | **$ 46.80** |

| | | |
|---|---|---|
| **TOTAL BALANCE DUE:** | **$** | **8,361.75** |

EAB Security Associates
PO Box 92
Londonderry, NH 03053-0092
Tax ID # 20-3251947

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/30/2005 | 102 |

| BILL TO |
|---|
| Murphy & Fay, LLP<br>127 Dorrance Street<br>2nd Floor<br>Providence, RI 02930 |

| DUE DATE |
|---|
| 12/15/2005 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Retainer | Retainer Fee | 1 | | -1,000.00 |
| Billable Hours | 8/16/05 Meeting and document review @ Murphy & Fay | 9 | 100.00 | 900.00 |
| Vehicle Expenses | Round trip to Providence | 194 | 0.40 | 77.60 |
| Vehicle Expenses | Parking | 1 | 10.00 | 10.00 |
| Billable Hours | 8/29/05 Document review | 3 | 100.00 | 300.00 |
| Billable Hours | Interview of T. Walden | 1 | 100.00 | 100.00 |
| Billable Hours | 9/7/05 meeting and document review | 8 | 100.00 | 800.00 |
| Vehicle Expenses | Round Trip to Providence | 194 | 0.40 | 77.60 |
| Vehicle Expenses | Parking | 1 | 10.00 | 10.00 |
| Outside Investigator | Investigation by Beerman & Asso. | 1 | 758.77 | 758.77 |

2nd Request

**Total** 2,033.97

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES



4929

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT
127 DORRANCE STREET - 2ND FLOOR
PROVIDENCE, RHODE ISLAND 02903
(401) 490-3200

BANKRI
BANK RHODE ISLAND

57-168/115

8/16/2005

PAY TO THE ORDER OF Edward A. Baker $ **1,000.00

One Thousand and 00/100**************************************************************************************** DOLLARS

Edward A. Baker

MEMO 04-1254 Providence Firefighters

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈004929⑈ ⑆011501682⑆ 0420110015⑈

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT

4929

| | | | |
|---|---|---|---|
| Edward A. Baker | | 8/16/2005 | |
| Prof. Services - Subcontacting | 04-1254 Providence Firefighters | | 1,000.00 |

Cash Checking 04-1254 Providence Firefighters 1,000.00

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT

4929

| | | | |
|---|---|---|---|
| Edward A. Baker | | 8/16/2005 | |
| Prof. Services - Subcontacting | 04-1254 Providence Firefighters | | 1,000.00 |

Timeslips

Cash Checking 04-1254 Providence Firefighters 1,000.00

Frederick J. McCarthy D/B/A FMC Services

28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284 - Pager: 598-0939
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 9/21/2004 | 2173 |

**BILL TO**

Murphy & Fay, LLP
Mark A. Fay, Esq.
127 Dorrance St., 2nd
Providence, R.I. 02903

| CASE NO. | 04304 | TERMS | Due on receipt |
|---|---|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Family Court | ~~Family~~ FEDERAL Court Summons<br>Thomas Walden, ET AL vs City of Providence, ET AL | |
| 9/20/2004 | Served To | Mary F. Lennon, 197 Concord Ave., Cranston, R.I. 02910 | 40.00 |
| | Fee | Additional Fee- corrected address- 4 Truman St., Johnston, R.I. | 10.00 |
| 9/20/2004 | Served To | Stephen Napolitano, Esq., Treasurer, Providence City Hall, 25 Dorrance St., Providence, R.I. 02903 | 40.00 |
| 9/20/2004 | Served To | David N. Cicilline, Esq., Mayor, City of Providence, Providence City Hall, 25 Dorrance St., Providence, R.I. 02903- served to legal Dept., 275 Westminister St., Providence, R.I. | 40.00 |
| 9/20/2004 | Served To | Mr. Dean Esserman, Chief of Police, Providence Police Department, One Communications Way, Providence, R.I. 02903 | 40.00 |

**Please Make All Checks Payable To FMC Services**

**Total** $170.00

Frederick J. McCarthy D/B/A FMC Services

28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284 - Pager: 598-0939
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 9/23/2004 | 2178 |

| BILL TO |
|---|
| Murphy & Fay, LLP<br>Mark A. Fay, Esq.<br>127 Dorrance St., 2nd<br>Providence, R.I. 02903 |

| CASE NO. | 04304 | TERMS | Due on receipt |
|---|---|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | FederalCourt | Federal Court Summons | |
| | | Thomas Walden, et al vs City of Providence, R.I. et al | |
| 9/22/2004 | Served To | Manuel M. Vieira, 25 Dolly Dr., Bristol, R.I. 02809 | 40.00 |
| 9/23/2004 | Served To | Joseph P. Richardson, Jr., 80 Grosvenor Ave., Providence, R.I. 02908 | 40.00 |
| | Fee | Additional Fee- correct address, 1650 Douglas Ave., Providence, R.I. | 10.00 |

| Please Make All Checks Payable To FMC Services | Total | $90.00 |
|---|---|---|

Frederick J. McCarthy D/B/A FMC Services
28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284 - Pager: 598-0939
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 10/20/2004 | 2207 |

**BILL TO**

Murphy & Fay, LLP
Mark A. Fay, Esq.
127 Dorrance St., 2nd
Providence, R.I. 02903

| CASE NO. | 04-304 | TERMS | Due on receipt |
|---|---|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | FederalCourt | Federal Court Summons<br><br>Thomas Walden, ET AL vs City of Providence, ET AL | |
| 10/19/2004 | Served To | Urbano Prigano, Jr., 22 Boundary Ave., Providence, R.I., Correct address 135 Fruit Hill Ave., Providence, R.I. | 40.00 |
| | Fee | Additional Fee- Time And Travel | 10.00 |

| Please Make All Checks Payable To FMC Services | Total | $50.00 |
|---|---|---|

Frederick J. McCarthy D/B/A FMC Services
28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284 - Pager: 598-0939
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 11/3/2004 | 2227 |

| BILL TO |
|---|
| Murphy & Fay, LLP<br>Mark A. Fay, Esq.<br>127 Dorrance St., 2nd<br>Providence, R.I. 02903 |

| CASE NO. | 04-304S | TERMS | Due on receipt |
|---|---|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | DistrictCourt | istrict Court Summons | |
| | | Thomas Walden, et al vs City of Providence, et al | |
| 11/1/2004 | Served To | Mary Lennon, 26 Rome Ave., Providence, R.I. | 40.00 |
| | Fee | Additional Fee time and travel | 5.00 |

| Please Make All Checks Payable To FMC Services | Total | $45.00 |
|---|---|---|

CK 4243

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 156292
1880 John F. Kennedy Blvd., 15th floor
Philadelphia , Pa 19103
215-988-9191

To:
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903

ATTN : MARK A. FAY, ESQ.

| INVOICE NUMBER | DATE |
|---|---|
| 160557EPA | 11/19/04 |

02/03/05

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: 04-304s | | |
| CAPTION: WALDEN VS. CITY OF PROVIDENCE | | |
| SERVICES PROVIDED ON 11/02/04: | | |
| ATTEMPTED SUMMONS & COMPLAINT VINCENT A. CIANCI, JR. FEDERAL CORRECTIONAL INSTITUTION FORT DIX,NJ 08640 | 75.00 | |
| SUBPOENA SERVICE FEE OUR CHECK FEE TO BURLINGTON COUNTY CHECK# 04153/PARTIAL PAYMENT OF $75.00 BALANCE DUE -$40.00- | 40.00 | |

PLEASE REMIT

**** CONTINUED ****

| TOTAL | | Thank You! |
|---|---|---|

Pd - IN - Full
2/17/05

Please detach and send with payment

Remit To:

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
1880 John F Kennedy Blvd. 15th Floor
Philadelphia, PA 19103
(215)988-9191 FAX(215)988-9089
Tax ID # 22-3779684

TO : MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE RI 02903

DATE : 01/03/05
(MUR 05)

PAGE : 1

FAX: (401) 490-3207

# S T A T E M E N T

| INV # | INV DATE | CAPTION | REFERENCE | DT TAKEN | INV AMT | CR | AMT PAID | BAL DUE |
|---|---|---|---|---|---|---|---|---|
| 160557 | 11/19/04 | WALDEN VS. CITY OF PROVIDENCE | MARK A. FAY, ESQ. | 11/02/04 | 115.00 | | 75.00 | 40.00 |

**For Statement Questions, Please call (866)377-5962 Fax (973)377-9543**

**BALANCE DUE** 40.00

| OVER 30 DAYS |
|---|
| 40.00 |

**TERMS: DUE UPON RECEIPT**

**We accept VISA, MasterCard & American Express cards**

**Remit to: ESQUIRE DEPOSITION SERVICES, LLC**
**P.O. BOX 827829**
**Philadelphia, PA 19182-7829**

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 156292
1880 John F. Kennedy Blvd., 15th floor
Philadelphia , Pa 19103
215-988-9191

To:

MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903

| INVOICE NUMBER | DATE |
|---|---|
| 160557EPA | 11/19/04 |

01/03/05

ATTN : MARK A. FAY, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: 04-304s | | |
| CAPTION: WALDEN VS. CITY OF PROVIDENCE | | |
| SERVICES PROVIDED ON 11/02/04: | | |
| ATTEMPTED SUMMONS & COMPLAINT VINCENT A. CIANCI, JR. FEDERAL CORRECTIONAL INSTITUTION FORT DIX,NJ 08640 | 75.00 | |
| SUBPOENA SERVICE FEE OUR CHECK FEE TO BURLINGTON COUNTY CHECK# 04153/PARTIAL PAYMENT OF $75.00 BALANCE DUE -$40.00- | 40.00 | |
| **** CONTINUED **** | | |
| TOTAL | | *Thank You!* |

