David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette J. Dube
Chief Deputy Clerk

June 4, 2008

Clerk of Court
United States Court of Appeals
United States Courthouse, Suite 2500
One Courthouse Way
Boston, MA 02210
Attn: Ms. Donna Barchard

RE: CA04-304A CCA# 08-1534, 08-1535, 08-1536
Thomas Walden, et al. v. City of Providence
(Consolidated - CA04-553A John Chmura, et al. v. City of Providence)

Dear Clerk of Court:

Enclosed herewith you will find a SUPPLEMENT to the Record on Appeal as to the above referenced case.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely,

David DiMarzio
Clerk of Court

/s/ Jeannine Noel
Jeannine Noel, Deputy Clerk

Encl:
Document 381, 382
abridged docket