UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et als

VS. C. A. NO. 04-304S

CITY OF PROVIDENCE, et als

JOHN C. CHMURA, et al

VS. C. A. No. 04-553S

CITY OF PROVIDENCE, et al

**OBJECTION OF DEFENDANT, MAUEL VIEIRA**
**TO PLAINTIFFS' REQUESTFOR TAXATION OF COSTS**

Now comes the Defendant, Manuel Vieira, and joins in the objection filed by the Municipal Defendants herein to the plaintiffs' request for taxation of costs, and adopts by reference the Memorandum of Law filed by them in support thereof.

Defendant,
Manual Vieira,
By his attorneys,
/s/ George L. Santopietro
/s/ Peter J. Comerford
George L. Santopietro 2056
Peter J. Comerford 3588
Coia & Lepore, LTD
226 South Main Street
Providence, RI 02903
Tel. (401) 751-5522
Fax (401) 751-8383
E-mail pcomerfo@coialepore.com

**CERTIFICATION**

I hereby certify that a true copy of the within Objection to Motion in Limine was served by electronic means on this 17th day of June, 2008 to:

Mark A. Fay, Esquire
Murphy & Fay
127 Dorrance Street, 2nd floor
Providence, RI 02903

Carolyn A. Mannis, Esquire
170 Westminster Street, Suite 800
Providence, RI 02903

Susan Marcotte Carlin, Esquire
The Lincoln Center—Suite 205
132 Old River Road
Lincoln, RI 02865

Kevin McHugh, Esquire
Assistant City Solicitor
City of Providence
275 Westminster Street, 2nd floor
Providence, RI 02903

Dean Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915

/s/ Peter J. Comerford