**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al,
Plaintiffs

v. CASE NUMBER: 04-304A

CITY OF PROVIDENCE, et al,
Defendants

JOHN C. CHMURA, et al
Plaintiffs
v. CASE NUMBER: 04-553A

CITY OF PROVIDENCE, et al,
Defendants

**DEFENDANT MARY LENNON'S OBJECTION**
**TO THE TAXATION OF COSTS**

Now comes Defendant Mary Lennon and joins in the Objection to the Bill of Costs taxed by the Clerk on June 12, 2008 filed by the Municipal Defendants herein, and adopts by reference the Memorandum of Law filed by them in support thereof.

Mary Lennon
By her attorney,

/s/ Dean G. Robinson

Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**CERTIFICATION**

I certify that on June 18, 2008, I filed the within objection to the taxation of costs by electronic means to all counsel of record.

/s/ Dean G. Robinson