**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553

CITY OF PROVIDENCE, ET ALS.

**PLAINTIFFS' MOTION**
**FOR AN EXTENSION OF TIME**

Now come the Plaintiffs in the above cited matter pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and hereby move for an extension of time to and including June 30, 2008 to respond to the taxing of costs by the Clerk.

Pursuant to LR 7(a) no memorandum of law is required, however a brief statement of reasons why the relief requested should be granted is to be included with the motion.

Pursuant to LR 54(d), Plaintiffs have only 5 days to object to the taxation of costs by the Clerk. The taxation of costs occurred on June 12, 2008. In accordance with Federal Rule of Civil Procedure 6(a)(1) and (2), Plaintiffs objection is presently due on or before June 19, 2008.

The taxation of costs was in an amount significantly less than the amount requested by the Plaintiffs. Thus, additional time is needed to research the award and file

an appropriate objection with a supporting memorandum of law stating the reason for the objection and the authorities upon which Plaintiffs rely in accordance with the requirements of LR 54(d). The extension of time is reasonable and will not delay the case in that the issue of an award of attorneys' fees and costs has yet to be fully briefed or argued.

Wherefore Plaintiffs seek to and including June 30, 2008 within which to file an objection to the Clerk's taxation of costs.

Plaintiffs,
By their attorneys,

/s/ Mark A. Fay
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002
401-274-0175 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Peter J. Comerford, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
pcomerfo@coialepore.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay