**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553

CITY OF PROVIDENCE, ET ALS.

**PLAINTIFFS' MOTION**
**FOR AN EXTENSION OF TIME**

Now come the Plaintiffs in the above cited matter pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and hereby move for an extension of time to and including July 31, 2008 to respond to Defendants' Objection to Plaintiffs' Motion for Attorneys' fees and costs.

Pursuant to LR 7(a) no memorandum of law is required, however a brief statement of reasons why the relief requested should be granted is to be included with the motion.

On July 10, 2008, Defendants filed a lengthy Objection to Plaintiffs' Application for an award of Attorneys' fees and costs. At the hearing on Defendants' Motion to Strike and Compel the Court, Plaintiffs understood that the Court allowed them to file their response to Defendants' Objection within 14 days of Defendants' filing of the objection. Thus, the response would be due on July 24, 2008. Plaintiffs seek an

additional week or through July 31, 2008 within which to respond to Defendants' lengthy submission. Plaintiffs know of no prejudice that will occur as a result of the requested extension.

Wherefore Plaintiffs seek to and including July 31, 2008 within which to file a response to Defendants' Objection to Plaintiffs' Motion for Attorneys' fees and costs.

Plaintiffs,
By their attorneys,

/s/ Mark A. Fay
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002
401-274-0175 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

Kevin F. McHugh, Esquire

Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Peter J. Comerford, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
pcomerfo@coialepore.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
41 Power Road, Suite 202
Pawtucket, RI 02860
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay