**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553

CITY OF PROVIDENCE, ET ALS.

**PLAINTIFFS' SUPPLEMENTAL MOTION**
**FOR AN AWARD OF ATTORNEYS' FEES**
**PURSUANT TO 42 U.S.C. § 1988, R.I. GEN. LAWS § 12-5.1-13 AND 9-1-28.1(b)**

Now come the Plaintiffs in the above-cited matter pursuant to 42 U.S.C. §1988(b) and (c), R.I. Gen. Laws § 12-5.1-13 and § 9-1-28.1(b), Federal Rule of Civil Procedure 54(d), and Local Rule 54.1 of the United States District Court for the District of Rhode Island and does hereby move this Honorable Court for a supplemental award of reasonable attorneys' fees in the amount of $66,690.00 to be paid by Defendants, Manuel Vieira, Mary Lennon, and the Municipal Defendants for the time expended (and to be expended) since the original filing of the Motion by Plaintiffs for An Award of Attorneys' Fees and Costs. Thus, the total attorneys' fees and costs being sought in this matter is $725,351.11.

In support of this Supplemental Motion, the Plaintiffs rely on the previous memorandum of law filed with the original Motion (and Exhibits) and the Reply memorandum to the Municipal Defendants' Objection (and Exhibits) and the attached memorandum of law and supporting affidavits and exhibits in support of this

supplemental motion and whatever further evidence and argument that may be offered at the time of hearing on this motion.

Plaintiffs,
By their attorneys,

/s/ Mark A. Fay______
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002
401-274-0175 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Peter J. Comerford, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
pcomerfo@coialepore.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
41 Power Rd., Suite 202
Pawtucket, RI 02860
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553

CITY OF PROVIDENCE, ET ALS.

**MEMORANDUM OF LAW**
**IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL**
**MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

This Memorandum of Law, together with the accompanying Supplemental Affidavits of Mark A. Fay, Esq., ("Fay" Supplemental Affidavit attached hereto as Exhibit A), Carolyn A. Mannis, Esq., ("Mannis" Supplemental Affidavit attached hereto as Exhibit B) and Maurene Souza, Esq. ("Souza" Supplemental Affidavit attached hereto as Exhibit C) are submitted in support of Plaintiffs' supplemental motion pursuant to 42 U.S.C. §1988, R.I. Gen. Laws §§ 12-5.1-13 and 9-1-28.1(b) for an award of reasonable attorneys' fees and costs in the total amount of $ 725,351.11 to be paid by Defendant Vieira, the Municipal Defendants and Defendant Lennon.

Per the foregoing supporting documentation, this amount represents $66,690.00 for the supplemental attorneys' fees expended (or to be expended) in obtaining a

successful result in the within action, and $658,661.11 for the original attorneys' fees and costs.[1] Thus, the total being sought by Plaintiffs is $725,351.11.

In support of this Supplemental Motion, the Plaintiffs rely on the previous memorandum of law filed with the original Motion (and Exhibits) and the Reply memorandum to the Municipal Defendants' Objection (and Exhibits) and the attached memorandum of law and supporting affidavits and exhibits in support of this supplemental motion and whatever further evidence and argument that may be offered at the time of hearing on this motion.

For the foregoing reasons, Plaintiff respectfully prays that this Court enter an Order awarding Plaintiff reasonable attorneys' fees and costs in the amount of $725,351.11.

Plaintiffs,
By their attorneys,

/s/ Mark A. Fay
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002
401-274-0175 (Fax)

[1] To the extent costs are awarded as part of the Plaintiffs' Bill of Costs as taxed by the Clerk, this request should be reduced accordingly.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Peter J. Comerford, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
pcomerfo@coialepore.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
41 Powwer Rd., Suite 202
Pawtucket, RI 02860
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| vs. | : | C.A. NO. 04-304 |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |

| | | |
|---|---|---|
| JOHN C. CHMURA, et al. | : | |
| | : | |
| vs. | : | C.A. NO. 04-553 |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |

**AFFIDAVIT**

I, Mark A. Fay, Esq., being duly sworn, do hereby depose and say as follows:

1. This affidavit supplements my earlier affidavit submitted in support of Plaintiffs' Motion for an Award of Attorneys' Fees and Costs.

2. During the course of my experience in practicing law in this jurisdiction, I have become reasonably familiar with prevailing billing practices in Providence and throughout Rhode Island. Based on this familiarity, in my opinion, my normal hourly rate of $250.00 per hour is at or below the prevailing market rate charged by attorneys with comparable experience and competence in this community.

