**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

**MUNICIPAL DEFENDANTS' OBJECTION TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS**

Now come the Defendants in the above-entitled matter, David N. Cicilline, Dean Esserman and the City of Providence, by and though its Treasurer, Stephen T. Napolitano ("Municipal Defendants"), and hereby object to Plaintiffs' Supplemental Motion for an Award of Attorney's Fees and Costs. In support thereof, the Municipal Defendants rely on the accompanying memorandum.

Municipal Defendants,
By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael A. Calise
Michael A. Calise (#6715)
Assistant City Solicitor

City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

<u>Certificate of Service</u>

I hereby certify that on this 21st day of August 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903
mark@murphyandfay.com

Carolyn A. Mannis, Esq.
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903
carolynmannis@hotmail.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903
gsantopi@coilepore.com
pcomerfo@coialepore.com

/s/ Kevin F. McHugh
Kevin F. McHugh

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

**MUNICIPAL DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR OBJECTION TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS**

## I. Introduction

The Defendants in the above-entitled matter, David N. Cicilline, Dean Esserman and the City of Providence, by and though its Treasurer, Stephen T. Napolitano ("Municipal Defendants"), object to Plaintiffs' Supplemental Motion for an Award of Attorney's Fees and Costs, in which Plaintiffs seek and additional $66,690.00 in fees, bringing Plaintiffs' total fee application to $725,351.11. This final amount is almost 40% more than the amount of the verdict.

In Plaintiffs' supporting memorandum, Plaintiffs in part "rely on the previous memorandum of law filed with the original Motion (and Exhibits) and the Reply memorandum to the Municipal Defendants' Objection (and Exhibits)…." Plaintiffs' Memorandum at 2. To the extent the arguments[1] made in Municipal Defendants' previous submissions[2] are applicable to the instant motion and objection, they are herein incorporated by reference.

[1] These include but are not limited to arguments relating to the hourly rates charged.
[2] These include but are not limited to Municipal Defendants' Memorandum of Law in Support of Their Objection to Plaintiffs' Motion for an Award of Costs Pursuant to Rule 54(d) and Local Rule 54 and Municipal Defendants' Memorandum in Support of Their Objection to the Plaintiffs' Application for Attorney's Fees and Costs.

## II. Argument

### A. Plaintiffs' Motion Is Untimely

As a threshold matter, Plaintiffs' instant motion (Document 431) was filed on August 5, 2008 and therefore, out of time. This Court previously ordered: "Post-Trial Motions due by 4/10/2008." Text Order dated March 28, 2008. There is no procedural mechanism by which Plaintiffs' motion might be deemed timely filed. Even if this Court would have been inclined to accept Plaintiffs' motion by leave, no leave of court was timely (or otherwise) sought.

### B. Plaintiffs' Billing Entries Are Inadequate and Duplicative

Assuming, *arguendo*, that this Court does not deny Plaintiffs' motion out of turn, there are a number issues therein contained which serve to lessen the amount that should be awarded.

There are a number of entries contained in Exhibit 1 to Plaintiffs' motion (Document 431-4) ("supplemental log"), and reproduced *infra*, which are either duplicative entries, purporting to describe work done by two attorneys, or are so inadequately described that there is no means by which the Municipal Defendants (and this Court) might consider the merit of the entry. The First Circuit has provided the proper procedure for the submission and consideration of a request for attorney's fees:

> As a starting point the attorney or attorneys must submit to the court a detailed record of the time spent on the case and the duties performed. See Stanford Daily v. Zurcher, 64 F.R.D. 680, 682 (N.D.Cal. 1974), aff'd, 550 F.2d 464 (9 Cir. 1977). The court must secure from the attorneys a full and specific accounting for their time; bills which simply list a certain number of hours and lack such important specifics as dates and the nature of the work performed during the hour or hours in question should be refused. Furthermore, "(a)n attorney's record of time is not a talisman", Rainey v. Jackson State College, 551 F.2d 672, 677 (5th Cir. 1977); the district court should scrutinize it with care.