Please detach and send with payment

Remit To:

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID #
1880 John F. Kennedy Blvd., 15th floor
Philadelphia , Pa 19103
215-988-9191

156292

PAGE 2

To:

MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903

ATTN : MARK A. FAY, ESQ.

| INVOICE NUMBER | DATE |
|---|---|
| 160557EPA | 11/19/04 |

01/03/05

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: 04-304s<br>CAPTION: WALDEN VS. CITY OF PROVIDENCE<br>OUR FILE# 04-1288 | | |
| PAYMENTS RECEIVED | -75.00 | |
| BALANCE DUE — TOTAL | 40.00 | *Thank You!* |

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. BOX 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 156292 TOT: $40.00
INVOICE #: 160557EPA
DATE: 01/03/05

MURPHY & FAY, LLP
Attn: MARK A. FAY, ESQ.
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

ESQUIRE DEPOSITION SERVICES® A HOBART WEST COMPANY

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 156292
1880 John F. Kennedy Blvd., 15th floor
Philadelphia , Pa 19103
215-988-9191

PAGE 2

To:
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903

| INVOICE NUMBER | DATE |
|---|---|
| 160557EPA | 11/19/04 |

02/03/05

ATTN : MARK A. FAY, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: 04-304s<br>CAPTION: WALDEN VS. CITY OF PROVIDENCE<br>OUR FILE# 04-1288 | | |
| PLEASE REMIT | | |
| PAYMENTS RECEIVED | -75.00 | |
| BALANCE DUE / TOTAL | 40.00 | Thank You! |

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. BOX 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 156292 TOT: $40.00
INVOICE #: 160557EPA
DATE: 02/03/05

MURPHY & FAY, LLP
Attn: MARK A. FAY, ESQ.
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903

ESQUIRE DEPOSITION SERVICES® A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
1880 John F Kennedy Blvd. 15th Floor
Philadelphia, PA 19103
(215)988-9191 FAX(215)988-9089
Tax ID # 22-3779684

TO : MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE RI 02903

FAX: (401) 490-3207

DATE : 02/03/05
(MUR 05)

PAGE : 1

# S T A T E M E N T

| INV # | INV DATE | CAPTION | REFERENCE | DT TAKEN | INV AMT | CR | AMT PAID | BAL DUE |
|---|---|---|---|---|---|---|---|---|
| 160557 | 11/19/04 | WALDEN VS. CITY OF PROVIDENCE | MARK A. FAY, ESQ. | 11/02/04 | 115.00 | | 75.00 | 40.00 |

**For Statement Questions, Please call** **BALANCE DUE** 40.00
**(866)377-5962 Fax (973)377-9543**

| OVER 60 DAYS |
|---|
| 40.00 |

**TERMS: DUE UPON RECEIPT**

**We accept VISA, MasterCard & American Express cards**

**Remit to: ESQUIRE DEPOSITION SERVICES, LLC**
**P.O. BOX 827829**
**Philadelphia, PA 19182-7829**

04-1264

Frederick J. McCarthy D/B/A FMC Services

28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284 - Pager: 598-0939
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 1/19/2005 | 2328 |

| BILL TO |
|---|
| Murphy & Fay, LLP<br>Mark A. Fay, Esq.<br>127 Dorrance St., 2nd<br>Providence, R.I. 02903 |

| CASE NO. | 04-304S | TERMS | Due on receipt |
|---|---|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | FederalCourt | Federal Court Subpoenas | |
| | | Issuing Officer; Carolyn A. Mannis, Esq., 100 Westminster St., Providence, R.I. 02903 | |
| | | Thomas Walden, et al vs City of Providence, et al | |
| 1/18/2005 | Served To | Steven Moise, One Communications Way, Providence, R.I. 02903 | 50.00 |
| | WitnessFee | Witness Fees | 40.66 |

| Please Make All Checks Payable To FMC Services | Total | $90.66 |
|---|---|---|

Wire Tap Case 04-1254

Frederick J. McCarthy D/B/A FMC Services
28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284 - Pager: 598-0939
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 3/13/2005 | 2395 |

**BILL TO**

Murphy & Fay, LLP
Mark A. Fay, Esq.
127 Dorrance St., 2nd
Providence, R.I. 02903

| CASE NO. | 04-304S | TERMS | Due on receipt |
|---|---|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | FederalCourt | Federal Court Subpoenas<br><br>Thomas Walden, et al vs City of Providence, et al | |
| 3/11/2005 | Served To | Rhode Island State Police, 311 Danielson Pike, North Scituate, R.I. 02857 | 50.00 |
| | WitnessFee | Witness Fees | 40.33 |
| 3/11/2005 | Served To | Providence Police Department, 325 Washington St., Providence, R.I. 02903 | 50.00 |
| | WitnessFee | Witness Fees | 40.33 |
| 3/11/2005 | Served To | Dept. of the Attorney General, 150 South Main St., Providence, R.I. 02903 | 50.00 |
| | WitnessFee | Witness Fees | 40.33 |

| Please Make All Checks Payable To FMC Services | Total | $270.99 |
|---|---|---|

Pro. Firefighters

04-1254

Frederick J. McCarthy D/B/A FMC Services
28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284 - Pager: 598-0939
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 3/22/2005 | 2405 |

| BILL TO |
|---|
| Murphy & Fay, LLP<br>Mark A. Fay, Esq.<br>127 Dorrance St., 2nd<br>Providence, R.I. 02903 |

| CASE NO. | 04-553S | TERMS | Due on receipt |
|---|---|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | FederalCourt | Federal Court Summons | |
| | | John C. Chmura, et al vs City of Providence, et al | |
| 3/21/2005 | Served To | Stephen Napolitano, Esq., Treasurer, Providence City Hall, 25 Dorrance St., Providence, R.I. 02903 | 40.00 |

| Please Make All Checks Payable To FMC Services | Total | $40.00 |
|---|---|---|

Copied To Case
04-1254

Frederick J. McCarthy D/B/A FMC Services
28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 5/7/2006 | 2865 |

**BILL TO**

Murphy & Fay, LLP
Mark A. Fay, Esq.
127 Dorrance St., 2nd
Providence, R.I. 02903

| CASE NO. | 04-304S | TERMS | Due on receipt |
|---|---|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | FederalCourt | Federal Court Subpoenas | |
| | | Thomas Walden, et al vs City of Providence, et al | |
| 5/5/2006 | Served To | Andrew Rosenzweig, 66 1/2 Third St., Newport, R.I. served at Cranston Police Dept | 45.00 |
| | WitnessFee | Witness Fees | 62.20 |

| Please Make All Checks Payable To FMC Services | Total | $107.20 |
|---|---|---|

Copies To Case

Frederick J. McCarthy D/B/A FMC Services

28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 5/14/2006 | 2871 |

| BILL TO |
|---|
| Murphy & Fay, LLP<br>Mark A. Fay, Esq.<br>127 Dorrance St., 2nd<br>Providence, R.I. 02903 |

| CASE NO. | 04-304S | TERMS | Due on receipt |
|---|---|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | FederalCourt | Federal Court Subpoenas | |
| | | Thomas Walden, et al vs City of Providence, et al | |
| 5/13/2006 | Served To | Dennis L. Lambert, 50 Plainfield Pike, Foster, R.I. 02828 | 45.00 |
| | WitnessFee | Witness Fees | 53.44 |

| Please Make All Checks Payable To FMC Services | Total | $98.44 |
|---|---|---|

Providence Firefighters

#04-1254

Frederick J. McCarthy D/B/A FMC Services

28 Hillside Drive
Warwick, R.I. 02889-5811
Phone: (401)-738-9284
Tax ID# 75-3076281

# Invoice

| TODAY... | INVOICE # |
|---|---|
| 1/20/2008 | 3425 |

| BILL TO |
|---|
| Murphy & Fay, LLP<br>Mark A. Fay, Esq.<br>127 Dorrance St., 2nd<br>Providence, R.I. 02903 |

| CASE NO. | 04-304 | TERMS | Due on receipt |
|---|---|---|---|

| DATE SERVED | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | DistrictCourt | District Court Subpoenas | |
| | | Thomas Walden, et al vs City of Providence, et al | |
| 1/17/2008 | Served To | Rhode Island State Police, 311 Danielson Pike, North Scituate, R.I. 02857 | 45.00 |
| | WitnessFee | Witness Fees | 52.74 |

**Please Make All Checks Payable To FMC Services**

**Total** $97.74

# CONSTABLE & INVESTIGATION SERVICES

PAGERS 763-1015 - 763-1014
JOSEPH KEATING AND THOMAS NOURY
41 NO. ELMORE AVENUE - NO. PROVIDENCE, RI 02911

*YOU WANT HIM, WE GET HIM*

Wire Tap Case 04-1254

BILLING DATE MARCH 3, 2008

**TAX I.D.**
**# 06-1469742**

| ATTORNEY | FEE | RETURNED | PETITIONER | PERSON SIGNING | REF. # |
|---|---|---|---|---|---|
| MARK FAY ESQ.<br>#490-3200<br>127 DORRANCE ST.<br>PROVIDENCE 2ND<br>FLOOR | $86.00 | 02-27-2008 | THOMAS WALDEN ET AL | STEPHEN MOISE | |
| | $86.00<br>$87.00 | | THOMAS WALDEN ET AL | JOHN T. D'AMICO ESQ.<br>CYNTHIA PARENTE | |
| | $105.00 | | THOMAS WALDEN ET AL | ANDREW ROSENZWEIG | |
| Total: | $364.00 | | | | |