3. I am also familiar with prevailing market rates charged by paralegals in this community. Based on this familiarity, in my opinion, the hourly rate of $90.00 per hour for time spent filing documents with this Court, and/or performing such other non-legal work in this matter is at or below the prevailing market rate charged by paralegals

with comparable experience and competence.

4. Attached hereto as Exhibit 1 is an itemized listing of the additional services rendered and time spent for each day by myself and the other attorneys described above, as well as the paralegals, with respect to representation of the Plaintiffs in the above-cited matter since the preparation of the original fee application. Exhibit 1 also contains a summary of the total time spent by each of the foregoing individuals in connection with the additional representation of Plaintiffs in this matter which are reproduced below for the convenience of the Court:

**Actual Supplemental Time Expended**

| | |
|---|---|
| Mark A. Fay, Esq. | 56.7 hours |
| Carolyn A. Mannis, Esq. | 147.1 hours |
| Maurene Souza, Esq. | 42.2 hours |
| Kendra L. Lima | 16.0 hours |

5. In addition to the legal services itemized in Exhibit 1, it is estimated that Carolyn A. Mannis, Esq. and I will expend an additional 15 hours preparing this Supplemental Fee Application including the Memorandum and Affidavits and preparation for the hearing and attending the hearing on this matter.

6. All the additional legal services rendered as contained in Exhibit 1 are reasonable and necessary for the diligent prosecution of Plaintiffs' claims in order to obtain a successful result on Plaintiffs' behalf. It is my opinion that services rendered by the attorneys identified were rendered in an efficient and economical manner with no significant duplication or unnecessary work.

7. The overall amount sought in this supplemental fee application as set forth below, in my opinion, is fair and reasonable under the circumstances and is comparable to charges regularly sought for performance of similar services by firms in similar cases within the locality.

8. Set forth below is a summary of the attorneys' fees and costs which Plaintiffs are seeking in the within supplemental fee application in the manner and for the reasons set forth above:

**Summary of Final Fee Request**

| Time Keeper | Hourly Rate | Hours | Add'l Hours | Supp. Amount | Total Amount |
|---|---|---|---|---|---|
| MAF | $250.00 | 884.5 | 56.7 | $14,175.00 | $235,300.00 |
| CAM | $250.00 | 843.2 | 147.1 | $36,775.00 | $247,575.00 |
| SHC | $150.00 | 108.0 | 0.0 | -- | $ 16,200.00 |
| LEJ | $250.00 | 11.8 | 0.0 | -- | $ 2,950.00 |
| DLK | $200.00 | 197.1 | 0.0 | -- | $ 39,420.00 |
| MLL | $200.00 | 3.2 | 0.0 | -- | $ 640.00 |
| RST | $200.00 | 76.5 | 0.0 | -- | $ 15,300.00 |
| MS | $250.00 | 107.0 | 42.2 | $10,550.00 | $ 37,300.00 |
| KLL | $ 90.00 | 299.2 | 16.0 | $ 1,440.00 | $ 28,368.00 |
| DCM | $ 90.00 | 152.5 | 0.0 | -- | $ 13,725.00 |

| | |
|---|---|
| Original lodestar fee: | $573,838.00 |
| Supplemental lodestar fee: | $ 62,940.00 |
| Total lodestar fee: | $636,778.00 |
| Litigation Costs: | $ 81,073.11 |
| Fees incurred in preparing fee application (15.0 hours at $250.00 per hour): | $ 3,750.00 |
| Estimated fees to be expended preparing Supplemental fee application and preparing And attending Oral Argument on the Motion (15.0 hours at $250.00 per hour): | $ 3,750.00 |
| Total Fee Application Request for Attorneys' Fees and Costs: | $725,351.11 |

Mark A. Fay

Subscribed and sworn to before me this 5 day of August, 2008.

Kendra Lima
Notary Public
My Commission Expires: 6/20/09

| Date | Description | Attorney/ Paralegal Initials | Rate/ Hour | Hours |
|---|---|---|---|---|
| 4/1/08 | Meeting re: strategy re: post trial motions; begin legal research re: standard re: Rules 59(e) and 59(a); coordination re: Maurene Souza research; legal research re: appeal issues vs. new trial issues | MAF<br>CAM | $250<br>$250 | 4.5<br>4.5 |
| 4/1/08 | Conduct research regarding public duty doctrine in RI | MS | $250 | 3.5 |
| 4/2/08 | Continue legal research re: post trial issues; review judgments; begin drafting motions re: $1,000 minimum, Chmura, pre-judgment interest, spouses and children new trial motion and Lennon new trial motion | CAM | $250 | 6.5 |
| 4/2/08 | Draft motion and memorandum of law re: joint and several liability versus individual liability with respect to damages on wire tap statute | MS | $250 | 4.5 |
| 4/3/08 | Receive and review amended judgment re: Prignano; continue work on post trial motions and memoranda; Legal research re: correcting judgment pursuant to Rule 60; meetings and conferences re: same; attention to file re: same | MAF<br>CAM | $250<br>$250 | .5<br>7.5 |
| 4/3/08 | Review and revise memorandum re: separate liability; e-mail to client for review; begin draft of memorandum re: pre-judgment interest on judgment; conduct research pertaining to egregious conduct exception to public duty doctrine | MS | $250 | 5.8 |
| 4/4/08 | Continue work on post trial memoranda; review memoranda re: pre-judgment interest and separate damages award re: Vieira and the City; additional | CAM | $250 | 7.0 |