King v. Greenblatt, 560 F.2d 1024, 1027 (1st Cir.1977), cert denied, 430 U.S. 916 (1978).

Since Plaintiffs have, in many entries, failed to provide a sufficiently detailed record of the time spent, or on which task a particular period of time was spent, or by whom the specific work was performed, the Municipal Defendants posit that a downward reduction in time is warranted, as detailed in the replication of the supplemental log:

| **Date** | **Description** | **Attorney/ Paralegal Initials** | **Rate/ hour** | **Hours** | **Municipal Defendants' suggested reduction of hours** |
|---|---|---|---|---|---|
| 4-1-08 | Meeting re: strategy re: post trial motions. begin legal research re: standard re: Rules 59(e) and 59(a); coordination re: Maureen Souza research; legal issues vs. new trial issues | MAF<br>CAM | $250<br>$250 | 4.5<br>4.5 | 4.5 |
| 4-3-08 | Receive and review amended judgment re: Prignano; continue work on post trial motions and memoranda; Legal research re: correcting judgment pursuant to Rule 60; meeting and conference re: same; attention to file re: same | MAF<br>CAM | $250<br>$250 | .5<br>7.5 | .5 |
| 4-5-08 | Work On motion to amend/alter or correct re: $1,000 minimum award; work on motion to amend/alter or correct re: Chmura; work on motion to amend/alter or correct re: pre judgment interest; work on motion to amend/alter or correct re: damage awards against the City and Vieira; prepare response re: destruction of TRS; conference re: same and strategy re: new trial motions re; spouses and children and Lennon | MAF<br>CAM | $250<br>$250 | .6<br>5.6 | .6 |

| | | | | | |
|---|---|---|---|---|---|
| 4-10-08 | Finalize work on motions to amend/alter or correct re: $1,000 minimum, Chmura, pre-judgment interest, damage award re: City and Vieira, new trial motions re: Lennon and spouses and children; attention to filing re; same and response re: destruction re; TRS; conferences and meetings re; same | MAF<br>CAM | $250<br>$250 | 4.4<br>4.4 | 4.4 |
| 4-14-08 | Conference re: strategy re: responses re: Defendants' post trial motions | MAF<br>CAM | $250<br>$250 | .2<br>.2 | .2 |
| 4-15-08 | Receive and review motion for extension of time and exhibit re: purported Rule 34 Request for production of documents; analysis and legal research re: same; conference re; same; research re: Defendants' post trial motion re: waiver of supersedes bond requirement; analysis re: same | MAF<br>Cam | $250<br>$250 | 1.8<br>1.8 | 1.8 |
| 4-16-08 | Receive and review Lennon's motion for extension of time; receive and review order re: response re: City's motion for extension of time; attention to file re: responses re: Defendants' post trial motions | MAF<br>CAM | $250<br>$250 | .4<br>.4 | .4 |
| 4-18-08 | Conferences re: objection re: motion to extend time, objection re: supersedes bond, calculations re: attorneys' fees breakdown (prelitigation, pre-trial, trial post-trial) | MAF<br>CAM | $250<br>$250 | .5<br>.5 | .5 |
| 4-23-08 | Receive and review objection And memorandum re: motion to alter re: $1,000 minimum issue; receive and review motion for extension of time re: bill of costs, receive and review order re: motion for extension of time re: motion for attorneys' fees; conference re: strategy re: objections to defendants' post trial motions | MAF<br>CAM | $250<br>$250 | 2.5<br>2.5 | 2.5 |