AO44
(Rev. 11/07)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INVOICE NO: 00000171

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street
2nd Floor
Providence, RI 02903

Phone: (401) 490-3200

**MAKE CHECKS PAYABLE TO:**

Debra D. Lajoie, RPR-FCRR-CRI
United States Court Reporter
One Exchange Terrace
Providence, RI 02903

Phone: (401) 952-2731

Tax ID: 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
*Debra_Lajoie@rid.uscourts.gov*

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 03-12-2008

DATE DELIVERED: 03-22-2008

**Case Style:** 04-304, Walden, et al v City of Providence, et al
Decision, Testimony of Mary Lennon, Anthony Desmarais and Manuel Vieira

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 613 | 4.85 | 2,973.05 | | | | | | | 2,973.05 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. MISC. CHARGES: | |
| TOTAL: | 2,973.05 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| **Date Paid: 03-22-2008** **Amt: $2,973.05** TOTAL DUE: | $0.00 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE Debra D. Lajoie

DATE 03-22-2008

*(All previous editions of this form are cancelled and should be destroyed)*

Wire Tap Case

Allied
court reporters, inc.
and
VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920

tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 8379 | 02/01/2005 | 01-11347 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/31/2005 | GUGLLI | 04-304S |

**CASE CAPTION**

Walden vs City of Providence

**TERMS**

Net 30 days

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL & 1+MINI | | | |
| Stephen Moise | 93 Pages @ | 3.20/Page | 297.60 |
| 2-DAY EXPEDITE @ 80 % | | | 238.08 |
| REPORTER ATTENDANCE | | | 50.00 |
| C & S Pages Attached | | | n/c |
| Delivery & Confirmation | | | 6.00 |
| | TOTAL DUE >>>> | | 591.68 |

TAX ID NO. : 05-0481673

(401) 861-1142 Fax (401) 273-0575

04254

Allied
court reporters, inc.
and
VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920

tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 9591 | 04/13/2005 | 01-12701 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/11/2005 | LEMOJE | 04-304S |

**CASE CAPTION**

Walden vs City of Providence

**TERMS**

Net 30 days

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Statement of Counsel | 5 Pages @ | 3.20/Page | 16.00 |
| EXHIBITS | 3 Pages @ | .25/Page | .75 |
| Delivery & Confirmation | | | 6.50 |
| | | TOTAL DUE >>>> | 23.25 |

Scheduled records depo of The RI State Police.
2 of 2 statements back to back.

TAX ID NO. : 05-0481673

(401) 861-1142 Fax (401) 273-0575

Please detach b...

04-1254

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 9590 | 04/13/2005 | 01-12700 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/11/2005 | LEMOJE | 04-304S |

**CASE CAPTION**

Walden vs City of Providence

**TERMS**

Net 30 days

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Statement of Counsel | 5 Pages @ | 3.20/Page | 16.00 |
| EXHIBITS | 3 Pages @ | .25/Page | .75 |
| REPORTER ATTENDANCE | | | 50.00 |
| | TOTAL DUE >>>> | | 66.75 |

Scheduled records depo of Department of the Attorney General.
1 of 2 statements back to back.

TAX ID NO.: 05-0481673

(401) 861-1142 Fax (401) 273-0575

Please detach bottom portion and return with payment

CorpTap Case

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 17318 | 03/13/2006 | 01-21042 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/24/2006 | SIMONA | 04-304S |

**CASE CAPTION**

Walden vs City of Providence

**TERMS**

Net 30 days

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL & 1+MINI | | | |
| Mary Frances Lennon | 96 Pages @ | 3.20/Page | 307.20 |
| EXHIBITS | 15 Pages @ | .25/Page | 3.75 |
| REPORTER ATTENDANCE | | | 50.00 |
| Delivery & Confirmation | | | 7.00 |
| | TOTAL DUE >>>> | | 367.95 |

**TAX ID NO.:** 05-0481673

(401) 861-1142 Fax (401) 273-0575

*Please detach bottom portion and return with payment.*

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

Invoice No.: 17318
Date : 03/13/2006
**TOTAL DUE : 367.95**

Job No. : 01-21042
Case No. : 04-304S
Walden vs City of Providence

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

Wire Idp Case

Allied court reporters, inc.
and
VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920

tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 17187 | 03/08/2006 | 01-21385 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/27/2006 | GUGLLI | 04-304S |
| **CASE CAPTION** | | |
| Walden vs City of Providence | | |
| **TERMS** | | |
| Net 30 days | | |

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL & 1+MINI | | | |
| Joseph Richardson, Jr. | 76 Pages @ | 3.20/Page | 243.20 |
| EXHIBITS | 1 Pages @ | .25/Page | .25 |
| REPORTER ATTENDANCE | | | 50.00 |
| Delivery & Confirmation | | | 7.00 |
| | | TOTAL DUE >>>> | 300.45 |

TAX ID NO. : 05-0481673

(401) 861-1142 Fax (401) 273-0575

*Please detach bottom portion and return with payment*

Codet Tap Case
04-1254

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920

tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 17754 | 03/29/2006 | 01-22011 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/23/2006 | GUGLLI | 04-304S |

**CASE CAPTION**

Walden vs City of Providence

**TERMS**

Net 30 days

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL & 1+MINI | | | |
| Manuel Vieira | 179 Pages @ | 3.20/Page | 572.80 |
| EXHIBITS | 18 Pages @ | .25/Page | 4.50 |
| REPORTER ATTENDANCE | | | 50.00 |
| Delivery & Confirmation | | | 7.00 |
| TOTAL DUE >>>> | | | 634.30 |

TAX ID NO. : 05-0481673

(401) 861-1142 Fax (401) 273-0575

*Please detach bottom portion and return with payment.*

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

Invoice No.: 17754
Date : 03/29/2006
**TOTAL DUE : 634.30**

Job No. : 01-22011
Case No. : 04-304S
Walden vs City of Providence

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

Capobianco Tape
04-1254

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 17044 | 03/02/2006 | 01-21040 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/16/2006 | COSTAP | 04-304S |

**CASE CAPTION**

Walden vs City of Providence

**TERMS**

Net 30 days

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL & 1+MINI | | | |
| Urbano Prignano, Jr. | 38 Pages @ | 3.20/Page | 121.60 |
| REPORTER ATTENDANCE | | | 50.00 |
| Delivery & Confirmation | | | 7.00 |
| | **TOTAL DUE >>>>** | | **178.60** |

**TAX ID NO. :** 05-0481673 (401) 861-1142 Fax (401) 273-0575

*Please detach bottom portion and return with payment.*

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

Invoice No.: 17044
Date : ~~03/02/2006~~
**TOTAL DUE : 178.60**

Job No. : 01-21040
Case No. : 04-304S
Walden vs City of Providence

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

Gordon Tapes case 04-1254

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 18780 | 05/10/2006 | 01-23156 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/09/2006 | GUGLLI | 04-304S |

**CASE CAPTION**

Walden vs City of Providence

**TERMS**

Net 30 days

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL & 1+MINI | | | |
| Andrew Rosenzweig | 141 Pages @ | 3.25/Page | 458.25 |
| DAILY EXPEDITE @ 100 % | | | 458.25 |
| EXHIBITS | 11 Pages @ | .25/Page | 2.75 |
| REPORTER ATTENDANCE | | | 50.00 |
| E-Tran/ASCII E-Mailed | | | n/c |
| Delivery & Confirmation | | | 7.50 |
| | TOTAL DUE >>>> | | 976.75 |

**TAX ID NO.:** 05-0481673 (401) 861-1142 Fax (401) 490-3207

*Please detach bottom portion and return with payment.*

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

Invoice No.: 18780
Date : 05/10/2006
**TOTAL DUE : 976.75**

Job No. : 01-23156
Case No. : 04-304S
Walden vs City of Providence

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

Walden Tape Case 04-1254

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 19056 | 05/24/2006 | 01-23296 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/15/2006 | GUGLLI | 04-304S |

**CASE CAPTION**

Walden vs City of Providence

**TERMS**

Net 30 days

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL & 1+MINI | | | |
| Dennis L. Lambert | 70 Pages @ | 3.25/Page | 227.50 |
| EXHIBITS | 10 Pages @ | .25/Page | 2.50 |
| REPORTER ATTENDANCE | | | 50.00 |
| Delivery & Confirmation | | | 7.50 |
| | TOTAL DUE >>>> | | 287.50 |

TAX ID NO.: 05-0481673

(401) 861-1142 Fax (401) 490-3207

*Please detach bottom portion and return with payment.*

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

Invoice No.: 19056
Date : 05/24/2006
**TOTAL DUE : 287.50**

Job No. : 01-23296
Case No. : 04-304S
Walden vs City of Providence

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

Civil Case #04-1254

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920

tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 19127 | 05/25/2006 | 01-23527 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/24/2006 | GUGLLI | 04-304S |

**CASE CAPTION**

Walden vs City of Providence

**TERMS**

Net 30 days

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | |
|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL & 1+MINI | | |
| Anthony Desmarais | 147 Pages @ 3.25/Page | 477.75 |
| DAILY EXPEDITE @ 100 % | | 477.75 |
| EXHIBITS | 45 Pages @ .25/Page | 11.25 |
| REPORTER ATTENDANCE | | 50.00 |
| Delivery & Confirmation | | 7.50 |
| | TOTAL DUE >>>> | 1,024.25 |

Rough Ascii supplied and included in Daily expedite.