| | | | | |
|---|---|---|---|---|
| | legal research re: same; revision re: same | | | |
| 4/4/08 | Review and revise memorandum re: interest; review cases concerning ADEA liquidated damages; e-mail memorandum and motion to client; discuss revision to memorandum; review cases applying interest to liquidated damages; review RI cases re: pre-judgment interest; draft new section to insert into memorandum re: same; e-mail to client | MS | $250 | 6.8 |
| 4/5/08 | Work on motion to amend/alter or correct re: $1,000 minimum award; work on motion to amend/alter or correct re: Chmura; work on motion to amend/alter or correct re: pre-judgment interest; work on motion to amend/alter or correct re: damage awards against the City and Vieira; prepare response re: destruction of TRS; conference re: same and strategy re: new trial motions re: spouses and children and Lennon | MAF<br>CAM | $250<br>$250 | .6<br>5.6 |
| 4/7/08 | Draft affidavit in support of motion for award of attorney's fees | MS | $250 | 1.3 |
| 4/8/08 | Revise affidavit according to direction from C. Mannis | MS | $250 | .6 |
| 4/9/08 | Continue work on memoranda re: new trial motion re: Lennon and spouses and children, pre-judgment interest memorandum and damages against Vieira and the City memorandum | CAM | $250 | 3.1 |
| 4/10/08 | Finalize work on motions to amend/alter or correct re: $1,000 minimum, Chmura, pre-judgment interest, damage award re: City and Vieira, new | MAF<br>CAM | $250<br>$250 | 4.4<br>4.4 |

| | | | | |
|---|---|---|---|---|
| | trial motions re: Lennon and spouses and children; attention to filing re: same and response re: destruction re: TRS; conferences and meetings re: same | | | |
| 4/14/08 | Conference re: strategy re: responses re: Defendants' post trial motions | MAF<br>CAM | $250<br>$250 | .2<br>.2 |
| 4/15/08 | Receive and review motion for extension of time and exhibit re: purported Rule 34 request for production of documents; analysis and legal research re: same; conference re: same; research re: Defendants' post trial motion re: waiver of supersedes bond requirement; analysis re: same | MAF<br>CAM | $250<br>$250 | 1.8<br>1.8 |
| 4/16/08 | Receive and review Lennon's motion for extension of time; receive and review order re: response re: City's motion for extension of time; attention to file re: responses re: Defendants' post trial motions | MAF<br>CAM | $250<br>$250 | .4<br>.4 |
| 4/18/08 | Conferences re: objection re: motion to extend time, objection re: supersedes bond, calculations re: attorneys' fees breakdown (pre-litigation, pre-trial, trial post-trial) | MAF<br>CAM | $250<br>$250 | .5<br>.5 |
| 4/19/08 | Work on objection and memorandum re: motion to extend time re: objection re: attorneys' fees motion; legal research re: attorneys; fees awards and discovery re: same | CAM | $250 | 3.5 |
| 4/21/08 | Finalize work on objection and memorandum re: motion to extend time; receive and review Defendants reply memorandum re: motion for extension of time; conference with Maurene Souza re: contemporaneous time records | CAM | $250 | .6 |