| | | | | | |
|---|---|---|---|---|---|
| 4-24-08 | Receive and review Lennon Objection to Motion for new trial; conference re: same and strategy re: Plaintiff's objection to Defendants' post trial motions and break down of time pre-suit, pre-trial and trial; conference re: hearing request re: issue re: request for production of documents; receive and review objection and memorandum re: new trial re: Viera re: women and children issue; Call re: same | MAF<br>CAM | $250<br>$250 | 1.8<br>1.8 | 1.8 |
| 4-25-08 | Meeting re: response re: post trial motions and preserving issues on appeal; legal research re: same; preparations re: production of documents; analysis re: contemporaneous time records, issues re: RI constitutional nominal damages award and supersedes bond, prepare notice of change of address | MAF<br>CAM | $250<br>$250 | 2.5<br>2.5 | 2.5 |
| 4-25-08 | Receive and review notice of appeal (3) and notice re: appeal fees (3) | MAF<br>CAM | $250<br>$250 | .5<br>.5 | .5 |
| 4-28-08 | Receive and review notice of appeal and record on appeal notices | MAF<br>CAM | $250<br>$250 | 1.0<br>1.0 | 1.0 |
| 4-29-08 | Receive and review original and corrective document re: Objection re: Chmura motion re: the City; receive and review order re: return of document to the City re: signature re; Chmura objection and memorandum; receive and review corrective docket entry re: City objection re: Chmura motion | MAF<br>CAM | $250<br>$250 | 1.1<br>1.1 | 1.1 |
| 4-29-08 | Receive and review notice re: supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .2<br>.2 | .2 |
| 5-2-08 | Receive and review reply and memorandum re: supersedes bond requirement | MAF<br>CAM | $250<br>$250 | 2.0<br>2.0 | 2.0 |

| | | | | | |
|---|---|---|---|---|---|
| 5-2-08 | Receive and review notice of appeal and corrective entries re: order re: transcript; receive and review additional order re: transcript | MAF<br>CAM | $250<br>$250 | .7<br>.7 | .7 |
| 5-5-08 | Meeting re: status re: pending motions and strategy re: same; receive and review order re: extension of time re: bill of costs | MAF<br>CAM | $250<br>$250 | 1.3<br>1.3 | 1.3 |
| 5-5-08 | Receive and review additional notice of supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .2<br>.2 | .2 |
| 5-6-08 | Receive and review additional notice of supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .3<br>.3 | .3 |
| 5-7-08 | Conference re: strategy re: appeal; research re: appeal; good faith call to K. McHugh re: contemporaneous time records; conference re: same | MAF<br>CAM | $250<br>$250 | .3<br>.5 | .3 |
| 5-8-08 | Additional research re: appeal deadline; additional legal research re: Rule 50 and the Jennings case; good faith call to K. McHugh and conference with M. Calise re: production issues re: contemporaneous time records, prepare motion and memorandum re: stay time to appeal pending decision re: attorneys' fees; conference re: same; meeting re: same draft notice of appeal (hold) further legal research re: same; meeting re: same | MAF<br>CAM | $250<br>$250 | 1.0<br>4.0 | 1.0 |
| 5-9-08 | Conference re: decision re: notice of appeal; analysis re: same | MAF<br>CAM | $250<br>$250 | .4<br>.4 | .4 |
| 5-10-08 | Receive and review case opening notice (08-1535); receive and review notice of electronic filing and appearance and docket information (08-1534) | MAF<br>CAM | $250<br>$250 | 1.0<br>1.0 | 1.0 |
| 5-12-08 | Receive and review appearance form and docketing statement re: Viera | MAF<br>CAM | $250<br>$250 | .5<br>.5 | .5 |