TAX ID NO. : 05-0481673 (401) 861-1142 Fax (401) 490-3207

*Please detach bottom portion and return with payment.*

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

Invoice No.: 19127
Date : 05/25/2006
**TOTAL DUE : 1,024.25**

Job No. : 01-23527
Case No. : 04-304S
Walden vs City of Providence

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

 Walden C.A. #04-125L

**Allied** court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 30767 | 12/28/2007 | 01-37217 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/18/2007 | GUGLLI | 04-304S |

**CASE CAPTION**

Walden vs City of Providence

**TERMS**

Net 30 days

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| William Odom, III, Expert Witness | 127 Pages @ | 2.40/Page | 304.80 |
| EXHIBITS | 91 Pages @ | .25/Page | 22.75 |
| C & S Pages Attached | | | n/c |
| Repos. Access/Archiving | | | 7.00 |
| Delivery & Confirmation | | | 7.50 |
| | TOTAL DUE >>>> | | 342.05 |

TAX ID NO. : 05-0481673

(401) 861-1142 Fax (401) 490-3207

*Please detach bottom portion and return with payment.*

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

Invoice No.: 30767
Date : 12/28/2007
**TOTAL DUE : 342.05**

Job No. : 01-37217
Case No. : 04-304S
Walden vs City of Providence

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

Cadiz Toppose

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 31234 | 01/25/2008 | 01-38295 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/23/2008 | BRASSA | 04-304S |

**CASE CAPTION**

Walden vs City of Providence

**TERMS**

Net 30 days

**MARK A. FAY, ESQ.**
**MURPHY & FAY, LLP**
**127 DORRANCE STREET**
**2ND FLOOR**
**PROVIDENCE, RI 02903-0000**

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Records of Douglas Newberg | 15 Pages @ | 3.25/Page | 48.75 |
| DAILY EXPEDITE @ 125 % | | | 60.94 |
| EXHIBITS | 7,631 Pages @ | .18/Page | 1,373.58 |
| REPORTER ATTENDANCE | | | 50.00 |
| Color Copies Supplied | 6.00 Pages @ | 1.25/Page | 7.50 |
| Copy of CD/Disk-Exhibits | 5.00 @ | 5.00 | 25.00 |
| Copy of CD/Disk-Exhibits | | | 5.00 |
| Large Maps Copied | 9.00 @ | 4.00 | 36.00 |
| Repos. Access/Archiving | | | 7.00 |
| Delivery & Confirmation | | | 25.00 |
| | **TOTAL DUE >>>>** | | **1,638.77** |

(Exhibits included 5 cd's and 1 floppy disk)
E-tran sent 1/24/08 all exhibits and hard copies were delivered 1/25/08 A.M.
Reduced rates applied for standard exhibts.

**TAX ID NO. :** 05-0481673 (401) 490-3200 Fax (401) 490-3207

*Please detach bottom portion and return with payment.*

MARK A. FAY, ESQ.
MURPHY & FAY, LLP
127 DORRANCE STREET
2ND FLOOR
PROVIDENCE, RI 02903-0000

Invoice No.: 31234
Date : 01/25/2008
**TOTAL DUE : 1,638.77**

Job No. : 01-38295
Case No. : 04-304S
Walden vs City of Providence

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

alphagraphics®
DESIGN ▪ COPY ▪ PRINT

211 Eddy Street
Providence, Rhode Island 02903
401.351.4000 • Fax 401.351.3724
us205@alphagraphics.com
www.providence205.alphagraphics.com

# STATEMENT

*Please return payment to:*

AlphaGraphics
211 Eddy Street
Providence, RI 02903

Donna Rogers
Murphy & Fay
127 Dorrance Steet
2nd Floor
Providence RI 02903

**Payment Due By: 11/15/05**

ALPHAGRAPHICS® ISO 9000 CERTIFIED QUALITY SYSTEMS

Please remit upon receipt

**Statement Date: 11/1/05**

| Date | Inv # | Description | Paid on | Balance | | Balance |
|---|---|---|---|---|---|---|
| 10/13/05 | 20517161 | Walden/Chmura vs. City of | | | | 660.34 |
| 10/13/05 | 20517168 | Walden/Chmura vs. City of | | | | 226.50 |
| | | | **Total Due** | | **Total** | 886.84 |

alphagraphics®
DESIGN ■ COPY ■ PRINT ▶ COMMUNICATE

# invoice

211 Eddy Street
Providence, RI 02903
Phone 401.351.4000
Fax 401.351.3724
us205@alphagraphics.com
www.providence205.alphagraphics.com

**Sold To** Kendra
Murphy & Fay
127 Dorrance Steet
2nd Floor
Providence RI 02903
Phone: 861 1142

**No.** 20517796

**Date** 12/13/05

**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 8 | Thomas Walden & John Chmura vs. City of Providence, 8.5 x 11 White High Impact 20#, 181 originals, digitally printed on 1 side<br>27 Single Staple upper left | 134.64 |

SPECIAL INSTRUCTIONS

Sales Rep: In House
Taken by: Amy
Account Type: Charge

Ship Via:
Wanted: Tue 12/13 12:00 PM

| | |
|---|---|
| SUB | 134.64 |
| TAX | 9.42 |
| SHIPPING | |
| TOTAL | 144.06 |
| NET DUE | 144.06 |

Please pay from this invoice - Net 15 Days

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."

**Remit payments to: 211 Eddy Street, Providence, RI 02903**

RECEIPT FOR CASH SALES
CASH ☐ CHECK ☐ # ________ CREDIT CARD ☐

| | |
|---|---|
| AMOUNT RECEIVED | |
| CSR INITIALS | |

Signature________________________ Print Name________________________ Date______________
Job Received and Accepted By

alphagraphics®

DESIGN ■ COPY ■ PRINT ▶ COMMUNICATE

# invoice

211 Eddy Street
Providence, RI 02903
Phone.401.351.4000

Fax.401.351.3724
us205@alphagraphics.com
www.providence205.alphagraphics.com

**Sold To** Kendra
Murphy & Fay
127 Dorrance Steet
2nd Floor
Providence RI 02903
Phone: 861 1142

**No.** 20518278

**Date** 2/8/06

**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 8 | Walden/Chmura vs. City of Providence, 8.5 x 11 White High Impact 20#, 1455 originals, digitally printed on 1 side | 1,070.64 |
| | 144 Single Staple upper left | |

SPECIAL INSTRUCTIONS

Sales Rep: In House
Taken by: Amy
Account Type: Charge

Ship Via:
Wanted: Wed 2/8 1:00 PM

| | |
|---|---|
| SUB | 1,070.64 |
| TAX | 74.94 |
| SHIPPING | |
| TOTAL | 1,145.58 |
| NET DUE | 1,145.58 |

Please pay from this invoice - Net 15 Days

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."

**Remit payments to: 211 Eddy Street, Providence, RI 02903**

RECEIPT FOR CASH SALES

CASH ☐ CHECK ☐ # ________ CREDIT CARD ☐

| | |
|---|---|
| AMOUNT RECEIVED | |
| CSR INITIALS | |

Signature________________________ Print Name________________________ Date____________

Job Received and Accepted By

Wire Tap Case # 04-1254

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02901

Voice: 401 621-7300
Fax: 401 621-7878

# Invoice

Invoice Number: 10767

Invoice Date: Jun 1, 2006

Page: 1

Sold To:

Murphy & Fay, LLP
127 Dorrance Street
2nd Floor
Providence, RI 02903

| Client/Matter | | Payment Terms | |
|---|---|---|---|
| T Walden | | Net 30 Days | |
| Document Consultant | Customer Contact | Job Number | Due Date |
| MICK | Kendra | JUN 015 | 7/1/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2,210.00 | "C" | Medium Litigation | 0.16 | 353.60 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN THIRTY (30) DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by: ____________________

Date: ______________

| | |
|---|---|
| Subtotal | 353.60 |
| Sales Tax | 24.75 |
| Total Invoice | 378.35 |
| Payment | 0.00 |
| TOTAL | 378.35 |

Tax ID Number: 03-0487386

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02903

Voice: 401 621-7300
Fax: 401 621-7878

# Invoice

Invoice Number
13515
Invoice Date
Feb 28, 2007
Page:
1

Sold To:

Murphy & Fay, LLP
127 Dorrance Street
2nd Floor
Providence, RI 02903

| Client/Matter | | Payment Terms | |
|---|---|---|---|
| Wire Tape Case #04-1254 | | Net 30 Days | |
| Document Consultant | Customer Contact | Job Number | Due Date |
| KEVIN | Kendra | FEB 264 | 3/30/07 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 4,615.00 | "C" | Medium Litigation | 0.16 | 738.40 |
| 20.00 | Tabs | Tabs | 0.30 | 6.00 |
| 5.00 | Custom | Custom Tabs | 0.60 | 3.00 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN THIRTY (30) DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by: ____________________