| | | | | |
|---|---|---|---|---|
| 4/23/08 | Receive and review objection and memorandum re: motion to alter re: $1,000 minimum issue; receive and review motion for extension of time re: bill of costs; receive and review order re: motion for extension of time re: motion for attorneys' fees; conference re: strategy re: objections to defendants' post trial motions | MAF<br>CAM | $250<br>$250 | 2.5<br>2.5 |
| 4/24/08 | Receive and review Lennon Objection to Motion for new trial; conference re: same and strategy re: Plaintiff's objections to Defendants' post trial motions and break down of time pre-suit, pre-trial and trial; conference re: hearing request re: issue re: request for production of documents; receive and review objection and memorandum re: new trial re: Vieira re: women and children issue; Call re: same | MAF<br>CAM | $250<br>$250 | 1.8<br>1.8 |
| 4/25/08 | Meeting re: responses re: post trial motions and preserving issues on appeal; legal research re: same; preparations re: production of documents; analysis re: contemporaneous time records, issues re: RI constitutional nominal damages award and supersedes bond, prepare notice of change of address | MAF<br>CAM | $250<br>$250 | 2.5<br>2.5 |
| 4/25/08 | Receive and review notice of appeal (3) and notice re: appeal fees (3) | MAF<br>CAM | $250<br>$250 | .5<br>.5 |
| 4/28/08 | Legal research re: supersedes bond, draft objection re: stay and memorandum of law in support of same re: Vieira and the City; legal research re: award re: RI Constitutional violation; prepare objection to | CAM | $250 | 6.5 |

| | | | | |
|---|---|---|---|---|
| | motion to correct judgment and memorandum of law in support of same re: Vieira and Lennon; prepare request for hearing and memorandum in support re: contemporaneous time records | | | |
| 4/28/08 | Receive and review notice of appeal and record on appeal notices | MAF<br>CAM | $250<br>$250 | 1.0<br>1.0 |
| 4/29/08 | Receive and review original and corrective document re: Objection re: Chmura motion re: the City; receive and review order re: return of document to the City re: signature re: Chmura objection and memorandum; receive and review corrective docket entry re: City objection re: Chmura motion | MAF<br>CAM | $250<br>$250 | 1.1<br>1.1 |
| 4/29/08 | Receive and review notice re: supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .2<br>.2 |
| 5/2/08 | Receive and review reply and memorandum re: supersedes bond requirement | MAF<br>CAM | $250<br>$250 | 2.0<br>2.0 |
| 5/2/08 | Receive and review notice of appeal and corrective entries re: order re: transcript; receive and review additional order re: transcript | MAF<br>CAM | $250<br>$250 | .7<br>.7 |
| 5/5/08 | Meeting re: status re: pending motions and strategy re: same; receive and review order re: extension of time re: bill of costs | MAF<br>CAM | $250<br>$250 | 1.3<br>1.3 |
| 5/5/08 | Receive and review additional notice of supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .2<br>.2 |
| 5/6/08 | Receive and review text order re: request for a hearing re: contemporaneous time records; analysis re: same; call re: same | MAF<br>CAM | $250<br>$250 | .3<br>.3 |
| 5/7/08 | Conference re: strategy re: appeal; research re: appeal; good faith call to K. McHugh re: contemporaneous time | MAF<br>CAM | $250<br>$250 | .3<br>.5 |

| | | | | |
|---|---|---|---|---|
| | records; conference re: same | | | |
| 5/8/08 | Additional research re: appeal deadline; additional legal research re: Rule 50 and the Jennings case; good faith call to K. McHugh and conference with M. Calise re: production issues re: contemporaneous time records; prepare motion and memorandum re: stay time to appeal pending decision re: attorneys' fees; conference re: same; meeting re: same; draft notice of appeal (hold); further legal research re: same; meeting re: same | MAF<br>CAM | $250<br>$250 | 1.0<br>4.0 |
| 5/9/08 | Conference re: decision re: notice of appeal; analysis re: same | MAF<br>CAM | $250<br>$250 | .4<br>.4 |
| 5/10/08 | Receive and review case opening notice (08-1535); receive and review notice of electronic filing and appearance and docket information (08-1534) | MAF<br>CAM | $250<br>$250 | 1.0<br>1.0 |
| 5/12/08 | Receive and return call from K. McHugh re: good faith conference re: document production | CAM | $250 | .2 |
| 5/12/08 | Receive and review appearance form and docketing statement re: Vieira | MAF<br>CAM | $250<br>$250 | .5<br>.5 |
| 5/13/08 | Call to opposing counsel re: good faith conference re: production of document and privileged information; e-mail to same re: same; conference with same re: same | CAM | $250 | .4 |
| 5/14/08 | Conference re: strategy re: production of documents and outstanding issues re: motions | MAF<br>CAM | $250<br>$250 | .2<br>.2 |
| 5/15/08 | Receive and review order re: extension of time re: filing appeal; receive and review memorandum and decision re: all post trial motions and rule | MAF<br>CAM | $250<br>$250 | 1.8<br>1.8 |