| | | | | | |
|---|---|---|---|---|---|
| 5-14-08 | Conference re: strategy re: production of documents and outstanding issues re: motions | MAF<br>CAM | $250<br>$250 | .2<br>.2 | .2 |
| 5-15-08 | Receive and review order re: extension of time re: filing appeal; receive and review memorandum and decisions re: all post trial motions and rule 50 motions; receive and review second amended judgment; conference re: court orders and document production and conference with K McHugh | MAF<br>CAM | $250<br>$250 | 1.8<br>1.8 | 1.8 |
| 5-16-08 | Prepare document production response re: attorneys' fees and cost; review S. Crawford contemporaneous time records; conference with M. Souza re: same receive and review same; meetings re: same | MAF<br>CAM | $250<br>$250 | 1.0<br>2.2 | 1.0 |
| 5-19-08 | Receive and review appearance form and docketing statement re: City and Viera (2nd one); receive and review fax re: pre-argument settlement conference; receive and review case opening notice re: 08-1536 | MAF<br>CAM | $250<br>$250 | 1.5<br>1.5 | 1.5 |
| 5-20-08 | Receive and review appearance form and docketing statement re: Viera (3d one); receive and review appearance form and docketing statement re: Lennon re; 08-l534 , 08-1535, 08-1536 | MAF<br>CAM | $250<br>$250 | .5<br>.5 | .5 |
| 5-21-08 | Receive and review motion to strike/compel re: contemporaneous time records; conference re: same and strategy re: objection | MAF<br>CAM | $250<br>$250 | 1.0<br>1.0 | 1.0 |
| 5-21-08 | Receive and review notice of mandatory pre-argument settlement conference; conference re: same; prepare entry of appearance; attention to filing re: separate plaintiffs and pending issues; prepare correspondence to court re: same | MAF<br>CAM | $250<br>$250 | 2.4<br>2.4 | 2.4 |

| | | | | | |
|---|---|---|---|---|---|
| 5-23-08 | Receive and review motion to compel | MAF<br>CAM | $250<br>$250 | .5<br>.5 | .5 |
| 5-27-08 | Conference with Kendra Lima re: objection re: motion re: production of timesheets; attention to file re: same | CAM<br>KLL | $250<br>$90 | .2<br>.2 | .2 |
| 5-28-08 | Work on confidential statement conference re: same; receive and review notice of transmission of supplemental record on appeal | MAF<br>CAM | $250<br>$250 | 2.5<br>2.5 | 2.5 |
| 5-29-08 | Receive and review motion for extension of time re: attorneys fees and bill of costs | MAF<br>CAM | $250<br>$250 | .5<br>.5 | .5 |
| 5-30-08 | Receive and review order granting motion for extension of time; receive and review notice re: hearing on motion; call t re: same | MAF<br>CAM | $250<br>$250 | .2<br>.2 | .2 |
| 5-30-08 | Receive and review notice of appeal (and amended); receive and review e-mail re: appeal re: Prignano, receive and review correspondence re: appeal re: Viera points | MAF<br>CAM | $250<br>$250 | .5<br>.5 | .5 |
| 6-2-08 | Receive and Review correspondence from K. McHugh re: points of appeal re: City of Providence | MAF<br>CAM | $250<br>$250 | .3<br>.3 | .3 |
| 6-3-08 | Receive and review correspondence from D. Robinson re: points of appeal re: Lennon | MAF<br>CAM | $250<br>$250 | .4<br>.4 | .4 |
| 6-3-08 | Work on file objection and memorandum re: motion to compel; work on and file supplemental production of documents; work on and file objection and memorandum re: privileged time records; legal research re: same; meetings re: same; attention to file re: bill of costs; conferences with b. Mitchell and J. Noel re: same | MAF<br>CAM | $250<br>$250 | .8<br>2.8 | .8 |

| | | | | | |
|---|---|---|---|---|---|
| 6-4-08 | Receive and review notice of transmission of supplemental record on appeal; meeting re: preparation re: mandatory settlement conference (MAF conference with K. McHugh re: settlement potential; conference re: settlement potential; conference with J. Wallace re: waiver of mandatory settlement conference requirement; conference with Judge Lynch re: correspondence re: same; prepare and transmit same; transmit to opposing counsel same; conference with J. Wallace re: waiver granted; receive and review e-mail transmission re: same | MAF<br>CAM | $250<br>$250 | .1<br>2.2 | .1 |
| 6-4-08 | Receive and review motion for extension of time re: Lennon re: attorneys' fees and costs | MAF<br>CAM | $250<br>$250 | .2<br>.2 | .2 |
| 6-5-08 | Receive and review notice of transmission of supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .1<br>.1 | .1 |
| 6-8-08 | Receive and review e-mail from K. Lima re: status re: objections re: defendants re: bill of costs | CAM<br>KLL | $250<br>$90 | .2<br>.2 | .2 |
| 6-12-08 | Receive and review bill of costs assessed; analysis re: same; conference re: same and objection time | MAF<br>CAM | $250<br>$250 | .5<br>.5 | .5 |
| 6-13-08 | Receive and review notice of transmission of supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .1<br>.1 | .1 |
| 6-16-08 | Receive and review orders of the court re: default of applicant re: transcript order re: 08-1534 and 08-1536; conference re: same | MAF<br>CAM | $250<br>$250 | .4<br>.4 | .4 |