Date: ______________

| | |
|---|---|
| Subtotal | 747.40 |
| Sales Tax | 52.32 |
| Total Invoice | 799.72 |
| Payment | 0.00 |
| TOTAL | 799.72 |

Tax ID Number: 03-0487386

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02903

Voice: 401 621-7300
Fax: 401 621-7878

# Invoice

Invoice Number:
16525
Invoice Date:
Jan 4, 2008
Page:
1

Sold To:

Murphy & Fay, LLP
ATTN: Kendra
127 Dorrance Street
2nd Floor
Providence, RI 02903

| Client/Matter | | | Payment Terms | |
|---|---|---|---|---|
| Walden Appeal | | | Net 30 Days | |
| Document Consultant | Customer Contact | | Job Number | Due Date |
| KEVIN | Kendra | | JAN 032 | 2/3/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 960.00 | "C" | Medium Litigation | 0.16 | 153.60 |
| 340.00 | "A" | Autofeed | 0.10 | 34.00 |
| 30.00 | GBC | GBC Binds | 3.00 | 90.00 |
| 70.00 | Tabs | Tabs | 0.30 | 21.00 |
| 17.00 | Scanning | Scanning- Auto Feed | 0.14 | 2.38 |
| 2.00 | CD | CD Rom | 25.00 | 50.00 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. PAYMENT WILL BE MADE WITHIN THIRTY (30) DAYS WITHOUT REGARD TO ANY THIRD PARTY INVOICING. OVERDUE ACCOUNTS WILL BE BILLED A FINANCE CHARGE OF 1.5% PER MONTH. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by:

_______________________

Date: ________________

| | |
|---|---|
| Subtotal | 350.98 |
| Sales Tax | 24.57 |
| Total Invoice | 375.55 |
| Payment | 0.00 |
| TOTAL | 375.55 |

Tax ID Number: 03-0487386

04/1254 Prov. Firefighters/Wire Tap

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02903

Voice: 401 621-7300
Fax: 401 621-7878

# Invoice

Invoice Number: 16873
Invoice Date: Feb 13, 2008
Page: 1

Sold To:
Murphy & Fay, LLP
ATTN: Debie
127 Dorrance Street
2nd Floor
Providence, RI 02903

| Client/Matter | | | Payment Terms | |
|---|---|---|---|---|
| | | | Net 30 Days | |
| Document Consultant | Customer Contact | | Job Number | Due Date |
| KEVIN | Debie | | FEB 098 | 3/14/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 74.00 | Velo | Velo Binds | 3.00 | 222.00 |
| 4.00 | Hours | Man Hours | 40.00 | 160.00 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. PAYMENT WILL BE MADE WITHIN THIRTY (30) DAYS WITHOUT REGARD TO ANY THIRD PARTY INVOICING. OVERDUE ACCOUNTS WILL BE BILLED A FINANCE CHARGE OF 1.5% PER MONTH. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by:

__________________________

Date: ____________________

| | |
|---|---|
| Subtotal | 382.00 |
| Sales Tax | 26.74 |
| Total Invoice | 408.74 |
| Payment | 0.00 |
| TOTAL | 408.74 |

Tax ID Number: 03-0487386

Tapecase

Minuteman Press.
PROVIDENCE
The First & Last Step In Printing.

# INVOICE #04-1254

Minuteman Press of Providence
88 Orange Street
Providence, RI 02903
Phone: 401-351-0500 / Fax: 401-751-0154
www.providence.minutemanpress.com
E-mail:mmpprov@minutemanpress.com

**Invoice Number:** 8437
**Invoice Date:** 1/29/2008

**Bill To:** Law Offices Of Carolyn Mannis
Carolyn Mannis
128 Dorrance Street
Suite 400
Providence RI 02903

Phone: 401-

**Ship To:** Law Offices Of Carolyn Mannis
Carolyn Mannis
128 Dorrance Street
Suite 400
Providence RI 02903

Phone: 401-

Minuteman Press of Providence

Check Us Out On The Web: www.providence.minutemanpress.com

| Description | Price |
|---|---|
| 2 8.5x14 B/W Copies (Job 17564) | $427.56 |

| | |
|---|---|
| RI State tax | $29.93 |
| Sub Total | $457.49 |
| **Balance Due** | **$457.49** |

Salesperson: Angel

| **Terms: Net 30 days** | **1.5% interest per month on past-due invoices.** |
|---|---|

Please pay from this invoice. No statements will be sent.

**Received By** ____________________

**Thank you for your order. Minuteman Press of Providence.**

IKON Document Efficiency At Work.™

# INVOICE

| | |
|---|---|
| Invoice # | PRV08020095 |
| Invoice Date: | 02/11/2008 |
| Due Date: | 02/21/2008 |
| Terms: | Net 10 Days |
| Customer Code: | PRV-MMMU |
| Natl ID: | 3538 |

IKON Office Solutions - Providence, RI
Phone: (401) 454-3170 Fax: (401) 454-4170
Federal ID: 230334400

**BILL TO:**
**MURPHY & FAY**
127 DORRANCE STREET
PROVIDENCE, RI 02903

**SHIP TO:**
**MURPHY & FAY**
127 DORRANCE STREET
PROVIDENCE, RI 02903

Attn: DEBBIE MANNIS

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| PROVIDENCE FIREFIGHTERS | | | Brian Greenlaw |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| **SO-0802-0057** | **02/07/2008** | **DEBBIE MANNIS - MURPHY & FAY** | | | | |
| | | **Color 8.5x11 (Letter) Copies** | **8.00** | **0.9900** | | **7.92** |
| | | **Tabs (Custom)** | **65.00** | **0.5000** | | **32.50** |
| | | **Binder - D Ring 4"** | **2.00** | **26.0000** | | **52.00** |
| | | **Oversize B&W (sq/ft)** | **60.00** | **1.2500** | | **75.00** |
| | | **Punch / Drill** | **6,620.00** | **0.0200** | | **132.40** |
| | | **Binder - D Ring 5"** | **3.00** | **46.0000** | | **138.00** |
| | | **Tabs (Alpha/Numeric)** | **754.00** | **0.2500** | | **188.50** |
| | | **Document Numbering (applied)** | **6,620.00** | **0.0600** | | **397.20** |
| | | **Binder - D Ring 3"** | **37.00** | **18.0000** | | **666.00** |
| | | **B&W Copies D - Heavy Litigation** | **13,604.00** | **0.1500** | | **2,040.60** |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 3,730.12 |
| Sales Tax: | 261.11 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **3,991.23** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: ______________________ Date: ____________

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**MURPHY & FAY**
127 DORRANCE STREET
PROVIDENCE, RI 02903

| **Amount Enclosed** |
|---|
| $ |

**Invoice: PRV08020095**
Invoice Date: **02/11/2008**
Due Date: **02/21/2008**
Customer Code: **PRV-MMMU**
Natl ID: **3538**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - PRV
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT $ 3,991.23**

Thu Dec 30 15:12:53 2004

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 59814
Cashier dfernand

Check Number:

DO Code 4678 Div No 1

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 60.00 |
| 2:510000 | N | 2 | 90.00 |

Total Amount $ 150.00

MURPHY & FAY LLP 127 DORRANCE ST., 2N D FL, PROV, RI 02903

CA04-553S

cn

ED STATES DISTRICT COURT
*District of Rhode Island*

Paulette Dube
Chief Deputy Clerk

r CA 4-553 S
MJ Almond

hief Judge Torres initial - T

udge Lagueux initial - L

udge Lisi initial - ML

Judge Smith initial - S

epted for filing in the Clerk's Office unless the above case f the assigned Judge is typed on the pleading.

lered to notify all counsel of record of the full and complete dge assignment.

the attorney's Rhode Island BAR number on the document.

operation.

Tinedips

One Exchange Terrace • Providence, RI 02903 • Tel: (401) 752-7200 • Fax: (401) 752-7247

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT
127 DORRANCE STREET - 2ND FLOOR
PROVIDENCE, RHODE ISLAND 02903
(401) 861-1142

BANKRI
BANK RHODE ISLAND
57-168/115

03934

7/20/2004

PAY TO THE ORDER OF Clerk - United States District Court $ **150.00

One Hundred Fifty and 00/100****************************************************************************************** DOLLARS

Clerk - United States District Court

MEMO

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈003934⑈ ⑆011501682⑆ 0420110151⑈

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT

03934

Clerk - United States District Court 7/20/2004

Client Expenses:Court Costs & Filing Fees 04-1254 Wire Tapping 150.00

Tue Jul 20 16:29:52 2004

UNITED STATES DISTRICT COURT
PROVIDENCE , RI

Receipt No. 100 57746
Cashier jduhamel

Check Number:

DO Code 4678 Div No 1

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 60.00 |
| 2:510000 | N | 2 | 90.00 |

Total Amount $ 150.00

CA04-304S; FILING FEE; MURPHY & FAY, LLP; 127 DORRANCE STREET,
PROVIDENCE, RI 02903

Cash Checking 150.00

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT

03934

Clerk - United States District Court

Client Expenses:Court Costs & Filing Fees 04-1254 Wi 150.00

Cash Checking 150.00

SF5001-1 TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 401-739-9696 H7H6440010000 L01SF033317
Safeguard LITHO USA