| | | | | |
|---|---|---|---|---|
| | 50 motions; receive and review second amended judgment; conference re: court orders and document production and conference with K. McHugh | | | |
| 5/16/08 | Prepare document production response re: attorneys' fees and cost; review S. Crawford contemporaneous time records; conference with M. Souza re: same; receive and review same: meetings re: same | MAF<br>CAM | $250<br>$250 | 1.0<br>2.2 |
| 5/19/08 | Receive and review appearance form and docketing statement re: City and Vieira (2d one); receive and review fax re: pre-argument settlement conference; receive and review case opening notice re: 08-1536 | MAF<br>CAM | $250<br>$250 | 1.5<br>1.5 |
| 5/20/08 | Receive and review appearance form and docketing statement re: Vieira (3d one); Receive and review appearance form and docketing statement re: Lennon re: 08-1534, 08-1535, 08-1536 | MAF<br>CAM | $250<br>$250 | .5<br>.5 |
| 5/21/08 | Receive and review motion to strike/compel re: contemporaneous time records; conference re: same and strategy re: objection | MAF<br>CAM | $250<br>$250 | 1.0<br>1.0 |
| 5/21/08 | Receive and review notice of mandatory pre-argument settlement conference; conference re: same; prepare entry of appearance; attention to filing re: separate plaintiffs and pending issues; prepare correspondence to court re: same | MAF<br>CAM | $250<br>$250 | 2.4<br>2.4 |
| 5/23/08 | Receive and review motion to compel | MAF<br>CAM | $250<br>$250 | .5<br>.5 |
| 5/27/08 | Conference with Kendra Lima re: objection re: motion re: production of timesheets; attention to file re: same | CAM<br>KLL | $250<br>$90 | .2<br>.2 |
| 5/27/08 | Receive and review notice of | MAF | $250 | 1.0 |

| | | | | |
|---|---|---|---|---|
| | appeal; receive and review notice re: transmission of supplemental record on appeal | CAM | $250 | 1.0 |
| 5/28/08 | Work on confidential statement; conference re: same; receive and review notice of transmission of supplemental record on appeal | MAF<br>CAM | $250<br>$250 | 2.5<br>2.5 |
| 5/29/08 | Receive and review motion for extension of time re: attorneys fees and bill of costs | MAF<br>CAM | $250<br>$250 | .5<br>.5 |
| 5/30/08 | Receive and review order granting motion for extension of time; receive and review notice re: hearing on motion; call t re: same | MAF<br>CAM | $250<br>$250 | .2<br>.2 |
| 5/30/08 | Receive and review notice of appeal (and amended); receive and review e-mail re: appeal re: Prignano; receive and review correspondence re: appeal re: Vieira points | MAF<br>CAM | $250<br>$250 | .5<br>.5 |
| 6/2/08 | Receive and review correspondence from K. McHugh re: points of appeal re: City of Providence | MAF<br>CAM | $250<br>$250 | .3<br>.3 |
| 6/2/08 | Conference with court clerk re: strategy re: granting motion prior to objections being filed; work on objection re: motion to compel; review production; investigation re: additional time records; conference re: strategy re: motions to compel | CAM | $250 | .5 |
| 6/3/08 | Receive and review correspondence from D. Robinson re: points of appeal re: Lennon | MAF<br>CAM | $250<br>$250 | .4<br>.4 |
| 6/3/08 | Work on and file objection and memorandum re: motion to compel; work on and file supplemental production of documents; work on and file objection and memorandum re: privileged time records; legal research re: same; meetings re: | MAF<br>CAM | $250<br>$250 | .8<br>2.8 |

| | | | | |
|---|---|---|---|---|
| | same; attention to file re: bill of costs; conferences with B. Mitchell and J. Noel re: same | | | |
| 6/4/08 | Receive and review notice of transmission of supplemental record on appeal; meeting re: preparation re: mandatory settlement conference (MAF conference with K. McHugh re: settlement potential; conference re: settlement potential; conference with J. Wallace re: waiver of mandatory settlement conference requirement; conference with Judge Lynch re: correspondence re: same; prepare and transmit same; transmit to opposing counsel same; conference with J. Wallace re: waiver granted; receive and review e-mail transmission re: same | MAF<br>CAM | $250<br>$250 | .1<br>2.2 |
| 6/4/08 | Receive and review motion for extension of time re: Lennon re: attorneys' fees and costs | MAF<br>CAM | $250<br>$250 | .2<br>.2 |
| 6/5/08 | Receive and review notice of transmission of supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .1<br>.1 |
| 6/8/08 | Receive and review e-mail from K. Lima re: status re: objections re: defendants re: bill of costs | CAM<br>KLL | $250<br>$90 | .2<br>.2 |
| 6/9/08 | Prepare for court re: motion to compel or strike and motion to compel; review file re: same; review time sheets re: same; Review case law re: same | CAM | $250 | 1.7 |
| 6/10/08 | Final preparations re: hearing re: motion to compel or strike; conference re: same and bill of costs issue; attend hearing re: motion to compel or strike; conference re: same and bill of costs issue; receive and review text order re: motions to compel or strike; receive and review text order re: denial of motion | CAM | $250 | 2.5 |