| | | | | | |
|---|---|---|---|---|---|
| 6-17-08 | Receive and review notice and order form re: hearing re: motion to strike or compel conference re: same receive and review municipal defendants objection to costs and memo of law in support of same; receive and review Viera objection to costs; conference re: same and our objection to taxation of costs | MAF<br>CAM | $250<br>$250 | .8<br>.8 | .8 |
| 6-18-08 | Receive and review correspondence from P. Comerford re: transcript order | MAF<br>CAM | $250<br>$250 | .2<br>.2 | .2 |
| 6-18-08 | Receive and review fax correspondence re: list of 50 dates re: contemporaneous time records from K. McHugh; conference re: same and extension of time re: our objection; legal research re: same; meeting re: same; prepare and file motion re: extension of time re: bill of costs objection; receive and review objection re: costs re: Lennon | MAF<br>CAM | $250<br>$250 | 1.0<br>1.3 | 1.0 |
| 6-18-08 | Work on pulling time sheets re: 50 dates; prepare copies re: same; work on redaction re: same; meeting with K. Lima re: same, review docket re: same; meeting re: same | CAM<br>KLL | $250<br>$90 | 6.5<br>6.5 | 6.5 |
| 6-19-08 | Receive and review order re: motion re: extension of time; conference re: same; attention to file re: same | MAF<br>CAM | $250<br>$250 | .3<br>.3 | .3 |
| 6-20-08 | Receive and review notice re; transmission of supplemental record on appeal; receive and review correspondence from D. Robinson re: transcript order | MAF<br>CAM | $250<br>$250 | .2<br>.2 | .2 |
| 6-20-08 | Receive and review correspondence from K. McHugh re: meeting re: costs re: Rule 54(e) | MAF<br>CAM | $250<br>$250 | .2<br>.2 | .2 |
| 6-20-08 | Meeting with K. Lima re: documents re: projection re: contemporaneous time sheets | CAM<br>KLL | $250<br>$250 | .5<br>.5 | .5 |

| | | | | | |
|---|---|---|---|---|---|
| 6-23-08 | Conference with K. Lima re: status re: documents re: contemporaneous time sheets | CAM<br>KLL | $250<br>$90 | .2<br>.2 | .2 |
| 6-24-08 | Receive and review correspondence re: Rule 54(e) meeting; call re: same and objection re: bill of costs, conference with K. Lima re: production of outstanding documents re: time records and status re: meet and confer re: 54(e) conference; prepare e-mail to K. McHugh re: Rule 54(e) conference; receive and review correspondence from K. McHugh to Almond re: Rule 56 (e) conference; conference re; same and objection to taxation of costs. | MAF<br>CAM<br>KLL | $250<br>$250<br>$90 | .4<br>.6<br>.2 | .6 |
| 6-24-08 | Discuss with client re: transcript costs; additional online research at law library; review and revise portion of memorandum related to expert witness costs; draft portion of memorandum relating to other costs objected to be Defendant | MS<br>MAF | $250<br>$250 | 6.0<br>.2 | .2 |
| 6-25-08 | Receive and review correspondence and transcript order form re: Viera re: different form | MAF<br>CAM | $250<br>$250 | .3<br>.3 | .3 |
| 6-25-08 | Meeting re: objection and memorandum of law re: bills of costs taxation | MAF<br>CAM | $250<br>$250 | .3<br>.3 | .3 |
| 6-25-08 | Work with K. Lima re: production of documents; bates stamp re: same; prepare supplemental responses re: same; review and redact documents re: same review docket re: same review file re: same, meeting re: same | MAF<br>CAM<br>KLL | $250<br>$250<br>$90 | 1.0<br>7.4<br>7.0 | 8.0 |