PROF 04-1254

Fire fighters

**Vincent Pellegrino Insurance Adjusters, Inc.**

275 Reservoir Ave
PO Box 72697
Providence, RI 02907-0697
Tel. 401-467-2860 IRS # 05-0389810

# Invoice

| DATE | INVOICE # |
|---|---|
| 08/06/2004 | 2900 |

| BILL TO |
|---|
| Mark Fay, Esq.<br>Murphy & Fay LLC<br>127 Dorrance St.<br>Providence, R I 02903 |

| | |
|---|---|
| Claim # | |
| Insured | Prov. Comm. Officials |
| Claimant | |
| Date of Loss | |

| TERMS | REP |
|---|---|
| Net 30 | CA |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Adjuster Services - flat fee | | 250.00 | 250.00 |
| Final Service Bill - cp | | **Total** | **$250.00** |

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT

04189

| | | | |
|---|---|---|---|
| FedEx | | 11/8/2004 | |
| Postage and Delivery | 04-1254 Providence Firefighters | | 26.64 |
| Postage and Delivery | | | 53.16 |

| | | |
|---|---|---|
| Cash Checking | #7-826-17570 | 79.80 |

FedEx

Invoice Number: 7-826-17570
Invoice Date: Nov 01, 2004
Account Number: 2375-2959-6


# FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off: Oct 20, 2004** **Payor: Shipper** **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
- Distance Based Pricing, Zone 4

| | | | |
|---|---|---|---|
| Tracking ID | 848097486885 | Sender | Recipient |
| Service Type | FedEx Priority Overnight | WILLIAM J MURPHY | WINNING CONNECTIONS INC |
| Package Type | FedEx Envelope | MURPHY & FAY LLP | 316 PENNSYLVANIA AVE SE 105 |
| Zone | 4 | 127 DORRANCE ST | WASHINGTON DC 20003 US |
| Packages | 1 | PROVIDENCE RI 02903-2828 US | |
| Weight | N/A | | |
| Delivered | Oct 21, 2004 09:21 | Transportation Charge | 15.95 |
| Svc Area | A1 | Fuel Surcharge | 1.52 |
| Signed by | H.BURCHFIELD | | |
| FedEx Use | 294118460/0000002/_ | **Total Charge** USD $ | **17.47** |

**Dropped off: Oct 20, 2004** **Payor: Shipper** **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
- Distance Based Pricing, Zone 6

| | | | |
|---|---|---|---|
| Tracking ID | 848097486896 | Sender | Recipient |
| Service Type | FedEx Priority Overnight | MARK A FAY | US PAYMENT FL |
| Package Type | FedEx Envelope | MURPHY & FAY LLP | AMERICAN EXPRESS |
| Zone | 6 | 127 DORRANCE ST | 2965 W CORPORATE LAKES BLVD |
| Packages | 1 | PROVIDENCE RI 02903-2828 US | FORT LAUDERDALE FL 33331 US |
| Weight | N/A | | |
| Delivered | Oct 21, 2004 10:12 | Transportation Charge | 17.40 |
| Svc Area | A1 | Fuel Surcharge | 1.65 |
| Signed by | D.MCGLOIRE | | |
| FedEx Use | 294118460/0000002/_ | **Total Charge** USD $ | **19.05** |

**Dropped off: Oct 22, 2004** **Payor: Shipper** **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | |
|---|---|---|---|
| Tracking ID | 848097486900 | Sender | Recipient |
| Service Type | FedEx Priority Overnight | MARK A FAY ESQUIRE | SCOTT FISHER |
| Package Type | FedEx Envelope | MURPHY & FAY LLP | ESQUIRE DEPOSITION SERVICES |
| Zone | 3 | 127 DORRANCE ST | 1880 JFK BLD 15TH FL |
| Packages | 1 | PROVIDENCE RI 02903-2828 US | PHILADELPHIA PA 19103 US |
| Weight | N/A | | |
| Delivered | Oct 25, 2004 09:32 | Transportation Charge | 15.20 |
| Svc Area | A1 | Fuel Surcharge | 1.44 |
| Signed by | C.MAHONEY | | |
| FedEx Use | 296129130/0000001/_ | **Total Charge** USD $ | **16.64** |

FedEx



# FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off: Oct 25, 2004** **Payor: Shipper** **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
- Distance Based Pricing, Zone 3
- 1st attempt Oct 26, 2004 at 08:04 AM.
- Recipient not in/business closed.
- Original address - RM 604/NEW YORK CITY,NY 10013
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| | | | |
|---|---|---|---|
| Tracking ID | 848097486911 | Sender | Recipient |
| Service Type | FedEx Priority Overnight | WILLIAM J MURPHY | LINDA LAGRCA ESQ |
| Package Type | FedEx Envelope | MURPHY & FAY LLP | NEW YORK CITY DEPT OF CORRECTI |
| Zone | 3 | 127 DORRANCE ST | 60 HUDSON ST |
| Packages | 1 | PROVIDENCE RI 02903-2828 US | NEW YORK CITY NY 10013 US |
| Weight | N/A | | |
| Delivered | Oct 26, 2004 12:22 | | |
| Svc Area | A1 | | |
| Signed by | .GAMILE | | |
| FedEx Use | 299118060/0000001/_ | | |

| | | |
|---|---|---|
| Transportation Charge | | 15.20 |
| Address Correction | | 10.00 |
| Fuel Surcharge | | 1.44 |
| **Total Charge** | **USD $** | **26.64** |

**Shipment Detail Subtotal** ........................................ **USD $** **79.80**

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT

5650

Postmaster

5/31/2006

Postage and Delivery

234.80

Cash Checking

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT

5650

Postmaster

5/31/2006

Postage and Delivery

20.00
to WireTap
Timeslips

Cash Checking

SF5001-1 TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 401-739-9696 H7HWM40010000 L01SF033317

SAFEGUARD LITHO USA SFSL1 CK7S08111L

UNITED STATES POSTAL SERVICE

***** WELCOME TO *****
EAST PROVIDENCE FINANCE STATION
EAST PROVIDENCE, RI 02914-4508
05/31/06 04:50PM

| | | | |
|---|---|---|---|
| Store | USPS | Trans | 88 |
| Wkstn | sys5003 | Cashier | T3NQKC |
| Cashier's Name | | CYNTHIA | |
| Stock Unit Id | | WINCINDY | |
| PO Phone Number | | 800-275-8777 | |
| USPS # | | 4371430114 | |

1. Priority Mail 5.00 WT
   Destination: 02903
   Weight: 2 lb. 4.00 oz.
   Postage Type: PVI
   Total Cost: 5.00
   Base Rate: 5.00
2. Priority Mail 5.00 WT
   Destination: 02865
   Weight: 2 lb. 4.00 oz.
   Postage Type: PVI
   Total Cost: 5.00
   Base Rate: 5.00
3. Priority Mail 5.00 WT
   Destination: 02903
   Weight: 2 lb. 3.90 oz.
   Postage Type: PVI
   Total Cost: 5.00
   Base Rate: 5.00
4. Priority Mail 5.00 WT
   Destination: 02903
   Weight: 2 lb. 4.00 oz.
   Postage Type: PVI
   Total Cost: 5.00
   Base Rate: 5.00
5. 39c Nd LFlg PS100 39.00
6. $1 Wisdom PSA 60.00
   60 @ 1.00
7. 39c Lib/Flag PSA 78.00
   200 @ 0.39
8. 63c Jonas Salk 37.80
   60 @ 0.63

Office

Subtotal 234.80
Total 234.80

Personal/ Business Check 234.80

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Number of Items Sold: 325

Thank You
Make shipping a snap use online
Click-N-Ship service
Ship packages from your home or office all on line. Request a carrier pickup

| Invoice Number | Invoice Date | Account Number | Page |
| --- | --- | --- | --- |
| 3-220-16675 | Dec 05, 2005 | 2375-2959-6 | 3 of 3 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** Nov 15, 2005 **Cust. Ref.:** NO REFERENCE INFORMATION **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 20.00% to this shipment.
- Distance Based Pricing, Zone 7
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
| --- | --- | --- | --- | --- |
| Tracking ID | 852708433403 | **Sender** | **Recipient** | |
| Service Type | FedEx Priority Overnight | MARK A FAY | DREW LEVINE | |
| Package Type | FedEx Envelope | MURPHY & FAY LLP | ACQUISITION DATA INC | |
| Zone | 7 | 127 DORRANCE ST | 14903 MILLS PARK LN | |
| Packages | 1 | PROVIDENCE RI 02903-2828 US | CYPRESS TX 77429 US | |
| Rated Weight | N/A | | | |
| Delivered | Nov 16, 2005 09:17 | Transportation Charge | | 18.60 |
| Svc Area | A2 | Residential Delivery | | 2.00 |
| Signed By | 9999999999999 | Fuel Surcharge | | 3.72 |
| FedEx Use | 031911539/0000002/02 | **Total Charge** | **USD** | **$24.32** |

| | | |
| --- | --- | --- |
| **Shipper Subtotal** | **USD** | **$24.32** |
| **Total FedEx Express** | **USD** | **$24.32** |

FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-466-72944 | Jan 07, 2008 | 2375-2959-6 | 3 of 3 |

## FedEx Other Charges Detail

**Transaction ID:** 150085725102 **Transaction Date:** January 04, 2008 **Transaction Type:** Merchandise Sales

| Purchase Location: | Description | Quantity | Unit Price | Total Charge |
|---|---|---|---|---|
| 50 KENNEDY PLAZA | Standard- Small, 13x9x11 | 1 | 7.99 | 7.99 |
| PROVIDENCE, RI 02903 | Sales Tax | | | 0.56 |
| | | Total | USD | 8.55 |

| | | |
|---|---|---|
| **Merchandise Sales Subtotal** | **USD** | **8.55** |
| **Total Other Charges** | **USD** | **8.55** |

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT

6947

FedEx 1/16/2008

Client Expenses:Express Mail-Postage 04-1254 Providence Firefighters-Wire Tap 8.55

Timeslips

Cash Checking Invoice #2-466-72944 8.55

503 SF5001-1 TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 401-739-9696 HMH5TZ0010000 L01SF033317

SAFEGUARD LITHO USA SFSL1 CK7S08111L

FedEx.