| | | | | |
|---|---|---|---|---|
| | to extend re: bill of costs | | | |
| 6/12/08 | Receive and review bill of costs assessed; analysis re: same; conference re: same and objection time | MAF<br>CAM | $250<br>$250 | .5<br>.5 |
| 6/13/08 | Receive and review notice of transmission of supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .1<br>.1 |
| 6/16/08 | Receive and review orders of the court re: default of appellant re: transcript order re: 08-1535 and 08-1536; conference re: same | MAF<br>CAM | $250<br>$250 | .4<br>.4 |
| 6/17/08 | Receive and review notice and order form re: hearing re: motion to strike or compel; conference re: same; receive and review municipal defendants objection to costs and memo of law in support of same; receive and review Vieira objection to costs; conference re: same and our objection to taxation of costs | MAF<br>CAM | $250<br>$250 | .8<br>.8 |
| 6/18/08 | Receive and review correspondence from P. Comerford re: transcript order | MAF<br>CAM | $250<br>$250 | .2<br>.2 |
| 6/18/08 | Receive and review fax correspondence re: list of 50 dates re: contemporaneous time records from K. McHugh; conference re: same and extension of time re: our objection; legal research re: same; meeting re: same; prepare and file motion re: extension of time re: bill of costs objection; receive and review objection re: costs re: Lennon | MAF<br>CAM | $250<br>$250 | 1.0<br>1.3 |
| 6/18/08 | Work on pulling time sheets re: 50 dates; prepare copies re: same; work on redaction re: same; meeting with K. Lima re: same; review docket re: same; meeting re: same | CAM<br>KLL | $250<br>$90 | 6.5<br>6.5 |
| 6/19/08 | Receive and review hard copy | MAF | $250 | NC |

| | | | | |
|---|---|---|---|---|
| | of correspondence re: 50 dates from K. McHugh | CAM | $250 | NC |
| 6/19/08 | Receive and review order re: motion re: extension of time; conference re: same; attention to file re: same | MAF<br>CAM | $250<br>$250 | .3<br>.3 |
| 6/20/08 | Receive and review notice re: transmission of supplemental record on appeal; receive and review correspondence from D. Robinson re: transcript order default issue | MAF<br>CAM | $250<br>$250 | .2<br>.2 |
| 6/20/08 | Receive and review correspondence from K. McHugh re: meeting re: costs re: Rule 54(e) | MAF<br>CAM | $250<br>$250 | .2<br>.2 |
| 6/20/08 | Meeting with K. Lima re: documents re: production re: contemporaneous time sheets | CAM<br>KLL | $250<br>$250 | .5<br>.5 |
| 6/20/08 | Discussion with Barry Mitchell regarding treatises pertaining to cost; research database at State Law Library re: reimbursement for costs; review downloaded research; review research and pleadings previously drafted on this matter; review Mr. Odom's opinion; formulate questions for client | MS | $250 | 3.0 |
| 6/23/08 | Conference with K. Lima re: status re: documents re: contemporaneous time sheets | CAM<br>KLL | $250<br>$90 | .2<br>.2 |
| 6/23/08 | Receive and review hardcopy of correspondence re: meeting re: Rule 54(e) | MAF<br>CAM | $250<br>$250 | NC<br>NC |
| 6/23/08 | Review cases re: deference to state law re: costs; discussion with client re: research; review rule 54 and local rule; review statute re: bill of costs; review invoices sent by client; begin draft of memorandum | MS | $250 | 5.8 |
| 6/24/08 | Receive and review correspondence re: Rule 54(e) meeting; call re: same and objection re: bill of costs; | MAF<br>CAM<br>KLL | $250<br>$250<br>$90 | .4<br>.6<br>.2 |