| | | | | | |
|---|---|---|---|---|---|
| 6-30-08 | Calls from and conference with K. Lima re: filing re: objection re: bill of costs; receive and review e-mail communication from same re: same; receive and review updated correspondence re: Rule 54(e) receive and review court excusal re: K McHugh (July 14-21) and (sic) August 25-29) | MAF<br>KLL | $250<br>$90 | .3<br>.2 | .2 |
| 7-3-08 | Receive and review notice and transmission of supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .1<br>.1 | .1 |
| 7-9-08 | Meeting with K. Lima re: bill of costs; requests for hearings and status re: motion re: award of attorneys' fees and preparations re: updating time since filing | CAM<br>KLL | $250<br>$90 | .5<br>.3 | .3 |
| 7-11-08 | Receive and review notice of transmission of supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .1<br>.1 | .1 |
| 7-14-08 | Extended conference with K. Lima re: contents re: objection re: City re: attorneys' fees and reply strategy re: same | CAM<br>KLL | $250<br>$90 | .5<br>.5 | .5 |
| 7-17-08 | Work on counter arguments re: objections re: attorneys' fees; receive and review notices re: transcript error; receive and review notice re: corrective transcript and redaction requests | CAM<br>MAF | $250<br>$250 | .9<br>.3 | .3 |
| 7-18-08 | Receive and review entry of appearance re: K. Holley; receive and review withdrawal of appearance from T. Cronin | MAF<br>CAM | $250<br>$250 | .2<br>.2 | .2 |
| 7-21-08 | Meeting re: response to objection re: attorneys fees; prepare and file motion for extension of time re: same review memorandum (MS) and case law in preparation for memorandum/reply re: objection to application for an award of attorneys' fees and costs | MAF<br>CAM | $250<br>$250 | 1.0<br>4.0 | 1.0 |

| | | | | | |
|---|---|---|---|---|---|
| 7-29-08 | Conference with KLL re; filing re: reply memorandum; continue review re: case law re: attorneys' fees award re: Desilets v. Walmart, Cohen v. Brown (II) Kufner v. Kufner, Cady v. IMC Mortgage Co; US V. Domenic Lombardi Realty; Change the Climate Inv. v. Mass Bay Tran. Auth; Coutlin v. Young & Republican; Souse v. RI Carpenters Pension Plan | CAM<br>KLL | $250<br>$90 | 3.5<br>.2 | .2 |
| 7-30-08 | Work on Reply and reply memorandum re attorneys; fees; meeting re same | MAF<br>CAM | $250<br>$250 | 1.5<br>5.5 | 1.5 |
| 7-31-08 | Finalize work on reply and reply memorandum | MAF<br>CAM | $250<br>$250 | 1.0<br>1.0 | 1.0 |
| 8-1-08 | Receive and review notice re supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .1<br>.1 | .1 |

To determine the number of hours reasonably spent, one must first determine the number of hours actually spent and then subtract or secure from that figure hours which were duplicative, unproductive, excessive, or otherwise unnecessary. Grendel's Den, Inc. vs. Larkin, 749 F.2d 945 (1st Cir. 1984) citing Hensley v. Eckerhart, 103 S.Ct. at 1939-50; Wojtkowski v. Cade, 725 F.2d at 130 (1st Cir. 1984). Furtado v. Bishop, 635 F. 2d 915, 919-20 (1st Cir. 1980).

Since a failure to document time might merit disallowance or at least drastic reduction of a fee award, see Souza v. Southworth, 564 F.2d 609, 612 (1st Cir. 1977), and the time for two or three lawyers in a courtroom or conference where one would do may be discounted, see Hart v.Bourque, 798 F. 2d 519, 523 (1st Cir. 1986), this Court should disallow Plaintiffs' entries when they fail to provide enough information or when it is unclear whether the entry includes duplicative work.