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-516-40951 | Feb 04, 2008 | 2375-2959-6 | 3 of 3 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** Jan 04, 2008 **Cust. Ref.:** NO REFERENCE INFORMATION **Ref.#2:**
**Payor:** Shipper **Ref.#3:** Wire Tap 04-1254

- Fuel Surcharge - FedEx has applied a fuel surcharge of 17.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 864522309901 | MARK FAY | US COURT OF APPEALS | |
| Service Type | FedEx Priority Overnight | MURPHY & FAY LLP | JOHN JOSEPH MOAKLEY U S COURTH | |
| Package Type | Customer Packaging | 127 DORRANCE ST | 1 COURTHOUSE WAY STE 2500 | |
| Zone | 02 | PROVIDENCE RI 02903-2828 US | BOSTON MA 02210 US | |
| Packages | 1 | | | |
| Rated Weight | 12.0 lbs, 5.5 kgs | | | |
| Delivered | Jan 07, 2008 10:19 | Transportation Charge | | 29.70 |
| Svc Area | A1 | Fuel Surcharge | | 5.20 |
| Signed by | R.LOPEZ | Direct Signature | | 2.50 |
| FedEx Use | 000407570/0001486/_ | **Total Charge** | USD | **$37.40** |

**Shipper Subtotal USD $37.40**

**Picked up:** Jan 16, 2008 **Cust. Ref.:** Thomas Walden **Ref.#2:**
**Payor:** Third Party **Ref.#3:** Wire Tap

- Fuel Surcharge - FedEx has applied a fuel surcharge of 19.50% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 791478257051 | Wendi Pelosi | Adam Sparrow | |
| Service Type | FedEx Priority Overnight | Murphy & Fay Title and Escrow | John Joseph Moakley US Courtho | |
| Package Type | FedEx Pak | 127 Dorrance Street | 1 Courthouse Way | |
| Zone | 02 | PROVIDENCE RI 02903 US | BOSTON MA 02210 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Jan 17, 2008 10:20 | | | |
| Svc Area | A1 | Transportation Charge | | 18.10 |
| Signed by | C.DUNN | Fuel Surcharge | | 3.53 |
| FedEx Use | 000000000/0001486/_ | **Total Charge** | USD | **$21.63** |

**Third Party Subtotal USD $21.63**

**Total FedEx Express USD $59.03**

UNITED STATES POSTAL SERVICE

***** WELCOME TO *****
ANNEX STATION
PROVIDENCE, RI 02903-9998
10/11/05 03:48PM

| | | | |
|---|---|---|---|
| Store | USPS | Trans | 119 |
| Wkstn | sys5003 | Cashier | F4S8NO |
| Cashier's Name | | KATHLEEN | |
| Stock Unit Id | | WINKATHY | |
| PO Phone Number | | 800-275-8777 | |
| USPS # | | 4371430101 | |

1. First Class 4 [illegible]
   Destination: 02905
   Weight: 0.50 oz.
   Postage Type: PVI
   Total Cost: 4.42
   Base Rate: 0.37
   SERVICES
   Certified Mail 2.30
   700407500 [illegible] 30 [illegible]
   Rtn Recpt [illegible] Card) 1.75
2. First Class 4.42
   Destination: 02909
   Weight: 0.50 oz.
   Postage Type: PVI
   Total Cost: 4.42
   Base Rate: 0.37
   SERVICES
   Certified Mail 2.30
   70040750000245498085
   Rtn Recpt (Green Card) 1.75
3. First Class 4.42
   Destination: 02908
   Weight: 0.50 oz.
   Postage Type: PVI
   Total Cost: 4.42
   Base Rate: 0.37
   SERVICES
   Certified Mail 2.30
   70040750000245498078
   Rtn Recpt (Green Card) 1.75
4. First Class 4.42
   Destination: 02920
   Weight: 0.50 oz.
   Postage Type: PVI
   Total Cost: 4.42
   Base Rate: 0.37
   SERVICES
   Certified Mail 2.30
   70040750000245498030
   Rtn Recpt (Green Card) 1.75
5. First Class 4.42
   Destination: 02909
   Weight: 0.50 oz.
   Postage Type: PVI
   Total Cost: 4.42
   Base Rate: 0.37
   SERVICES
   Certified Mail 2.30
   70040750000245498092
   Rtn Recpt (Green Card) 1.75
6. First Class 4.42
   Destination: 02909
   Weight: 0.50 oz.
   Postage Type: PVI
   Total Cost: 4.42
   Base Rate: 0.37
   SERVICES
   Certified Mail 2.30
   70040750000245498047
   Rtn Recpt (Green Card) 1.75
7. First Class 4.42
   Destination: 02903
   Weight: 0.50 oz.

7. First Class 4.42
Destination: 02903
Weight: 0.50 oz.
Postage Type: PVI
Total Cost: 4.42
Base Rate: 0.37
SERVICES
Certified Mail 2.30
70040750000245498054
Rtn Recpt (Green Card) 1.75

8. First Class 4.42
Destination: 02910
Weight: 0.50 oz.
Postage Type: PVI
Total Cost: 4.42
Base Rate: 0.37
SERVICES
Certified Mail 2.30
7004[illegible]8108
Rtn Recpt (Green Card) 1.75

9. First Class 4.42
Destination: 02904
Weight: 0.50 oz.
Postage [illegible]: PVI
Total [illegible] 4.42
Base Rate: 0.37
SERVICES
Certified Mail 2.30
[illegible]98115
Rtn [illegible] Card) 1.75

10. First Class 4.42
Destination: 02907
Weight: [illegible]50 oz.
Postage [illegible] [illegible]I
Total Cost [illegible]42
Base Rate: 0.37
SERVICES
Certified Mail 2.30
70040750000245497811
Rtn Recpt (Green Card) 1.75

11. First Class 4.42
Destination: 02919
Weight: 0.50 oz.
Postage Type: PVI
Total Cost: 4.42
Base Rate: 0.37
SERVICES
Certified Mail 2.30
70040750000245498122
Rtn Recpt (Green Card) 1.75

Subtotal 48.62
Total 48.62

Personal/ Business Check 48.62

Number of Items Sold: 11

Thank You
Please come again!

MURPHY & FAY, L.L.P.
**GENERAL OFFICE ACCOUNT**
127 DORRANCE STREET - 2ND FLOOR
PROVIDENCE, RHODE ISLAND 02903
(401) 490-3200

BANKRI
BANK RHODE ISLAND

57-168/115

7062

3/11/2008

PAY TO THE ORDER OF Murphy & Fay Title & Escrow, LLC $ **26.63

Twenty-Six and 63/100****************************************************************************************** DOLLARS

Murphy & Fay Title & Escrow, LLC

MEMO Reimbursed expenses

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈007062⑈ ⑆011501682⑆ 042011015⑈

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT

7062

| | | | |
|---|---|---|---|
| Murphy & Fay Title & Escrow, LLC | | 3/11/2008 | |
| Reimbursed Expenses | Providence Firefighters/Wire tap -Cert. Mail | | 15.63 |
| Reimbursed Expenses | J. Sousa | | 11.00 |

Timeslips

| | | |
|---|---|---|
| Cash Checking | Reimbursed expenses | 26.63 |

MURPHY & FAY, L.L.P.
GENERAL OFFICE ACCOUNT

7062

| | | | |
|---|---|---|---|
| Murphy & Fay Title & Escrow, LLC | | 3/11/2008 | |
| Reimbursed Expenses | Providence Firefighters/Wire tap -Cert. Mail | | 15.63 |
| Reimbursed Expenses | J. Sousa | | 11.00 |

STAPLES

that was easy.

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
551 North Main Street
Providence, RI 02904
(401) 272-2828

SALE 109885 2 001 34526
0003 [redacted] 02:43

| QTY | SKU | | OUR PRICE |
|---|---|---|---|
| | *****Buy More / Save More***** | | |
| 4 | HEAVY DUTY BINDER | | |
| | 073333799835 | 11.990ea | 43.00 |
| | Discount Amount <-4.96> | | |
| | **************************************** | | |
| 2 | HEAVY DUTY BINDER | | |
| | 073333799941 | 15.990ea | 31.98 |
| 2 | AVERY LEGAL 1-25 1 | | |
| | 072782113704 | 5.980ea | 11.96 |
| 1 | AVERY LEGAL 1-25 1 | | |
| | 072782113704 | | 5.98 |
| 24 | INDEX MAKER 5 TAB | | |
| | 072782114169 | 4.350ea | 104.40 |
| | *****Buy More / Save More***** | | |
| 26 | A-Z INDEX | | |
| | 072782111250 | 4.850ea | 110.50 |
| | Discount Amount <-15.60> | | |
| | **************************************** | | |
| 1 | HAM COVER 8.5X11 P | | |
| | 010199083302 | | 4.48 |
| SUBTOTAL | | | 312.30 |
| | Standard Tax 7.00% | | 21.86 |
| TOTAL | | | $334.16 |

MasterCard [redacted]
Card No.: XXXXXXXXXXXX1011 <S>
Auth No.: 094549

TOTAL ITEMS 60

Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !

0 0 0 3 0 9 0 7 0 5 3 4 5 2 6 0 1

Timeslips

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

VS. C.A. NO.: 04-304 A

CITY OF PROVIDENCE, et al.

JOHN C. CHMURA, et al.

VS. C.A. NO.: 04-553 A

CITY OF PROVIDENCE, et al.

**PLAINTIFFS' SUPPLEMENTAL RESPONSE**
**TO DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS**

**Request 1:**

All contemporaneously made timekeeping, billing and/or other related records relating to legal services rendered on Plaintiffs' behalf, either directly or indirectly, in connection with this action or as referenced in Plaintiffs' Motion and Memorandum for an Award of Attorney's Fees and the accompanying affidavits, including but not limited such records relating to services rendered by Mark A. Fay, Esq. (Murphy & Fay, LLP), Carolyn A. Mannis, Esq., Steven H. Crawford, Esq., Lauren Jones, Esq. (Jones Associates), David Krech, Esq., and Maurene Souza, Esq.

**Response 1:**

**In addition to the copies of the contemporaneous documents already produced in connection with the motion, memorandum and affidavits and the prior response to defendants' request for production of documents see attached Exhibit D.**

Plaintiffs
By their Attorneys:

Mark A. Fay, #4208
Murphy & Fay, LLP
127 Durance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
Telephone: 401-272-2002
Facsimile: 401-274-0175

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 3rd day of June, 2008, mailed a copy of the foregoing, first class mail, postage prepaid, to:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

Peter Comerford, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

**DEBRA C. MANNIS**
**78 B VALLEY GREEN COURT**
**NORTH PROVIDENCE, RI 02904**

**FEBRUARY, 2008**

2/5/08- Read, review and organize records produced by the Rhode Island State Police (Creation of Binder 1: Witness statements, Contact Reports and creation of Binder 2: Contact Reports, Consents to Listen to Oral/ Wire Communications, Correspondence memos and e-mails; Creation of Binder 3: Newspaper articles relating to Wire Tap Case; Creation of Binder 4: RI State Police Seizure Reports, Request for logging tape playback, Signed consent forms and misc. correspondence, memos and e-mails – **8 hours**
**Parking cost: $20**

2/6/08 - Read, review and organize records produced by the Rhode Island State Police (; Creation of Binder 5: Federal/ State Case Law, Witness Statements, Seized media; Creation of Binder 6: Seized media attachments 5-13; Creation of Binder 7: Continuation of seized media, memos, further addendums; Creation of Binder 8: memo, letters, Board of Contract & Supply terms and requirements for bidding – **9 hours**
**Parking cost: $20**

2/7/08 - Read, review and organize records produced by the Rhode Island State Police (Creation of Binder 9: Seized media from Anthony Vescera and received by Cprl. Newberg; Creation of Binder 10: Continuation of Seized media from Anthony Vescera, Expanents, Inc.'s company info; Creation of Binder 11: Expanents, Inc's bid info; Creation of Binder 12: Bid info. For Synet, Inc. and Carousel Industries – **10 hours**
**Parking cost: $20**

2/8/08 - Read, review and organize records produced by the Rhode Island State Police (Creation of Binder 13: Bid info. For Verizon Connected Solutions, Inc. and other contractors; Creation of Binder 14: Forensic Internet History Reports; Creation of Binder 15: Continuation of Forensic Internet History Reports; Creation of Binder 16: Computer Recovered Files/ Computer Server History – **11 hours**
**Parking cost: $20**

2/10/08 - Initial preparation of Plaintiffs' Exhibit List – **3.5 hours**
**No Parking cost**

2/11/08 - Continuation of preparation of Plaintiffs' Voluminous Exhibit List (Various edits and additions) – **8.0 hours**
**No Parking cost**

2/12/08 - Continuation of preparation of Plaintiffs' Voluminous Exhibit List (Various edits and additions) – **8.0 hours**
**Parking cost: $20**

2/13/08 - Continuation of preparation of Plaintiffs' Voluminous Exhibit List (Various edits and additions); Retrieve Trial materials for Attorneys re: Trial preparation – **8.0 hours**
**Parking cost: $20**

**MARCH, 2008**

3/3/08 - Read and review created binders to retrieve Trial materials re: Witness statement of Mary Lennon, List of Extensions – Total Recall Stations, List of Extensions – Total Recall Station names and numbers; Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List – **10.0 hours**
**Parking cost: $20**

3/4/08 - Read and review created binders to retrieve Trial materials re: E-mail re: removal of extensions, User's Guide of Total Recall, Administration Guide of Total Recall, Memo from Mary Lennon (ltr) to Dean Esserman, Requests for logging tape playback/ copy, Providence Police & Fire Public Safety Complex Directory, List of Extensions & Locations, Total Recall Stations names and numbers, Witness statement of Stephen Moise, Subpoena of Stephen Moise; Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List.**- 8.0 hours**
**Parking cost: $20**

3/5/08 - Read and review created binders to retrieve Trial materials re: Lines not recorded (extensions and names); Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List. – **5.0 hours**
**Parking cost: $20**

3/8/08 - Read and review created binders to retrieve Trial materials re: Subpoena of John D'Amico, Letter from D'Amico to Chief Lanzi, Witness statement of Manuel Vieira and all related materials, Memo from Abbate to Sepe, RFP for telephone & data equipment & cable proposal for new complex, Addendum One, 2, 3, 4, 5, and 6, RFP digital voice recording system for new Public Safety Complex, Expanents, Inc's bid; Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List. – **7.5 hours**
**Parking cost: $20**

3/10/08 - Read and review created binders to retrieve Trial materials re: Ltr. From Clement to Expanents, Witness statement of Cynthia Parente and all related materials; Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List. – **7.5 hours**
**Parking cost: $20**

3/11/08 - Read and review created binders to retrieve Trial materials re: witness statement of Greg Haroian, e-mail from Haroian to Garza; Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List. – **7.5 hours**
**Parking cost: $20**

3/12/08 - Read and review created binders to retrieve Trial materials re: witness statement of Frank Parfume, memo to Esserman from Parfume, witness statement of Alan Sepe, Ltr. To Cianci from Sepe, Witness statement of Urbano Prignano; Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List. – **7.0 hours**
**Parking cost: $20**

3/13/08 - Read and review created binders to retrieve Trial materials re: William Odom's Expert Report, James Rattigan, Robert Bennett, Ronald Reposa, Gary Mulcahey, Richard Sullivan; Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List. – **7.5 hours**
**Parking cost: $20**

3/14/08 - Read and review created binders to retrieve Trial materials re: witness statement of Andrew Rosenzweig, memo from Rosenzweig to file re: comm. div. rev.; Mark and copy exhibits for Court; Update edits and additions to Plaintiffs' Trial Exhibit List. – **7.0 hours**
**Parking cost: $20**

3/16/08 - Review and Edit firefighters and public employee charts for court submission; Edit plaintiffs' exhibit list, Edit Firefighters/Public Employees total number of days chart – **7.5 hours**
**Parking cost: $20**

3/17/08 - Create charts of Plaintiffs' Id and full exhibits; Organize and create binders of Plaintiffs' Id and Full exhibits for Trial purposes; Organize Defendants' Id and full exhibits to date for Trial purposes- **12 hours**
**Parking cost: $20**

3/18/08 - Con't creating charts of Plaintiffs' Id and full exhibits; Organize and create binders of Plaintiffs' Id and Full exhibits for Trial purposes; Organize Defendants' Id and full exhibits to date for Trial purposes. – **8.0 hours**
**Parking cost: $20**

3/28/08 – Organize attorney time, attorney bill preparation for court submission – **6.0 hours**
**Parking cost: $20**

4/1/08 - Organize attorney time, attorney bill preparation for court submission – **7.5 hour**
**Parking cost: $20**

4/2/08 - Organize attorney time, attorney bill preparation for court submission – **7.0 hours**
**Parking cost: $20**

4/3/08 - Organize attorney time, attorney bill preparation for court submission – **1.5 hours**
**Parking cost: $20**

4/4/08 - Organize attorney time, attorney bill preparation for court submission – **6.0 hours**
**Parking cost: $20**

4/7/08 - Organize attorney time, attorney bill preparation for court submission – **6.5 hours**
**Parking cost: $20**

**4/8/08** – Organize attorney time, attorney bill preparation for court submission – **5 hours**
**Parking cost: $20**

**4/9/08** – Organize attorney time, attorney bill preparation for court submission – **6 hours**
**Parking cost: $20**

4/10/08 – Organize attorney time, attorney bill preparation for court submission – **12 hours**
**Parking $20**

---

**Total Hours: 217.5 @ $25/ hr = $5,437.50**

**Total Parking Cost: $540**

**TOTAL: $5,977.50**