| | | | | |
|---|---|---|---|---|
| | conference with K. Lima re: production of outstanding documents re: time records and status re: meet and confer re: 54(e) conference; prepare e-mail to K. McHugh re: Rule 54(e) conference; receive and review correspondence from K. McHugh to Almond re: Rule 56(e) conference; conference re: same and objection to taxation of costs | | | |
| 6/24/08 | Discussion with client re: transcript costs; additional online research at law library; review and revise portion of memorandum related to expert witness costs; draft portion of memorandum relating to other costs objected to by Defendant | MS<br>MAF | $250<br>$250 | 6.0<br>.2 |
| 6/25/08 | Receive and review correspondence and transcript order form re: Vieira re: different form | MAF<br>CAM | $250<br>$250 | .3<br>.3 |
| 6/25/08 | Receive and review hardcopy re: correspondence re: Rule 54(e) meeting | MAF<br>CAM | $250<br>$250 | NC<br>NC |
| 6/25/08 | Meeting re: objection and memorandum of law re: bills of costs taxation | MAF<br>CAM | $250<br>$250 | .3<br>.3 |
| 6/25/08 | Work with K. Lima re: production of documents; bates stamp re: same; prepare supplemental response re: same; review and redact documents re: same; review docket re: same; review file re: same; meeting re: same | MAF<br>CAM<br>KLL | $250<br>$250<br>$90 | 1.0<br>7.4<br>7.0 |
| 6/25/08 | Review and revise memorandum and objection; e-mail to client for comments | MS | $250 | .9 |
| 6/27/08 | Review bill of costs objection and memorandum of law in support of same from MAF/MS | CAM | $250 | 1.5 |
| 6/30/08 | Calls from and conference with K. Lima re: filing re: objection | CAM<br>KLL | $250<br>$90 | .5<br>.2 |

| | | | | |
|---|---|---|---|---|
| | re: bill of costs; receive and review e-mail communication from same re: same; receive and review updated correspondence re: Rule 54(e) meeting with K. McHugh; receive and review court excusal re: K. McHugh (July 14-21) and August 25-29) | MAF | $250 | .3 |
| 7/3/08 | Receive and review notice and transmission of supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .1<br>.1 |
| 7/9/08 | Meeting with K. Lima re: bill of costs; request for hearings and status re: motion re: award of attorneys' fees and preparations re: updating time since filing | CAM<br>KLL | $250<br>$90 | .5<br>.3 |
| 7/10/08 | Receive notice of filing of objection by City re: Plaintiffs motion re: attorneys' fees and costs; calls to K. Lima and M. Fay re: same | CAM | $250 | .3 |
| 7/11/08 | Receive and review notice of transmission of supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .1<br>.1 |
| 7/14/08 | Extended conference with K. Lima re: contents re: objection re: City re: attorneys' fees and reply strategy re: same | CAM<br>KLL | $250<br>$90 | .5<br>.5 |
| 7/15/08 | Review and analyze memorandum of law re: objection to attorneys' fees and arguments re: same | CAM | $250 | 2.0 |
| 7/17/08 | Work on counter arguments re: objections re: attorneys' fees; receive and review notice re: transcript error; receive and review notice re: corrective transcript and redaction requests. | CAM<br>MAF | $250<br>$250 | .9<br>.3 |
| 7/18/08 | Receive and review entry of appearance re: K. Holley; receive and review withdrawal of appearance from T. Cronin | MAF<br>CAM | $250<br>$250 | .2<br>.2 |
| 7/18/08 | Review Defendants' Objection to costs and fees; review | MS | $250 | 1.5 |

| | | | | |
|---|---|---|---|---|
| | previous memo drafted by Plaintiffs re: costs; search and download cases cited in Defendants' memorandum | | | |
| 7/19/08 | Review all cases cited in Defendants' memorandum; summarize points of law to rebut; e-mail to client with comments | MS | $250 | 2.5 |
| 7/21/08 | Meeting re: response to objection re: attorneys fees; prepare and file motion for extension of time re: same; review memorandum (MS) and case law in preparation for memorandum/reply re: objection to application for an award of attorneys' fees and costs | MAF<br>CAM | $250<br>$250 | 1.0<br>4.0 |
| 7/23/08 | Review Grendel's Den; US v. Davis; Nadeau v. Helgemoe; King v. Green blatt; Souza v. Southworth and Wojtkowski v. Cade | CAM | $250 | 2.5 |
| 7/24/08 | Review Westenfelder v. Ferguson; Lipsett v. Blanco; Carey v. Piphus; Andrade v. Jamestown Housing and Hart v. Bourque | CAM | $250 | 2.0 |
| 7/25/08 | Receive and review multiple e-mail notices re: transcripts | MAF<br>CAM | $250<br>$250 | .5<br>.5 |
| 7/28/08 | Review Diaz-Rivera v. Rivera-Rodriguez; Cohen v. Brown University; O'Rourke v. Providence (district court and appeal); In re Ina P. Shciff; Fusco v. Medeiros and Rule 1.5 | CAM | $250 | 2.5 |
| 7/29/08 | Conference with KLL re filing re reply memorandum; continue review re case law re attorneys' fees award re Desilets v. Wal-Mart, Cohen v. Brown (II); Kufner v. Kufner; Cady v. IMC Mortgage Co.; US v. Domenic Lombardi Realty; Change the Climate Inv. V. Mass. Bay | CAM<br>KLL | $250<br>$90 | 3.5<br>.2 |