**C. Plaintiffs' Billing Entries Are Inadequate and Exaggerated**

Plaintiffs' supplemental log also contains a large number of entries which vastly overstate the amount of time necessary to complete the task. In these instances, the inadequacy of the entries again bears on the Court's and the Municipal Defendants' abilities to assess the entries. The supplemental log contains a number of such entries, which are reproduced *infra*.

| Date | Description | Attorney/ Paralegal Initials | Rate/ hour | Hours | Municipal Defendants' suggested reduction of hours |
|---|---|---|---|---|---|
| 4-1-08 | Meeting re: strategy re: post trial motions. begin legal research re: standard re: Rules 59(e) and 59(a); coordination re: Maureen Souza research; legal issues vs. new trial issues | MAF<br>CAM | $250<br>$250 | 4.5<br>4.5 | 4.5 |
| 4-15-08 | Receive and review motion for extension of time and exhibit re: purported Rule 34 Request for production of documents; analysis and legal research re: same; conference re; same; research re: Defendants' post trial motion re: waiver of supersedes bond requirement; analysis re: same | MAF<br>CAM | $250<br>$250 | 1.8<br>1.8 | 1.8 |
| 4-16-08 | Receive and review Lennon's motion for extension of time; receive and review order re: response re: City's motion for extension of time; attention to file re: responses re: Defendants' post trial motions | MAF<br>CAM | $250<br>$250 | .4<br>.4 | .4 |

These entries contain a number of tasks, some of which may have been performed by both attorneys, and some of which may not. The Court and the Municipal Defendants are left to guess how much of the entry's nine hours relates to a conference and how much

was legal research. They are left unable to determine the number of hours actually spent on each task separately, and by whom, and then to modify that total based on time that was duplicative, unproductive, excessive, or otherwise unnecessary. Grendel's Den, 749 F.2d 945.

| | | | | | |
|---|---|---|---|---|---|
| 4-29-08 | Receive and review notice re: supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .2<br>.2 | .35 |
| 5-5-08 | Receive and review additional notice of supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .2<br>.2 | .4 |
| 7-3-08 | Receive and review notice and transmission of supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .1<br>.1 | .2 |
| 7-11-08 | Receive and review notice of transmission of supplemental record on appeal | MAF<br>CAM | $250<br>$250 | .1<br>.1 | .2 |
| 7-18-08 | Receive and review entry of appearance re: K. Holley; receive and review withdrawal of appearance from T. Cronin | MAF<br>CAM | $250<br>$250 | .2<br>.2 | .4 |

These entries vastly overstate the amount of time necessary to review the relevant document. The document at issue is correspondence from the Court's Clerk to the First Circuit Court of Appeals, a two sentence letter which encloses the most recent pleadings filed in this action for inclusion in the First Circuit Clerk's Office's file. For two attorneys each to spend twelve minutes, or even six minutes, reviewing this document, and to expect to be compensated at a rate of $250 per hour in so doing, is plainly unreasonable, and any potential award to Plaintiffs should reflect this. Similarly, for two attorneys each to spend twelve minutes reviewing two entries of appearance and to expect to be compensated at a rate of $250 per hour in so doing is plainly unreasonable.

| | | | | | |
|---|---|---|---|---|---|
| 4-25-08 | Receive and review notice of appeal (3) and notice re: appeal fees (3) | MAF<br>CAM | $250<br>$250 | .5<br>.5 | .5 |

| | | | | | |
|---|---|---|---|---|---|
| 4-28-08 | Receive and review notice of appeal and record on appeal notices | MAF<br>CAM | $250<br>$250 | 1.0<br>1.0 | 1.0 |

The work described in the entries above does not merit the one and two-hour durations provided, and should be reduced accordingly.