| | | | | |
|---|---|---|---|---|
| | Trans. Auth.; Coutin v. Young & Rubicam; souse v. RI Carpenters' Pension Plan | | | |
| 7/30/08 | Work on Reply and reply memorandum re attorneys; fees; meeting re same | MAF<br>CAM | $250<br>$250 | 1.5<br>5.5 |
| 7/31/08 | Finalize work on reply and reply memorandum | MAF<br>CAM | $250<br>$250 | 1.0<br>1.0 |
| 8/01/08 | Receive and review notice re supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .1<br>.1 |

| Name | Status | Rate/ Hour |
|---|---|---|
| Mark A. Fay (MAF) | Attorney | $250 |
| Carolyn A. Mannis (CAM) | Attorney | $250 |
| Kendra L. Lima (KLL) | Paralegal | $90 |
| Maurene Souza (MS) | Attorney | $250 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| vs. | : | C.A. NO. 04-304 |
| CITY OF PROVIDENCE, et al. | : | |
| JOHN C. CHMURA, et al. | : | |
| vs. | : | C.A. NO. 04-553 |
| CITY OF PROVIDENCE, et al. | : | |

**AFFIDAVIT**

I, Carolyn A. Mannis, being duly sworn do depose and state as follows:

1. This affidavit supplements my earlier affidavit submitted in support of Plaintiffs' Motion for an award of attorneys' fees and costs.

2. My hourly rate of $250.00 is believed to be within the prevailing market rate in the Rhode Island community for attorneys of comparable education and experience performing similar services to those rendered to the Plaintiffs in this case.

3. Since the filing of my original affidavit in support of Plaintiffs' Motion for an Award of Attorneys' Fees and Costs, I have expended an additional 147.1 hours on this matter as contained in the itemization attached to Plaintiffs' Supplemental Memorandum in Support of their Motion for an Award of Attorneys' Fees.

4. This itemization of the legal services includes a description of the work I performed and the amount of time expended on the legal services described.

5. All the additional legal services I rendered as set forth in the itemization were reasonable and necessary for the diligent prosecution of Plaintiffs' claims in order to

obtain a successful result on Plaintiffs' behalf. It is my opinion that the legal services I rendered were rendered in an efficient and economical manner with no significant or unnecessary duplication or unnecessary work. Given the number of Plaintiffs involved in this case, the novelty and complexity of the legal issues and the number of Defendants involved in this case, some duplication of work was essential to the proper preparation of the case.

6. The lodestar in this matter for the additional legal services rendered is Thirty-six Thousand Seven Hundred and Seventy-five ($36,775.00) Dollars.

7. I have not included in my time the fees and costs associated with the initial motion and memorandum with respect to this motion as an amount was included in the earlier motion to account for that time. Nor, have I included the fees associated with this supplemental submission.

Carolyn A. Mannis

Signed and sworn to before me in Providence, Rhode Island this 4 day of August, 2008.

Kendra Lima
Notary Public
My commission expires: 6/20/09

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| vs. | : | C.A. NO. 04-304 |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |
| JOHN C. CHMURA, et al. | : | |
| | : | |
| vs. | : | C.A. NO. 04-553 |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |

**AFFIDAVIT**

I, Maurene Souza, being duly sworn do depose and state as follows:

1. This affidavit supplements my earlier affidavit submitted in support of Plaintiffs' Motion for an award of attorneys' fees and costs.

2. Since the filing of my original affidavit in support of Plaintiffs' Motion for an Award of Attorneys' Fees and Costs, I have expended an additional 42.2 hours on this matter as contained in the itemization attached to Plaintiffs' Supplemental Memorandum in Support of their Motion for an Award of Attorneys' Fees.

3. This itemization of the legal services includes a description of the work I performed and the amount of time expended on the legal services described.

4. All the additional legal services I rendered as set forth in the itemization were reasonable and necessary for the diligent prosecution of Plaintiffs' claims in order to obtain a successful result on Plaintiffs' behalf. It is my opinion that the legal services I rendered were rendered in an efficient and economical manner with no significant or unnecessary duplication or unnecessary work.

5. The lodestar in this matter for the additional legal services rendered is Ten Thousand Five Hundred Fifty ($10,550.00) Dollars.

6. I have not included in my time the fees and costs associated with the initial motion and memorandum with respect to this motion as an amount was included in the earlier motion to account for that time. Nor, have I included the fees associated with this supplemental submission.

Maurene Souza

Signed and sworn to before me in Providence, Rhode Island this 5 day of August, 2008.

Notary Public
My commission expires: 2/17/12