| | | | | | |
|---|---|---|---|---|---|
| 5-27-08 | Conference with Kendra Lima re: objection re: motion re: production of timesheets; attention to file re: same | CAM<br>KLL | $250<br>$90 | .2<br>.2 | .2 |
| 6-8-08 | Receive and review e-mail from K. Lima re: status re: objections re: defendants re: bill of costs | CAM<br>KLL | $250<br>$90 | .2<br>.2 | .2 |
| 6-18-08 | Work on pulling time sheets re: 50 dates; prepare copies re: same; work on redaction re: same; meeting with K. Lima re: same, review docket re: same; meeting re: same | CAM<br>KLL | $250<br>$90 | 6.5<br>6.5 | 6.5 |
| 6-20-08 | Meeting with K. Lima re: documents re: projection re: contemporaneous time sheets | CAM<br>KLL | $250<br>$250 | .5<br>.5 | .5 |
| 6-30-08 | Calls from and conference with K. Lima re: filing re: objection re: bill of costs; receive and review e-mail communication from same re: same; receive and review updated correspondence re: Rule 54(e) receive and review court excusal re: K McHugh (July 14-21) and (sic) August 25-29) | MAF<br>KLL | $250<br>$90 | .3<br>.2 | .2 |

Plaintiffs' request for fees relating to conferences between counsel and counsel's paralegal should not be granted; moreover, descriptions such as "attention to file," which are littered throughout the supplemental log, should not be accepted as providing a meaningful description of work performed or a basis of an award. Additionally, a paralegal's time should not be compensated at a rate of $250 per hour. Finally, the receipt and review of an attorney's court excusal request should not be a billable event.

| | | | | | |
|---|---|---|---|---|---|
| 5-29-08 | Receive and review motion for extension of time re: attorneys fees and bill of costs | MAF<br>CAM | $250<br>$250 | .5<br>.5 | .9 |

The body of the memorandum accompanying the motion referenced above totaled one and a half pages. For Plaintiffs to expect to be compensated $250 for the review of this document, which dealt solely with an extension of time, is unreasonable.

| | | | | | |
|---|---|---|---|---|---|
| 6-20-08 | Receive and review correspondence from K. McHugh re: meeting re: costs re: Rule 54(e) | MAF<br>CAM | $250<br>$250 | .2<br>.2 | .35 |

The correspondence referenced above contained a total of three sentences and solely regarded the scheduling of a meeting. For Plaintiffs to expect to be compensated $250 for the review of this document is unreasonable.

| | | | | | |
|---|---|---|---|---|---|
| 7/23/08 | Review Grendel's Den; US v. Davis; Nadeau v. Helgemoe; King v. Greenblatt; Sopuza v. Southworth and Wojtkowski v. Cade | CAM | $250 | 2.5 | 2.5 |
| 7/24/08 | Review Westenfelder v. Ferguson; Lipset v. Blanc; Carey v. Piphus; Andrade v. Jamestown Housing and Hart v. Bourque | CAM | $250 | 2.0 | 2.0 |

A request for periods of two hours and two and half hours for the reading of relevant cases is not reasonable, when considering that there are separate entries provided for the preparation of the pleadings for which the reviewing of these cases may have been necessary.

**II. Conclusion**

The Municipal Defendants pray that this Court deny Plaintiffs' instant motion. Should the Court decline to do so, the Municipal Defendants propose a reduction[3] of a minimum of 76.8 hours of time, or $19,200.00, for duplicative, unnecessary and/or over-billed work.

Municipal Defendants,

By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael A. Calise
Michael A. Calise (#6715)
Assistant City Solicitor

City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

[3] Additionally, as indicated *supra* and in previous submissions, the Municipal Defendants urge this Court to utilize lower hourly rates than those proposed by Plaintiffs.

Certificate of Service

I hereby certify that on this 21st day of August 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903
mark@murphyandfay.com

Carolyn A. Mannis, Esq.
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903
carolynmannis@hotmail.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903
gsantopi@coilepore.com
pcomerfo@coialepore.com

/s/ Kevin F. McHugh
Kevin F. McHugh